AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

John D. Cerqueira,

          Plaintiff,

v.

American Airlines, Inc.,

          Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 11652 WG**

TO: (Name and address of Defendant)   American Airlines, Inc.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David S. Godkin, Esq.
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK


(By) DEPUTY CLERK

DATE   AUG - 9 2005

## ACCEPTANCE OF SERVICE

I, Michael A. Fitzhugh, Esq., hereby accept service of the foregoing Summons, Amended Complaint, Civil Cover Sheet and Category Sheet on behalf of American Airlines, Inc. this 19th day of September, 2005.

_____
Michael A. Fitzhugh