IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                    )
JOHN D. CERQUEIRA,                  )
                                    )
       Plaintiff,                   )
                                    )
v.                                  )
                                    )   CIVIL ACTION NO.: 05-11652 WGY
AMERICAN AIRLINES, INC.,            )
                                    )
       Defendant.                   )
_____)
```

**NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, Anne-Marie H. Gerber, of the law firm of Fitzhugh, Parker & Alvaro LLP, hereby gives notice of her appearance on behalf of the defendant, American Airlines, Inc., in the above-captioned action.

                                        **AMERICAN AIRLINES, INC**.
                                        By its attorneys,


                                        _/s/ Anne-Marie Gerber_____
                                        Michael A. Fitzhugh, BBO #169700
                                        Anne-Marie H. Gerber, BBO #649337
Dated: December 9, 2005              **FITZHUGH, PARKER & ALVARO LLP**
                                        155 Federal Street, Suite 1700
                                        (617) 795-2330