UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN D. CERQUEIRA,<br><br>Complainant,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 05-11652 WGY<br>)<br>)<br>)<br>) |

**DEFENDANT'S CERTIFICATION OF CONFERENCE
PURSUANT TO LOCAL RULE 16.1(d)(3)**

Defendant American Airlines, Inc. and its counsel, Michael A. Fitzhugh of Fitzhugh, Parker & Alvaro LLP, hereby certify that they have conferred regarding establishing a budget for the defense of this matter, and regarding the use of alternative dispute resolution in accordance with Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts.

AMERICAN AIRLINES, INC.

_____
Alec Bramlett, Esq.
Counsel
AMERICAN AIRLINES, INC.
Mail Drop 5675
P.O. Box 619616
Dallas, TX 75261-9619

FITZHUGH, PARKER & ALVARO, LLP

_____
Michael A. Fitzhugh, BBO #169700
Anne-Marie H. Gerber, BBO #649337
FITZHUGH, PARKER & ALVARO LLP
155 Federal Street, Suite 1700
Boston, MA 02110

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a copy of the forgoing to be served upon opposing counsel of record set forth below, by electronic mail and first class mail postage prepaid, this 16th day of December 2005.

                                               /s/ Anne-Marie H. Gerber
                                               Anne-Marie H. Gerber