**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

John D. Caerqueira

_____
Plaintiff(s)

               V.

American Airlines, Inc. et al

_____
Defendant(s)

CIVIL ACTION

NO. 05cv11652-WGY

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR Program - 7/2006_____ for the following ADR program:

_____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

___X___ MEDIATION                   _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL        _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

July 13, 2006                              /s/ William G. Young

_____            _____
         DATE                               UNITED STATES DISTRICT JUDGE

## CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(ADR Referral.wpd - 4/12/2000)                                  [orefadr.]