UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>JOHN D. CERQUEIRA, )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　v. )<br>　　　　　　　　　　　　　　　　　　 )<br>AMERICAN AIRLINES, INC., )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　Defendant. )<br>_____) | CIVIL ACTION NO.: 05-11652 WGY |

**JOINT MOTION TO SEAL EXHIBITS TO STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

　　　　The parties respectfully move this Court for an Order to seal Exhibits B and C attached to Defendant's Statement of Undisputed Facts in Support of its Motion for Summary Judgment (Paper No. 17) in the above-captioned action.  As grounds therefore, the parties state that said exhibits contain material that has been designated as confidential by the parties pursuant to the Protective Order, and were inadvertently filed with the Court's electronic filing system. Additionally, these exhibits contain personal information of witnesses that requires protection from the public access otherwise afforded through electronic filing.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

**AMERICAN AIRLINES, INC.**　　　　　　　　　　**JOHN D. CERQUEIRA**
By its Attorneys,　　　　　　　　　　　　　　　By his Attorneys,


__/s/ Amy Cashore Mariani_____　　　　　　__/s/ David S. Godkin_____
Michael A. Fitzhugh, (BBO# 169700)　　　　　David S. Godkin, Esq. (BBO# 196530)
Amy Cashore Mariani, (BBO# 630160)　　　　 Erica Abate-Recht, Esq. (BBO# 641452)
FITZHUGH, PARKER & ALVARO LLP　　　　Birnbaum & Godkin, LLP
155 Federal Street, Suite 1700　　　　　　　　280 Summer Street, 5th Floor
Boston, MA 02110-1727　　　　　　　　　　Boston, MA 02110
(617) 695-2330　　　　　　　　　　　　　　617-307-6100

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2006.

                                                        */s/ Amy Cashore Mariani*
                                                        Amy Cashore Mariani