UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 05-11652-WGY |

**PLAINTIFF JOHN D. CERQUEIRA'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

　　　　Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, plaintiff John D. Cerqueira moves for partial summary judgment on the issue of liability. On December 28, 2003, defendant American Airlines, Inc. (AA) removed Mr. Cerqueira from AA flight 2237 and caused him to be detained and interrogated by the Massachusetts State Police. After Mr. Cerqueira was released from questioning and cleared for further travel, AA refused to serve him. Mr. Cerqueira has established a *prima facie* of discrimination, and AA has failed to articulate a legitimate nondiscriminatory reason sufficient to justify its decision to remove Mr. Cerqueira from flight 2237. With regard to AA's decision to deny service to Mr. Cerqueira following his release from questioning, AA has failed to articulate any reason for its decision. Thus, AA has failed to meet its burden of production, and Mr. Cerqueira is entitled to summary judgment on the issue of liability.

　　　　In support of this motion, plaintiff submits the accompanying memorandum and a statement of undisputed facts with exhibits.

**REQUEST FOR ORAL ARGUMENT**

　　　　Pursuant to Local Rule 7.1(d), plaintiff requests oral argument on this motion.

JOHN D. CERQUEIRA

By his attorneys,

*/s/ Michael T. Kirkpatrick*

_____

Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009
(202) 588-1000
mkirkpatrick@citizen.org

David S. Godkin (BBO #196530)
Erica Abate Recht (BBO #641452)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA  02210
617-307-6100

Dated: September 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 22, 2006.

*/s/ Michael T. Kirkpatrick*

_____

Michael T. Kirkpatrick