IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 05-11652 WGY |
| AMERICAN AIRLINES, INC., | ) |
| Defendant. | ) |

**ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant American Airlines, Inc. ("American"), with the assent of plaintiff John D. Cerqueira ("Cerqueira"), hereby requests an extension of time up to and including Wednesday, October 18, 2006, for the Defendant to respond to plaintiff John D. Cerqueira's Motion for Summary Judgment. As grounds therefore, the Defendant states as follows:

1. There are many legal issues which the Defendant needs to explore in great detail in order to fully respond to the allegations and legal arguments set forth in the Plaintiff's Motion for Summary Judgment.

2. The Plaintiff assents to this motion.

3. The instant case was scheduled for mediation on September 27, 2006, and issues of case resolution were discussed by the parties at that time.

4. This extension is not requested for the purposes of delay.

5. The extension requested will not affect any deadlines established heretofore by the Court.

**WHEREFORE,** American Airlines, Inc. respectfully requests that this Honorable Court:

I.   Allow the instant Motion; and

II.  Grant such other and further relief as is just and proper.

Respectfully submitted,

Dated: September 28, 2006          **AMERICAN AIRLINES, INC.**
                                    By its Attorneys,

                                    ___/s/ Amy Cashore Mariani_____
                                    Michael A. Fitzhugh, (BBO 169700)
                                    Amy Cashore Mariani, (BBO #630160)
                                    **FITZHUGH, PARKER & ALVARO LLP**
                                    155 Federal Street, Suite 1700
                                    Boston, MA 02110-1727
                                    (617) 695-2330

Assented To:

/s/Michael Kirkpatrick___
Michael T. Kirkpatrick, Esq.
Counsel for the Plaintiff,
John D. Cerqueira

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2006.

_/s/ Amy Cashore Mariani__
Amy Cashore Mariani