UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN D. CERQUEIRA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11652-WGY |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE YOUNG

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On  September 27, 2006 , I held the following ADR proceeding:

          _____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

          \_\_\_X\_\_\_ MEDIATION        _____ SUMMARY BENCH/JURY TRIAL

          _____ MINI-TRIAL        _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress. The parties are to report back to the court by October 13, 2006, at which time the court will schedule a further session if appropriate.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

                               / s / Judith Gail Dein
                               Judith Gail Dein, U.S. Magistrate Judge
DATED: September 28, 2006          ADR Provider