UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN D. CERQUEIRA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 05-11652 WGY<br>)<br>)<br>)<br>) |

## AMERICAN AIRLINES, INC.'S REQUEST TO SCHEDULE PRETRIAL CONFERENCE AND TRIAL READY DATES FOR DATES SUBSEQUENT TO APRIL 2, 2007 DUE TO TRIAL CO-COUNSEL'S PREGNANCY

Due to trial co-counsel's pregnancy, Defendant American Airlines, Inc. ("American"), hereby requests that the Court schedule the pretrial conference and trial ready date for dates subsequent to April 2, 2007.  As grounds therefore, the Defendant states as follows:

1. At the Scheduling Conference held on December 19, 2005, the Court established a trial ready date of January 2, 2007, and ordered that a pretrial conference be held no sooner than December 4, 2006.  *See* Electronic Notes from Scheduling Conference Held on December 19, 2005.

2. Amy Cashore Mariani will serve as trial co-counsel for American at trial of the above-entitled action.

3. Ms. Mariani is pregnant with a due date of December 31, 2006.[1]  She is expecting to deliver by repeat c-section.

4. Ms. Mariani's participation in all pretrial and trial matters is essential to American's defense of this case as she has conducted several depositions, has

---

[1] Ms. Mariani will provide medical certification of her pregnancy and due date should the Court so desire.

prepared AA's summary judgment motion, and is currently handling issues of expert discovery.

5. Ms. Mariani likely will be unable to participate in some or all of the pretrial and trial matters involved with this case if the pretrial conference and trial ready dates are not set subsequent to April 2, 2007, when she expects to return from maternity leave.

6. This extension is not being requested for the purposes of delay.

**WHEREFORE,** American Airlines, Inc. respectfully requests that this Honorable Court:

I. Allow the instant Motion; and

II. Grant such other and further relief as is just and proper.

Respectfully submitted,

Dated: October 5, 2006

**AMERICAN AIRLINES, INC.**
By its Attorneys,

__/s/ Amy Cashore Mariani_____

Michael A. Fitzhugh, (BBO 169700)
Amy Cashore Mariani, (BBO #630160)
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 5, 2006.

                                                           */s/ Amy Cashore Mariani*
                                                           Amy Cashore Mariani

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 3, 2006, I forwarded a copy of the instant motion via electronic mail to plaintiff's counsel, Michael Kirkpatrick, and requested a conference to discuss any issues brought by Plaintiff with regard to this submission. On October 4, 2006 during a telephone conference with Mr. Kirkpatrick, he stated that he would notify me regarding Plaintiff's assent or opposition to the instant motion. On October 5, 2006, at 4:27 p.m., I received an electronic mail response from plaintiff's counsel stating that the plaintiff would not assent to the instant motion, and would instead oppose the same.

                                                           */s/ Amy Cashore Mariani*
                                                           Amy Cashore Mariani