UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,

          Plaintiff,

v.

AMERICAN AIRLINES, INC.,

          Defendant.

Civil Action No: 05-11652-WGY

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    Please take notice of the appearance of Darleen F. Cantelo of the firm Birnbaum & Godkin, LLP, as counsel for Plaintiff John D. Cerqueira.

Respectfully submitted,

Dated: October 6, 2006

**JOHN D. CERQUEIRA,**

By his attorneys,

/s/ Darleen F. Cantelo
David S. Godkin (BBO #196530)
Darleen F. Cantelo (BBO#661733)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
617-307-6100

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

    I, Darleen F. Cantelo, Esq., hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on October 6, 2006.

/s/ Darleen F. Cantelo
Darleen F. Cantelo