UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,

           Plaintiff,

v.                                                                 Civil Action No. 05-11652-WGY

AMERICAN AIRLINES, INC.,

           Defendant.

**PLAINTIFF JOHN D. CERQUEIRA'S PRETRIAL
DISCLOSURES PURSUANT TO RULE 26(a)(3)**

Pursuant to Fed. R. Civ. P. 26(a)(3) and Local Rule 16.5(c), Plaintiff John D. Cerqueira discloses the following information regarding the evidence he may present at trial other than solely for impeachment. Plaintiff reserves the right to amend or supplement these disclosures.

**(A)**     **The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.**

\* indicates may be by deposition.
\+ indicates may be called if the need arises.

| | |
|---|---|
| John D. Cerqueira<br>Aventura, FL | Ynes Flores *+<br>Lynn, MA |
| Barry M. Blumenthal, D.O.*<br>Aventura, FL | Craig Marquis *+<br>Arlington, TX |
| Richard S. Faulk, M.D.*<br>Boca Raton, FL | Amy Milenkovic *+<br>St. Paul, MN |
| Douglas R. Laird<br>Reno, NV | Lois Sargent *+<br>Salem, MA |
| Donald Ball *+<br>Groveland, MA | Nicole Traer *+<br>Weymouth, MA |

| | |
|---|---|
| Rhonda Cobbs *+ <br> Arlington, TX | Sally Walling *+ <br> Hampton, NH |
| John Ehlers *+ <br> Concord, MA | Custodian of Records + <br> Massachusetts State Police <br> Framingham, MA |

**(B)** **The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.**

Plaintiff expects to present the testimony of Drs. Blumenthal and Faulk by videotaped deposition. Plaintiff has listed the pertinent portions of the deposition transcripts on the attached Exhibit A.

**(C)** **An appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.**

Plaintiff expects to offer the exhibits identified on the attached Exhibit B.

        **JOHN D. CERQUEIRA**
        By his attorneys,

        */s/ Michael T. Kirkpatrick*
        _____
        Michael T. Kirkpatrick
        Public Citizen Litigation Group
        1600 20th Street NW
        Washington, DC  20009
        (202) 588-1000
        mkirkpatrick@citizen.org

        David S. Godkin (BBO #196530)
        Darleen F. Cantelo (BBO #661733)
        Birnbaum & Godkin, LLP
        280 Summer Street
        Boston, MA  02210
Dated: November 3, 2006      617-307-6100

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 3, 2006.

*/s/ Michael T. Kirkpatrick*
_____
Michael T. Kirkpatrick

## EXHIBIT A
## Deposition Designations

1. **Barry M. Blumenthal, D.O.**
   July 26, 2006

   | | |
   |---|---|
   | 4:5 - 7:11 | 7:13 - 10:22 |
   | 10:25 - 12:17 | 12:24 - 13:17 |
   | 13:20 - 13:21 | 13:23 - 13:24 |
   | 14:3 - 14:4 | 14:6 - 14:12 |
   | 14:15 - 14:19 | 14:22 - 14:24 |
   | 14:25 - 15:12 | 15:16 - 15:18 |
   | 15:20 - 15:22 | 15:24 - 15:25 |
   | 16:3 - 16:4 | 16:6 - 16:10 |
   | 16:13 - 17:4 | 17:8 - 17:17 |

2. **Richard S. Faulk, M.D.**
   July 26, 2006

   | | |
   |---|---|
   | 4:5 - 9:5 | 9:10 - 10:21 |
   | 10:24 - 10:25 | 11:2 - 11:7 |
   | 11:10 - 12:4 | 12:11 - 21:7 |
   | 21:10 - 21:12 | 21:14 - 22:4 |
   | 22:6 - 22:18 | 23:14 - 23:20 |
   | 23:22 - 24:2 | 24:5 - 24:23 |
   | 24:25 - 27:14 | 27:16 - 28:10 |
   | 29:10 - 29:23 | 30:25 - 35:24 |
   | 36:2 - 39:15 | 39:17 - 39:19 |
   | 39:22 - 40:8 | 40:10 - 40:14 |
   | 40:17 - 40:18 | 40:20 - 41:18 |
   | 41:21 - 41:22 | 41:24 - 42:11 |
   | 42:14 - 42:24 | |

