UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.: 05-11652 WGY<br>)<br>)<br>)<br>) |

**DEFENDANT AMERICAN AIRLINES, INC.'S DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(3) AND LR 16.5(C).**

Defendant American Airlines, Inc. ("AA") provides herein the disclosures required pursuant to Fed.R.Civ.P. 26(a)(3) and LR 16.5(C).

I.   **WITNESSES**

   A.   **Likely To Be Called At Trial**

   1.   Sally Walling
        23 Cusack Road, No.9,
        Hampton, NH 03842
        (603) 918-6037

   2.   Lois Sargent
        100 Washington Street, No. 64
        Salem, MA 01970
        (305) 742-4957

   3.   Amy Milenkovic
        867 Cleveland Avenue, No. 0-10
        St. Paul, Minnesota 55116
        (617) 233-3172

   4.   John Ehlers
        81 Farmers Cliff Road
        Concord, MA 01742
        (978) 369-7973

    5.    Craig Marquis
           4403 Spring Creek Road
           Arlington, TX 76017-1268
           (817) 798-4664

    6.    Martin Kelly, M.D.
           850 Boylston Street, Suite 303
           Chestnut Hill, MA
           (617) 731-6750

    7.    John Beardslee
           8 Dunlin Meadow Drive
           The Woodlands, TX 77381
           (281) 292-3973

B.    **May Be Called At Trial**

    1.    Donald Ball
           17D Manor Drive
           Groveland, MA 01833
           (978) 270-2200

    2.    Ynes Flores
           127 Ocean Street, Unit 6
           Lynn, MA 01902
           (617) 634-5128

    3.    Nicole Traer
           101 Old Stone Way, Unit 103
           Weymouth, MA 02189
           (617) 634-5378

    4.    Rhonda Cobbs
           5211 Bellefontaine Drive
           Arlington, TX 76017
           (817) 563-5544

    5.    John Cerqueira
           20533 Biscayne Blvd
           Apartment 355
           Adventura, FL 33180
           (305) 792-0365

    6.    Trooper Daniel E. Sullivan
           Headquarters, Troop "B"

|   |   |
|---|---|
|   | Massachusetts State Police<br>Logan International Airport<br>East Boston, MA 02128<br>(617) 561-1700 |
| 7. | Trooper Fredrick F. Yee<br>Headquarters, Troop "B"<br>Massachusetts State Police<br>Logan International Airport<br>East Boston, MA 02128<br>(617) 561-1700 |
| 8. | Trooper Joseph J. Boike<br>Headquarters, Troop "B"<br>Massachusetts State Police<br>Logan International Airport<br>East Boston, MA 02128<br>(617) 561-1700 |
| 9. | Trooper Donald J. Ventura<br>Headquarters, Troop "B"<br>Massachusetts State Police<br>Logan International Airport<br>East Boston, MA 02128<br>(617) 561-1700 |
| 10. | Trooper David Crowther<br>Headquarters, Troop "B"<br>Massachusetts State Police<br>Logan International Airport<br>East Boston, MA 02128<br>(617) 561-1700 |
| 11. | Oren Ashmil<br>3801 Oceancrest E Ocean Drive<br>Hollywood, FL 33020 |
| 12. | Daniel Vittorio a/k/a Vittorio Rokah<br>302 Buren Street<br>Hollywood, FL 33020 |

## II. **DEPOSITION TESTIMONY**

Barring the unforeseen unavailability of the witnesses identified above, AA does not anticipate that it will introduce any testimony by way of deposition except for impeachment and

rebuttal purposes. AA reserves the right to counter-designate testimony should plaintiff choose to designate testimony by deposition. AA expects that counter-designation shall be necessary for plaintiff's physicians, Richard Faulk and Barry Blumenthal.

### III. PROPOSED EXHIBITS

    A.    Incident Report prepared by Sally Walling on December 28, 2003;

    B.    Incident Report prepared by Lois Sargent on December 28, 2003;

    C.    Incident Report prepared by Amy Milenkovic on December 28, 2003;

    D.    Incident Report prepared by John Ehlers on December 28, 2003;

    E.    Passenger Name Record, John Cerqueira, December 28, 2003;

    F.    AMR Call Center Report, Flight 2237, December 28, 2003;

    G.    Detail Notes Concerning Event ID 03122856; and

    H.    E-mail from Shirley Womack to John Cerqueira concerning potential travel on American Airlines subsequent to December 28, 2003.

AA reserves the right to supplement this disclosure with documents that are being reviewed by the Transportation Security Administration to determine if they are Sensitive Security Information. Should the TSA authorize AA to produce those documents to plaintiff, AA anticipates that it will supplement its trial exhibits to include those documents.[1]

---

[1] Absent authorization from the TSA, AA cannot disclose information that may constitute SSI. AA has submitted certain training materials and manuals to the TSA for its determination as to whether the information contained therein constitutes SSI. To date, AA has not received a response to its request for a determination as to whether those materials are SSI.

Respectfully submitted,

**AMERICAN AIRLINES, INC.**
By its Attorneys,

_____
Michael A. Fitzhugh, (BBO 169700)
Amy Cashore Mariani, (BBO #630160)
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the forgoing to be served upon opposing counsel of record set forth below, by electronic mail and first class mail postage prepaid, this 3rd day of November, 2006.

David S. Godkin, Esq.
Erica Abate Recht, Esq.
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02110

Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

_____
Melissa M. Wangenheim

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 3, 2006.

                */s/ Amy Cashore Mariani*
                Amy Cashore Mariani