UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,               )
                                 )
         Plaintiff,              )   CIVIL ACTION
    v.                           )   NO. 05-11652-WGY
                                 )
AMERICAN AIRLINES, INC.,         )
                                 )
         Defendant.              )

**FURTHER REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE YOUNG

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On __September 27, 2006__, I held the following ADR proceeding:

   _____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

   __X__ MEDIATION                      _____ SUMMARY BENCH/JURY TRIAL

   _____ MINI-TRIAL                    _____ SETTLEMENT CONFERENCE

   All parties were represented by counsel, and were present in person or by authorized corporate officer.

   The case was:

[ ]   Settled. Your clerk should enter a 30-day order of dismissal.

[X]   There was progress, and the parties have continued to negotiate since that time. Unfortunately, further efforts to settle this case at this time are, in my judgment, unlikely to be productive. If appropriate, the parties may request a further mediation session in the future. In the meantime, this case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

   _____
   _____

                                        / s / Judith Gail Dein
                                        Judith Gail Dein, U.S. Magistrate Judge
DATED: November 7, 2006                 ADR Provider