# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,

               Plaintiff,

v.

AMERICAN AIRLINES, INC.,

               Defendant.

Civil Action No. 05-11652-WGY

## PLAINTIFF'S FOURTH MOTION *IN LIMINE* TO PRECLUDE DEFENDANT FROM OFFERING SPECULATION ABOUT POSSIBLE BASES FOR ITS REFUSAL TO REBOOK MR. CERQUEIRA

American Airlines (AA) refused service to Mr. Cerqueira after he was released from questioning and cleared for further travel by the Massachusetts State Police.  Answer ¶¶ 23 & 37. Craig Marquis was AA's System Operations Control (SOC) manager on duty on the morning of December 28, 2003, and Mr. Marquis decided that AA would not rebook Mr. Cerqueira.  Marquis Dep. 7:10-13, 9:13-14, 18:3-4 (attached as Exh. 1); Def. Resp. to Interr. No. 2 (attached as Exh. 2). Mr. Marquis does not recall the basis of his decision, and he did not prepare any written report related to the incident.  Marquis Dep. 13:11-17, 24:16-18.  Rhonda Cobbs was the Corporate Complaint Resolution Official (CCRO) on duty at AA's SOC on the morning of December 28, 2003. Cobbs Dep. 7:25-8-2, 11:5-10 (attached as Exh. 3).  Ms. Cobbs made an entry in Mr. Cerqueira's computerized Passenger Name Record (PNR) indicating that Mr. Cerqueira was denied boarding on Flight 2237 per the SOC manager on duty because of "security issues" and that Mr. Cerqueira's ticket should be refunded and he should not be rebooked on AA.  Cobbs Dep. 22:1-9, 22:23-25; Dep.

Ex. 12 (attached as Exh. 4). Ms. Cobbs does not recall what the "security issues" were that formed the basis of Mr. Marquis's decision not to rebook Mr. Cerqueira. Cobbs Dep. 23:1-8.

Because Mr. Marquis cannot recall why he decided that Mr. Cerqueira would not be rebooked, any explanation that AA might offer for its refusal to serve Mr. Cerqueira would be speculative. Because speculation is inadmissible, AA should be precluded from offering any explanation for its decision not to rebook Mr. Cerqueira.

To the extent AA seeks to explain its refusal to rebook Mr. Cerqueira by referencing Ms. Cobb's notation about "security issues," it should be precluded from doing so. As a matter of law, a generalized claim that a decision was made because of non-specific "security issues" is insufficient to rebut a *prima facie* case of discrimination. *Loeb v. Textron, Inc.*, 600 F.2d 1003, 1012 n.5 (1st Cir. 1979) (requiring that defendant articulate its reasons "with some specificity"); *see also Marcano-Rivera v. Pueblo Int'l, Inc.*, 232 F.3d 245, 251 (1st Cir. 2000) ("A mere scintilla of evidence will not rise to a triable issue of fact.") (citation omitted); *IMPACT v. Firestone*, 893 F.2d 1189, 1194 (11th Cir. 1990) (holding that where plaintiff established a *prima facie* case, conclusory statement that defendant selected the best qualified applicant was insufficient to satisfy defendant's rebuttal burden); *Simmons v. American Airlines*, 34 Fed. Appx. 573, 575-76 (9th Cir. 2002) (holding that "American did not satisfy its burden of articulating a legitimate, non-discriminatory reason for removing [plaintiff]" from a flight, because American's evidence was insufficient to justify its claim that it removed plaintiff for safety reasons).

**JOHN D. CERQUEIRA**
By his attorneys,

*/s/ Michael T. Kirkpatrick*

_____
Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009
(202) 588-1000
mkirkpatrick@citizen.org

David S. Godkin (BBO #196530)
Darleen F. Cantelo (BBO #661733)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA  02210
Dated: November 17, 2006         617-307-6100


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 17, 2006.


*/s/ Michael T. Kirkpatrick*

_____
Michael T. Kirkpatrick


## CERTIFICATE OF CONFERENCE

I hereby certify that on November 14, 2006, at 1:00 pm, I conferred by telephone with Amy Cashore Mariani, counsel for defendant, and attempted in good faith to resolve or narrow the issue presented in this motion, but the parties were unable to resolve the issue or narrow the areas of disagreement.


*/s/ Michael T. Kirkpatrick*

_____
Michael T. Kirkpatrick


3

**Exhibit 1**

**to**

**PLAINTIFF'S FOURTH MOTION *IN LIMINE* TO PRECLUDE
DEFENDANT FROM OFFERING SPECULATION ABOUT POSSIBLE
BASES FOR ITS REFUSAL TO REBOOK MR. CERQUEIRA**

Marquis Deposition Transcript, pages 7, 9, 13, 18, & 24

Craig Marquis                                                    June 15, 2006

[5]

1    Q   About how many times?
2    A   I believe I've been deposed two other times.
3    Q   What were those cases about?
4    A   One was for 9-11 and one was for a job that I
5    had prior to the airline business.
6    Q   I just want to quickly go over the ground rules
7    for today.  I am here to ask you some questions, to
8    gather some information, and your job is simply to give
9    me your best and -- and most honest answer.  You are
10   under oath as though we were in a court of law even
11   though we're in this informal atmosphere.
12        It's important because the court reporter
13   is taking down my questions and your answers that we not
14   speak at the same time, so I would just ask that you wait
15   until I finish my question before you start to give your
16   answers so that we get a clean transcript.  Also if you
17   don't understand one of my questions, please let me know
18   and I'll try to repeat it or rephrase it so that you do
19   understand it.
20        And if Mr. Fitzhugh objects to some of my
21   questions, those are objections for the record that we'll
22   deal with later if we need to.  But unless he instructs
23   you not to answer, you should still try to answer my
24   question even though he's made an objection for the
25   record.

[6]

1        And I don't think it'll take us too long
2    this afternoon, but if you need a break let me know and
3    I'm happy to stop and take a break.  But I would ask that
4    we finish the -- the question that's pending and maybe
5    the line of questioning and find a convenient place to
6    take a break if we need to do that.
7        Do you understand these instructions?
8    A   Yes, I do.
9    Q   Do you know of any reason that would prevent you
10   today from giving me your best full and honest answers?
11   A   None.
12   Q   Did you do anything to prepare for the
13   deposition today?
14   A   Yes, I did.
15   Q   What did you do?
16   A   I read the information that Michael had sent me,
17   just the due diligence, so that I could prepare and give
18   an accurate and helpful testimony.
19   Q   What were those documents, do you recall?
20   A   They were letters back and forth from different
21   attorneys, the letter from the client, the letter back
22   from American Airlines in response.
23   Q   Is it your understanding that those are
24   documents that the parties have exchanged in the course
25   of this lawsuit?

[7]

1    A   Yes.
2    Q   Other than your discussions with -- with the
3    lawyers for American Airlines, did you talk to anybody
4    else about today's deposition?
5    A   No.
6    Q   How long have you been employed by American
7    Airlines?
8    A   19 years.
9    Q   What is your current position?
10   A   I'm the operational manager in SOC, which is
11   system operations control.
12   Q   How long have you had that job?
13   A   Approximately six years.
14   Q   Could you describe for me your duties in that
15   position?
16   A   I represent higher management on this side of
17   the highway to operate the published schedule efficiently
18   and safely.
19   Q   And on a daily basis, what are the kinds of
20   tasks that you're required to carry out in order to keep
21   the operation operating on schedule and safely?
22   A   I take into consideration equipment that may be
23   out of service, manpower issues, air traffic control
24   issues, weather issues, safety issues, security issues,
25   environmental issues.

