UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

Civil Action No: 05-11652-WGY

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my name as counsel of record for Plaintiff John D. Cerqueira in the above-captioned action. Attorneys David S. Godkin and Darleen F. Cantelo and Birnbaum & Godkin, LLP shall remain as counsel of record for Plaintiff in this action.

/s/ Erica Abate Recht
Erica Abate Recht (BBO #641452)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210-1108
(617) 307-6100

Dated: November 21, 2006

CERTIFICATE OF SERVICE

I, Erica Abate Recht, hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on November 21, 2006.

/s/ Erica Abate Recht
Erica Abate Recht