**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH        KATHLEEN GROVER ∇
WILLIAM L. PARKER          BARBARA L. HORAN
FERDINAND ALVARO, JR. ●    ROBERT P. LA HAIT
MARK A. NEWCITY            AMY CASHORE MARIANI *
                           SUSAN M. MORRISON
                           JEFFREY A. NOVINS ●
CAROL J. ANGUILLA ◆        EDWARD P. O'LEARY †
FRANK CAMPBELL             MICHAEL W. PARKER
JOSEPH M. CODEGA ○*        SONIA L. SKINNER ◆
FREDERICK E. DASHIELL*     DAVID JON VOLKIN
LUCY ELANDJIAN *           KENNETH F. WHITTAKER
DOUGLAS A. FLEMING

FILED
CLERKS OFFICE
2006 NOV 22  P  2

DISTRICT COURT
DISTRICT OF MASS

* OF COUNSEL

RHODE ISLAND OFFICE

37 SOCKANOSSET CROSSROAD
CRANSTON, RI 02920
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE

ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

▲ ALSO ADMITTED IN CONNECTICUT        ○ ONLY ADMITTED IN RHODE ISLAND
∇ ONLY ADMITTED IN CONNECTICUT        ◆ ALSO ADMITTED IN MARYLAND
● ALSO ADMITTED IN NEW YORK           † ALSO ADMITTED IN NEW HAMPSHIRE

November 20, 2006

Matthew Paine, Clerk to Judge William Young
U.S. District Court for District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:    John D. Cerqueira v. American Airlines, Inc.
       U.S.D.C. for the District of Massachusetts, Civil Docket No. 05-11652 WGY

Dear Mr. Paine:

Enclosed, please find a copy of Defendant's Motion In Limine to Exclude Deposition Testimony of Barry Blumenthal and Richard Faulk with attached **confidential** exhibits. Although Defendant's Motion was electronically filed with the Court today, large portions of the attached exhibits were deemed "Confidential" by the plaintiff pursuant to a Protective Order, and therefore cannot be made publicly available on the electronic docket.

Please make sure that these exhibits are forwarded to Judge Young for his attention, but are sealed from view by the public. Thank you for your assistance with this matter and please do not hesitate to contact me or Attorney Amy Mariani with any questions or concerns.

*return this as improper. There is no motion to seal nor a basis for sealing anything here.*

Very truly yours,

Melissa Wangenheim
Paralegal

Enclosures

FITZHUGH, PARKER & ALVARO LLP                                                    (2)


cc:     David S. Godkin, Esq.
        Michael T. Kirkpatrick, Esq.