UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA,<br><br>               Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>               Defendant. | Civil Action No. 05-11652-WGY |

**NOTICE AND SUPPLEMENT Re: JOINT PRETRIAL MEMORANDUM**

Pursuant to the Procedural Order entered on November 28, 2006, the parties hereby advise the Court that they filed a joint pretrial memorandum on November 27, 2006, in accordance with Local Rule 16.5(d). The parties hereby supplement the joint pretrial memorandum as follows.

1. The parties certify that they met by telephone on December 11, 2006, to discuss and negotiate settlement of the action.

2. The parties have attached supplemental witness lists including the purpose of the testimony.

3. The parties have attached amended lists of proposed exhibits, in expected order of introduction, and marked in conformance with the instructions in the Procedural Order. Plaintiff has provided defendant a marked set of the exhibits.

Respectfully submitted,

| **JOHN D. CERQUEIRA** | **AMERICAN AIRLINES, INC.** |
|---|---|
| By his attorneys, | By its Attorneys, |
| | |
| /s/ Michael T. Kirkpatrick | /s/ Amy Cashore Mariani |
| Michael T. Kirkpatrick | Michael A. Fitzhugh, (BBO 169700) |
| Public Citizen Litigation Group | Amy Cashore Mariani, (BBO #630160) |
| 1600 20th Street NW | FITZHUGH, PARKER & ALVARO LLP |
| Washington, DC  20009 | 155 Federal Street, Suite 1700 |
| (202) 588-1000 | Boston, MA 02110-1727 |
| mkirkpatrick@citizen.org | (617) 695-2330 |

David S. Godkin (BBO #196530)
Darleen F. Cantelo (BBO #661733)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA  02210
617-307-6100


Dated: December 11, 2006

**Plaintiff's Proposed Witnesses**

| | | | |
|---|---|---|---|
| 1. | John D. Cerqueira<br>Aventura, FL<br>Purpose: fact | 8. | John Ehlers<br>Concord, MA<br>Purpose: fact |
| 2. | Barry M. Blumenthal, D.O.<br>Aventura, FL<br>Purpose: medical | 9. | Ynes Flores<br>Lynn, MA<br>Purpose: fact |
| 3. | Richard S. Faulk, M.D.<br>Boca Raton, FL<br>Purpose: medical | 10. | Craig Marquis<br>Arlington, TX<br>Purpose: fact |
| 4. | Douglas R. Laird<br>Reno, NV<br>Purpose: expert | 11. | Amy Milenkovic<br>St. Paul, MN<br>Purpose: fact |
| 5. | Custodian of Records<br>Massachusetts State Police<br>Framingham, MA<br>Purpose: record custodian | 12. | Lois Sargent<br>Salem, MA<br>Purpose: fact |
| 6. | Donald Ball<br>Groveland, MA<br>Purpose: fact | 13. | Nicole Traer<br>Weymouth, MA<br>Purpose: fact |
| 7. | Rhonda Cobbs<br>Arlington, TX<br>Purpose: fact | 14. | Sally Walling<br>Hampton, NH<br>Purpose: fact |

Plaintiff expects to present the testimony of Drs. Blumenthal and Faulk by videotaped deposition. Plaintiff may present the testimony of Mr. Ball, Ms. Cobbs, Mr. Ehlers, Mr. Flores, Mr. Marquis, Ms. Milenkovic, Ms. Sargent, Ms. Traer, and Ms. Walling by deposition if they are not available at time of trial.

**Defendant's Proposed Witnesses Likely To Be Called At Trial**

| | | | |
|---|---|---|---|
| 1. | Sally Walling<br>Hampton, NH<br>Purpose: fact | 5. | Craig Marquis<br>Arlington, TX<br>Purpose: fact |
| 2. | Lois Sargent<br>Salem, MA<br>Purpose: fact | 6. | Martin Kelly, M.D.<br>Chestnut Hill, MA<br>Purpose: expert |
| 3. | Amy Milenkovic<br>St. Paul, MN<br>Purpose: fact | 7. | John Beardslee<br>The Woodlands, TX<br>Purpose: expert |
| 4. | John Ehlers<br>Concord, MA<br>Purpose: fact | | |

