UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN D. CERQUEIRA, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | CIVIL ACTION NO.: 05-11652 WGY |
| AMERICAN AIRLINES, INC., | ) | |
|  | ) | |
| Defendant. | ) | |

**DEFENDANT AMERICAN AIRLINES, INC.'S REQUEST TO RE-SCHEDULE TRIAL DATE FROM JANUARY 4, 2007 TO JANUARY 3, 2007 DUE TO JURY SELECTION ON JANUARY 4, 2007 BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT**

Defendant American Airlines, Inc. ("American") moves to re-schedule the trial dates in this matter because its counsel, Michael A. Fitzhugh, now has to conduct jury selection on January 4, 2007 in connection with a trial commencing on January 25, 2007 before the United States District Court for the District of Vermont, and because its co-counsel, Amy Cashore Mariani, is scheduled to deliver by Caesarean section on December 26, 2006.

On November 21, 2006, American requested this Court to accommodate the undersigned counsel's schedule and suspend trial of the instant case on January 3, 2006.  Subsequent to American's request and this Court's accommodation, an Order was received from the U.S. District Court in Vermont which re-scheduled jury selection from January 3, 2007 to January 4, 2007.  Undersigned counsel moved to have jury selection in the Vermont action moved to Friday, January 5th, but the request was denied notwithstanding that court's knowledge of the undersigned's schedule.  A copy of that Order is attached hereto as Exhibit A.

Given that the undersigned is now available on January 3, 2007, candor with the Court warrants this notification that he can attend trial in the instant action on that day in lieu of appearing on January 4, 2007.  However, Defendant's counsel understands that its request might conflict with the Court's current schedule, and will make himself available for trial on January 4, 2007 if this Court so orders.

WHEREFORE, the Defendant respectfully requests that this Court refrain from calling trial in the instant action on January 4, 2007, and instead call this matter for trial on January 3, 2007.

Respectfully submitted,
**AMERICAN AIRLINES, INC.**
By its Attorneys,


     */s/ Michael A. Fitzhugh*_____
Michael A. Fitzhugh, (BBO #169700)
Amy Cashore Mariani, (BBO #630160)
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 19, 2006.

     */s/ Michael A. Fitzhugh*_____
Michael A. Fitzhugh

## CERTIFICATE OF CONFERENCE

      I hereby certify that on December 18, 2006 at 1:57 p.m., I sent an electronic mail message to opposing counsel, Michael Kirkpatrick, informing him of Defendant's intent to file the above motion.  On December 18, 2006 at 5:39 p.m., Attorney Kirkpatrick responded that Plaintiff would not oppose calling this matter for trial on January 3, 2007 instead of on January 4, 2007.

                                         _/s/ Amy Cashore Mariani_____
                                         Amy Cashore Mariani

ENE3, ENEN

## U.S. District Court
### District of Vermont (Brattleboro)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00275-jgm

Fab-Tech, Inc. v. E.I. Du Pont
Assigned to: Hon. J. Garvan Murtha
Demand: $0
Case in other court: Chittenden Superior, :00- -00000
Cause: 28:1441 Notice of Removal-Breach of Contract

Date Filed: 10/13/2004
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Fab-Tech, Inc.**        represented by   **Michael L. Burak**
Burak, Anderson & Melloni, PLC
30 Main Street, Suite 210
P.O. Box 787
Burlington, VT 05402-0787
(802) 862-0500
Email: mburak@vtlaw1.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**E. I. Du Pont De Nemours &**         represented by   **Edward P. O'Leary**
**Company**
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330
Email: eoleary@fitzhughlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F. Brian Joslin**
Theriault & Joslin, P.C.
141 Main Street, Suite 4
Montpelier, VT 05602
(802) 223-2381
Fax: (802) 223-1461
Email: tjoslin@tjoslin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Fitzhugh**
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700

Boston, MA 02110
(617) 695-2330
Email: mfitzhugh@fitzhughlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2006 | 119 | ORDER denying 118 Dft's Assented-To Request to Reschedule Jury Selection. The Court is unable to schedule another jury drawing until February or March. Furthermore, it is noted that co-counsel O'Leary is familiar with the case and no reason has been given why he cannot draw a jury on 1/4/2007. Signed by Judge J. Garvan Murtha on 12/18/2006. (This is a text only Order.) (kbl, ) (Entered: 12/18/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/19/2006 10:26:01 | | | |
| PACER Login: | fi0026 | Client Code: | CERQUEIR |
| Description: | Docket Report | Search Criteria: | 1:04-cv-00275-jgm Documents: 119 |
| Billable Pages: | 1 | Cost: | 0.08 |