UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA,<br><br>              Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>              Defendant. | Civil Action No: 05-11652-WGY |

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

Plaintiff John D. Cerqueira submits the following Proposed Jury Verdict Form. Mr. Cerqueira reserves his right to supplement or amend it, or request that it be revised to comport with the evidence presented at the trial.

                              Respectfully submitted,
                              **JOHN D. CERQUEIRA,**

                              By his attorneys,

                              /s/ David S. Godkin
                              David S. Godkin (BBO #196530)
                              Darleen F. Cantelo (BBO#661733)
                              Birnbaum & Godkin, LLP
                              280 Summer Street
                              Boston, MA 02210
                              617-307-6100

CERTIFICATE OF SERVICE

I, David S. Godkin, Esq., hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on December 29, 2006.

/s/ David S. Godkin
David S. Godkin

Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

Civil Action No: 05-11652-WGY

**JURY VERDICT FORM**

1. Did Defendant American Airlines, Inc. intentionally discriminate against Mr. Cerqueira when it caused him to be removed from Flight 2237?

    Yes _____    No _____

2. Did Defendant American Airlines, Inc. intentionally discriminate against Mr. Cerqueira when it refused to rebook him on another flight?

    Yes _____    No _____

3. If you answered "yes" to Question 1 or 2 (or both), state the amount of damages to be awarded:

    Compensatory damages:  $ _____

    Punitive damages:  $ _____

_____
Foreperson of the jury

Date: _____