

**BIRNBAUM & GODKIN, LLP**
ATTORNEYS AT LAW

David S. Godkin
Direct Dial: (617) 307-6110
godkin@birnbaumgodkin.com

December 28, 2006

**BY HAND**

Ms. Elizabeth F. Smith
Clerk for the Honorable William G. Young
United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    *John D. Cerqueira v. American Airlines, Inc.*
            *Civil Action No. 05-11652-WGY*

Dear Ms. Smith:

    Pursuant to Local Rule 43.1(B)(2), the plaintiff hereby advises the Court and counsel for American Airlines of his intent to call Mr. Cerqueira as a witness on January 2, 2007. In addition, it is our present intention to call Capt. John Ehlers, Mr. Douglas Laird, Mr. Craig Marquis, Dr. Blumenthal and Dr. Faulk on January 3, 2007. Counsel for American Airlines (Mr. Fitzhugh) has accepted service of trial subpoenas for Capt. Ehlers and Mr. Marquis. Drs. Blumenthal and Dr. Faulk will testify by videotaped deposition.

                                  Very truly yours,

                                  David S. Godkin

DSG:cam
Cc:    Michael A. Fitzhugh, Esq. (By electronic mail)
        Michael T. Kirkpatrick, Esq. (By electronic mail)

280 SUMMER STREET, BOSTON, MA 02210 • TEL: (617) 307-6100 • FAX: (617) 307-6101 • www.birnbaumgodkin.com