```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 05-11652-WGY

 4   * * * * * * * * * * * * * * * * *
                                       *
 5   JOHN D. CERQUEIRA,                *
                                       *
 6              Plaintiff,             *
                                       *
 7   v.                                *  PRETRIAL MATTERS
                                       *
 8   AMERICAN AIRLINES, INC.,          *
                                       *
 9              Defendant.             *
                                       *
10   * * * * * * * * * * * * * * * * *

11              BEFORE:  The Honorable William G. Young,
                              District Judge
12
     APPEARANCES:
13
               BIRNBAUM & GODKIN, LLP (By David S. Godkin,
14      Esq. and Darleen F. Cantelo, Esq.) 280 Summer
        Street, Boston, Massachusetts 02210
15             - and
               PUBLIC CITIZEN LITIGATION GROUP (By Michael
16      T. Kirkpatrick, Esq.), 1600 20th Street, N.W.,
        Washington, D.C. 20009, on behalf of John D.
17      Cerqueira

18             FITZHUGH, PARKER & ALVARO LLP (By Michael
        A. Fitzhugh, Esq. and Amy Cashore Mariani, Esq.),
19      155 Federal Street, Suite 1700, Boston,
        Massachusetts 02110-1727
20             - and -
               ALEC BRAMLETT, Senior Attorney, American
21      Airlines, MD 5675 - P.O. Box 61916 Dallas/Ft.
        Worth Airport, Texas 75261-9616, on behalf of
22      American Airlines

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       January 3, 2007
```