UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,

        Plaintiff,

v.

AMERICAN AIRLINES, INC.,

        Defendant.

Civil Action No: 05-11652-WGY

**NOTICE OF INTENT TO USE TESTIMONY OF WITNESSES**

Plaintiff John D. Cerqueira, pursuant to Local Rule 43.1(B)(2), respectfully submits this Notice of Intent to Use Testimony of Witnesses. On January 8, 2007, in addition to completing the direct examination of Mr. Cerqueira, the Plaintiff intends to call Capt. John Ehlers, Mr. Craig Marquis, Ms. Lois Sargent, Mr. Ynes Flores, Dr. Blumenthal and Dr. Faulk,. In the event the Plaintiff does not reach all of these witnesses on January 8th, it is the Plaintiff's intent to call the remaining witnesses on January 9, 2007. The Plaintiff no longer intends to call Mr. Douglas Laird. As previously noted, Drs. Blumenthal and Faulk will testify by videotaped deposition.

        Respectfully submitted,
        **JOHN D. CERQUEIRA,**

        By his attorneys,

        /s/ David S. Godkin
        David S. Godkin (BBO #196530)
        Darleen F. Cantelo (BBO#661733)
        Birnbaum & Godkin, LLP
        280 Summer Street
        Boston, MA  02210
        617-307-6100

CERTIFICATE OF SERVICE

I, David S. Godkin, Esq., hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on January 4, 2007.

/s/ David S. Godkin
David S. Godkin

Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000

ATTORNEYS FOR PLAINTIFF