```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                      Civil Action
                                      No. 05-11652-WGY
JOHN D. CERQUEIRA,           )
                             )
      Plaintiff,             )
                             )   TRIAL TRANSCRIPT
v.                           )      (Volume I)
                             )      (Excerpts)
AMERICAN AIRLINES, INC.,     )
                             )
      Defendant.             )


   BEFORE:  The Honorable William G. Young, District Judge,
                          and a Jury

APPEARANCES:

    BIRNBAUM & GODKIN, LLP
    By: David S. Godkin, Esq.
        Darleen F. Cantelo, Esq.
    280 Summer Street
    Boston, Massachusetts  02210
    - and -
    PUBLIC CITIZEN LITIGATION GROUP
    By: Michael T. Kirkpatrick, Esq.
    1600 20th Street, N.W.
    Washington, D.C.  20009
    On behalf of John D. Cerqueira

    FITZHUGH, PARKER & ALVARO LLP
    By: Michael A. Fitzhugh, Esq.
        Amy Cashore Mariani, Esq.
    155 Federal Street - Suite 1700
    Boston, Massachusetts  02110-1727
    - and -
    AMERICAN AIRLINES
    By: Alec Bramlett, Senior Attorney
    MD 5675 - P.O. Box 61916
    Dallas/Ft. Worth Airport, Texas  75261-9616
    On behalf of American Airlines

                                      Courthouse Way
                                      Boston, Massachusetts

                                      January 3, 2007
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                        I N D E X

 2   Opening Statement:                                      Page

 3       By Mr. Godkin                                         3
         By Mr. Fitzhugh                                      11
 4

 5                        Direct    Cross    Redirect    Recross

 6
     WITNESSES FOR THE
 7     PLAINTIFF:

 8
     JOHN D. CERQUEIRA
 9
       By Mr. Kirkpatrick    22
10
```

PDF created with pdfFactory trial version www.pdffactory.com