UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN D CERQUEIRA )
    Plaintiff, )
 )
v )  CIVIL ACTION NO 05-11652 WGY
 )
AMERICAN AIRLINES, INC , )
    Defendants )

## AMERICAN AIRLINES' BENCH MEMORANDUM ON WITNESSES TO BE CALLED ON ITS CASE IN CHIEF

American Airlines hereby discloses the witnesses it anticipates calling on its case-in-chief and an estimate of the time that their respective testimony will consume on direct examination

| | | |
|---|---|---|
| 1 | Ms Sally Walling<br>American Airlines | Estimated Time on Direct Examination  20 minutes |
| 2 | Ms Amy Milenkovich<br>American Airlines | Estimated Time on Direct Examination  20 minutes |
| 3 | Mr Donald Ball<br>American Airlines | Estimated Time on Direct Examination  15 minutes |
| 4 | Nicole Traer<br>American Airlines | Estimated Time on Direct Examination  15 minutes |
| 5 | Captain John Ehlers<br>American Airlines | Estimated Time on Direct Examination  20 minutes |

**Total Estimated Time of All Direct Examinations: 1.5 Hours**

American Airlines respectfully reserves the right to change the order of presentation of the aforementioned witnesses, and to augment this list to include others designated in the parties' Joint Pretrial Memorandum, including but not limited to the plaintiff, Mr. John Cerqueira

                                    **AMERICAN AIRLINES, INC**
                                    By Its Attorneys,

                                    Michael A. Fitzhugh, Esq. BBO#169700
                                    **FITZHUGH, PARKER & ALVARO, LLP**
                                    155 Federal Street, Suite 1700
                                    Boston, MA 02110-1727
                                    (617) 695-2330

Dated January 10, 2007

### Certificate of Service

I hereby certify that a copy of the foregoing was served upon opposing counsel of record, David Godkin, by hand delivery on January, 10, 2007

                                    Michael A. Fitzhugh