UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
JOHN D. CERQUEIRA )
)
    Plaintiff, )
)
    v. ) CIVIL ACTION
) NO. 05-11652-WGY
AMERICAN AIRLINES, INC. )
    Defendant )
)

## JURY VERDICT

We find for:

_____ American Airlines, Inc.

__✓_____ John D. Cerqueira and assess

compensatory damages of $130,000

punitive damages of $270,000

_____
Forelady

Date: 1/12/07