# United States District Court

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

Cerqueira
v.
American Airlines

CASE NUMBER: 05 CV 11652

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Godkin | Fitzhugh |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 1/3/07 | Womack / Patrisso | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/3/07 | | | John Cerqueira |
| | | 1/8/07 | | | John Cerqueira |
| | | 1/8/07 | | | Capt. John M. Ehlers |
| | | 1/9/07 | | | Capt. John M. Ehlers |
| | | 1/9/07 | | | Craig Marquis |
| | | 1/9/07 | | | Lou Sargent |
| | | | F | 25 | report of Lou Sargent |
| | | 1/9/07 | | | Ynes Flores |
| | | | | | videotape depo of Barry Blumenthal, DO |
| | | | | | videotape depo of Dr. Faulk, MD |
| | | 1/10/07 | | | videotape depo of Dr. Faulk, MD |
| | | | 1 | 26 | Consent order DOT enforcement proceedings |
| | | | | | Kelly Walling |
| | | | | | Amy Guest #1 |
| | | | | | Amy Mitrokovich |
| | | | | | Donald Ball |
| | | | | | Daniel Sullivan |
| | | | | | Nicole Tracy |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

## PROPOSED EXHIBITS TO WHICH THERE IS NO OBJECTION

Subject to the redactions that plaintiff has requested with respect to Trial Exhibits 8, 10, 18, 20, 21, and 22, the parties have agreed that the following exhibits may be admitted at trial.

| ID No. | Description | Dep. ID No. | Bates No. |
|---|---|---|---|
| 1 | Passenger Itinerary | | CRQ 0001 |
| 2 | Boarding Pass | | CRQ 0002 |
| 3 | Credit Card Refund Receipt | | CRQ 0003 |
| 4 | Orbitz Travel Document | | CRQ 0004-5 |
| 5 | E-Mail Exchange between AA Customer Relations and John D. Cerqueira | AA 0037 is Cerqueira Deposition Exh. 4 | AA 0036-38 |
| 6 | E-mail Message from John D. Cerqueira to American Airlines | | CRQ 0007 |
| 7 | American Airline's E-mail Message to John D. Cerqueira on January 6, 2004 | Cerqueira Deposition Exh. 5 | CRQ 0008 |
| 8 | Detail Note, Event ID: 03122856. SS CCRO History. | Deposition Exh. 14 | AA 0021 |
| 9 | Detail Note, Event ID: 03122856. Passenger Name Record. | Deposition Exh. 12 | AA 0023-27 |
| 10 | Detail Note, Event ID: 03122856. Event Note | Deposition Exh. 13 | AA 0028 |
| 11 | 2002 Tax Return | | CRQ 0331-359 |
| 12 | 2003 Tax Return | Cerqueira Deposition Exh. 23 | CRQ 0360-380 |
| 13 | 2004 Tax Return | Cerqueira Deposition Exh. 24 | CRQ 0381-395 |
| 14 | 2005 Tax Return | | CRQ 0457-468 |
| 15 | Prescription Records | | CRQ 0469-0476 |

1

| | | | | |
|---|---|---|---|---|
| | 16 | Detail Note, Event ID: 03122856. Activity Note. | Deposition Exh. 11 | AA 0022 |
| | 17 | AMR Event Call Center Report of Sally Walling | Deposition Exh. 1 | AA 0018-20 |
| 1/8 | 18 | AMR Event Call Center Report of Lois Sargent | Deposition Exh. 5 | AA 0012-14 |
| 1/7 | 19 | AMR Event Call Center Report of Amy Milenkovic | Deposition Exh. 9 | AA 0015-17 |
| 1/9 | 20 | Detail Note, Event ID: 03122856 | Deposition Exh. 16 | AA 0035 |
| | 21 | Detail Note, Event ID: 03122856. Notification Note, Aircraft Routing, Crew List, DM Delay Message, Flight/Gate Info, Passenger List | Deposition Exh. 18 | AA 0029-34 |
| 1/3 | 22 | Massachusetts State Police Daily Administrative Log | Included in Cerqueira Deposition Exh. 21 | CRQ 0010 |
| 1/8 | 23 | Psychiatry Referral | Blumenthal Deposition Exh. 2 | CRQ 0165 |

24 photos

2