UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:<u>05-11652-WGY</u>

**JOHN CERQUEIRA**
**Plaintiff**

v.

**AMERICAN AIRLINES**
**Defendant**

**JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE PLAINTIFF JOHN CERQUEIRA in the amount of $130,000 compensatory damages and $270,000 punitive damages. .**

<u>Sarah A. Thornton</u>
Clerk

**So Approved**

<u>/s/ William G. Young</u>
**USDJ**

<u>/s/ Elizabeth Smith</u>
**Deputy Clerk**

**January 16, 2007**

**To: All Counsel**