```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

                   Civil Action No. 05-11652-WGY

JOHN D. CERQUEIRA,      )
                        )
      Plaintiff,        )
                        ) TRANSCRIPT of JURY CHARGE CONFERENCE
v.                      )
                        )     Jury Trial - Day 4
AMERICAN AIRLINES, INC.,)
                        )
      Defendant.        )


BEFORE:  The Honorable William G. Young, District Judge

APPEARANCES:

    BIRNBAUM & GODKIN, LLP
    By: David S. Godkin, Esq.
        Darleen F. Cantelo, Esq.
    280 Summer Street
    Boston, Massachusetts  02210
    - and -
    PUBLIC CITIZEN LITIGATION GROUP
    By: Michael T. Kirkpatrick, Esq.
    1600 20th Street, N.W.
    Washington, D.C.  20009
    On behalf of John D. Cerqueira

    FITZHUGH, PARKER & ALVARO LLP
    By: Michael A. Fitzhugh, Esq.
    155 Federal Street - Suite 1700
    Boston, Massachusetts  02110-1727
    - and -
    AMERICAN AIRLINES
    By: Alec Bramlett, Senior Attorney
    MD 5675 - P.O. Box 61916
    Dallas/Ft. Worth Airport, Texas  75261-9616
    On behalf of American Airlines

ALSO PRESENT: Melissa M. Wangenheim, Paralegal

                              Courthouse Way
                              Boston, Massachusetts

                              January 10, 2007
```

PDF created with pdfFactory trial version www.pdffactory.com