UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 05-11652 WGY<br>)<br>)<br>)<br>)<br>) |

## AMERICAN AIRLINES, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES AND TO EXTEND TIME FOR FILING POST-TRIAL MOTIONS

Pursuant to LR 7.1(B)(4) American Airlines, Inc. ("AA") moves this Court for an Order granting it leave to file a Memorandum in excess of twenty pages in support of a Motion for JNOV and in the alternative, Motion for a New Trial. In support of this request, AA states: (a) the Memorandum will be in support of two motions, one pursuant to Fed.R.Civ.P. 50(b)(1)(C), and the other in the alternative pursuant to Rule 59(a)(1); and (b) that the material in excess of 20 pages is needed in order to fully marshal the relevant evidence and advocate AA's position.

AA also seeks leave of the Court to have the deadlines for filing the aforementioned motions extended up to and including Friday, February 2, 2007.

                                                Respectfully submitted,
                                                **AMERICAN AIRLINES, INC.**
                                                By its Attorneys,

                                                */s/ Michael A. Fitzhugh*
                                                Michael A. Fitzhugh, (BBO 169700)
                                                Amy Cashore Mariani, (BBO #630160)
                                                **FITZHUGH, PARKER & ALVARO LLP**
                                                155 Federal Street, Suite 1700
Dated: January 22, 2007                      Boston, MA 02110-1727
                                                (617) 695-2330

**Assented To:**

*/s/Michael Kirkpatrick*___
Michael T. Kirkpatrick, Esq.
Counsel for the Plaintiff,
John D. Cerqueira

*/s/ David Godkin*_____
David S. Godkin, Esq.
Counsel for the Plaintiff,
John D. Cerqueira


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 22, 2007.

    */s/ Michael A. Fitzhugh*_____
    Michael A. Fitzhugh