```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                         Civil Action No. 05-11652-WGY

JOHN D. CERQUEIRA,       )
                         )
       Plaintiff,        )
                         )    CLOSING ARGUMENT OF:
v.                       )    ATTORNEY FITZHUGH
                         )
AMERICAN AIRLINES, INC., )    Jury Trial - Day 5
                         )
       Defendant.        )


BEFORE:  The Honorable William G. Young, District Judge,
                          and a Jury

APPEARANCES:

     BIRNBAUM & GODKIN, LLP
     By:  David S. Godkin, Esq.
          Darleen F. Cantelo, Esq.
     280 Summer Street
     Boston, Massachusetts  02210
     - and -
     PUBLIC CITIZEN LITIGATION GROUP
     By:  Michael T. Kirkpatrick, Esq.
     1600 20th Street, N.W.
     Washington, D.C.  20009
     On behalf of John D. Cerqueira

     FITZHUGH, PARKER & ALVARO LLP
     By:  Michael A. Fitzhugh, Esq.
     155 Federal Street - Suite 1700
     Boston, Massachusetts  02110-1727
     - and -
     AMERICAN AIRLINES
     By:  Alec Bramlett, Senior Attorney
     MD 5675 - P.O. Box 61916
     Dallas/Ft. Worth Airport, Texas  75261-9616
     On behalf of American Airlines

ALSO PRESENT:  Melissa M. Wangenheim, Paralegal

                                   One Courthouse Way
                                   Boston, Massachusetts

                                   January 11, 2007
```

PDF created with pdfFactory trial version www.pdffactory.com