# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,

        Plaintiff,

v.

AMERICAN AIRLINES, INC.,

        Defendant.

Civil Action No. 05-11652-WGY

## <u>DECLARATION OF MICHAEL T. KIRKPATRICK</u>

I, Michael T. Kirkpatrick, depose and state the following:

1.      I am an attorney with the Public Citizen Litigation Group (PCLG), 1600 20th Street, NW,

Washington, DC 20009. I am a member in good standing of the bar of the District of Columbia and

several federal courts including the Supreme Court of the United States, the United States Courts of

Appeals for the District of Columbia and First Circuits, and the United States District Court for the

District of Columbia.

2.      I was admitted to this Court *pro hac vice* to act as counsel for plaintiff John D. Cerqueira in

this case. I submit this declaration as co-counsel for Mr. Cerqueira in support of his Motion for

Attorneys' Fees and Costs.

3.      In early 2004, Mr. Cerqueira contacted PCLG seeking legal representation in connection with

American Airlines's decision to remove him from flight 2237 on December 28, 2003, and to deny

him further service. After conducting preliminary legal and factual research, I offered to represent

Mr. Cerqueira on the condition that I could locate appropriate co-counsel in Boston. Thereafter,

David Godkin and I agreed to work together as co-counsel to jointly represent Mr. Cerqueira. Mr.

Godkin and I have acted as co-counsel and we have shared responsibility for overall case strategy and trying the case.

4.    I have over fifteen years of experience in complex federal litigation. More than half of my career has been devoted exclusively to litigating civil rights cases in federal court.

5.    In 1991, I graduated *cum laude* from the American University, Washington College of Law, where I received several awards, including the Dean's Award for Professional Responsibility, Most Outstanding Clinical Student. I was admitted to the bar of the State of Texas on November 1, 1991.

6.    From 1991 to 1995, I was a staff attorney with the Farm Worker Division of Texas Rural Legal Aid, Inc. (TRLA), where I represented migrant agricultural workers and other low wage laborers in employment and civil rights matters. While practicing at TRLA, I litigated over two dozen cases in federal court, including several class actions.

7.    From 1995 to 2004, I served as a senior trial attorney with the Civil Rights Division of the U.S. Department of Justice. At the Civil Rights Division, I litigated employment discrimination cases against state and local government employers under Title VII of the Civil Rights Act of 1964, and I defended the constitutionality of federal affirmative action programs. I was a seven-time recipient of the Division's Special Achievement Award in recognition of sustained superior performance.

8.    I was lead counsel for the United States in the first jury trial in a Title VII case brought by the Department of Justice. I was also lead counsel from initial investigation through discovery and trial of two very complex pattern-or-practice cases that used the disparate impact theory to challenge the discriminatory use of written cognitive tests in selecting public safety officers. Both cases were aggressively litigated and hinged on highly-technical expert testimony in the fields of industrial and

organizational psychology, labor economics, and statistics. In *United States v. City of Garland*, the parties filed over 500 pleadings, exchanged thousands of documents and dozens of expert reports, and deposed scores of witnesses. The case culminated in a ten-day bench trial involving 31 witnesses and over 200 exhibits. *United States v. Delaware* was similarly complex, but partial summary judgment for the United States shortened the trial to six days. Nevertheless, 23 witnesses testified and more than 100 exhibits were admitted in evidence. In both of these cases, I directed the trial team and was responsible for the case theory and litigation strategy. The experience I gained in preparing and trying these complex civil rights cases contributed to the efficiency with which this matter has been handled.

9.     I joined Public Citizen Litigation Group (PCLG) in February 2004. PCLG is a public interest law firm devoted to impact litigation on a wide range of issues at all levels of the federal and state judiciaries. My practice areas at PCLG include civil rights, constitutional law, freedom of information, challenges to agency action (or inaction) under the Administrative Procedures Act, and practice before the United States Supreme Court. For example, I currently represent an association of Hurricane Katrina evacuees in a constitutional challenge to the adequacy of the notices that the Federal Emergency Management Agency used to inform the evacuees of their ineligibility for housing assistance benefits. The district court recently found that plaintiffs are likely to succeed on the merits of their due process claim and entered a preliminary injunction benefitting thousands of hurricane survivors. *See ACORN v. FEMA*, 2006 WL 3424993 (D.D.C. Nov. 29, 2006). During the last Supreme Court term, I successfully represented the petitioner in *Jones v. Flowers*, 126 S. Ct. 1708 (2006), from the initial petition through oral argument. In *Jones*, the Court ruled that due process requires the government to take further action to provide notice of an impending deprivation

3

of property when the government learns that its initial effort has failed.  In another case argued last term, *Dolan v. U.S. Postal Service*, 546 U.S. 481 (2006), I drafted the merits briefs for petitioner. In *Dolan*, the Court agreed with petitioner's argument that the postal exception to the Federal Tort Claims Act does not bar all claims for injuries caused by the negligence of government employees engaged in the delivery of mail.

10.    In addition to my work as a public interest litigator, I often serve as faculty for continuing legal education courses.  For example, I have made presentations at national conferences sponsored by the NAACP Legal Defense Fund, the National Employment Lawyers Association, the American Immigration Lawyers Association, the Society for Industrial and Organizational Psychology, the National Lawyers Guild, the Migrant Legal Action Program, and Equal Justice Works (formerly the National Association for Public Interest Law).

11.    I personally performed most of the legal work by PCLG on this case.  From time to time, I was assisted by other PCLG staff.  Specifically, I was assisted by lawyers Brian Wolfman, Allison Zieve, and Adina Rosenbaum.  Descriptions of their professional backgrounds, taken from the PCLG website, are attached to this declaration as Exhibits 2, 3, and 4.  I was also assisted by a summer law clerk, David Becker, and a paralegal, Philip Longo.

12.    PCLG seeks fees at hourly rates based on the so-called *Laffey* matrix.  The *Laffey* matrix is used by the courts in the District of Columbia to determine prevailing market rates for attorneys, paralegals, and law clerks.  The current version of the *Laffey* matrix is attached to this declaration as Exhibit 5, and is available at http://www.usdoj.gov/usao/dc/Divisions/ Civil_Division/Laffey_Matrix_6.html.  Based on current *Laffey* rates, I am entitled to a rate of $375 per hour; Mr. Wolfman (a 1984 law graduate) is entitled to $425 per hour; Ms. Zieve (a 1989 law

graduate) is entitled to $375 per hour; Ms. Rosenbaum (a 2003 law graduate) is entitled to $245 per hour, and Mr. Becker and Mr. Longo (a law clerk and paralegal, respectively) are entitled to $120 per hour. It is my understanding that the *Laffey* rates are equal to or less than the rates charged by attorneys of comparable skill, reputation, and experience in the Boston marketplace. *See* Declarations of Howard Friedman, Joseph F. Savage, Jr., and Scott P. Lewis.

