✎AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of   **Massachusetts**

JOHN D. CERQUEIRA

V.

AMERICAN AIRLINES, INC.

### BILL OF COSTS

Case Number:    **05-11652-WGY**

Judgment having been entered in the above entitled action on    **1/16/07**    against **American Airlines, Inc.,**
<br>Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 250.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 161.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | 5,604.99 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | | 3,919.59 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| | TOTAL  $ | 9,935.58 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    **David S. Godkin**

Name of Attorney:    **David S. Godkin**

For:    **John D. Cerqueira**                              Date:    **1/30/07**
<br>Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

|  | By: | |
|---|---|---|
| Clerk of Court | Deputy Clerk | Date |

AO 133　　(Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| See Attached itemization | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
　　"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
　　"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
　　"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
　　"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
　　"Entry of the judgment shall not be delayed for the taxing of costs."

BIRNBAUM & GODKIN, LLP
BILL OF COSTS ITEMIZATION

| Tab | Description | Cost | Total |
|-----|-------------|------|-------|
| **Tab 1** | **Fees of the Clerk** | | |
| | Civil Action Filing Fee 8/9/05 | 250.00 | |
| | Subtotal: | | **$250.00** |
| | | | |
| **Tab 2** | **Fees for Service of Summons and Subpoenas** | | |
| | Service of Subpoena on Mass. State Police | 44.00 | |
| | Service of Subpoena on Trooper Daniel Sullivan | 117.00 | |
| | Subtotal: | | **$161.00** |
| | | | |
| **Tab 3** | **Fees for Court Reporters** | | |
| | Doris O. Wong Associates, Inc.: Sally Walling (3/28/06); Lois Sargent (3/28/06); Amy Milenkovic (3/28/06) | 724.15 | |
| | Madden Reporting Service: John Cerqueira (4/4/06) | 554.40 | |
| | Doris O. Wong Associates, Inc.: Donald Ball (4/12/06); Ynes F. Flores (4/12/06); Nicole Traer (4/12/06) | 621.25 | |
| | Doris O. Wong Associates, Inc.: John Ehlers (4/26/06) | 463.45 | |
| | Collins Realtime Reporting: Craig Marquis (6/15/06); Rhonda Cobbs (6/15/06) | 833.49 | |
| | Visual Evidence: Videotape deposition of Barry Blumenthal, D.O. and Richard Faulk, M.D. | 762.50 | |
| | Everman & Everman, Inc: Transcripts of Drs. Barry Blumenthal and Dr. Richard Faulk (7/26/06) | 669.05 | |
| | Court Reporter's Clearinghouse, Inc.: Douglas R. Laird (10/10/06) | 976.70 | |
| | Subtotal: | | **$5,604.99** |
| | | | |
| **Tab 1** | **Fees for Exemplification and Copying** | | |
| | B&G photocopies for the month of 5/31/05 | 3.00 | |
| | B&G photocopies for the month of 6/31/05 | 12.25 | |
| | B&G photocopiesfor the month of 8/31/05 | 62.25 | |
| | B&G photocopies for the month of 9/30/05 | 44.75 | |
| | B&G photocopies for the month of 11/30/05 | 5.50 | |
| | B&G photocopies for the month of 12/30/05 | 28.75 | |
| | B&G photocopies for the month of 1/31/06 | 93.75 | |

BIRNBAUM & GODKIN, LLP
BILL OF COSTS ITEMIZATION

| Tab | Description | Cost | Total |
|---|---|---|---|
| | B&G photocopies for the month of 3/31/06 | 111.25 | |
| | B&G photocopies for the month of 4/30/06 | 137.50 | |
| | B&G photocopies for the month of 5/31/06 | 117.00 | |
| | B&G photocopies for the month of 6/30/06 | 236.25 | |
| | B&G photocopies for the month of 8/31/06 | 179.75 | |
| | B&G photocopies for the month of 9/30/06 | 356.00 | |
| | B&G photocopies for the month of 10/31/06 | 129.25 | |
| | B&G photocopies for the month of 11/30/06 | 284.25 | |
| | B&G photocopies for the month of 12/31/06 | 1099.75 | |
| Tab 4 | Copying and editing Drs. Blumenthal and Faulk video testimony for trial | 824.28 | |
| Tab 4 | Certified copy of State Police Log | 6.00 | |
| Tab 4 | Litigation Document Productions, Inc. (Chalks) | 123.12 | |
| Tab 4 | Outside photocopies (Litigation Document Productions, Inc.) | 64.94 | |
| | **Subtotal:** | **$3,919.59** | |
| | **TOTAL** | $9,935.58 | |

