UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>  Defendant. | Civil Action No: 05-11652-WGY |

### AFFIDAVIT OF DAVID S. GODKIN VERIFYING
### PLAINTIFF'S BILL OF COSTS

I, David S. Godkin, depose and state the following:

1. I am co-counsel for the Plaintiff in the above-captioned litigation.

2. I have knowledge of the issues in the case, and the costs incurred by the Plaintiff, and I have personally reviewed the Bill of Costs submitted herewith by the Plaintiff.

3. I verify that each of the items claimed in the Bill of Costs is correct and that the costs were necessarily incurred in the case, and that the services for which fees have been charged were actually and necessarily performed. All of the costs set forth in the Bill of Costs were billed to and paid by the Plaintiff. In house photocopies were billed to the Plaintiff at a rate of $.25 per page, which is amount that Birnbaum & Godkin, LLP charges all of our clients for photocopies.

Signed under penalties of perjury this 30th day of January, 2007.

/s/ David S. Godkin
David S. Godkin