```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                         Civil Action No. 05-11652-WGY

JOHN D. CERQUEIRA,       )
                         )
        Plaintiff,       )
                         )       TRIAL TRANSCRIPT
v.                       )          (Volume 4)
                         )          (Excerpts)
AMERICAN AIRLINES, INC., )
                         )
        Defendant.       )


BEFORE:  The Honorable William G. Young, District Judge,
                         and a Jury

APPEARANCES:

     BIRNBAUM & GODKIN, LLP
     By: David S. Godkin, Esq.
         Darleen F. Cantelo, Esq.
     280 Summer Street
     Boston, Massachusetts  02210
     - and -
     PUBLIC CITIZEN LITIGATION GROUP
     By: Michael T. Kirkpatrick, Esq.
     1600 20th Street, N.W.
     Washington, D.C.  20009
     On behalf of John D. Cerqueira

     FITZHUGH, PARKER & ALVARO LLP
     By: Michael A. Fitzhugh, Esq.
     155 Federal Street - Suite 1700
     Boston, Massachusetts  02110-1727
     - and -
     AMERICAN AIRLINES
     By: Alec Bramlett, Senior Attorney
     MD 5675 - P.O. Box 61916
     Dallas/Ft. Worth Airport, Texas  75261-9616
     On behalf of American Airlines

ALSO PRESENT: Melissa M. Wangenheim, Paralegal

                              One Courthouse Way
                              Boston, Massachusetts

                              January 10, 2007
```

PDF created with pdfFactory trial version www.pdffactory.com