UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN D. CERQUEIRA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 05-11652 WGY |
| AMERICAN AIRLINES, INC., | ) ) ) | |
| Defendant. | ) ) | |

### AMERICAN AIRLINES, INC'S., SUPPLEMENTAL MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT IN LIGHT OF THE RECENT U.S. SUPREME COURT RULING IN PHILLIP MORRIS v. WILLIAMS

American Airlines, Inc., ("American") files this supplemental motion for judgment notwithstanding the verdict to apprise the Court of a holding in the recent case of *Phillip Morris v. Williams,* CA No. 05-1256 2007 WL 505781 (U.S.Or. Feb. 20, 2007) and its impact on the punitive damages awarded in the case at bar. The grounds for this motion are fully explained in the supporting memorandum of law that is filed herewith.

Respectfully submitted,
**AMERICAN AIRLINES, INC.**
By Its Attorneys,


*/s/ Michael A. Fitzhugh*
Michael A. Fitzhugh, (BBO #169700)
Amy Cashore Mariani, (BBO #630160)
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

Dated: February 26, 2007

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 26, 2007.

                */s/ Michael A. Fitzhugh* _____
                Michael A. Fitzhugh