**EXHIBIT B**
**Exhibit Designations**

| ID No. | Description | Deposition No. | Bates No. |
|---|---|---|---|
| P-1 | Amended Complaint (Doc. No. 3) | | |
| P-2 | Defendant's Answer to Plaintiff's Amended Complaint (Doc. No. 5) | | |
| P-3 | American Airlines's Answers to Plaintiff's First Set of Interrogatories | Deposition Exh. 2 | |
| P-4 | American Airlines's Supplemental Answers to Plaintiff's First Set of Interrogatories | | |
| P-5 | Passenger Itinerary | | CRQ 0001 |
| P-6 | Boarding Pass | | CRQ 0002 |
| P-7 | Credit Card Refund Receipt | | CRQ 0003 |
| P-8 | Orbitz Travel Document | | CRQ 0004-5 |
| P-9 | AMR Event Call Center Report of Sally Walling | Deposition Exh. 1 | AA 0018-20 |
| P-10 | AMR Event Call Center Report of Lois Sargent | Deposition Exh. 5 | AA 0012-14 |
| P-11 | NASA Aviation Safety Report of Lois Sargent | Deposition Exh. 6 | None |
| P-12 | AMR Event Call Center Report of Amy Milenkovic | Deposition Exh. 9 | AA 0015-17 |
| P-13 | Detail Note, Event ID: 03122856 | Deposition Exh. 16 | AA 0035 |
| P-14 | Letter of June 14, 2004, from Alec Bramlett to Samuel Podberesky | Deposition Exh. 15 | AA 0009-11 |
| P-15 | Detail Note, Event ID: 03122856. SS CCRO History. | Deposition Exh. 14 | AA 0021 |
| P-16 | Detail Note, Event ID: 03122856. Activity Note. | Deposition Exh. 11 | AA 0022 |

| | | | |
|---|---|---|---|
| P-17 | Detail Note, Event ID: 03122856. Passenger Name Record. | Deposition Exh. 12 | AA 0023-27 |
| P-18 | Detail Note, Event ID: 03122856. Event Note | Deposition Exh. 13 | AA 0028 |
| P-19 | Detail Note, Event ID: 03122856. Notification Note, Aircraft Routing, Crew List, DM Delay Message, Flight/Gate Info, Passenger List | Deposition Exh. 18 | AA 0029-34 |
| P-20 | Massachusetts State Police Daily Administrative Log | included in Cerqueira Deposition Exh. 21 | CRQ 0010 |
| P-21 | E-Mail Exchange between AA Customer Relations and John D. Cerqueira | AA 0037 is Cerqueira Deposition Exh. 4 | AA 0036-38 |
| P-22 | E-mail Message from John D. Cerqueira to American Airlines | | CRQ 0007 |
| P-23 | American Airline's E-mail Message to John D. Cerqueira on January 6, 2004 | Cerqueira Deposition Exh. 5 | CRQ 0008 |
| P-24 | Kudwa Hotline Message, September 20, 2001 | Second page is Deposition Exh. 4 | AA 0047-48 |
| P-25 | DOT message to airlines, September 21, 2001 | | AA 0050 (also CRQ 0060) |
| P-26 | DOT guidance on nondiscrimination | | CRQ 0058-59 (also AA 0051-53) |
| P-27 | Kudwa messages to pilots | Deposition Exh. 10 | AA 0056-0057 |
| P-28 | "Dear Crewmember" letter dated June 26, 2002 | Deposition Exh. 19 | AA 0096 |
| P-29 | Kudwa Hotline Message, August 12, 2002 | Deposition Exh. 17 | AA 0097-98 |
| P-30 | DOT policy statements and guidance regarding unlawful discrimination | | CRQ 0058-61 |
| P-31 | Documents re: DOT Enforcement Proceeding, OST No. 2003-15046 | | CRQ 0062-133 |

| | | | |
|---|---|---|---|
| P-32 | Blumenthal Curriculum Vitae | Blumenthal Deposition Exh. 1 | CRQ 0448-451 |
| P-33 | Psychiatry Referral | Blumenthal Deposition Exh. 2 | CRQ 0165 |
| P-34 | Faulk Curriculum Vitae | Faulk Deposition Exh. 1 | CRQ 0446-447 |
| P-35 | Medical Records | Faulk Deposition Exh. 2 | CRQ 0166-174, 453-456 |
| P-36 | Prescription Records | | CRQ 0469-0476 |
| P-37 | Insurance Notices | | CRQ 0212-216, 218, 220-223 |
| P-38 | 2002 Tax Return | | CRQ 0331-359 |
| P-39 | 2003 Tax Return | Cerqueira Deposition Exh. 23 | CRQ 0360-380 |
| P-40 | 2004 Tax Return | Cerqueira Deposition Exh. 24 | CRQ 0381-395 |
| P-41 | 2005 Tax Return | | CRQ 0457-468 |