[8]

1    Q   How many people do you have working for you on a
2    particular shift?
3    A   I'm the operational manager for the whole
4    airline, so the whole airline works for me.
5    Q   Okay.  What about within SOC, within your sort
6    of work place, how many people do you typically have
7    helping you carry out your duties?
8    A   In SOC at one time?
9    Q   Yeah.
10   A   Probably 3' or 400.  SOC encompasses a lot of
11   different departments.
12   Q   And you're in charge of all of SOC; is that
13   right?
14   A   That's correct.
15   Q   Can you explain to me the position of CCRO and
16   how that position interacts with the SOC manager?
17   A   The CCRO is a federally mandated position; it's
18   corporate complaint resolution officer.  Those people
19   were trained in the laws of disabilities, and they know
20   the rules and regulations, either the law or American
21   Airlines guidelines and rules, and they sit two seats
22   down from my position, very close relationship, a lot of
23   interaction.
24   Q   And have you been trained in the same things
25   that the CCRO's have been trained in?

Craig Marquis                                                    June 15, 2006

[9]

1    A  I have not.
2    Q  Do you supervise the CCRO?
3    A  I do.
4    Q  Prior to becoming operations manager, what other
5    positions did you have at American Airlines?  If you
6    could just sort of work back in time, tell me the other
7    jobs you've had.
8    A  I started as an assistant dispatcher, then
9    became a dispatcher, then became an equipment coordinator
10   and became a sector manager and then a center manager.
11   Q  Is there only one CCRO on duty at a time?
12   A  There is only one CCRO position.
13   Q  Were you working on December 28, 2003?
14   A  Yes, I was.
15   Q  What time did your shift start that day?
16   A  I believe 6:00 a.m., central.
17   Q  And on that day, did you become aware that there
18   was an incident or concern with respect to Flight 2237,
19   which was a scheduled flight from Boston Logan Airport to
20   Ft. Lauderdale?
21   A  I do not recall.
22   Q  Is it your understanding, from the documents you
23   reviewed, that an incident occurred that day that
24   involved the removal of some passengers from that flight?
25   A  Yes.

[10]

1    Q  Other than what you've learned by preparing for
2    this deposition, do you have any specific recollection of
3    what you did on December 28, 2003 with respect to that
4    flight out of Boston Logan?
5    A  No.
6    Q  Do you have any specific recollection of anybody
7    you talked to that day, any conversations you had
8    regarding the incident with Flight 2237?
9    A  No.
10   Q  Do you know how long you were involved in
11   matters relating to that Flight 2237?
12   A  I don't recall.
13   Q  Do you recall how you were first made aware, I'm
14   assuming that you were, that there was an incident with
15   that flight?
16   A  Again, I don't recall.
17   Q  Do you have any recollection of any tasks that
18   you carried out on December 28, 2003 with regard to the
19   removal of passengers or denial of re-booking related to
20   that flight?
21   A  I do not recall.
22   Q  Did you have any role in the decision to remove
23   three passengers from Flight 2237 for questioning by law
24   enforcement?
25   A  No, I do not recall.

[11]

1    Q  Do you recall whether anyone at SOC was
2    involved, any person other than yourself, do you recall
3    anybody else was -- was working on incidents related to
4    this Flight 2237?
5        MR. FITZHUGH:  Objection, form.
6        You can still answer if you --
7    Q  If you understand my question.
8        MR. KIRKPATRICK:  It wasn't a good
9    question, but I think he understands what I'm saying.
10   Q  Was there anybody else that you can recall right
11   now, this is the guy who handled that incident, do you
12   recall anybody else who was directly involved in this
13   incident?
14   A  I do not recall.
15   Q  Do you know who made the decision to have three
16   passengers removed from Flight 2237?
17   A  Other than the information from the paperwork?
18   Q  Okay.  Yeah.  Setting aside anything that you've
19   learned --
20   A  No.
21   Q  -- from the paperwork you looked at in
22   preparation for today's deposition?
23   A  No, I do not recall.
24   Q  Okay.  And I take it that you then do not recall
25   what the specific reasons were for that decision to

[12]

1    remove those passengers for questioning, am I right?
2    A  That's correct.
3    Q  On December 28, 2003, did you do anything to
4    determine whether any of the passengers on that flight
5    posed a security threat?
6    A  I do not recall.
7        MR. FITZHUGH:  If it'll help, we can
8    stipulate that's the day.  You can just say on the day in
9    question.
10       MR. KIRKPATRICK:  Thank you.
11   Q  And when I say "the incident", we all know what
12   I'm referring to.
13   A  Okay.
14       MR. FITZHUGH:  We'll so stipulate.
15   Q  Did you draw any conclusions on that day about
16   whether John Cerqueira was a security risk?
17   A  I do not recall.
18   Q  Did you do any type of investigation about
19   Mr. Cerqueira or the other two passengers removed from
20   that flight?
21   A  I do not recall.
22   Q  On that date, did you learn the results of any
23   law enforcement questioning of these passengers in
24   Boston?
25   A  I do not recall.

[13]

1    Q   Did you communicate with the pilot to that
2  flight -- it was Captain John Ehlers -- did you
3  communicate with him on that day?
4    A   I do not recall.
5    Q   Who made the decision to deplane all the
6  passengers and re-screen them?
7    A   I do not recall.
8    Q   Who made the decision to have dogs brought onto
9  the plane?
10   A   I do not recall.
11   Q   Were you involved in making the decision that
12 the three passengers removed for questioning would not be
13 rebooked on the later American Airlines flight that day?
14   A   I do not recall.
15   Q   Do you know the basis for the decision not to
16 rebook those passengers on a later flight?
17   A   I do not recall.
18   Q   Do you recall anybody that you received
19 information from on that date about this incident?
20   A   I do not recall.
21   Q   Do you recall anybody that you provided
22 information to on that date about this incident?
23   A   No.
24   Q   Do you know when the decision was made to deny
25 further service to these three passengers?

[14]

1    A   No.
2    Q   Do you know how the decision not to rebook these
3  passengers was communicated to American Airlines'
4  personnel in Boston?
5    A   I do not recall.
6    Q   Do you know whether the three individuals
7  removed from the flight are barred from further travel on
8  American Airlines?
9    A   Other than from the deposition or other from the
10 paperwork?  It was stated in the paperwork that they as
11 of January 6th, is that correct, 2004, they allowed that
12 person to travel; is that correct?
13   Q   Okay.  There are documents, yes, that --
14   A   I remember reading that in the document, --
15   Q   In preparation --
16   A   -- that's all the information I know.
17   Q   Okay.  Other than any review of documents you
18 did in preparation for this deposition, do you have any
19 knowledge about whether these individuals -- how long the
20 denial of service lasted?
21       MR. FITZHUGH:  Objection, form.  Why don't
22 you ask for each particular person?
23       MR. KIRKPATRICK:  Okay.
24   Q   With regard to Mr. Cerqueira, do you know how
25 long he was barred from travel on American Airlines?