**Defendant's Proposed Witnesses Who May Be Called At Trial**

| | | | |
|---|---|---|---|
| 1. | Donald Ball<br>Groveland, MA<br>Purpose: fact | 7. | Trooper Fredrick F. Yee<br>East Boston, MA<br>Purpose: fact |
| 2. | Ynes Flores<br>Lynn, MA<br>Purpose: fact | 8. | Trooper Joseph J. Boike<br>East Boston, MA<br>Purpose: fact |
| 3. | Nicole Traer<br>Weymouth, MA<br>Purpose: fact | 9. | Trooper Donald J. Ventura<br>East Boston, MA<br>Purpose: fact |
| 4. | Rhonda Cobbs<br>Arlington, TX<br>Purpose: fact | 10. | Trooper David Crowther<br>East Boston, MA<br>Purpose: fact |
| 5. | John Cerqueira<br>Adventura, FL<br>Purpose: fact | 11. | Oren Ashmil<br>Hollywood, FL<br>Purpose: fact |
| 6. | Trooper Daniel E. Sullivan<br>East Boston, MA<br>Purpose: fact | 12. | Daniel Vittorio a/k/a Vittorio Rokah<br>Hollywood, FL<br>Purpose: fact |

Barring the unforeseen unavailability of the witnesses identified above, AA does not anticipate that it will introduce any testimony by way of deposition except for impeachment and rebuttal purposes. AA has counter-designated testimony of plaintiff's treating physician, Barry Blumenthal, and treating psychiatrist, Richard Faulk.

## PROPOSED EXHIBITS TO WHICH THERE IS NO OBJECTION

Subject to any redactions that may be necessary based on the resolution of the pending motions *in limine*, the parties have agreed that the following exhibits may be admitted at trial.

| ID No. | Description | Dep. ID No. | Bates No. |
|---|---|---|---|
| 1 | Passenger Itinerary | | CRQ 0001 |
| 2 | Boarding Pass | | CRQ 0002 |
| 3 | Credit Card Refund Receipt | | CRQ 0003 |
| 4 | Orbitz Travel Document | | CRQ 0004-5 |
| 5 | E-Mail Exchange between AA Customer Relations and John D. Cerqueira | AA 0037 is Cerqueira Deposition Exh. 4 | AA 0036-38 |
| 6 | E-mail Message from John D. Cerqueira to American Airlines | | CRQ 0007 |
| 7 | American Airline's E-mail Message to John D. Cerqueira on January 6, 2004 | Cerqueira Deposition Exh. 5 | CRQ 0008 |
| 8 | Detail Note, Event ID: 03122856. SS CCRO History. | Deposition Exh. 14 | AA 0021 |
| 9 | Detail Note, Event ID: 03122856. Passenger Name Record. | Deposition Exh. 12 | AA 0023-27 |
| 10 | Detail Note, Event ID: 03122856. Event Note | Deposition Exh. 13 | AA 0028 |
| 11 | 2002 Tax Return | | CRQ 0331-359 |
| 12 | 2003 Tax Return | Cerqueira Deposition Exh. 23 | CRQ 0360-380 |
| 13 | 2004 Tax Return | Cerqueira Deposition Exh. 24 | CRQ 0381-395 |
| 14 | 2005 Tax Return | | CRQ 0457-468 |
| 15 | Prescription Records | | CRQ 0469-0476 |

| 16 | Detail Note, Event ID: 03122856. Activity Note. | Deposition Exh. 11 | AA 0022 |
| 17 | AMR Event Call Center Report of Sally Walling | Deposition Exh. 1 | AA 0018-20 |
| 18 | AMR Event Call Center Report of Lois Sargent | Deposition Exh. 5 | AA 0012-14 |
| 19 | AMR Event Call Center Report of Amy Milenkovic | Deposition Exh. 9 | AA 0015-17 |
| 20 | Detail Note, Event ID: 03122856 | Deposition Exh. 16 | AA 0035 |
| 21 | Detail Note, Event ID: 03122856. Notification Note, Aircraft Routing, Crew List, DM Delay Message, Flight/Gate Info, Passenger List | Deposition Exh. 18 | AA 0029-34 |