13.     Mr. Cerqueira requests an award of attorneys' fees for 860 hours of work performed by PCLG through the time of trial.[1]  A detailed description of the hours claimed by PCLG is attached to this declaration as Exhibit 1.  All of the entries on Exhibit 1 were contemporaneously recorded and copied from the actual time records generated by the timekeeping software used by PCLG. Considerable billing judgment was used in recording the hours reflected in Exhibit 1.  For example, I did not record any tasks that took less than fifteen minutes.  In addition, legal research performed by a PCLG summer law clerk during 2004 has not been included.  Finally, I asked my colleagues to proofread various documents before they were filed with the court, and time spent on such tasks has not been included in Exhibit 1.  Thus, the hours set forth in Exhibit 1 are less than all of the hours actually spent by PCLG on this case.

14.     Throughout this litigation, Mr. Godkin and I were careful not to duplicate effort and to avoid engaging in any unnecessary discovery or motions practice.  This careful attention to avoiding any duplication of effort is reflected in the billing records of our respective law firms.

---

[1]Mr. Cerqueira will file a Supplemental Motion to seek fees for work performed after trial, including work related to his fee petition, post-trial motions, and any appeal.

5

Signed under the pains and penalties of perjury this 26 day of January, 2007.

*/s/ Michael T. Kirkpatrick*

Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009
(202) 588-1000
mkirkpatrick@citizen.org

**Exhibit 1**

Fee Chart, sorted by Date
plus
Fee Chart, summary by Lawyer

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|------|-------------|-------|------|-------|--------|
| 3/26/2004 | review e-mails from potential client, begin legal research re: case theory, | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 3/29/2004 | potential causes of action | 5 | $375 | $1,875.00 | Kirkpatrick, Michael |
| 3/30/2004 | continue legal research re: potential theories and causes of action | 5 | $375 | $1,875.00 | Kirkpatrick, Michael |
| 3/31/2004 | fact research, review documents related to DOT administrative enforcement action, draft questions and notes for client interview | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 4/1/2004 | prep for interview of client | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 4/1/2004 | telephone interview of client, discuss facts and potential for representation if co-counsel in Boston can be found | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 4/8/2004 | draft summary of facts, issues, and potential causes of action for use in explaining case to potential co-counsel | 6 | $375 | $2,250.00 | Kirkpatrick, Michael |
| 4/30/2004 | telephone calls to Boston area attorneys to seek co-counsel arrangement | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 5/5/2004 | telephone call with D. Godkin and B. Wolfman re: potential co-counsel arrangement | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 5/21/2004 | prep list of issues to discuss w/ cocounsel | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 5/21/2004 | teleconference with D. Godkin re: co-counsel arrangement | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 5/21/2004 | notes and e-mail after call w/ co-counsel | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 5/25/2004 | review correspondence from D. Godkin, execute agreements, telephone conversation w/ client, draft and mail letters to D. Godkin and client re: joint representation. | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 6/8/2004 | teleconference w/ C. Lopez at Relman & Associates re: similar cases, issues, and strategy | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 6/8/2004 | review decision in Alshrafi v. American Airlines | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 6/17/2004 | e-mail co-counsel re: call w/ C. Lopez and proposed division of research tasks, download similar case pleadings from PACER and decisions from Westlaw | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 6/17/2004 | meeting with V. Shabo, PCLG summer associate, re: research on causes of action | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 7/19/2004 | review research memo from V. Shabo re: theories and causes of action | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 8/10/2004 | teleconference w/ D. Godkin re: case strategy and next steps | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 8/10/2004 | review research memoranda from Testa Hurwitz summer associates | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 9/13/2004 | meet w/ D. Godkin, discuss case strategy and next steps | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 9/16/2004 | edit draft MCAD complaint, conduct legal research on Mass. Public accomodations law | 4.5 | $375 | $1,687.50 | Kirkpatrick, Michael |
| 9/17/2004 | edit MCAD complaint, research MCAD statute, regulations, and decisions | 2.5 | $375 | $937.50 | Kirkpatrick, Michael |
| 9/24/2004 | revise and edit MCAD complaint, e-mail client | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 9/27/2004 | e-mail exchange w/ client re: MCAD complaint | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 9/27/2004 | Review and edit draft complaint for MCAD | 0.5 | $425 | $212.50 | Wolfman, Brian |
| 9/28/2004 | edit MCAD complaint to incorporate B. Wolfman's suggestions, send draft to client | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 10/1/2004 | add client's edits to MCAD complaint, proofread, convert to pdf, send to cocounsel | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 10/5/2004 | convert MCAD complaint and Form to pdf and e-mail to client w/ instructions re: review and signing | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 12/2/2004 | review file and prep for call w/ co-counsel (.25), teleconference w/ co-counsel to discuss prep for MCAD investigative conference on 1/12/05, settlement demand, and in-person mtg. w/ client (.25), e-mail client re: status of case (.25), calls and research re: settlement value (.75) | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 12/3/2004 | teleconference w/ client (.5), e-mail cocounsel to schedule in-person meeting with client and issues re: MCAD process (.25) | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 12/23/2004 | research FOIA/PA regulations and draft requests | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 12/27/2004 | travel to Boston to meet w/ client and co-counsel and return. Total time away from office = 13 hours. Meeting in Boston with co-counsel and client for 2.5 hours to discuss MCAD process, FOIA/PA requests, case strategy. Read MCAD regs and make notes to prep for mtg. while on plane and in airport. | 13 | $375 | $4,875.00 | Kirkpatrick, Michael |
| 12/29/2004 | finalize FOIA/PA requests, file electronically and by mail. | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 1/5/2005 | review AA's MCAD position statement (.5), teleconference w/ client and co-counsel to prep for investigative conference (.5), teleconference w/ Wayne Krause re: case strategy and settlement terms (.75) | 1.75 | $375 | $656.25 | Kirkpatrick, Michael |
| 1/7/2005 | teleconference w/ client re: MCAD investigative conference (.25), teleconference w/ Omar Guerrero at DOT re: enforcement action and related cases (.75) | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 1/12/2005 | MCAD investigative conference by telephone | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 1/21/2005 | teleconference w/ client re: MCAD process and rebuttal to AA's position statement | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 1/21/2005 | draft release form for TSA Privacy Act request, review regulations | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 1/24/2005 | teleconference with co-counsel re: rebuttal to AA's MCAD position statement, removal for trial, representation agreement and terms | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 1/29/2005 | draft TSA privacy act release transmittal letter | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 1/31/2005 | send TSA privacy act release (.5), begin drafting MCAD rebuttal (4.5) | 5 | $375 | $1,875.00 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 2/1/2005 | finalize MCAD rebuttal (2), circulate to cocounsel and client, make revisions (1), send to MCAD (.5) | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 2/25/2005 | teleconference with S. Walker, counsel for Abu-Hussein, re: case strategy and FOIA issue | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 3/22/2005 | phone call to DOT re: FOIA and PA requests (.25), e-mail to client re: status (1) | 1.25 | $375 | $468.75 | Kirkpatrick, Michael |
| 4/19/2005 | follow up calls to DOT re: outstanding FOIA and PA requests. | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 5/9/2005 | review MCAD probable cause finding | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 5/12/2005 | teleconference w/ co-counsel (.5), e-mail to client, teleconference with DOT re: FOIA request | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 5/17/2005 | teleconference w/ co-counsel and client re: status, settlement, litigation strategy going forward | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 5/17/2005 | teleconference w/ Omar Guerrero at DOT re: results of investigation, PA/FOIA requests, issues in related cases | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 5/20/2005 | teleconference w/ cocounsel re: lit expenses and rep a'tmt for court case (.25), teleconference w/ client re: same issues (.25) | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 7/19/2005 | teleconference w/ counsel for Abou Hussein (.5), begin drafting complaint for U.S. District Court (1) | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 7/20/2005 | research elements of causes of action and relief and continue drafting complaint | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 7/21/2005 | research elements of causes of action and relief and continue to draft and edit complaint | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 7/22/2005 | continue research and edit draft complaint | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 7/25/2005 | edit draft complaint (2) and send to co-counsel, review local rules for D. of Mass. (2) | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 7/25/2005 | revise and edit complaint to incorporate suggestions of co-counsel, send new | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 7/29/2005 | draft to co-counsel and client | 1.25 | $375 | $468.75 | Kirkpatrick, Michael |
| 8/3/2005 | draft pro hac vice certificate, send to co-counsel | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 8/25/2005 | teleconference w/ D. Godkin re: filing of complaint and various case-related issues | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 8/26/2005 | draft and send e-mail to client re: filing of complaint and expected next steps | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 8/29/2005 | draft amended complaint and agreement letter to opposing counsel, discuss case strategy with Javier Maldonado and Christy Lopez | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 9/1/2005 | review e-mail from opposing counsel, e-mail D. Godkin, edit draft amended complaint and send to D. Godkin | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |

Page 3

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 9/6/2005 | e-mail and teleconference w/ co-counsel (.25), send e-mail to opposing counsel confirming agreements (.25) | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 9/9/2005 | proof-read amended complaint, convert to pdf and send courtesy copy to opposing counsel | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 9/13/2005 | read info re: CM/ECF for D. Mass. and submit registration | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 9/15/2005 | review FRCP 4, 5 and 15 and LR 4.1, 5.2 and 15.1, re: service amended complaint, e-mail D. Godkin | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 10/13/2005 | meet w/ S. Walker and review case file in Abou-Hussein case with attention to discovery documents | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 10/19/2005 | teleconference w/ David Godkin re damages calculations and initial disclosures and certifications | 0.3 | $375 | $112.50 | Kirkpatrick, Michael |
| 10/20/2005 | review LR 16 and FRCP 26 and draft e-mail to client re gathering documents for settlement proposal and disclosures. | 1.25 | $375 | $468.75 | Kirkpatrick, Michael |
| 11/22/2005 | teleconference w/ D. Godkin (.25), e-mail re: tasks and schedule (.25), draft settlement proposal (2) | 2.5 | $375 | $937.50 | Kirkpatrick, Michael |
| 11/28/2005 | teleconference w/ client and co-counsel re: settlement proposal, initial disclosures, case budget, ADR, and related certifications | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 12/2/2005 | review complaint and answer to identify contested fact issues, make notes re: research elements of claims and damages to determine areas for discovery, potential issues for discovery | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 12/5/2005 | continue research and begin drafting discovery requests | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 12/6/2005 | continue drafting discovery requests | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 12/7/2005 | draft interrogatories and review cases for elements/issues on which to seek discovery | 4.75 | $375 | $1,781.25 | Kirkpatrick, Michael |
| 12/8/2005 | continue drafting discovery and reviewing cases | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 12/16/2005 | draft requests for production | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 12/17/2005 | draft requests for production (.75), edit R. 26 disclosures (.5) | 1.25 | $375 | $468.75 | Kirkpatrick, Michael |
| 12/19/2005 | edit R. 26 disclosures, send to co-counsel | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 12/20/2005 | teleconference w/ E. Abate Recht re: R. 26 disclosure edits and scheduling issues | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 12/22/2005 | teleconference w/ client re: R.26 disclosures (.5), and e-mail co-counsel re: same and discovery (.25) | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 1/9/2006 | review final draft interrogatories and requests for production, e-mail co-counsel | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 1/20/2006 | review discovery requests from AA, e-mail to client. | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