**EXHIBIT   1**

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts 02210-1108

Phone: (617) 307-6100              Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                              September 9, 2005
20533 Biscayne Blvd., #355
Aventura, FL 33180

|              |          | File #:   | 2389-1 |
|--------------|----------|-----------|--------|
| **Attention:** |        | Inv #:    | 241    |

**TERMS:  DUE UPON RECEIPT**

| **DISBURSEMENTS** |                                      | Disbursements | Receipts  |
|-------------------|--------------------------------------|---------------|-----------|
|                   | Filing Fee                           | 250.00        |           |
|                   | Photocopies                          | 15.25         |           |
| Aug-31-05         | Facsimiles for the month August 2005 | 1.00          |           |
|                   | Photocopies for the month August 2005| 62.25         |           |
|                   | Totals                               | $328.50       | $0.00     |
|                   | **Total Fees & Disbursements**       |               | **$328.50** |
|                   | Previous Balance                     |               | $0.00     |
|                   | Previous Payments                    |               | $0.00     |
|                   | **Balance Due Now**                  |               | **$328.50** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                            October 10, 2005

20533 Biscayne Blvd., #355
Aventura, FL 33180

|                  |         |
|------------------|---------|
| File #:          | 2389-1  |
| **Attention:** Inv #: | 284 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Sep-30-05 | Photocopies for the month September 2005 | 44.75 | |
| | Postage for the month September 2005 | 3.78 | |
| | Totals | $48.53 | $0.00 |
| | **Total Fees & Disbursements** | | **$48.53** |
| | Previous Balance | | $0.00 |
| | Previous Payments | | $0.00 |
| | **Balance Due Now** | | **$48.53** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                        November 7, 2005

20533 Biscayne Blvd., #355
Aventura, FL 33180

| | | |
|---|---|---|
| | File #: | 2389-1 |
| **Attention:** | Inv  #: | 329 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | Disbursements | Receipts |
|---|---|---|
| FedEx | 13.57 | |
| Totals | $13.57 | $0.00 |
| **Total Fees & Disbursements** | | **$13.57** |
| Previous Balance | | $48.53 |
| Previous Payments | | $48.53 |
| **Balance Due Now** | | **$13.57** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                        December 9, 2005

20533 Biscayne Blvd., #355
Aventura, FL 33180

|                | File #: | 2389-1 |
|----------------|---------|--------|
| **Attention:** | Inv #:  | 350    |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Nov-30-05 | Photocopies for the month November 2005 | 5.50 | |
| | Totals | $5.50 | $0.00 |
| | **Total Fees & Disbursements** | | **$5.50** |
| | Previous Balance | | $13.57 |
| | Previous Payments | | $13.57 |
| | **Balance Due Now** | | **$5.50** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                          March 9, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|              |          |
|--------------|----------|
| File #:      | 2389-1   |
| Inv #:       | 450      |

**Attention:**

**TERMS:  DUE UPON RECEIPT**

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| | Courier | 36.60 | |
| | Lexis/Westlaw | 18.20 | |
| Dec-30-05 | Photocopies for the month of December 2005 | 28.75 | |
| Jan-31-06 | Photocopies for the month January 2006 | 93.75 | |
| | Postage for the month January 2006 | 4.98 | |
| Feb-28-06 | Postage for the month February 2006 | 3.90 | |
| | Totals | $186.18 | $0.00 |
| | **Total Fees & Disbursements** | | **$186.18** |
| | Previous Balance | | $5.50 |
| | Previous Payments | | $5.50 |
| | **Balance Due Now** | | **$186.18** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                        May 11, 2006