[15]

1    A   Other from that documentation, I do not.
2    Q   With regard to the other passengers removed from
3  that flight, and the first one who is apparently in the
4  aisle seat, Oren Ashmil, do you know how long he was
5  barred from travel on American Airlines?
6    A   No.
7    Q   What about for Vittorio Daniel Rokah, who was in
8  the middle seat?
9    A   No.
10   Q   Before preparing for today's deposition, did
11 anybody from American Airlines contact you after
12 December 28, 2003 to discuss this incident?
13   A   Alec did.
14   Q   That would be Alec Bramlett?
15   A   That's correct.
16   Q   Do you recall when that was?
17   A   I do not.  I was on shift; he called, asked me
18 if I recalled; I did not.
19   Q   Do you have any -- do you have any --
20   A   Can I look at this?
21       MR. FITZHUGH:  No.  That's for the
22 stenographer, just for some names.
23   Q   Did you prepare any documents or reports the day
24 of the incident regarding the incident?
25   A   I do not recall.

[16]

1    Q   In preparation for this deposition, did you see
2  any documents that you had a hand in preparing?
3    A   Other than the ones that were in the file, no.
4    Q   Okay.  Let's take a look at some documents,
5  because I'm not privy to what was in the file that you
6  looked at.  But I'd like to just take a look at a series
7  of documents and, first, if you can tell me whether it's
8  one of the documents you reviewed in preparation for the
9  deposition, that would be helpful.
10       First, I'm going to show you what was
11 previously marked as Exhibit 12, and this is a passenger
12 name record for John Cerqueira.  And it's five pages, so
13 if you want to take a moment to familiarize yourself with
14 it.
15   A   I have seen this PNR.
16   Q   When did you see it first?
17   A   I saw this PNR a couple of weeks ago when I was
18 giving information on a case for Michael.
19   Q   To prepare for the deposition?
20   A   That's correct.
21   Q   On December 28, 2003, did you add any
22 information to the detail notes for the event with this
23 ID number?
24   A   No, I don't do that.
25   Q   Did you instruct Rhonda Cobbs to add any

Craig Marquis

June 15, 2006

[17]

1  information to this passenger name record?
2    A  I do not recall.
3    Q  Did you instruct Nicole Traer to add any
4  information to this passenger name record?
5    A  I do not recall.
6    Q  Mr. Marquis, if you would please turn to the
7  second page, which is AA0024, and the -- the first entry
8  under the -- time stamp, correct me if I'm wrong, but
9  I believe this means passenger denied travel on Flight
10  2237 per SOC Craig, due to security issue. CCRO will add
11  event number shortly. Please refund tickets due to deny.
12  Boston customer service manager, N. Traer; is that
13  correct?
14    A  I see that.
15    Q  Does the notation, per SOC Craig due to security
16  issue, do you believe that that's referring to you?
17    A  Yes.
18    Q  Does this refresh your recollection at all
19  about -- about whether you made a decision to deny
20  boarding and refund the tickets to this passenger?
21    A  It does not.
22    Q  Looking down then, just a couple of lines below
23  that, there's an entry with the event ID number. And it
24  states that above passenger denied boarding Flight 2237
25  Boston-Ft. Lauderdale per SOCMOD, due security issues

[18]

1  refund ticket. Do not rebook on AA. And that,
2  apparently, was input by Rhonda Cobbs. Are you the --
3  were you the SOC, I guess, manager on duty that day?
4    A  Yes, I was.
5    Q  Do you recall telling Rhonda Cobbs that this
6  passenger should not be rebooked on American Airlines?
7    A  I do not recall.
8    Q  I think I can -- we're done with that exhibit.
9  Mr. Marquis, I'm showing you what's been previously
10  marked as Deposition Exhibit 18. If you wouldn't mind
11  taking a look at these -- these pages that have been
12  collected together and labeled Exhibit 18. Let me know
13  when you got a chance to take a look at it.
14    A  Okay.
15    Q  Do the documents we've labeled as Exhibit 18,
16  are these among the documents you reviewed in preparation
17  for the deposition?
18    A  I'm not sure these all were here, but I
19  remember -- I remember seeing the aircraft -- the
20  aircraft routing, some of the crew information. I don't
21  recall that all of these were in that paperwork.
22    Q  Do any of these exhibit pages in Exhibit 18, do
23  any of them refresh your recollection about the incident?
24    A  They do not. Mr. Kirkpatrick, it doesn't seem
25  to be anything spectacular or outstanding about all the

[19]

1  paperwork that I've looked at that would stay in my mind.
2    Q  So, in other words, none of that has refreshed
3  your recollection?
4    A  That's correct.
5    Q  Okay. Thank you, for -- for cutting to the
6  chase there. I am though, just for the record, going to
7  put you through a few more paces here.
8    A  That's fine.
9    Q  If you wouldn't mind taking a quick look at
10  Exhibit 14, and is this a document that you reviewed in
11  preparation for today's deposition?
12    A  I don't recall. I mean, there was a lot of --
13  this is just general reporting for an event. There's no
14  reason that this piece should stand out.
15    Q  Okay.
16    A  It's just reporting.
17    Q  All right. I'd like to ask you a couple of
18  questions following up on -- on this Exhibit 14. Where
19  it says, passengers reportedly exhibited suspicious
20  behavior in airport towards captain, do you know
21  specifically what behavior that was?
22    A  I do not recall.
23    Q  It -- it continues that there was some sort of
24  suspicious behavior on the aircraft observed by Number 2
25  flight attendant, Boston based S. Walling; do you know

[20]

1  specifically what she observed?
2    A  I do not recall.
3    Q  It also indicates that law enforcement officers
4  removed passengers, detained, questioned, and released
5  them. Do you recall anything about what law enforcement
6  did with respect to these passengers?
7    A  No, I do not.
8    Q  It says, per SOCMOD passengers denied boarding
9  and tickets refunded; do you recall any specific reasons
10  why that decision was made?
11    A  I do not.
12    Q  It also says that security search of aircraft
13  was performed by dogs; do you recall specifically why
14  that was done?
15    A  I do not.
16    Q  And it says that the flight attendants were
17  replaced due to trauma; do you recall what it was that
18  caused that trauma?
19    A  I do not.
20    Q  Thank you. I'm handing you what's been marked
21  as Exhibit 13. Is this one of the documents you reviewed
22  in preparation for today's deposition?
23    A  It may have been.
24    Q  Thank you. I'm handing you what's been marked
25  as Exhibit 11. What is Exhibit 11?