**PLAINTIFF'S PROPOSED EXHIBITS TO WHICH DEFENDANT OBJECTS**

| ID No. | Description | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| A | Amended Complaint (Doc. No. 3) | Pleadings inadmissible; FRE 401-403, 802 | Necessary to identify admissions in Answer; relevant to liability; FRE 802(d)(2). Impeachment. |
| B | Defendant's Answer to Plaintiff's Amended Complaint (Doc. No. 5) | Pleadings inadmissible; FRE 401-403, 802 | Admissions relevant to liability; FRE 802(d)(2). Impeachment. |
| C | American Airlines's Answers to Plaintiff's First Set of Interrogatories (Deposition Exh. 2) | FRE 401-403, 802 | Admissions relevant to liability, punitive damages, and injunctive relief; FRE 802(d)(2). Impeachment. |
| D | American Airlines's Supplemental Answers to Plaintiff's First Set of Interrogatories | FRE 401-403, 802 | Admissions relevant to liability, punitive damages, and injunctive relief; FRE 802(d)(2). Impeachment. |
| E | Massachusetts State Police Daily Administrative Log (included in Cerqueira Deposition Exh. 21) (CRQ 0010) | See motion in limine | See opposition to motion in limine |

| | | | |
|---|---|---|---|
| F | NASA Aviation Safety Report of Lois Sargent (Deposition Exh. 6) | 401-403 | Relevant to liability. |
| G | Letter of June 14, 2004, from Alec Bramlett to Samuel Podberesky (Deposition Exh. 15) (AA 0009-11) | FRE 401-403, 802 | Contains admissions relevant to liability; FRE 802(d)(2). |
| H | Insurance Notices (CRQ 0212-216, 218, 220-223) | FRE 401-403, 802 | Relevant to damages; FRE 803(6). |
| I | Blumenthal Curriculum Vitae (Blumenthal Deposition Exh. 1) (CRQ 0448-451) | FRE 802 | FRE 803(6) |
| J | Psychiatry Referral (Blumenthal Deposition Exh. 2) (CRQ 0165) | FRE 802 | FRE 803(3); 803(4); 803(6). |
| K | Faulk Curriculum Vitae (Faulk Deposition Exh. 1) (CRQ 0446-447) | FRE 802 | FRE 803(6) |
| L | Medical Records (Faulk Deposition Exh. 2) (CRQ 0166-174, 453-456) | Objections to portions - FRE 401-403, 602, 802 | FRE 803(3); 803(4); 803(6). |
| M | Kudwa Hotline Message, September 20, 2001 (Second page is Deposition Exh. 4) (AA 0047-48) | FRE 401-403, 802 | Relevant to liability, punitive damages, and injunctive relief; FRE 802(d)(2); 803(6). |
| N | DOT message to airlines, September 21, 2001 (AA 0050) (also CRQ 0060) | FRE 401-403, 802 | Relevant to punitive damages and injunctive relief; FRE 803(6); 803(8). |

| | | | |
|---|---|---|---|
| O | DOT guidance on nondiscrimination (CRQ 0058-59) (also AA 0051-53) | FRE 401-403, 802 | Relevant to punitive damages and injunctive relief; FRE 803(6); 803(8). |
| P | Kudwa messages to pilots (Deposition Exh. 10) (AA 0056-0057) | FRE 401-403, 802 | Relevant to liability, punitive damages, and injunctive relief; FRE 802(d)(2); 803(6). |
| Q | "Dear Crewmember" letter dated June 26, 2002 (Deposition Exh. 19) (AA 0096) | FRE 401-403, 802 | Relevant to liability, punitive damages, and injunctive relief; FRE 802(d)(2); 803(6). |
| R | Kudwa Hotline Message, August 12, 2002 (Deposition Exh. 17) (AA 0097-98) | FRE 401-403, 802 | Relevant to liability, punitive damages, and injunctive relief; FRE 802(d)(2); 803(6). |
| S | DOT policy statements and guidance regarding unlawful discrimination (CRQ 0058-61) | FRE 401-403, 802 | Relevant to punitive damages and injunctive relief; FRE 803(6); 803(8). |
| T | Documents re: DOT Enforcement Proceeding, OST No. 2003-15046 (CRQ 0062-128) | See motion in limine | See opposition to motion in limine |

| U | Consent Order, DOT Enforcement Proceeding, OST No. 2003-15046 (CRQ 0129-133) | See motion in limine | See opposition to motion in limine |