Page 5

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 1/24/2006 | discuss offer of judgment w/ client (20"), research re: offer of judgment and costs | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 1/31/2006 | begin drafting answers to interrogatories, teleconference w/ client re: gathering responsive documents (30') | 5.5 | $375 | $2,062.50 | Kirkpatrick, Michael |
| 2/1/2006 | draft answers to interrogatories | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 2/2/2006 | draft answers to interrogatories | 6.75 | $375 | $2,531.25 | Kirkpatrick, Michael |
| 2/6/2006 | finish first draft of interrogatory responses and send to client and co-counsel (1.75) | 4.75 | $375 | $1,781.25 | Kirkpatrick, Michael |
| 2/8/2006 | edit interrogatory responses, finalize answers to interrogatories and send to client for verification (3.25), begin drafting written responses to document production (1.75) | 5 | $375 | $1,875.00 | Kirkpatrick, Michael |
| 2/8/2006 | Printed and reviewed client's financial records, provided summary to M. Kirkpatrick | 2.5 | $120 | $300.00 | Longo, Philip |
| 2/9/2006 | prepare written responses to requests for production | 1.75 | $375 | $656.25 | Kirkpatrick, Michael |
| 2/10/2006 | compile document index and review all documents in file | 3.25 | $375 | $1,218.75 | Kirkpatrick, Michael |
| 2/14/2006 | assemble and index documents for production | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 2/14/2006 | Printing, copying and bates-stamping documents for production | 3.5 | $120 | $420.00 | Longo, Philip |
| 2/20/2006 | e-mails to client and co-counsel re: discovery | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 2/21/2006 | teleconference w/ client re: R.35 examination and deposition | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 2/22/2006 | research re: R.35 and attempt to schedule consult w/ Dr. Fauk | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 2/23/2006 | research re: R.35 and attempt to schedule consult w/ Dr. Fauk | 2.25 | $375 | $843.75 | Kirkpatrick, Michael |
| 2/24/2006 | teleconference w/ staff at Dr. Fauk's office | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 2/24/2006 | telephone consultation w/ Dr. Fauk re: proposed R.35 exam | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 2/27/2006 | e-mail to co-counsel re: consultation w/ Dr. Fauk | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 3/2/2006 | telephone conversation w/ Omar Guerrero at DOT re: FOIA/PA request and developments (.5), review Dasrath decision on summary judgment and Dasrath pleadings (1) | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 3/7/2006 | conversation w/ DOT staff re: FOIA and PA requests | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 3/14/2006 | edit draft R.35 motion (.75), respond to DOT e-mail re: FOIA processing (.5), begin reviewing discovery issues for meeting w/ co-counsel (1.25) | 2.5 | $375 | $937.50 | Kirkpatrick, Michael |
| 3/15/2006 | draft list of discovery and case-strategy issues and prepare outline of issues to discuss w/ co-counsel (3); teleconference w/ co-counsel re: discovery plan and division of tasks (1). | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 3/16/2006 | make travel arrangements for trip to Boston for client's deposition prep and deposition (1); begin drafting letter to opposing counsel re: discovery issues (3) | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 3/17/2006 | complete first draft of letter to opposing counsel re: discovery issues | 4.5 | $375 | $1,687.50 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 3/20/2006 | finalize and send discovery letter to defendant's counsel | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 3/21/2006 | respond to e-mail from opposing counsel re: depositions and discovery issues | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 3/22/2006 | teleconference w/ C. Lopez re: SSI issues encountered in Chaudhry case and potential aviation security experts (.5), e-mail to client re costs (.25) | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 3/24/2006 | review deposition outlines for 3/28 Flight attendant depositions, send notes and suggestions to co-counsel | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 3/29/2006 | teleconference w/ co-counsel re: impressions from flight attendant depositions (.5), review draft transcripts (1) | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 3/31/2006 | teleconference w/ client for deposition prep (.5), assemble documents to take to Boston, download directions to law offices, prep for trip (1.5) | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 4/2/2006 | travel to Boston to prepare client for deposition and to defend client's deposition | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 4/3/2006 | meet w/ client and co-counsel for deposition prep and to discuss case matters including R.35 exam | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 4/4/2006 | defend deposition of client (6 hours), discuss deposition with co-counsel (.5), travel back from Boston (5) | 11.5 | $375 | $4,312.50 | Kirkpatrick, Michael |
| 4/5/2006 | teleconference w/ client (.5), teleconference w/ Jason McGill (.25), review discovery issues and e-mail opposing counsel (.5), send notes to co-counsel re: deposition prep and discovery issues (.5) | 1.75 | $375 | $656.25 | Kirkpatrick, Michael |
| 4/9/2006 | review co-counsel's deposition outlines for Ball, Flores and Traer. Draft and send comments/suggestions to co-counsel | 2.75 | $375 | $1,031.25 | Kirkpatrick, Michael |
| 4/10/2006 | teleconference w/ co-counsel re: prep for depositions | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 4/12/2006 | review rough draft transcripts of 4/12 depositions | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 4/27/2006 | send proposed deposition dates to opposing counsel (.25), review Cerqueira deposition transcript and designate portions confidential per protective order (4), draft and send letter to opposing counsel with designations (.5) | 4.75 | $375 | $1,781.25 | Kirkpatrick, Michael |
| 4/28/2006 | review draft transcript of Ehlers deposition, review Dr. Kelly's report of R. 35 examination | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 5/3/2006 | Send client a bill for April expenses (.25), review deposition transcript and send draft errata sheet to client with instructions (1.75), make travel plans for depositions of Cobbs and Marquis, andcontact opposing counsel re: deposition dates. (.25) | 2.25 | $375 | $843.75 | Kirkpatrick, Michael |
| 5/15/2006 | schedule depositions of Cobbs and Marquis, make travel arrangements, draft and send deposition notices, contact court reporter | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 5/17/2006 | review and summarize Walling deposition | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |

# PUBLIC CITIZEN LITIGATION GROUP
## FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 5/18/2006 | review and summarize Sargent deposition | 2.5 | $375 | $937.50 | Kirkpatrick, Michael |
| 5/19/2006 | edit errata sheet to Cerqueira deposition and send to client (1); review and | | | | |
| 5/22/2006 | review and summarize Millenkovic deposition | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 5/23/2006 | review and summarize Ball deposition | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 5/26/2006 | review and summarize Flores deposition (1.25); teleconference with D. Godkin re: discovery plan and other issues, followed by teleconference w/ D. Godkin and client re: status of case, expenses, plan for moving forward (2.25); review | 4.25 | $375 | $1,593.75 | Kirkpatrick, Michael |
| 5/30/2006 | begin to review and summarize Ehlers deposition | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 5/31/2006 | review and summarize Ehlers deposition | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 6/7/2006 | complete summary of Ehlers deposition | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 6/8/2006 | research on Doug Laird's background and publications (2.75), teleconference w/ Doug Laird (.75), teleconference w/ D. Godkin (.25), draft and send e-mail message to client (.25) | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 6/9/2006 | teleconference w/ client re: hiring aviation security expert | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 6/12/2006 | teleconference w/ Doug Laird, review retainer and forward to co-counsel | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 6/13/2006 | review protective order, review local rules for expert designation and report deadlines, review all case documents and update document index | 6 | $375 | $2,250.00 | Kirkpatrick, Michael |
| 6/14/2006 | begin pulling and copying documents to send Doug Laird to review, prepare finalize retainer agreement with D. Laird, send materials with detailed cover letter | 7 | $375 | $2,625.00 | Kirkpatrick, Michael |
| 6/15/2006 | outline for Cobbs deposition; continue prep for Cobbs and Marquis depositions | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 6/16/2006 | travel to D/FW (5 hours), depositions of Cobbs and Marquis (4 hours) | 9 | $375 | $3,375.00 | Kirkpatrick, Michael |
| 6/19/2006 | travel back from D/FW | 5 | $375 | $1,875.00 | Kirkpatrick, Michael |
| 6/20/2006 | indexing documents | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 6/20/2006 | Reasearch for memo on the effect of judicial admissions | 4 | $120 | $480.00 | Becker, David |
| 6/20/2006 | review file and draft list of issues to discuss w/ co-counsel, including discovery issues and plan for division of tasks moving forward | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 6/21/2006 | teleconference w/ co-counsel (.75), draft and send letter re: discovery issues | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 6/21/2006 | Researching case law on Defendant's burden of production for summary judgment brief | 3.5 | $120 | $420.00 | Becker, David |
| 6/22/2006 | Writing memo on the effect of judicial admissions | 8 | $120 | $960.00 | Becker, David |
| 6/22/2006 | discuss expert report w/ Doug Laird | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 6/23/2006 | Researching case law on Defendant's burden of production for SJ brief | 4 | $120 | $480.00 | Becker, David |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 6/23/2006 | review report and discuss w/ Doug Laird | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 6/26/2006 | Researching case law on Defendant's burden of production for SJ brief | 8 | $120 | $960.00 | Becker, David |
| 6/26/2006 | draft R. 26 disclosure and serve expert report of D. Laird | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 6/27/2006 | Researching case law on Defendant's burden of production for SJ brief | 5 | $120 | $600.00 | Becker, David |
| 6/28/2006 | review draft of Trooper Sullivan affidavit and suggest edits to co-counsel | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 6/28/2006 | Writing part of SJ brief regarding how Defendants fail their burden of production | 8 | $120 | $960.00 | Becker, David |
| 6/29/2006 | Writing part of SJ brief regarding how Defendants fail their burden of production | 2 | $120 | $240.00 | Becker, David |
| 7/3/2006 | draft response to Mariani letter of 6/27 | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 7/5/2006 | send response to Mariani letter of 6/27 | 0.25 | $375 | $93.75 | Kirkpatrick, Michael |
| 7/10/2006 | teleconference w/ client (.25), teleconference w/ S. Walker re: mediation (.25), review of draft summary exhibit and e-mail to client (.5) | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 7/11/2006 | begin to draft statement of facts in support of motion for partial summary judgment | 2.25 | $375 | $843.75 | Kirkpatrick, Michael |
| 7/12/2006 | continue drafting facts to support summary judgment, including review of all deposition transcripts and review of all discovery responses and documents | 5.5 | $375 | $2,062.50 | Kirkpatrick, Michael |
| 7/13/2006 | continue review of materials and drafting facts to support summary judgment motion | 5.5 | $375 | $2,062.50 | Kirkpatrick, Michael |
| 7/14/2006 | continue drafting and edits to facts in support of partial sj | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 7/17/2006 | review letter from opposing counsel re: discovery and Laird deposition, call Doug Laird re: available dates, draft and send letter re: Laird deposition expenses and scheduling. | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 7/20/2006 | Arrangements for Laird deposition and postponement (.75); continue to review all transcripts and documents in file for facts in support of partial summary judgment motion (5) | 5.75 | $375 | $2,156.25 | Kirkpatrick, Michael |
| 7/21/2006 | review Cerqueira deposition transcript for SJ facts | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 7/23/2006 | review Cerqueira deposition transcript for SJ facts | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 7/24/2006 | teleconference w/ client (.5), continue draft/edit facts for SJ | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 7/25/2006 | serve supplemental documents and pull complete set of discovery documents to send client | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 8/8/2006 | discuss mediation and case status w/ co-counsel | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 8/11/2006 | teleconference w/ client to discuss status, mediation, and case strategy | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 8/25/2006 | review AA's summary judgment motion and supporting documents, teleconference w/ D. Godkin re: AA's violation of protective order (.25), calls and e-mail with opposing counsel re: sealing exhibits in conformance w/ protective order | 2 | $375 | $750.00 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