20533 Biscayne Blvd., #355

Aventura, FL 33180

|  | File #: | 2389-1 |
|---|---|---|
| **Attention:** | Inv  #: | 520 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | Constable/Sheriff | 44.00 | |
| | Courier | 39.60 | |
| | Lexis/Westlaw | 9.13 | |
| Mar-30-06 | Outside Photocopying | 64.94 | |
| Mar-31-06 | Photocopies for the month MAR 2006 | 111.25 | |
| | Postage for the month MAR 2006 | 6.57 | |
| Apr-30-06 | Photocopies for the month April 2006 | 137.50 | |
| | Postage for the month April 2006 | 2.31 | |
| | Totals | $415.30 | $0.00 |
| | **Total Fees & Disbursements** | | **$415.30** |
| | Previous Balance | | $186.18 |
| | Previous Payments | | $186.18 |
| | **Balance Due Now** | | **$415.30** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                     Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                                           June 9, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|                | File #: | 2389-1 |
|----------------|---------|--------|
| **Attention:** | Inv #:  | 545    |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| May-31-06 | Photocopies for the month May 2006 | 117.00 | |
| | Postage for the month May 2006 | 1.83 | |
| | Totals | $118.83 | $0.00 |
| | **Total Fees & Disbursements** | | **$118.83** |
| | Previous Balance | | $415.30 |
| | Previous Payments | | $415.30 |
| | **Balance Due Now** | | **$118.83** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944


John D. Cerqueira                                                July 11, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180


|   | File #: | 2389-1 |
|---|---------|--------|
| **Attention:** | Inv #: | 568 |


**TERMS:  DUE UPON RECEIPT**


| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | FedEx | 33.67 | |
| | Travel | 218.60 | |
| Jun-30-06 | Facsimiles for the month June 2006 | 6.00 | |
| | Photocopies for the month June 2006 | 236.25 | |
| | Postage for the month June 2006 | 1.65 | |
| | Totals | $496.17 | $0.00 |
| | **Total Fees & Disbursements** | | **$496.17** |
| | Previous Balance | | $118.83 |
| | Previous Payments | | $0.00 |
| | **Balance Due Now** | | **$615.00** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                September 14, 2006

20533 Biscayne Blvd., #355

Aventura, FL 33180

|  | File #: | 2389-1 |
|---|---|---|
| **Attention:** | Inv  #: | 645 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | Filing Fee | 6.00 | |
| | Lexis/Westlaw | 232.18 | |
| | Travel | 88.00 | |
| Jul-31-06 | Postage for the month July 2006 | 1.89 | |
| Aug-09-06 | Court Reporter | 669.05 | |
| Aug-31-06 | Photocopies for the month August 2006 | 179.75 | |
| | Postage for the month August 2006 | 4.14 | |
| | Totals | $1,181.01 | $0.00 |

| | | |
|---|---|---|
| **Total Fees & Disbursements** | | **$1,181.01** |
| Previous Balance | | $615.00 |
| Previous Payments | | $615.00 |
| **Balance Due Now** | | **$1,181.01** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                          Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                                October 12, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  | File #: | 2389-1 |
|---|---|---|
| **Attention:** | Inv #: | 652 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | Lexis/Westlaw | 826.53 | |
| | Travel | 174.47 | |
| Sep-30-06 | Photocopies  for the month of September 2006 | 356.00 | |
| | Totals | $1,357.00 | $0.00 |
| | **Total Fees & Disbursements** | | **$1,357.00** |
| | Previous Balance | | $1,181.01 |
| | Previous Payments | | $1,181.01 |
| | **Balance Due Now** | | **$1,357.00** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                     Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                      November 9, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  |  |  |
|---|---|---|
| | File #: | 2389-1 |
| **Attention:** | Inv  #: | 707 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | Courier | 19.80 | |
| Oct-31-06 | Videotaped deposition | 762.50 | |
| | Photocopies for month of October-2006 | 129.25 | |
| | Postage for month of October-2006 | 5.34 | |
| | | _____ | _____ |
| | Totals | $916.89 | $0.00 |
| | | | _____ |
| | **Total Fees & Disbursements** | | **$916.89** |
| | Previous Balance | | $1,357.00 |
| | Previous Payments | | $1,357.00 |
| | | | _____ |
| | **Balance Due Now** | | **$916.89** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                      December 19, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  |  |  |
|---|---|---|
| | File #: | 2389-1 |
| **Attention:** | Inv #: | 751 |