Craig Marquis                                                                June 15, 2006

[21]

1    A  It looks like a request to -- from a flight
2  service manager or person asking the flight attendants to
3  submit a report.
4    Q  Do you know whether reports were solicited at
5  your instruction?
6    A  I do not recall.
7    Q  What would be the purpose of asking the flight
8  service people to file a report?
9    A  Just for information gathering.
10    Q  Who do those reports go to, in other words, any
11  reports generated, you know, by flight attendants or
12  the -- the situation relating to this incident, would those
13  ordinarily be something that would go back to SOC manager
14  on duty or --
15    A  If I requested them specifically, they come to
16  me.  If I didn't, then there's a reporting system called
17  the Event Call Center and they're submitted to the Event
18  Call Center, and flight service then handles them.
19    Q  If they're submitted to that Event Call Center,
20  in your position, would you ever have reason to go back
21  and review them?
22    A  Hypothetically?
23    Q  Yeah.
24    A  If I had a question, I'd go and look at them.
25    Q  Do you know whether you did, with respect to

[22]

1  this incident, whether you went to look at any reports
2  that were filed?
3    A  I do not recall.  There's nothing outstanding on
4  this report, you know, it isn't a 9-11, it isn't Richard
5  Reid, it isn't, you know, a passenger being shot by FAMS.
6  There's nothing here that stands out.
7    Q  All right.  Okay.  Thank you.
8    A  You're welcome.
9        MR. FITZHUGH:  FAMS means Federal Air
10  Marshals?
11        THE WITNESS:  That's correct.
12    Q  In preparation for today's deposition, did you
13  review call center reports filed by the flight
14  attendants?
15    A  The only thing I reviewed was the paperwork that
16  I received from Michael.
17    Q  Okay.  I'm going to show you a series of
18  exhibits, there's about five of them.  And my question is
19  going to be the same for each, and it's whether you have
20  seen it before.
21    A  Seen them, okay.
22    Q  And if so, whether you saw it in preparation for
23  today's deposition or somewhere else.
24        MR. FITZHUGH:  Could we go off the record?
25  It may help.

[23]

1        (Off the record from 3:01 to 3:01 p.m.)
2    Q  Mr. Marquis, I'm handing you Exhibit 1, which
3  has previously been identified as a call center report of
4  Flight Attendant Walling.  Have you seen this before?
5    A  Yes.
6    Q  In preparation for today's deposition?
7    A  That's correct.
8    Q  Anywhere else?
9    A  No, sir.
10    Q  I'm handing you what's been marked as Exhibit 5.
11  This has been previously identified as the call center
12  report of Flight Attendant Sargent.  Have you seen this
13  document before?
14    A  Yes.
15    Q  In preparation for today's deposition?
16    A  That's correct.
17    Q  Anywhere else?
18    A  No, sir.
19    Q  I'm handing you what's been previously marked as
20  Exhibit 9, which has been identified as a call center
21  report of Flight Attendant Milencovic.  Have you seen
22  this before?
23    A  Yes, I have.
24    Q  In preparation for today?
25    A  That's correct.

[24]

1    Q  Anywhere else?
2    A  No, sir.
3    Q  I'm handing you what's been marked as Deposition
4  Exhibit 16.  This has been previously identified as the
5  statement of Captain Ehlers.  Have you seen this before?
6    A  Yes.
7    Q  In preparation for today?
8    A  That's correct.
9    Q  Anywhere else?
10    A  No, sir.
11    Q  Are there any other documents or reports that
12  were prepared contemporaneously to this incident by
13  American Airlines' personnel that you reviewed, and that
14  we haven't looked at today?
15    A  No, not that I know of.
16    Q  Okay.  Did you prepare any written report
17  related to this incident?
18    A  I did not.
19    Q  Do you know whether the CCRO that day prepared
20  any written report other than the detail notes that we've
21  looked at?
22    A  No.
23    Q  You don't know or she did not?  It wasn't a very
24  good question.
25    A  The information you have there with Rhonda's

**Exhibit 2**

**to**

**PLAINTIFF'S FOURTH MOTION *IN LIMINE* TO PRECLUDE
DEFENDANT FROM OFFERING SPECULATION ABOUT POSSIBLE
BASES FOR ITS REFUSAL TO REBOOK MR. CERQUEIRA**

Def. Resp. to Interr. No. 2

The foregoing General Objections shall apply to all requests, whether or not any reference is made to such objections in the defendant's response.

## RESPONSES TO INTERROGATORIES

INTERROGATORY NO. 1:

Identify the person(s) who made the decision to have John D. Cerqueira removed from American Airlines flight 2237 on December 28, 2003, state the basis for the decision, and identify any other person(s) who participated in making the decision and describe their participation.

**Response:**    Under the Federal Aviation Act, 49 U.S.C. § 44902, which affords an airline and its employees the discretion to refuse transport of a passenger who is or may be inimical to airline safety, Captain John Ehlers made an assessment that certain behavior exhibited by Mr. Cerqueira and other passengers who appeared to be traveling with him might pose a security risk. Captain Ehlers notified American Airlines' Ground Security Coordinator of these concerns, and thereafter all passengers were removed for re-screening, as was all baggage.  Members of federal and state law enforcement agencies, including the Massachusetts State Police, then conducted interviews of some of the passengers, including Mr. Cerqueira. The State Police officers who were involved with the situation then notified Captain Ehlers that they were making the decision to "take this out of his hands," and detain Mr. Cerqueira for further questioning. Thus, the plaintiff was initially "removed" from the flight along with all of the other passengers as a result of Captain Ehlers' decision, but was subsequently not able to re-board the flight by virtue of the actions of the Massachusetts State Police. American Airlines also incorporates herein as a part of its response to this interrogatory the facts set forth in its December 28, 2004 Position Statement to the Massachusetts Commission Against Discrimination, as well as its Automatic Disclosures and documents attached thereto.

INTERROGATORY NO. 2:

Identify the person(s) who made the decision to refuse service to John D. Cerqueira after he was released from questioning following his removal from American Airlines flight 2237 on December 28, 2003, state the basis for the decision, and identify any other person(s) who participated in making the decision and describe their participation.

**Response:**    On information and belief, Mr. Craig Marquis made this decision based upon information that he obtained from law enforcement officers involved with the incident, and other American Airlines personnel.

2

**Exhibit 3**

**to**

**PLAINTIFF'S FOURTH MOTION *IN LIMINE* TO PRECLUDE
DEFENDANT FROM OFFERING SPECULATION ABOUT POSSIBLE
BASES FOR ITS REFUSAL TO REBOOK MR. CERQUEIRA**

Cobbs Deposition Transcript, pages 7-8, 11, 22-23

Rhonda Cobbs                                                    June 15, 2006

[5]

1  taken before?
2      A  No, I haven't.
3      Q  I'd like to just give you a few instructions on
4  what we're going to do here this morning.  I'm going to
5  be asking you questions, and your job is just to give me
6  your best answer.  You are under oath as though we were
7  in a courtroom, even though we're in this informal
8  atmosphere of -- of a conference room.  It's important
9  that you wait for me to finish my questions before you
10  give your answers, so that the court reporter can take
11  down in full what everybody says.  We don't want to be
12  speaking at the same time.  Also, it's important that you
13  speak up and not just answer with a nod or a shake of the
14  head.
15          If you don't understand one of my
16  questions, please let me know, just ask me to repeat or
17  rephrase and I'll be happy to do that.  I'm not trying to
18  trick you or anything today, I just want information.
19  And if you don't understand the question, it's important
20  that you get a better understanding of it before you
21  attempt to answer.
22          If Mr. Fitzhugh objects to some of my
23  questions, unless he instructs you not to answer, you
24  should still answer the question to the best of your
25  ability.  The objections are to preserve that for a later