Page 9

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 8/28/2006 | review AA's statement of undisputed facts and begin drafting response | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 9/5/2006 | draft response to AA's statement of facts | 4.5 | $375 | $1,687.50 | Kirkpatrick, Michael |
| 9/6/2006 | respond to AA's statement of facts (1.5), draft Cerqueira's statement of facts in support of SJ (7) | 8.5 | $375 | $3,187.50 | Kirkpatrick, Michael |
| 9/7/2006 | edit response to AA facts and Plaintiff's statement of facts | 4.25 | $375 | $1,593.75 | Kirkpatrick, Michael |
| 9/8/2006 | edit response to AA facts and Plaintiff's facts | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 9/9/2006 | finish response to AA facts and plaintiffs statement of facts and send to co-counsel (1), begin drafting memo in support of partial summary judgment (5) | 6 | $375 | $2,250.00 | Kirkpatrick, Michael |
| 9/10/2006 | continue drafting memo in support of motion for partial summary judgment, including review of case law and research memo prepared by D. Becker | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 9/11/2006 | continue drafting memo in support of SJ (3), discuss w/ co-counsel (.25) | 3.25 | $375 | $1,218.75 | Kirkpatrick, Michael |
| 9/18/2006 | draft and edit mediation statement (3), work on SJ brief (2) | 5 | $375 | $1,875.00 | Kirkpatrick, Michael |
| 9/19/2006 | draft and edit SJ brief, discuss Southwest Airlines case with E. Moreno | 7 | $375 | $2,625.00 | Kirkpatrick, Michael |
| 9/20/2006 | Complete draft of summary judgment brief and related documents, teleconference with cocounsel (.25), teleconference with client (.5) | 10 | $375 | $3,750.00 | Kirkpatrick, Michael |
| 9/21/2006 | finalize and proof all SJ materials | 9 | $375 | $3,375.00 | Kirkpatrick, Michael |
| 9/21/2006 | Read and edit MK's draft partial summary judgment brief | 0.4 | $425 | $170.00 | Wolfman, Brian |
| 9/22/2006 | make final edits to all SJ docs, review mediation statement, file SJ materials | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 9/26/2006 | travel to Boston for mediation | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 9/27/2006 | meet with client and co-counsel re: mediation (1.5 before 1 after), mediation (6), travel back from Boston (3.5) | 12 | $375 | $4,500.00 | Kirkpatrick, Michael |
| 9/29/2006 | draft settlement letter re policy changes | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 10/2/2006 | research case law and begin drafting opposition to AA's motion for SJ | 7 | $375 | $2,625.00 | Kirkpatrick, Michael |
| 10/3/2006 | review Beardslee report, review FRCP and LR and draft motion to strike and memo in support, confer w/ co-counsel | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 10/4/2006 | finalize and file motion to strike and memo in support | 1 | $375 | $375.00 | Kirkpatrick, Michael |
| 10/5/2006 | continue research and drafting of opposition to AA's motion for SJ | 6 | $375 | $2,250.00 | Kirkpatrick, Michael |
| 10/9/2006 | travel to Reno (11), meet w/ Doug Laird to prep for deposition (2) | 13 | $375 | $4,875.00 | Kirkpatrick, Michael |
| 10/10/2006 | attend Laird deposition (4), travel back from Reno (9) | 13 | $375 | $4,875.00 | Kirkpatrick, Michael |
| 10/11/2006 | continue travel back from Reno (5) | 5 | $375 | $1,875.00 | Kirkpatrick, Michael |
| 10/12/2006 | continue to research and draft opposition to AA SJ motion | 6.5 | $375 | $2,437.50 | Kirkpatrick, Michael |
| 10/12/2006 | read preemption section of AA's motion for summary judgment (.1), confer w/ M. Kirkpatrick re: preemption issue (.2), legal research on ADA preemption (2.0), draft memo to M. Kirkpatrick re: arguments on ADA preemption (.5) | 2.8 | $375 | $1,050.00 | Zieve, Allison |