**TERMS:  DUE UPON RECEIPT**

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| | Lexis/Westlaw | 847.11 | |
| Nov-30-06 | Photocopies for Month of November 06 | 284.25 | |
| | Postage for month of November-06 | 1.17 | |
| | Totals | $1,132.53 | $0.00 |
| | **Total Fees & Disbursements** | | **$1,132.53** |
| | Previous Balance | | $916.89 |
| | Previous Payments | | $916.89 |
| | **Balance Due Now** | | **$1,132.53** |

## BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                     January 8, 2007

20533 Biscayne Blvd., #355
Aventura, FL 33180

| | File #: | 2389-1 |
|---|---|---|
| **Attention:** | Inv #: | 763 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | Courier | 87.40 | |
| | Lexis/Westlaw | 419.85 | |
| Dec-31-06 | Facsimiles for month of December 2006 | 9.00 | |
| | Photocopies for  month of December 2006 | 1,099.75 | |
| | Postage for month of December 2006 | 5.15 | |
| | Totals | $1,621.15 | $0.00 |
| | **Total Fees & Disbursements** | | **$1,621.15** |
| | Previous Balance | | $1,132.53 |
| | Previous Payments | | $1,132.53 |
| | **Balance Due Now** | | **$1,621.15** |

**EXHIBIT   2**

# Invoice

**Suvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA  02109**

Invoice Number:
62797
Invoice Date:
Mar 24, 2006
Page:
1

Voice:    617-720-5733
Fax:      617-720-5737

Bill To:
Birnbaum & Godkin, LLP
E. Recht
280 Summer Street
Boston, MA  02210

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Birnbaum 1 | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Mass. State Police, Fram.<br>CASE: CERQUIERA VS. AMERICAN AIRLINES | 44.00 | 44.00 |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 44.00 |
| Sales Tax | |
| Total Invoice Amount | 44.00 |

# Suvalle, Jodrey & Associates
## One Devonshire Place
## Boston, MA  02109

**Invoice**

Invoice Number:
68767

Invoice Date:
Jan 10, 2007

Page:
1

Voice:   617-720-5733
Fax:     617-720-5737

Bill To:

Birnbaum & Godkin, LLP
C. McDuffee
280 Summer Street
Boston, MA  02210

Federal ID: 04-2647543

| Customer ID | | | Payment Terms |
|---|---|---|---|
| Birnbaum 1 | | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Trooper Daniel Sullivan | 75.00 | 75.00 |
| 1.00 | Fees Advanced | e.boston (fed( CASE: CERQIEORA VS/ AMERICAN AIRLINES | 42.00 | 42.00 |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 117.00 |
| Sales Tax | |
| Total Invoice Amount | 117.00 |

**EXHIBIT  3**

# INVOICE

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED.I.D. NO. 04-2674896

Doris O.
WONG Associates Inc
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

BIRN01
ATT: ERICA B. ABATE RECHT, ESQ.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON    MA 02210-1108

| | |
|---|---|
| PAGE | 1. |
| BIRN01 | |
| BIRNBAUM & GODKIN | |
| INVOICE DATE | 04/10/2006 |
| INVOICE NO. | 000075225 |

CERQUEIRA V AMERICAN AIRLINES, INC.

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | DATE | REPORTER | TIME | INVOICE NO. | INVOICE DATE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CERQ01 | 05-11652-WGY | 0% / 30 | | | | 000075225 | 04/10/2006 | | | |
| **ACTIVITY DESCRIPTION** | | | | | | | | | | |
| ORIGINAL TRANSCRIPT | | | 03/28/06 | JMWE | | | | 63 | 3.40 | 214.20 |
| SALLY WALLING | | | | | | | | | | |
| ORIGINAL TRANSCRIPT | | | 03/28/06 | JMWE | | | | 49 | 3.40 | 166.60 |
| LOIS SARGENT | | | | | | | | | | |
| ORIGINAL TRANSCRIPT | | | 03/28/06 | JMWE | | | | 34 | 3.40 | 115.60 |
| AMY MILENKOVIC | | | | | | | | | | |
| REALTIME HOOKUP/ROUGH ASCII | | | 03/28/06 | JMWE | | | | 63 | 1.50 | 94.50 |
| REALTIME HOOKUP/ROUGH ASCII | | | 03/28/06 | JMWE | | | | 49 | 1.50 | 73.50 |
| REALTIME HOOKUP/ROUGH ASCII | | | 03/28/06 | JMWE | | | | 34 | 1.50 | 51.00 |
| AMY MILENKOVIC | | | | | | | | | | |
| POSTAGE AND HANDLING | | | 03/28/06 | | | | | | | 8.75 |
| ASCII AND MIN-U-SCRIPT-NO FEE | | | 03/28/06 | | | | | | | |
| SALLY WALLING | | | | | | | | | | |