[6]

1  time, if it's necessary, to resolve any objections, but
2  unless there's an instruction not to answer, Mr.
3  Fitzhugh's objection should not interfere with your
4  giving me your best answer.
5          If you need a break today, please let me
6  know, and I'm happy to take a break.  I would ask though
7  that if there's a question pending, we finish that
8  question and perhaps finish the sort of line of
9  questioning, and then I'll find a convenient time for us
10  to take a break.  It may not be necessary for us to break
11  at all, but we'll just see as that goes on.  Do you
12  understand these instructions?
13      A  I do.
14      Q  Do you know of any reason why you can't give me
15  your best full and honest answers today?
16      A  No.  I know of no reason.
17      Q  Okay.  Very good.  Did you do anything to
18  prepare for the deposition today?
19      A  I spoke with Mr. Fitzhugh.
20      Q  For about how long?
21      A  Probably a total of, I don't know, two or three
22  hours; longer than anticipated.
23      Q  Yes.  That was -- that was today that you met
24  with Mr. Fitzhugh?
25      A  Exactly.

[7]

1      Q  Before talking to Mr. Fitzhugh today, did you
2  discuss this deposition with anyone else?
3      A  No.
4      Q  Have you had a chance to talk to Craig Marquis
5  about this deposition?
6      A  No.
7      Q  Did you review any documents in --
8      A  I did.
9      Q  -- preparation?  What did you look at?
10      A  I don't know the titles of them all, just
11  various letters, interrogatories.  I'm -- I'm not sure of
12  the titles of them, but probably if you showed them to me
13  I could tell you if I've seen them before.
14      Q  Okay.  Is it your understanding that those are
15  documents that have been exchanged between the parties
16  during this case?
17      A  Yes.
18      Q  Did you review any other documents?
19      A  No.
20      Q  Are you currently employed by American Airlines?
21      A  I am.
22      Q  What is your current position?
23      A  I'm the analyst and CCRO for system operations
24  control.
25      Q  What is CCRO?

[8]

1      A  It's stands for corporate complaint resolution
2  official.
3      Q  And what is the relationship between CCRO and
4  system operations control, which I guess we'll call SOC?
5      A  Are you asking me what my job function is?
6      Q  Well, is CCRO part of SOC?
7      A  CCRO is part of SOC.
8      Q  Okay.  And is CCRO just a particular job
9  function within SOC?
10      A  It is.
11      Q  How long have you been in that position?
12      A  In that position, a little more than three
13  years.
14      Q  Can you describe for me your duties as an
15  analyst or CCRO?
16      A  Okay.  It's actually an interchangeable desk.
17  One day I may be working at the analyst position; one day
18  at the CCRO position.
19      Q  I see.  I didn't understand before.  So you have
20  two different positions that you --
21      A  Correct.
22      Q  -- switch between?  Okay.  And --
23      A  Not on the same day, but.
24      Q  Right.
25      A  Today I may go in and work one desk; the other

Thu Bui, CSR              Collins Realtime Reporting              214-220-2449

Rhonda Cobbs                                                    June 15, 2006

[9]

1  day I go in and work another desk.
2    Q   Okay.  Tell me what your duties are when you're
3  working the analyst position.
4    A   As the analyst, I help the center manager, the
5  sector managers, in keeping track of the daily operation
6  of the airline, compiling information, tracking flight
7  irregularities.  Also if -- if a dispatcher calls in
8  sick, we cover the -- the sick call by calling in
9  overtime.  It's -- it's like the right-hand person to the
10 center manager.
11   Q   Okay.  And when you're working the CCRO
12 position, what are your duties?
13   A   I act as a liaison between passenger service and
14 SOC, responsible for passenger acceptance issues with
15 regard to physical or medical disabilities, if there's a
16 misconduct issue.
17   Q   And in your duties as a liaison between
18 passenger service and SOC, what are the kinds of things
19 that you would do, what kinds of tasks?
20   A   I'm not sure I understand that, really.
21   Q   I guess I'm just trying to get an understanding
22 for what -- what the liaison role is.  You've told me
23 that you're a liaison between passenger service and SOC,
24 and I'm wondering what -- what exactly do you do when
25 you're working the CCRO position?

[10]

1    A   Okay.  The -- the CCRO is a federally mandated
2  position in that we have to be available 24 hours a day,
3  7 days a week whether it be on property, on an airport,
4  or by phone; that's the position where I am able to
5  assist people in the field, if there's questions
6  regarding passenger acceptance or a passenger misconduct.
7  If there's -- if there's an en route landing because a
8  person has a medical emergency, then we assist the
9  passengers in -- in getting on to their destination.
10   Q   I see.  I think you told me that you had been in
11 these positions for about three years --
12   A   Uh-huh.
13   Q   -- is that right?  What did you do before that?
14   A   I worked in airport operations at DFW.
15   Q   How long were you in airport operations?
16   A   10 or 12 years, just a guess.
17   Q   And was that for American Airlines?
18   A   It was.
19   Q   Did you have any positions with American before
20 that?
21   A   I did.
22   Q   What did you do?
23   A   Clerical work or a staff assistant in employee
24 relations.  Prior to that, I was in the personnel
25 department, and prior to that, in marketing, all as a

[11]

1  staff assistant.
2    Q   So when did you start working for American
3  Airlines?
4    A   In 1986.
5    Q   Were you working on December 28th of 2003?
6    A   I was.
7    Q   What was your position that day?
8    A   The CCRO.
9    Q   Do you remember what time your shift started?
10   A   At 6:00 o'clock in the morning.
11   Q   Who was your supervisor?
12   A   Do you mean who was the center manager?
13   Q   Do you mean who was the center manager?
14 to.
15   A   I don't remember, but I am assuming it was Craig
16 Marquis from the -- all the documents that I've reviewed.
17   Q   Okay.  And on December 28th, 2003, did you
18 become aware that there was some type of incident or
19 problem with respect to Flight 2237, a flight scheduled
20 to leave Boston Logan Airport for Ft. Lauderdale?
21   A   Off the top of my head, no, I don't remember
22 that.
23   Q   Do you have any recollection of being involved
24 with incidents relating to that flight and security
25 concerns with certain passengers?