# PUBLIC CITIZEN LITIGATION GROUP
## FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 10/13/2006 | continue research and draft opp to AA SJ | 8 | $375 | $3,000.00 | Kirkpatrick, Michael |
| 10/14/2006 | continue research and draft opp to AA SJ | 3.75 | $375 | $1,406.25 | Kirkpatrick, Michael |
| 10/15/2006 | continue research and draft opp to AA SJ | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 10/16/2006 | continue research and draft opp to AA SJ | 5.75 | $375 | $2,156.25 | Kirkpatrick, Michael |
| 10/17/2006 | finish research and drafting of opposition to AA's motion for summary judgment, finalize and proof, edit draft response to AA's statement of facts | 5.5 | $375 | $2,062.50 | Kirkpatrick, Michael |
| 10/27/2006 | review AA's opposition fact statement and begin drafting response | 3.5 | $375 | $1,312.50 | Kirkpatrick, Michael |
| 10/30/2006 | draft reply brief re" partial summary judgment (7.5), teleconference w/ co-counsel (.25) | 7.75 | $375 | $2,906.25 | Kirkpatrick, Michael |
| 10/31/2006 | continue research and drafting of reply brief (6.5), teleconference w/ co-counsel (.25) | 6.75 | $375 | $2,531.25 | Kirkpatrick, Michael |
| 10/31/2006 | Read and edit draft reply brief in support of plaintiff's motion for summary judgment (.3) and talk to MK regarding some changes (.2) | 0.5 | $425 | $212.50 | Wolfman, Brian |
| 11/1/2006 | Finish draft of response to AA opposition facts (3.25), teleconference with client (.5), edit reply brief on partial SJ (3.75) | 7.5 | $375 | $2,812.50 | Kirkpatrick, Michael |
| 11/2/2006 | review discovery documents and begin drafting R. 26(a)(3) disclosures | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 11/3/2006 | draft exhibit designations (4) and edit and file R. 26(a)(3) disclosures (1.5) | 5.5 | $375 | $2,062.50 | Kirkpatrick, Michael |
| 11/7/2006 | review AA disclosures, begin drafting motions in limine (MIL) | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 11/7/2006 | draft MIL (4), edit letter re: objections (1) | 5 | $375 | $1,875.00 | Kirkpatrick, Michael |
| 11/10/2006 | prep for summary judgment hearing by reviewing pleadings and case law, outline of issues for oral argument | 7 | $375 | $2,625.00 | Kirkpatrick, Michael |
| 11/13/2006 | prep for SJ hearing (2.5), prep for and have LR 16.5 conference (2), draft MIL (3.5) | 8 | $375 | $3,000.00 | Kirkpatrick, Michael |
| 11/14/2006 | complete drafts of MIL (3), gather materials re: SJ to review for hearing (1) | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 11/16/2006 | travel to Boston and back for SJ hearing. Review SJ materials and cases to prep for hearing. Attend hearing. Confer with co-counsel re: prep of pretrial materials, teleconference w/ client re: report of SJ hearing and discussion of settlement offer. | 12 | $375 | $4,500.00 | Kirkpatrick, Michael |
| 11/17/2006 | Final prep of MIL including scanning of exhibits (4), file MIL (.75) review issues and draft response (.75), work on summary of evidence section of | 4.75 | $375 | $1,781.25 | Kirkpatrick, Michael |
| 11/18/2006 | pretrial memo (1.25) | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 11/19/2006 | work on draft of pretrial memo | 5.5 | $375 | $2,062.50 | Kirkpatrick, Michael |
| 11/20/2006 | complete first draft of pretrial memo | 7 | $375 | $2,625.00 | Kirkpatrick, Michael |
| 11/27/2006 | make defendant's changes to draft pretrial memo, add plaintiff's response to defendant's exhibit objections, proofread, circulate, and file | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 11/28/2006 | teleconference w/ co-counsel re: opposition to motion in limine re: consent order and DOT docs, e-mails to client re: schedule | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 12/3/2006 | review plaintiff's motions in limine and our draft responses and send suggested edits to co-counsel (2). | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 12/4/2006 | draft list of trial prep tasks for discussion w/ co-counsel (1), download oppositions to motions in limine (.5) | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 12/5/2006 | confer w/ co-counsel re: pretrial and division of trial tasks (1), contact opposing counsel re: confer and supplement pretrial to conform to procedural order (.5) | 1.5 | $375 | $562.50 | Kirkpatrick, Michael |
| 12/7/2006 | confer w/ client and co-counsel re: settlement posture and pretrial issues | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 12/7/2006 | draft notice and supplement re pretrial memorandum, put exhibits in probable order of use, add purpose to witness lists | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 12/8/2006 | send marked trial exhibits to opposing counsel, finalize and send draft notice and supplement to opposing counsel, prep for conference on 12/11 | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 12/11/2006 | teleconference w/ opposing counsel re: settlement and notice and supplement, then file notice and supplement (.5), assemble materials for pretrial conference (1.5) | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 12/12/2006 | travel to Boston and back for pretrial conference, review all motions in limine and responses, review deposition transcripts to determine which AA witnesses plaintiff will call in case in chief | 14 | $375 | $5,250.00 | Kirkpatrick, Michael |
| 12/14/2006 | telephone conference w/ client to discuss pretrial conference issues and trial prep | 0.5 | $375 | $187.50 | Kirkpatrick, Michael |
| 12/15/2006 | discuss w/ Adina Rosenbaum research for trial brief re: theories for showing reckless indifference for punitive damages | 0.75 | $375 | $281.25 | Kirkpatrick, Michael |
| 12/17/2006 | download AA's motion for reconsideration (Doc. 74) and review, read cases and statute cited therein, research standard for reconsideration, draft response in opposition and send to co-counsel | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 12/19/2006 | draft direct exam outline for Cerqueira (1.25), review trial exhibits to determine which to use in Cerqueira direct (1.75) | 3 | $375 | $1,125.00 | Kirkpatrick, Michael |
| 12/20/2006 | researched punitive damages standards | 2.5 | $245 | $612.50 | Rosenbaum, Adina |
| 12/21/2006 | e-mail opposing counsel and cocounsel (.5), review Blumenthal and Faulk and send to opposing counsel and cocounsel (.5), re-order pages of Tr. Exh. L deposition transcripts w/ Judge's rulings on admissibility (.75), review outline of Laird direct (.5) | 2.25 | $375 | $843.75 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 12/21/2006 | edit outline of Cerqueira direct exam, review all exhibits, determine use of each and redactions to request, send e-mail message to co-counsel re: trial prep | 3.75 | $375 | $1,406.25 | Kirkpatrick, Michael |
| 12/21/2006 | continued researching punitive damages standards | 2.3 | $245 | $563.50 | Rosenbaum, Adina |
| 12/22/2006 | prep Laird for direct exam, discuss strategy for using Laird w/ co-counsel | 2 | $375 | $750.00 | Kirkpatrick, Michael |
| 12/23/2006 | prep questions for Ehlers direct and review Ehlers deposition, add deposition cites to direct exam outline | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |
| 12/24/2006 | draft Marquis direct exam and review Marquis depo transcript (2.25), review and edit Ehlers direct and check depo cites (1) | 3.25 | $375 | $1,218.75 | Kirkpatrick, Michael |
| 12/26/2006 | revise direct exam outline for Cerqueira (1), draft trial plan w/ sequence for case-in-chief (1.5), prep Cerqueira direct exam w/ client by telephone (1.75), send trial plan and draft directs of Ehlers and Marquis to co-counsel (.5), begin drafting trial brief (2) | 6.75 | $375 | $2,531.25 | Kirkpatrick, Michael |
| 12/27/2006 | review draft jury instructions and give comments to co-counsel (1.5), review draft opening statement and make edits (.5), work on punitive damages section of trial brief and jury instructions, including read cases identified by A. Rosenbaum (3.5) | 5.5 | $375 | $2,062.50 | Kirkpatrick, Michael |
| 12/28/2006 | redact trial exhibits and give copying instructions (1), finish punitive damages section of trial brief (1.25), research and draft injunctive relief section (.75), print and review AA pretrial submissions (1.5), finish trial brief including section on 44902 (3.5) | 8 | $375 | $3,000.00 | Kirkpatrick, Michael |
| 12/29/2006 | review and edit all pretrial submissions and file trial brief (3), make calls and arrangements re: change in trial schedule (1.5) | 4.5 | $375 | $1,687.50 | Kirkpatrick, Michael |
| 12/30/2006 | review entire file and select documents to take to Boston (6), teleconference w/ client (.5) | 6.5 | $375 | $2,437.50 | Kirkpatrick, Michael |
| 1/1/2007 | Travel to Boston (4), review PTO (.75), edit Cerqueira direct (1), review proposed jury instructions (.75), study decision in Dasrath (1.5) | 8 | $375 | $3,000.00 | Kirkpatrick, Michael |
| 1/2/2007 | review trial plan w/ co-counsel and make decisions about presentation of evidence (2), edit Cerqueira direct, review with client, make changes to outline (3.5), review Blumenthal and Faulk video depo testimony (1.5) | 7 | $375 | $2,625.00 | Kirkpatrick, Michael |
| 1/3/2007 | In courtroom for first trial day (5), return to court re: juror issue (.75), travel back to DC (4) | 9.75 | $375 | $3,656.25 | Kirkpatrick, Michael |
| 1/4/2007 | review trial plan, edit, and suggest division and order of remaining witnesses, review Cerqueira direct for trial day two, teleconference with client (.75) | 4.75 | $375 | $1,781.25 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 1/5/2007 | review outline of Ehlers hostile direct and send to comments to co-counsel (.5); review transcripts of trial day one, edit Cerqueira direct for day two, send to co-counsel (1.75) | 2.25 | $375 | $843.75 | Kirkpatrick, Michael |
| 1/5/2007 | review Walling cross outline and comment (.5); review and edit Marquis hostile direct outline and send to co-counsel (.75); review draft of Sargent direct and cross & comment (.25); draft Flores hostile direct & send to co-counsel (1); draft Ball cross (.75) | 3.25 | $375 | $1,218.75 | Kirkpatrick, Michael |
| 1/7/2007 | travel to Boston (4), review Cerqueira deposition transcript to prep for cross (1), meet w/ client to prep for cross (2); continue to prep outlines for hostile directs | 10 | $375 | $3,750.00 | Kirkpatrick, Michael |
| 1/8/2007 | review outlines for trial day 2 (1); trial day 2 (5); prep for trial day 3 (5.5) by editing trial plan and preparing cross outlines and reviewing deposition transcripts | 11.5 | $375 | $4,312.50 | Kirkpatrick, Michael |
| 1/9/2007 | review outlines for trial day 3 (1); trial day 3 held (5); prep outlines for trial day 4 cross exams including review of deposition transcripts (4.5) | 10.5 | $375 | $3,937.50 | Kirkpatrick, Michael |
| 1/10/2007 | review outlines for day 4 cross exams (1); trial day 4 (5); prep closing argument (5.5) | 11.5 | $375 | $4,312.50 | Kirkpatrick, Michael |
| 1/11/2007 | review and edit closing argument (1); trial day 5 and wait during jury deliberations (8) | 9 | $375 | $3,375.00 | Kirkpatrick, Michael |
| 1/12/2007 | wait at courthouse during jury deliberations (7) | 7 | $375 | $2,625.00 | Kirkpatrick, Michael |
| 1/13/2007 | travel back from Boston (4) | 4 | $375 | $1,500.00 | Kirkpatrick, Michael |