SALES TAX

INVOICE TOTAL    ( CONTINUED )

# INVOICE

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

BIRN01
ATT: ERICA B. ABATE RECHT, ESQ.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON          MA 02210-1108

CERQUEIRA V. AMERICAN AIRLINES, INC.

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| CERQ01 | 05-11652-WGY | .0%/ 30 | 00075225 | 04/10/2006 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ASCII AND MIN-U-SCRIPT-NO FEE | 03/28/06 | | | | | |
| LOIS SARGENT | | | | | | |
| ASCII AND MIN-U-SCRIPT-NO FEE | 03/28/06 | | | | | |
| AMY MILENKOVIC | | | | | | |

|  |  |
|---|---|
| | $724.15 |
| SALES TAX | .00 |
| INVOICE TOTAL | $724.15 |

WE APPRECIATE YOUR BUSINESS

---

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

PAGE  2

BIRN01

BIRNBAUM & GODKIN,

| INVOICE DATE |
|---|
| 04/10/2006 |

| INVOICE NO. |
|---|
| 00075225 |

$724.15






# Madden Reporting Service

## 69-B Locust Street
## Assonet, MA 02702
## 508-644-4035
## 508-644-9834

# I    N    V    O    I    C    E

**Bill To:**

Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
Attn:  David S. Godkin, Esq.

| Invoice #: | 0814 |
|---|---|
| Invoice Date: | 4/13/06 |
| Customer ID: | BIRN01 |

| Job Date | Reporter | Case Name    (Witness) | Description | Pages | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|
| 4/4/06 | KMM | Cerqueira vs. American Airlines, et al. | **Org.** Transcript | | | | |
| | | Deposition of John D. Cerqueira | Condensed/Ind. | | | | |
| | | | ASCII | | | | |
| | | | **Copy** Transcript | 231 | $2.40 | $554.40 | $554.40 |
| | | | Condensed | Yes | | N/C | N/C |
| | | | ASCII | Yes | | N/C | N/C |

**NOTE:**   Transcript e-mailed to Michael Kirkpatrick,
Esq. at Public Citizen Litigation Group
on 4/13/06

Transcript mailed via U.S. Priority 4/13/06

| | |
|---|---|
| Subtotal | $554.40 |
| Tax | |
| Shipping | N/C |
| Miscellaneous | |
| Balance Due | $554.40 |

> Please remit with payment payable to:
> Madden Reporting Service.  Thank You.

| REMITTANCE | |
|---|---|
| **Invoice #:** | 0814 |
| **Invoice Date:** | 4/13/06 |
| **Customer ID:** | BIRN01 |
| **Amount Due:** | $554.40 |
| **Amount Enclosed:** | |

# INVOICE

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

PAGE  1

| | |
|---|---|
| BIRN01 | |
| ATT: ERICA B. ABATE RECHT, ESQ. | |
| BIRNBAUM & GODKIN, LLP | |
| 280 SUMMER STREET | |
| 5TH FLOOR | |
| BOSTON,          MA 02210-1108 | |

CERQUEIRA V AMERICAN AIRLINES, INC.