[12]

1    A   No, I don't.
2    Q   When did your shift end that day?
3    A   At 2:00 p.m.
4    Q   Did you have any role on December 28th in making
5  the decision to remove three passengers from Flight 2237
6  for questioning by law enforcement?
7    A   Did I have a role in it, meaning did I make some
8  type of decision in removing those passengers?
9    Q   Either making some type of decision or providing
10 information, doing background checks on the passengers,
11 responding to telephone calls or communications from
12 folks on the ground and Boston, anything like that?
13   A   I -- I don't remember doing that, but according
14 to the documents, I was there.
15   Q   Okay.  That's fine.  And I certainly understand
16 it's been some time.  And if you don't remember, you
17 don't remember.  What I'd like to do is to the extent you
18 do remember any specifics with regard to what you did or
19 were told with regard to that flight, I'd like to walk
20 through each of those things chronologically.  Do you
21 have any recollection of working in your position as a
22 CCRO on December 28th, 2003, working on an issue
23 surrounding this flight from Boston to Ft. Lauderdale?
24   A   No, I don't.
25   Q   So I take it you don't know who made the

Rhonda Cobbs                                                              June 15, 2006

[21]

1    Q    And does SOC Craig, does that refer to Craig
2    Marquis?
3    A    I believe it does.
4    Q    What does the notation, CCRO will add event
5    number shortly, what does that mean?
6    A    If -- if you'll look down in Line 14, there's an
7    event and a number behind it.
8    Q    Yes.
9    A    Which is the same, that is, the event ID number
10   underneath the words, detail note.
11   Q    Okay.  And did you add that number?
12   A    I did.
13   Q    Do you know at what time that number was added?
14   A    It looks like it's 8:08 central time.
15   Q    Where -- where do you see that?  Okay.  Line 18?
16   A    Uh-huh.
17   Q    I see.  Were Lines 14 through 18, were they
18   added at the same time?
19   A    As?
20   Q    I --
21   A    Oh, yes, you mean all together?
22   Q    -- that went in as one entry?
23   A    Right.
24   Q    Yes.  So that's correct, they were added?
25   A    That's correct.

[22]

1    Q    Okay.  And you made that notation?
2    A    I did.
3    Q    Could you just tell me again, like you did for
4    the other entry, what -- what the various abbreviations
5    mean, if you could just read that in -- in plain English?
6    A    Above passenger denied boarding Flight 2237/27,
7    Boston-Ft. Lauderdale per SOCMOD due security issues,
8    refund ticket, do not rebook on American Airlines.  And
9    then that CCRO archived 28th of December at 8:08 central.
10   Q    That 8:08 central -- did Boston customer service
11   manager Traer, did she make the entry above that before
12   you made the 8:08 central time entry?
13   A    I can't tell from looking at this.
14   Q    Okay.  I was just wondering whether these
15   ordinarily, you know, are sort of chronological; that
16   anything that shows up later was added later?
17   A    Not necessarily.
18   Q    Okay.  But the indication in Ms. Traer's
19   notation that CCRO will add event number shortly, then
20   below that that's reflecting you adding the event number;
21   is that correct?
22   A    Correct.
23   Q    When it -- when it says here, per SOCMOD, what
24   does that mean?
25   A    System operations control manager on duty.

[23]

1    Q    And it says due security issues, do you recall
2    what the security issues were?
3    A    No, I don't.
4    Q    You typed in the notation, do not rebook on AA;
5    is that correct?
6    A    That's correct.
7    Q    Do you know why?
8    A    Due to security issues.
9    Q    Did you make the decision that this passenger
10   should not be rebooked on American Airlines?
11   A    I don't know.
12   Q    Do you recall whether Craig Marquis told you
13   that he -- this passenger should not be rebooked on
14   American Airlines?
15   A    I don't recall.
16   Q    The indication, do not rebook on American
17   Airlines, for how long would that instruction last?
18   A    Normally?
19   Q    Yes.
20   A    For that day.
21   Q    So would this passenger have been eligible to go
22   to American Airlines, for example, the following day and
23   purchase a ticket for travel?
24   A    So far as I know.
25   Q    In other words, would this notation in the

[24]

1    passenger name record, would it have interfered with this
2    passenger's ability to travel on another -- on another
3    day, a future day on American Airlines?
4    A    No.
5    Q    Are some passengers denied for the travel for
6    more than the current day?
7    A    I don't know.
8    Q    In your experience, have you ever made a
9    notation, passenger name record, to the effect that this
10   person should not be allowed to fly ever on American
11   Airlines?
12   A    No, I haven't.
13   Q    Moving further down this passenger name record
14   then, can you tell me what these next entries mean
15   starting with baggage information?
16   A    I believe it's -- it's bag tag numbers.
17   Q    And this would have been for the December 24th
18   2003 flight?
19   A    It looks like it.
20   Q    And what -- the next entry under Cerqueira/John,
21   can you tell me what that entry means?
22   A    It appears to be the same.  It's baggage tag
23   information for Flight 514 on the 28th.  I -- I'm
24   guessing.  I don't know that.  I -- I'm just going by
25   what it -- what the entry above that says.

**Exhibit 4**

**to**

**PLAINTIFF'S FOURTH MOTION *IN LIMINE* TO PRECLUDE DEFENDANT FROM OFFERING SPECULATION ABOUT POSSIBLE BASES FOR ITS REFUSAL TO REBOOK MR. CERQUEIRA**

Deposition Exh. 12

**Event ID: 03122856**

## Passenger Name Record (*PNR)



Created: 12/28/2003    Rhonda Cobbs     Updated: 12/28/2003    Rhonda Cobbs
08:29                   08:29

```
1.1CERQUEIRA/JOHN
3    ARNK
1 AA9124Y 01MAR M AVSFSG MM1    700A 1100A
TKT/TIME LIMIT
1.T-12JUN-XTM7EAD
2.TE 0012147100338 CERQU/J XTM7W1K 1026/09MAY 1B*254202
3.TE 0012147973213 CERQU/J XTM7EAD 1125/12JUN 1B*254206
4.TK 0010494109138 CERQU/J BOS584H 0918/28DEC
VCR COUPON DATA EXISTS  *VI TO DISPLAY
PHONES
1.WWW1510-579-3488-B
2.WWWSAPTECH?ALYCOS.COM-E
3.QHF510-579-3488-C/B
ADDRESS
V/JOHN CERQUEIRA
V/3675 N COUNTRY CLUB DR 120
C/AVENTURA, FL
E/33180-1731
PRICE QUOTE RECORD EXISTS - *PQS
FREQUENT TRAVELER
1.AA KDV1522            HK AA   1.1 CERQUEIRA/JOHN
2.AA KDV1522            HK AX   1.1 CERQUEIRA/JOHN
REMARKS
1.-TBMXX-ADD
2.H-TBMEDIT/49AATDS EDITOR SESSION 3
3.H-TBMEDIT/45AATDS EDITOR SESSION 4
4.H-TBMEDIT/45AATDS EDITOR SESSION 4
5.H-TBMEDIT/1 VERIFICATION EDIT/1238/24NOV
6.H-TBMEDIT/C?DEPARTURE EARLIER THAN  15 MINUTES
7.H  MEDIT/45AATDS EDITOR SESSION 1
8.H-TBMEDIT/1 VERIFICATION EDIT/0057/21JUL
9.H-TBMEDIT/C?DEPARTURE EARLIER THAN  15 MINUTES
10.H-TBMEDIT/45AATDS EDITOR SESSION 1
11.H-TBMEDIT/36AATDS EDITOR SESSION 5
12.H-/T?TTE11/13.00/100.00/N1.1
13.H-/T?TTE12/VCR0012147100338/C1-2
14.H-/T?DOC?VCR
15.H-/T?DLV?EMAIL?SAPTECH?ALYCOS.COM
16.H-/T?QHF ECK
17.H-/T?TBM*DS6011001850655533?03/05
18.H-/T?JOHN CERQUEIRA
19.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE
20.H-PTICERQUEIRA/JOHN-ADT
21.XXTACXTM09MAY/
22.H-TKTED PQ DELETED AND PLACED INTO HISTORY
23..
24.H-M4/PAD - NORMALIZED
25.XXAUTH/012352 *Z
26.XXTTEXTM12JUN/
27.H?EXCHANGE PROCESSED BY ETDS AUTOMATED EDITOR
28.H-/T?TBMEDIT/EMAIL SENT 1216/12JUN/TDS
29.H-TBMEDIT/1426/24NOV/SCN SENT
30.?NAME?JOHN CERQUEIRA
31.?PNR?EJZSQY
32.?TYPE?SCN
33.?DLV?EMAIL?SAPTECH?ALYCOS.COM
34.H-/T?TBMEDIT/SCHED CHNG EMAIL SENT 1901/24NOV/TDS
35.H-ALLOWED CHANGE TO 804/5021/ PAX MISSED FLLBOS NONSTOP
36.BAG-TAG FLL890684 SCANNED 28DEC2003 0521L/BOS/SG1
37.F FLORIDA DL C626 464 67 415 0
```