Total hours:  860.05          Total amount:          $309,597.25

PUBLIC CITIZEN LITIGATION GROUP
FEE CHART BY LAWYER

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Becker, David | 42.5 | $120 | $5,100.00 |
| Kirkpatrick, Michael | 802.55 | $375 | $300,956.25 |
| Longo, Philip | 6 | $120 | $720.00 |
| Rosenbaum, Adina | 4.8 | $245 | $1,176.00 |
| Wolfman, Brian | 1.4 | $425 | $595.00 |
| Zieve, Allison | 2.8 | $375 | $1,050.00 |
| **Totals** | **860.05** | | **$309,597.25** |

**Exhibit 2**

Brian Wolfman: professional background

☒ CLOSE WINDOW

**Brian Wolfman, Director**

Brian Wolfman is the Director of Public Citizen Litigation Group, where he has worked since 1990. Mr. Wolfman's litigation includes cases involving consumer health and safety regulation, freedom of information, expanding access to the courts, opposing federal preemption of state products liability law, consumer law, and class actions. In the preemption area, he has been lead counsel in a range of cases involving injuries from radiation exposure, prescription drugs, pesticides, and medical devices, including *Medtronic, Inc., v. Lohr*, 518 U.S. 470 (1996). Regarding access to the courts, he has concentrated on litigation regarding court-awarded attorney's fees, including acting as lead counsel in three U.S. Supreme Court cases involving the Equal Access to Justice Act, the principal statute authorizing fee shifting against federal agencies. *Scarborough v. Principi*, 541 U.S. 401 (2004); *Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

With respect to class actions, Mr. Wolfman's practice includes representing class plaintiffs. In recent years, however, his class action work has focused on settlement objections. Mr. Wolfman has briefed and argued objections to class action settlements on behalf of absent class members, consumer safety organizations, and labor unions in the Amchem asbestos settlement, the General Motors coupon cases, the *Bowling v. Pfizer* heart valve settlement, the AcroMed bone-screw case, and the Community Bank and Delta Funding predatory lending settlements, among others. He has written articles on class actions, has testified before Congress regarding the so-called Class Action Fairness Act (and its predecessors) and before the federal Civil Rules Advisory Committee on proposed changes to Rule 23. He is also an advisor to the American Law Institute's project on the Principles of the Law of Aggregate Litigation.

Mr. Wolfman has argued four cases before the Supreme Court (winning three of them), been lead counsel in about a dozen others, and, as co-counsel to his Litigation Group colleagues and others, had substantial involvement in several dozen more. He co-directs the Litigation Group's Alan Morrison Supreme Court Assistance Project with the Project's Fellow. He has been lead counsel in many federal court and state court appeals.

Mr. Wolfman currently teaches a course on appellate courts at Harvard Law School and at American University Law School and has previously taught similar courses at Stanford Law School and Georgetown University Law Center.

Before joining the Litigation Group in 1990, Mr. Wolfman was a staff attorney at Legal Services of Arkansas, where he did trial and appellate work in cases involving housing law, welfare law, family law, employment rights, and consumer protection. Before that, Mr. Wolfman clerked for the Honorable R. Lanier Anderson III of the U.S. Court of Appeals for the Eleventh Circuit. He is a graduate of the University of Pennsylvania and Harvard Law School.

Mr. Wolfman's c.v. can be found here.

**Exhibit 3**

Allison Zieve: professional background

☒ CLOSE WINDOW

### Allison Zieve

Allison Zieve received her A.B. magna cum laude from Brown University in 1986, and was a member of Phi Beta Kappa. She was graduated from Yale Law School in 1989.