FILE #:

| | INVOICE NO. | INVOICE DATE |
|---|---|---|
| BIRN01 | 00075358 | 04/25/2006 |
| BIRNBAUM & GODKIN | | |

INVOICE NO. 00075358

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| CERQ01 | 05-11652-WGY | 03/30/ | 00075358 | 04/25/2006 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT | 04/12/06 | JMWE | | 47 | 3.40 | 159.80 |
| DONALD BALL | | | | | | |
| ORIGINAL TRANSCRIPT | 04/12/06 | JMWE | | 30 | 3.40 | 102.00 |
| YNES F. FLORES | | | | | | |
| ORIGINAL TRANSCRIPT | 04/12/06 | JMWE | | 48 | 3.40 | 163.20 |
| NICOLE TRAER | | | | | | |
| REALTIME HOOKUP/ROUGH ASCII | 04/12/06 | JMWE | | 47 | 1.50 | 70.50 |
| DONALD BALL | | | | | | |
| REALTIME HOOKUP/ROUGH ASCII | 04/12/06 | JMWE | | 30 | 1.50 | 45.00 |
| YNES F. FLORES | | | | | | |
| REALTIME HOOKUP/ROUGH ASCII | 04/12/06 | JMWE | | 48 | 1.50 | 72.00 |
| NICOLE TRAER | | | | | | |
| POSTAGE AND HANDLING | 04/12/06 | | | | | 8.75 |

SALES TAX

INVOICE TOTAL    ( CONTINUED )

( CONTINUED )

# INVOICE

**Doris O.
WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

| PAGE   2 |
|---|
| Doris O.    PAGE   2 |
| **WONG Associates, Inc.** |
| *Professional Court Reporters* |
| 50 Franklin Street |
| Boston, Massachusetts 02110 |

BIRN01
**BIRNBAUM & GODKIN**

| INVOICE DATE |
|---|
| 04/25/2006 |

| INVOICE NO. |
|---|
| 000075358 |

BIRN01
ATT: ERICA B. ABATE RECHT, ESQ.    CERQUEIRA V. AMERICAN AIRLINES, INC.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON,    MA 02210-1108

BILL #

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| CERQ01 | 05-11652-WGY | | 03/130 000075358 | 04/25/2006 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ASCII AND MINI-U-SCRIPT-NO FEE | 04/12/06 | | | | | |
| BALL, FLORES, AND TRAER | | | | | | |

| | | |
|---|---|---|
| | SALES TAX | $621.25 |
| | | .00 |
| | INVOICE TOTAL | $621.25 |

NOW OFFERING SCANNED EXHIBITS

$621.25

# INVOICE

**PAGE    1**

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

BIRN01
ATT: ERICA B. ABATE RECHT, ESQ.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON          MA 02210-1108

CERQUEIRA V AMERICAN AIRLINES, INC.

**FIIE #:**

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| CERQ01 | 05-11652-WGY | | 00075454 | 05/09/2006 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT | 04/26/06 | JMWE | | 93 | 3.40 | 316.20 |
| JOHN M. EHLERS | | | | | | |
| REALTIME HOOKUP/ROUGH ASCII | 04/26/06 | JMWE | | 93 | 1.50 | 139.50 |
| POSTAGE AND HANDLING | 04/26/06 | | | | | 7.75 |
| ASCII AND MIN-U-SCRIPT-NO FEE | 04/26/06 | | | | | |
| JOHN M. EHLERS | | | | | | |

SALES TAX        $463.45
                    .00

INVOICE TOTAL    $463.45

WE APPRECIATE YOUR BUSINESS

---

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

BIRNBAUM & GODKIN

| INVOICE DATE |
|---|
| 05/09/2006 |

| INVOICE NO. |
|---|
| 00075454 |

BIRN01

**PLEASE REMIT THIS**
**STUB WITH PAYMENT**

$463.45

# Collins Realtime Reporting

600 North Pearl Street
Suite 640
Dallas, TX 75201
Phone: (214) 220-2449    Fax: (214) 220-2777

Job #: 060615TUB
Job Date: 06/15/2006
Order Date: 06/15/2006
DB Ref.#:
Date of Loss:   / /
Your File #:
Your Client: John Cerqueira

## Invoice

| Invoice #: | 47870 |
|---|---|
| Inv.Date: | 06/26/2006 |
| Balance: | $833.49 |

**Bill To:**
Mr. Michael T. Kirkpatrick
Public Citizens Litigation Group
1600 20th Street, NW
Washington, DC 20009

**Action:** John D. Cerqueira
vs
**American Airlines**
**Action #:** 05-11652-WGY
**Rep:** Thu U. Bui
**Cert:** 7618

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Craig Marquis | Original Deposition | $360.22 |
| 2 | Rhonda Cobbs | Original Deposition | $473.27 |