AA 0023

# Detail Note

## Event ID: 03122856

### Passenger Name Record (*PNR)

Created 12/28/2003    Rhonda Cobbs    Updated: 12/28/2003    Rhonda Cobbs
08:29                                                          08:29

```
38.H-*******************************************************
39.H-PSGR DENIED TRAVEL ON FLT 2237 PER SOC CRAIG DUE TO
40.H-SECURITY ISSUE CCRO WILL ADD EVENT NUMBER SHORTLY
41.H-PLZ REFUND TKTS DUE TO DENY  BOSCSM N TRAER
42.H-*******************************************************
43.H-C-...................................
44.H-C-EVENT 03122856.
45.H-C-ABOVE PAX DENIED BOARDING F2237/27 BOS-FLL
46.H-C-PER SOC MOD DUE SECURITY ISSUES. REFUND
47.H-C-TICKET...DO NOT REBOOK ON AA.
48.H-C-CCRO/R.COBBS/28DEC03/0808C.
49.H-C-...................................
BAGGAGE INFORMATION
PASSENGER REROUTED
ROUTING-AA   804 LGA  /AA  5021 BOS
CERQUEIRA/JOHN
BOS  AA 905071 - BY FLL546L 1048/24DEC03
BOS  AA 905072 - BY FLL546L 1048/24DEC03
ROUTING-AA  2237 FLL
CERQUEIRA/JOHN
FLL  AA 890684 - BY BOS4DO1 0514/28DEC03
RECEIVED FROM - WWW?KDV1522
WWW.HDQ2EAU 0919/09MAY03 FJZSQY H
?NO PSGR DATA?
1 AA 804H 24DEC*FLLLGA HK1  1145A  230P/E
2 AA5021H 24DEC LGABOS*HK1   500P  615P HRS/E
5021H 24DEC LGABOS HK  4B NA     1.1 CERQUEIRA/JOHN
A5H   H-C-...................................
A5H   H-C-EVENT 03122856.
A5H    -C-ABOVE PAX DENIED BOARDING F2237/27 BOS-FLL
A5H    ..-C-PER SOC MOD DUE SECURITY ISSUES. REFUND
A5H   H-C-TICKET...DO NOT REBOOK ON AA.
A5H   H-C-CCRO/R.COBBS/28DEC03/0808C.
A5H   H-C-...................................
AS    AA9124Y 01MAR AVSFSG MM/MM1   700A 1100A
R-    CCRO
FTW FTW7B2L 0821/28DEC03
A5H   H-*******************************************************
A5H   H-PSGR DENIED TRAVEL ON FLT 2237 PER SOC CRAIG DUE TO
A5H   H-SECURITY ISSUE CCRO WILL ADD EVENT NUMBER SHORTLY
A5H   H-PLZ REFUND TKTS DUE TO DENY  BOSCSM N TRAER
A5H   H-*******************************************************
BOS BOS584H 0801/28DEC03
CS    AA2237V 28DEC BOSFLL SC/HK1   645A 1015A HRS/E
CS    AA1947Y 28DEC BOSFLL NN/HK1   210P  537P/E
X4G*   2237V 28DEC BOSFLL SC/HK 13A NW
BOS BOS584H 0754/28DEC03
AS    AA1947Y 28DEC BOSFLL NN/SS1   210P  537P/E
```

AA 0024

# Detail Note

## Event ID: 03122856

### Passenger Name Record (*PNR)

Created: 12/28/2003    Rhonda Cobbs      Updated: 12/28/2003    Rhonda Cobbs
08:29                          08:29

```
BOS   BOS543Q 0740/28DEC03
A5H   H-FLORIDA DL C626 464 67 415 0
BOS   BOS784H 0721/28DEC03
A5H   H-ALLOWED CHANGE TO 804/5021/ PAX MISSED FLLBOS NONSTOP
A4G      5021H 24DEC LGABOS NN/SS    4B NA
FLL   FLL546L 0947/24DEC03
XS    AA2224L 24DEC FLLBOS SC/HK1   1115A  220P HRS/E
X4G*     2224L 24DEC FLLBOS SC/HK   12A NW
AS    AA 804H 24DEC*FLLLGA NN/SS1   1145A  230P/E
AS    AA5021H 24DEC LGABOS*NN/SS1    500P  615P/E
FLL   FLL546L 0947/24DEC03
A5H   H-TBMEDIT/49AATDS EDITOR SESSION 3
R-    TDSEDITOR/0442/25NOV/SCN
XTM   XTM78CN 0446/25NOV03
A5H   H-/T?TBMEDIT/SCHED CHNG EMAIL SENT 1901/24NOV/TDS
R-    TDSEMAILEDIT/1901/24NOV/TDS
XTM   XTM7QAD 1904/24NOV03
ITINERARY
XTM   XTM4SCN 1430/24NOV03
XS    AA2224L 24DEC FLLBOS HK/WK1   1105A  209P HRS/E
XS    AA2224L 24DEC FLLBOS SC/WK1   1124A  228P HRS/E
XS    AA2237V 28DEC BOSFLL HK/WK1    750A 1125A HRS/E
XS    AA2237V 28DEC BOSFLL SC/WK1    707A 1044A HRS/E
XS    AA2237V 28DEC BOSFLL SC/WK1    655A 1025A HRS/E
A5H   H-TBMEDIT/45AATDS EDITOR SESSION 4
A5H   H-TBMEDIT/1426/24NOV/SCN SENT
BC    AA2224L 24DEC FLLBOS SC/HK1   1115A  220P HRS/E
BC    AA2237V 28DEC BOSFLL SC/HK1    645A 1015A HRS/E
R-    TDSEDITOR/1426/24NOV/SCN
KTM   TM4SCN 1429/24NOV03
A5H   H-TBMEDIT/45AATDS EDITOR SESSION 4
A5H   H-TBMEDIT/1 VERIFICATION EDIT/1238/24NOV
A5H   H-TBMEDIT/C?DEPARTURE EARLIER THAN  15 MINUTES
R-    TDSEDITOR/1238/24NOV/WSC
XTM   XTM5WSC 1242/24NOV03
X4G      2237V 28DEC BOSFLL HK/WK   13A NW
A4G      2237V 28DEC BOSFLL SC/SC   13A NW
BC    AA2237V 28DEC BOSFLL SC/WK1    655A 1025A HRS/E
AS    AA2237V 28DEC BOSFLL SC/SC1    645A 1015A HRS/E
R-    SC.REAC.E05NOV03 0138/02NOV03
X4G      2224L 24DEC FLLBOS HK/WK   12A NW
X4G      2237V 28DEC BOSFLL HK/WK   13A NW
A4G      2224L 24DEC FLLBOS SC/SC   12A NW
A4G      2237V 28DEC BOSFLL SC/SC   13A NW
BC    AA2224L 24DEC FLLBOS SC/WK1   1124A  228P HRS/E
AS    AA2224L 24DEC FLLBOS SC/SC1   1115A  220P HRS/E
BC    AA2237V 28DEC BOSFLL SC/WK1    707A 1044A HRS/E
AS    AA2237V 28DEC BOSFLL SC/SC1    655A 1025A HRS/E
```