After law school, Ms. Zieve practiced for several years in California. She worked first at Irell & Manella, a large Los Angeles law firm, and then at Rosen Bien & Asaro, a small San Francisco public interest firm where the practice focused on prison reform and employment litigation. She moved to Washington, DC in early 1994. After working on voting rights litigation at the NAACP Legal Defense and Education Fund, Inc., she joined Public Citizen Litigation Group that August.

At the Litigation Group, Ms. Zieve's practice areas include public health (such drug safety and food labeling issues), consumer safety (such as automobile standards), open government, federal preemption, class action abuse, and first amendment issues (in the context of federal regulation and of the Internet). Many of her cases involve issues related to the Food, Drug, and Cosmetic Act and to regulation by the Food and Drug Administration. She has also litigated against the National Highway Traffic Safety Administration, the Department of Justice, and the Department of Health and Human Services, among other agencies. Among the cases litigated by Ms. Zieve are *Will v. Hallock*, 126 U.S. 952 (2006) (successful representation in case under Federal Tort Claims Act), *Public Citizen v. Mineta*, 340 F.3d 39 (2d Cir. 2003) (successful challenge under the Administrative Procedure Act to NHTSA regulation), *Dusenbery v. United States*, 534 U.S. 161 (2002) (unsuccessful due process challenge to notice of forfeiture), *Center for Auto Safety v. NHTSA*, 244 F.3d 144 (D.C. Cir. 2001) (mixed result in Freedom of Information Act case), and *Goodlin v. Medtronic*, 167 F.3d 1367 (11th Cir. 1999) (successful appeal of holding that medical device laws preempt injured patient's personal injury claims).

Ms. Zieve has published several articles on preemption of state-law damages actions as well as other topics. From time to time, she teaches appellate advocacy as an adjunct professor at the American University's Washington College of Law.

Ms. Zieve is admitted to the District of Columbia Bar and is admitted to practice before numerous federal courts.

**Exhibit 4**

Adina Rosenbaum: professional background

☒ CLOSE WINDOW

### Adina H. Rosenbaum

Adina H. Rosenbaum is an attorney at the Public Citizen Litigation Group, in Washington, D.C., where she has practiced since September 2004. Ms. Rosenbaum received her undergraduate degree from Harvard University, graduating *magna cum laude* in 1998 and earning membership in Phi Beta Kappa. In 2003, she graduated from the New York University School of Law, where she was a member of the Order of the Coif and an editor of the New York University Law Review. Following law school, Ms. Rosenbaum clerked for the Honorable Martha Craig Daughtrey of the United States Court of Appeals for the Sixth Circuit.

Ms. Rosenbaum's practice areas at the litigation group include general appellate litigation, open government, consumer safety, and first amendment issues. Many of her cases involve access to records under the Freedom of Information Act. She also serves as the director of the Freedom of Information Clearinghouse.

Ms. Rosenbaum is admitted to the District of Columbia bar, is an (inactive) member of the Massachusetts bar, and is admitted to practice before numerous federal courts.

**Exhibit 5**

*Laffey* matrix



# UNITED STATES ATTORNEY'S OFFICE
## FOR THE DISTRICT OF COLUMBIA

555 4TH STREET, NW
WASHINGTON, DC 20530
(202) 514-7566

SEARCH

HOME

U.S. ATTORNEY

ABOUT US

DIVISIONS

COMMUNITY
PROSECUTION

PROGRAMS
FOR YOUTH

VICTIM WITNESS
ASSISTANCE

PARTNERSHIPS

PRESS RELEASES

EMPLOYMENT

ESPAÑOL

CONTACT US

LINKS

SITE MAP

## LAFFEY MATRIX 2003- 2007

| Experience | 03-04 | 04-05 | 05-06 | 06-07 |
|---|---|---|---|---|
| 20+ years | 380 | 390 | 405 | 425 |
| 11-19 years | 335 | 345 | 360 | 375 |
| 8-10 years | 270 | 280 | 290 | 305 |
| 4-7 years | 220 | 225 | 235 | 245 |
| 1-3 years | 180 | 185 | 195 | 205 |
| Paralegals & Law Clerks | 105 | 110 | 115 | 120 |

Years (Rate for June 1 - May 31, based on prior year's CPI-U)

**Explanatory Notes**

1. This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia. The matrix is intended to be used in cases in which a "fee-shifting" statute permits the prevailing party to recover "reasonable" attorney's fees. *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412 (b) (Equal Access to Justice Act). The matrix does not apply in cases in which the hourly rate is limited by statute. See 28 U.S.C. § 2412(d).

2. This matrix is based on the hourly rates allowed by the District Court in *Laffey v. Northwest Airlines, Inc.,* 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds,* 746 F.2d 4 (D.C. Cir. 1984), *cert. denied,* 472 U.S. 1021 (1985). It is commonly referred to by attorneys and federal judges in the District of Columbia as the "Laffey Matrix" or the "United States Attorney's Office Matrix." The column headed "Experience" refers to the years following the attorney's graduation from law school. The various "brackets" are intended to correspond to "junior associates" (1-3 years after law school graduation), "senior associates" (4-7 years), "experienced federal court litigators" (8-10 and 11-19 years), and "very experienced federal court litigators" (20 years or more). *See Laffey,* 572 F. Supp. at 371.

3. The hourly rates approved by the District Court in *Laffey* were for work done principally in 1981-82. The Matrix begins with those rates. *See Laffey,* 572 F. Supp. at 371 (attorney rates) & 386 n.74 (paralegal and law clerk rate). The rates for subsequent yearly periods were determined by adding the change in the cost of living for the Washington, D.C. area to the applicable rate for the prior year, and then rounding to the nearest multiple of $5 (up if within $3 of the next multiple of $5). The result is subject to adjustment if appropriate to ensure that the relationship between the highest rate and the lower rates remains reasonably constant. Changes in the cost of living are measured by the Consumer Price Index for All Urban Consumers (CPI-U) for Washington-Baltimore, DC-MD-VA-WV, as announced by the Bureau of Labor Statistics for May of each year.

4. Use of an updated *Laffey* Matrix was implicitly endorsed by the Court of Appeals in *Save Our Cumberland Mountains v. Hodel,* 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc). The Court of Appeals subsequently stated that parties may rely on the updated *Laffey* Matrix prepared by the United States Attorney's Office as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area. See *Covington v. District of Columbia,* 57 F.3d 1101, 1105 & n.



14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996). Lower federal courts in the District of Columbia have used this updated *Laffey* Matrix when determining whether fee awards under fee-shifting statutes are reasonable. *See, e.g., Blackman v. District of Columbia*, 59 F. Supp. 2d 37, 43 (D.D.C. 1999); *Jefferson v. Milvets System Technology, Inc.*, 986 F. Supp. 6, 11 (D.D.C. 1997); *Ralph Hoar & Associates v. Nat'l Highway Transportation Safety Admin.*, 985 F. Supp. 1, 9-10 n.3 (D.D.C. 1997); *Martini v. Fed. Nat'l Mtg Ass'n*, 977 F. Supp. 482, 485 n.2 (D.D.C. 1997); *Park v. Howard University*, 881 F. Supp. 653, 654 (D.D.C. 1995).

**Last Updated on
01/16/2007**