**Comments:**

We accept all major credit cards

| | |
|---|---|
| Sub Total | $833.49 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Total Invoice | $833.49 |
| Payment | $0.00 |
| Balance Due | $833.49 |

Federal Tax I.D.: 75-1907111    **Terms:** Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Everman & Everman, Inc.
1101 North Olive Avenue
West Palm Beach, FL 33401
(561) 659-7444   Fax (561-) 659-3201

*Debbie*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 31163 | 08/08/2006 | 12-36675 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/26/2006 | WILLJA | |

| CASE CAPTION |
|---|
| Cerqueira, John vs. American Airlines, Inc. |

| TERMS |
|---|
| Due upon receipt |

David Godkin, Esq.
Birnbaum & Godkin
280 Summer Street
Boston, MA 02210

```
ORIGINAL TRANSCRIPT OF:
    Blumenthal, Dr., Barry                                      158.00

ORIGINAL TRANSCRIPT OF:
    Faulk, Dr. Richard                                          511.05
            Mini in Addition To (E.)
            Ascii
            COD Charge
            S/H 2 Day Air-out of st.

                                    TOTAL   DUE   >>>>          669.05
```

8/8: *Cheryl — Shipped you*
*delivery Thurs. 8/10.*
*Thank you,*
*Debbie*

TAX ID NO.: 75-3089518                 (617) 307-6173

*Please detach bottom portion and return with payment.*

David Godkin, Esq.
Birnbaum & Godkin
280 Summer Street
Boston, MA 02210

```
Invoice No.:  31163
Date      :   08/08/2006
TOTAL DUE :      669.05


Job No.   :   12-36675
Case No.  :
Cerqueira, John vs. American Airline
```

Remit To:     Everman & Everman, Inc.
               1101 North Olive Avenue
               West Palm Beach, FL 33401



# Invoice

| Date | Number |
|------|--------|
| 10/31/2006 | 23307 |

| Terms |
|-------|
| C.O.D. |

BIRNBAUM & GODKIN
DAVID GODKIN
280 SUMMER STREET
BOSTON, MA 02210

| Case / Reference: | CERQUEIRA V AMERICAN AIR |
|---|---|

| Date | Services Rendered | Quantity | Amount |
|------|-------------------|----------|--------|
| 7/26/2006 | VIDEOTAPED DEPOSITION OF:BARRY BLUEMTHAL, DO; RICHARD FAULK, MD | | |
| | Tech Time - 1ST Hours | 1 | 175.00 |
| | Additional Tech Time | 5.5 | 412.50 |
| | Digital Tape Stock | 2 | 40.00 |
| | Encoding Video to Mpeg1 format- per hour of tape time | 2 | 90.00 |
| 10/31/2006 | Federal Express / C.O.D. / | | |
| | Shipping & Handling | | 45.00 |

| TOTAL: | $762.50 |
|--------|---------|

**MORE THAN JUST VIDEO ! See ALL available
presentation technology services at:
www.visualevidence.org.**

*TAX ID# 59-2476529*

Remit to:
P.O. Box 6967
West Palm Beach, FL 33405

Phone: (561) 655-2855     Fax: (561) 655-2896



**COURT REPORTER'S CLEARINGHOUSE, INC.**
(214) 954-0352   Fax (214) 954-0364

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34261 *** | 11/06/200 | 03-33253 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/10/2006 | BONARI | 05-11652 WGY |

| CASE CAPTION |
|---|
| Cerqueira vs. American Airlines, Inc. |

| TERMS |
|---|
| Due upon receipt |

Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Douglas R. Laird
                                                              976.70

                         TOTAL   DUE   >>>>          976.70
                    AFTER 12/06/2006 PAY           1,074.37


Invoice prepared for DIGITAL COURT REPORTING & VIDEO
```

TAX ID NO. : 76-0537648

(202) 588-100   Fax (202) 588-7795

*Please detach bottom portion and return with payment.*

Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

```
Invoice No.: 34261 ***
Date       :  11/06 2006
TOTAL DUE  :  9 6.70
AFTER 12/6/2006 PAY : 1,074.37