AA 0025

# Detail Note

## Event ID: 03122856

## Passenger Name Record (*PNR)

Cre.   J: 12/28/2003     Rhonda Cobbs        Updated: 12/28/2003     Rhonda Cobbs
       08:29                                            08:29

```
R-      SC.REAC.E22OCT03 0337/19OCT03
A5H     H-TBMEDIT/45AATDS EDITOR SESSION 1
A5H     H-TBMEDIT/1 VERIFICATION EDIT/0057/21JUL
A5H     H-TBMEDIT/C?DEPARTURE EARLIER THAN  15 MINUTES
R-      TDSEDITOR/0057/21JUL/WSC
XTM     XTM5WSC 0104/21JUL03
X4G       2224L 24DEC FLLBOS HK/WK   12A NW
X4G       2237V 28DEC BOSFLL HK/WK   13A NW
A4G       2224L 24DEC FLLBOS SC/SC   12A NW
A4G       2237V 28DEC BOSFLL SC/SC   13A NW
SC      AA2224L 24DEC FLLBOS HK/WK1   1105A  209P HRS/E
AS      AA2224L 24DEC FLLBOS SC/SC1   1124A  228P HRS/E
SC      AA2237V 28DEC BOSFLL HK/WK1    750A 1125A HRS/E
AS      AA2237V 28DEC BOSFLL SC/SC1    707A 1044A HRS/E
R-      SC.REAC.E23JUL03 0338/20JUL03
XS      AA2223V 28DEC BOSFLL HK/WK1    750A 1125A HRS/E
X4G*      2223V 28DEC BOSFLL HK/WK   13A NW
A5H     H-TBMEDIT/45AATDS EDITOR SESSION 1
SC      AA2237V 28DEC BOSFLL SC/HK1    750A 1125A HRS/E
R-      TDSEDITOR/0120/25JUN/WSC
XTM     XTM5WSC 0127/25JUN03
A4G       2237V 28DEC BOSFLL SC/SC   13A NW
SC      AA2223V 28DEC BOSFLL HK/WK1    750A 1125A HRS/E
AS      AA2237V 28DEC BOSFLL SC/SC1    750A 1125A CHG/HRS/E
R-      SC.REAC.E25JUN03 0220/24JUN03
A5H     H-/T?TBMEDIT/EMAIL SENT 1216/12JUN/TDS
R-      TDSEMAILEDIT/1216/12JUN/TDS
XTM     XTM7QAD 1222/12JUN03
X5H     H-TBMEDIT/32AATDS EDITOR SESSION 3
A5'     H-TBMEDIT/36AATDS EDITOR SESSION 5
R-      TDSEDITOR/1125/12JUN/EVN
XTM     XTM7EVN 1132/12JUN03
X5H     H-TBMEDIT/41AATDS EDITOR SESSION 1
A5H     H-TBMEDIT/32AATDS EDITOR SESSION 3
X7      TTEXTM12JUN/
A7      T-12JUN-XTM7EAD
R-      TDSEDITOR/1119/12JUN/EAD
XTM     XTM7EAD 1125/12JUN03
K5H     H-TBMEDIT/TKT DRIVEN FOR 256.50/1021/09MAY
K5H     H-TBMEDIT/28AATDS EDITOR SESSION 4
KN      Z/33180
AN      Z/33180-1731
A5H     H-TBMEDIT/41AATDS EDITOR SESSION 1
A5H     H-M4/PAD - NORMALIZED
R-      TDSEDITOR/1104/12JUN/POS
CTM     XTM7POS 1110/12JUN03
C5F     -TBM*DS601100185O655533?03/05
C5F     -JOHN CERQUEIRA
C5H     H-/T?DOC?VCR
C5H     H-/T?DLV?EMAIL?SAPTECH?ALYCOS.COM?FREE
C5H     H-/T?TBMEDIT/EMAIL SENT 1045/09MAY/TDS
A9      QHF510-579-3488-C/B
A5F     -TBMXX-ADD
A5H     H-/T?TTR11/13.00/100.00/N1.1
```

AA 0026

# Detail Note

### Event ID: 03122856

## Passenger Name Record (*PNR)

```
Crea...d: 12/28/2003    Rhonda Cobbs      Updated: 12/28/2003    Rhonda Cobbs
        08:29                                    08:29
A5H   H-/T?TTE12/VCR0012147100338/C1-2
A5H   H-/T?DOC?VCR
A5H   H-/T?DLV?EMAIL?SAPTECH?ALYCOS.COM
A5H   H-/T?QHF ECK
A5H   H-/T?TBM*DS6011001850655533?03/05
A5H   H-/T?JOHN CERQUEIRA
C7    T-09MAY-XTM7W1K
A7    TTEXTM12JUN/
L-    JOHN
)HF   QHF1ECK 1057/12JUN03
M4G      2224L 24DEC FLLBOS NN/SS   12A NW
M4G      2223V 28DEC BOSFLL NN/SS   13A NW
L-    JOHN
)HF   QHF1ECK 1053/12JUN03
LS    AA4153N 20JUN TYSORD NN/HK1    226P  304P /DCAA*FJZSQY
IRS/E
LS    AA4084N 22JUN ORDTYS NN/HK1    716P  945P /DCAA*FJZSQY
IRS/E
M4G*     4153N 20JUN TYSORD SS/HK    8A NA
M4G*     4084N 22JUN ORDTYS SS/HK   16A NAH
LS    AA2224L 24DEC FLLBOS NN/SS1   1105A  209P/E
LS    AA2223V 28DEC BOSFLL NN/SS1   750A 1125A/E
L-    JOHN CERQUEIRA
)HF   QHF1ECK 1053/12JUN03
A5H   H-/T?TBMEDIT/EMAIL SENT 1045/09MAY/TDS
L-    TDSEMAILEDIT/1045/09MAY/TDS
CTM   XTM7QAD 1050/09MAY03
A5H   H-TBMEDIT/TKT DRIVEN FOR 256.50/1021/09MAY
A5H   H-TBMEDIT/28AATDS EDITOR SESSION 4
A5F   *-TKTED PQ DELETED AND PLACED INTO HISTORY
C7    -ACXTM09MAY/
A7    T-09MAY-XTM7W1K
L-    TDSEDITOR/1021/09MAY/W1F
CTM   XTM7W1K 1026/09MAY03
```

AA 0027