Job No.   :  03-33 53
Case No.  :  05-11 52 WGY
Cerqueira vs. Ameri an Airlines, Inc
```

Remit To:   Court Reporter's Clearinghouse, Inc.
4545 Post Oak Place, Suite 350
Houston, TX 77027-3124

**EXHIBIT  4**

**National Video Reporters, Inc.**
58 Batterymarch St., Suite 243
Boston, MA 02110
Tel. 800-551-2440

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/22/2006 | 22963 |

BILL TO:

David S. Godkin, Esquire
Birnbaum & Godkin, L.L.P.
280 Summer St., 5th Floor
Boston, MA 02210

| | Terms | REF |
|---|---|---|
| | Due on receipt | NV |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Date of Deposition: 07/26/2006 | | | |
| Re: John D. Cerqueira vs. American Airlines, Inc. | | | |
| Deponents: Barry Blumenthal, D.O., Richard Faulk, M.D. | | | |
| | | | |
| Digital Editing: per hour (includes 1 duplicate) | 5 | 125.00 | 625.00T |
| Video Cassette(s): 124 Minute DVCam Edited Master - Archived | 2 | 38.00 | 76.00T |
| DVD(s): DVD Edited Duplicate - Shipped (included w/editing) | 1 | | 0.00T |
| DVD(s): DVD Edited Duplicate - Shipped (additional copy) | 1 | 25.00 | 25.00T |
| DVD(s): MPEG1 Synched Data DVD - Shipped (no charge) | 1 | | 0.00T |
| Video Cassette(s): 120 Minute VHS Edited Duplicate - Shipped (no charge) | 2 | | 0.00T |
| | | | |
| Shipped Via - FedEx Priority Overnight | | 61.98 | 61.98 |
| | | | |
| 5% Massachusetts Sales Tax | | 5.00% | 36.30 |

Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex.  Tax ID #04-3496719.

**BALANCE DUE**     $824.28



**William Francis Galvin**
Secretary of the Commonwealth

# Receipt No. **96-011**

Date:                  07/11/2006

Customer Name:

Customer Address:      , ,

## Order

| Order No.  94,210 | | OrderDate | 07/11/2006 |

| Item | Description | Qty. | Subtotal |
|------|-------------|------|----------|
| Apostille | Elizabeth C. Crea | 1 | $6.00 |
| | | **Total:** | **6.00** |

**Certificate Number(s):**

1159297

## Payments

| Receipt No | Date | Payment Type | Check No | | Amount |
|------------|------|--------------|----------|--|--------|
| 96,011 | 07/11/2006 | Cash | | | $6.00 |
| | | | | **Total Payments** | $6.00 |

**Balance:**     **$0.00**


## FEE PAID

JUL 1 1 2006

CASHIERS
SECRETARY'S OFFICE

# LITIGATION DOCUMENT PRODUCTIONS, INC.

*(617) 542-7333*
*61 Battermarch Street*
*Boston, MA 02110*

# Invoice

FED ID 04-3215305

| | |
|---|---|
| DATE: | 4/5/2006 |
| INVOICE #: | 43774 |
| REQUESTOR: | CJ Stevens |
| SERVICE DATE: | 3/30/2006 |

BILL TO:
Birnbaum & Godkin
Accounts Payable
280 Summer Street, 5th Floor
Boston, MA 02210

CLIENT/MATTER:    Same

SHIP TO:

| DESCRIPTION | ORIGINALS | SIZE | SETS | COPIES | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Copying | 465 | 8½x11 | 1 | 465 | 0.133 | 61.85 |
| | | | | | | |
| | | | | | 5.00% | 3.09 |
| MA State Sales Tax | | | | | | |

2389-1

COMMENTS:
* Make one copy of all documents from one redweld.
* Staple as stapled; clip as clipped; band as banded.
* Insert a slipsheet as directed.

**Total:** $64.94

**YOU MAY DEDUCT A CASH DISCOUNT OF: $** 3.09    **IF PAID BY:** 4/15/2006

Please note our terms: 5% CASH DISCOUNT 10 DAYS - NET 30.
ANY ACCOUNT OVER 30 DAYS WILL BE ASSESSED A MONTHLY SERVICE CHARGE OF 1½% (18% Annually).