AO 133   (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

John D. Cerqueira

V.

American Airlines, Inc.

Amended

## BILL OF COSTS

Case Number:

Judgment having been entered in the above entitled action on ___1/16/07___ against ___American Airlines, Inc.___
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................... | $ 250.00 |
| Fees for service of summons and subpoena ............................... | 161.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 5,774.98 |
| Fees and disbursements for printing ................................... | 0.00 |
| Fees for witnesses (itemize on page two) ............................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | 4,340.34 |
| Docket fees under 28 U.S.C. 1923 ..................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ........................... | 0.00 |
| Compensation of court-appointed experts ............................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs (please itemize) ......................................... | 0.00 |
| TOTAL | $ 10,526.32 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   ___David S. Godkin___

Name of Attorney:   ___David S. Godkin___

For:   ___John D. Cerqueira___   Date:   ___3/1/2007___
          Name of Claiming Party

Costs are taxed in the amount of _____   and included in the judgment.

_____          By: _____          _____
Clerk of Court                              Deputy Clerk                              Date

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness | |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| See Attached Itemization | | | | | | | | |
| | | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

BIRNBAUM & GODKIN, LLP
SUPPLEMENTAL BILL OF COSTS ITEMIZATION

| Tab | Description | Cost | Total |
|---|---|---|---|
| **Tab 1** | **Fees of the Clerk** | | |
| | Civil Action Filing  Fee 8/9/05 | 250.00 | |
| | Subtotal: | | **$250.00** |
| | | | |
| **Tab 2** | **Fees for Service of Summons and Subpoenas** | | |
| | Service of Subpoena on Mass. State Police | 44.00 | |
| | Service of Subpoena on Trooper Daniel Sullivan | 117.00 | |
| | Subtotal: | | **$161.00** |
| | | | |
| **Tab 3** | **Fees for Court Reporters** | | |
| | Doris O. Wong Associates, Inc.: Sally Walling (3/28/06); Lois Sargent (3/28/06); Amy Milenkovic (3/28/06) | 724.15 | |
| | Madden Reporting Service: John Cerqueira (4/4/06) | 554.40 | |
| | Doris O. Wong Associates, Inc.: Donald Ball (4/12/06); Ynes F. Flores (4/12/06); Nicole Traer (4/12/06) | 621.25 | |
| | Doris O. Wong Associates, Inc.: John Ehlers (4/26/06) | 463.45 | |
| | Collins Realtime Reporting: Craig Marquis (6/15/06); Rhonda Cobbs (6/15/06) | 833.49 | |
| | Visual Evidence: Videotape deposition of Barry Blumenthal, D.O. and Richard Faulk, M.D. | 762.50 | |
| | Everman & Everman, Inc:  Transcripts of Drs. Barry Blumenthal and Dr. Richard Faulk (7/26/06) | 669.05 | |
| | Court Reporter's Clearinghouse, Inc.: Douglas R. Laird (10/10/06) | 976.70 | |
| | Marcia G. Patrisso: Excerpts of Trial Transcripts (1/30/07) | 91.30 | |
| | Marcia G. Patrisso: Excerpts of Trial Transcripts (2/5/07) | 26.40 | |
| | Marcia G. Patrisso: Excerpts of Trial Transcripts (1/5/07) | 52.29 | |
| | Subtotal: | | **$5,774.98** |
| | | | |
| **Tab 1** | **Fees for Exemplification and Copying** | | |
| | B&G photocopies for the month of 5/31/05 | 3.00 | |

BIRNBAUM & GODKIN, LLP
SUPPLEMENTAL BILL OF COSTS ITEMIZATION

| Tab | Description | Cost | Total |
|---|---|---|---|
| | B&G photocopies for the month of 6/31/05 | 12.25 | |
| | B&G photocopiesfor the month of 8/31/05 | 62.25 | |
| | B&G photocopies for the month of 9/30/05 | 44.75 | |
| | B&G photocopies for the month of 11/30/05 | 5.50 | |
| | B&G photocopies for the month of 12/30/05 | 28.75 | |
| | B&G photocopies for the month of 1/31/06 | 93.75 | |
| | B&G photocopies for the month of 3/31/06 | 111.25 | |
| | B&G photocopies for the month of 4/30/06 | 137.50 | |
| | B&G photocopies for the month of 5/31/06 | 117.00 | |
| | B&G photocopies for the month of 6/30/06 | 236.25 | |
| | B&G photocopies for the month of 8/31/06 | 179.75 | |
| | B&G photocopies for the month of 9/30/06 | 356.00 | |
| | B&G photocopies for the month of 10/31/06 | 129.25 | |
| | B&G photocopies for the month of 11/30/06 | 284.25 | |
| | B&G photocopies for the month of 12/31/06 | 1099.75 | |
| | B&G photocopies for the month of 1/31/07 | 420.75 | |
| Tab 4 | Copying and editing Drs. Blumenthal and Faulk video testimony for trial | 824.28 | |
| Tab 4 | Certified copy of State Police Log | 6.00 | |
| Tab 4 | Litigation Document Productions, Inc. (Chalks) | 123.12 | |
| Tab 4 | Outside photocopies (Litigation Document Productions, Inc.) | 64.94 | |
| | **Subtotal:** | | **$4,340.34** |
| | **TOTAL** | | $10,526.32 |

EXHIBIT   1

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                          September 9, 2005

20533 Biscayne Blvd., #355
Aventura, FL 33180

|                | File #: | 2389-1 |
|----------------|---------|--------|
| **Attention:** | Inv #:  | 241    |

**TERMS:  DUE UPON RECEIPT**

| **DISBURSEMENTS** |                                            | Disbursements | Receipts |
|-------------------|--------------------------------------------|---------------|----------|
|                   | Filing Fee                                 | 250.00        |          |
|                   | Photocopies                                | 15.25         |          |
| Aug-31-05         | Facsimiles for the month August 2005       | 1.00          |          |
|                   | Photocopies for the month August 2005      | 62.25         |          |
|                   | Totals                                     | $328.50       | $0.00    |
|                   | **Total Fees & Disbursements**             |               | **$328.50** |
|                   | Previous Balance                           |               | $0.00    |
|                   | Previous Payments                          |               | $0.00    |
|                   | **Balance Due Now**                        |               | **$328.50** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100            Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                           October 10, 2005

20533 Biscayne Blvd., #355
Aventura, FL 33180

**Attention:**

|  |  |
|---|---|
| File #: | 2389-1 |
| Inv #: | 284 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Sep-30-05 | Photocopies for the month September 2005 | 44.75 | |
| | Postage for the month September 2005 | 3.78 | |
| | Totals | $48.53 | $0.00 |
| | **Total Fees & Disbursements** | | **$48.53** |
| | Previous Balance | | $0.00 |
| | Previous Payments | | $0.00 |
| | **Balance Due Now** | | **$48.53** |

# BIRNBAUM & GODKIN, LLP

### 280 Summer Street

### Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                     Fax: (617) 307-6101

Taxpayer ID # 20-2224944


John D. Cerqueira                                          November 7, 2005

20533 Biscayne Blvd., #355
Aventura, FL 33180


**Attention:**

| | File #: | 2389-1 |
| | Inv #: | 329 |


**TERMS:  DUE UPON RECEIPT**


| **DISBURSEMENTS** | **Disbursements** | **Receipts** |
|---|---|---|
| FedEx | 13.57 | |
| Totals | $13.57 | $0.00 |
| **Total Fees & Disbursements** | | **$13.57** |
| Previous Balance | | $48.53 |
| Previous Payments | | $48.53 |
| **Balance Due Now** | | **$13.57** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts 02210-1108

Phone: (617) 307-6100                     Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                              December 9, 2005

20533 Biscayne Blvd., #355
Aventura, FL 33180

|                | File #: | 2389-1 |
| **Attention:** | Inv #:  | 350    |

**TERMS: DUE UPON RECEIPT**

| **DISBURSEMENTS** | | Disbursements | Receipts |
|---|---|---|---|
| Nov-30-05 | Photocopies for the month November 2005 | 5.50 | |
| | Totals | $5.50 | $0.00 |
| | **Total Fees & Disbursements** | | **$5.50** |
| | Previous Balance | | $13.57 |
| | Previous Payments | | $13.57 |
| | **Balance Due Now** | | **$5.50** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts 02210-1108

Phone: (617) 307-6100          Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                          March 9, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|                | File #: | 2389-1 |
|----------------|---------|--------|
| **Attention:** | Inv #:  | 450    |

**TERMS: DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | Courier | 36.60 | |
| | Lexis/Westlaw | 18.20 | |
| Dec-30-05 | Photocopies for the month of December 2005 | 28.75 | |
| Jan-31-06 | Photocopies for the month January 2006 | 93.75 | |
| | Postage for the month January 2006 | 4.98 | |
| Feb-28-06 | Postage for the month February 2006 | 3.90 | |
| | Totals | $186.18 | $0.00 |
| | **Total Fees & Disbursements** | | **$186.18** |
| | Previous Balance | | $5.50 |
| | Previous Payments | | $5.50 |
| | **Balance Due Now** | | **$186.18** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                    May 11, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  |  |
|---|---|
| File #: | 2389-1 |
| Inv #: | 520 |

**Attention:**

**TERMS:  DUE UPON RECEIPT**

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| | Constable/Sheriff | 44.00 | |
| | Courier | 39.60 | |
| | Lexis/Westlaw | 9.13 | |
| Mar-30-06 | Outside Photocopying | 64.94 | |
| Mar-31-06 | Photocopies for the month MAR 2006 | 111.25 | |
| | Postage for the month MAR 2006 | 6.57 | |
| Apr-30-06 | Photocopies for the month April 2006 | 137.50 | |
| | Postage for the month April 2006 | 2.31 | |
| | Totals | $415.30 | $0.00 |
| | **Total Fees & Disbursements** | | **$415.30** |
| | Previous Balance | | $186.18 |
| | Previous Payments | | $186.18 |
| | **Balance Due Now** | | **$415.30** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                     June 9, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  | File #: | 2389-1 |
|---|---|---|
| **Attention:** | Inv #: | 545 |

**TERMS:  DUE UPON RECEIPT**

| **DISBURSEMENTS** |  | **Disbursements** | **Receipts** |
|---|---|---|---|
| May-31-06 | Photocopies for the month May 2006 | 117.00 | |
| | Postage for the month May 2006 | 1.83 | |
| | Totals | $118.83 | $0.00 |
| | **Total Fees & Disbursements** | | **$118.83** |
| | Previous Balance | | $415.30 |
| | Previous Payments | | - $415.30 |
| | **Balance Due Now** | | **$118.83** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                    July 11, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  | File #: | 2389-1 |
|---|---|---|
| **Attention:** | Inv #: | 568 |

**TERMS:  DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | FedEx | 33.67 | |
| | Travel | 218.60 | |
| Jun-30-06 | Facsimiles for the month June 2006 | 6.00 | |
| | Photocopies for the month June 2006 | 236.25 | |
| | Postage for the month June 2006 | 1.65 | |
| | Totals | $496.17 | $0.00 |
| | **Total Fees & Disbursements** | | **$496.17** |
| | Previous Balance | | $118.83 |
| | Previous Payments | | $0.00 |
| | **Balance Due Now** | | **$615.00** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                    September 14, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|                | File #: | 2389-1 |
|----------------|---------|--------|
| **Attention:** | Inv #:  | 645    |

**TERMS:  DUE UPON RECEIPT**

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| | Filing Fee | 6.00 | |
| | Lexis/Westlaw | 232.18 | |
| | Travel | 88.00 | |
| Jul-31-06 | Postage for the month July 2006 | 1.89 | |
| Aug-09-06 | Court Reporter | 669.05 | |
| Aug-31-06 | Photocopies for the month August 2006 | 179.75 | |
| | Postage for the month August 2006 | 4.14 | |
| | Totals | $1,181.01 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$1,181.01** |
| Previous Balance | $615.00 |
| Previous Payments | $615.00 |
| **Balance Due Now** | **$1,181.01** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts 02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944


John D. Cerqueira                                                October 12, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  | File #: | 2389-1 |
|---|---|---|
| **Attention:** | Inv #: | 652 |


**TERMS: DUE UPON RECEIPT**


| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | Lexis/Westlaw | 826.53 | |
| | Travel | 174.47 | |
| Sep-30-06 | Photocopies for the month of September 2006 | 356.00 | |
| | Totals | $1,357.00 | $0.00 |
| | **Total Fees & Disbursements** | | **$1,357.00** |
| | Previous Balance | | $1,181.01 |
| | Previous Payments | | $1,181.01 |
| | **Balance Due Now** | | **$1,357.00** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                            November 9, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|                  |          |
|------------------|----------|
| File #:          | 2389-1   |
| Inv #:           | 707      |

**Attention:**

## TERMS:  DUE UPON RECEIPT

| **DISBURSEMENTS** |                             | **Disbursements** | **Receipts** |
|-------------------|-----------------------------|-------------------|--------------|
|                   | Courier                     | 19.80             |              |
| Oct-31-06         | Videotaped deposition       | 762.50            |              |
|                   | Photocopies for month of October-2006 | 129.25 |              |
|                   | Postage for month of October-2006 | 5.34          |              |
|                   | Totals                      | $916.89           | $0.00        |
|                   | **Total Fees & Disbursements** |               | **$916.89**  |
|                   | Previous Balance            |                   | $1,357.00    |
|                   | Previous Payments           |                   | $1,357.00    |
|                   | **Balance Due Now**         |                   | **$916.89**  |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                         December 19, 2006

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  | File #: | 2389-1 |
| --- | --- | --- |
| **Attention:** | Inv #: | 751 |

**TERMS:  DUE UPON RECEIPT**

| **DISBURSEMENTS** |  | **Disbursements** | **Receipts** |
| --- | --- | --- | --- |
|  | Lexis/Westlaw | 847.11 |  |
| Nov-30-06 | Photocopies for Month of November 06 | 284.25 |  |
|  | Postage for month of November-06 | 1.17 |  |
|  | Totals | $1,132.53 | $0.00 |
|  | **Total Fees & Disbursements** |  | **$1,132.53** |
|  | Previous Balance |  | $916.89 |
|  | Previous Payments |  | $916.89 |
|  | **Balance Due Now** |  | **$1,132.53** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts 02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                              January 8, 2007

20533 Biscayne Blvd., #355
Aventura, FL 33180

|  |  |
|---|---|
| File #: | 2389-1 |
| Inv #: | 763 |

**Attention:**

**TERMS: DUE UPON RECEIPT**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| | Courier | 87.40 | |
| | Lexis/Westlaw | 419.85 | |
| Dec-31-06 | Facsimiles for month of December 2006 | 9.00 | |
| | Photocopies for month of December 2006 | 1,099.75 | |
| | Postage for month of December 2006 | 5.15 | |
| | Totals | $1,621.15 | $0.00 |
| | **Total Fees & Disbursements** | | **$1,621.15** |
| | Previous Balance | | $1,132.53 |
| | Previous Payments | | $1,132.53 |
| | **Balance Due Now** | | **$1,621.15** |

# BIRNBAUM & GODKIN, LLP

280 Summer Street

Boston, Massachusetts  02210-1108

Phone: (617) 307-6100                    Fax: (617) 307-6101

Taxpayer ID # 20-2224944

John D. Cerqueira                                                    February 9, 2007

20533 Biscayne Blvd., #355

Aventura, FL 33180

|  | |
|---|---|
| File #: | 2389-1 |
| Inv #: | 808 |

**Attention:**

**TERMS:  DUE UPON RECEIPT**

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|---|---|---|---|
| | Courier | 143.88 | |
| | Lexis/Westlaw | 602.71 | |
| | Travel | 10.00 | |
| Jan-05-07 | Court Reporter | 52.29 | |
| Jan-30-07 | Court Reporter | 91.30 | |
| Jan-31-07 | Facsimiles for Month of January-07 | 14.00 | |
| | Photocopies for Month of January-07 | 420.75 | |
| | Totals | $1,334.93 | $0.00 |
| | **Total Fees & Disbursements** | | **$1,334.93** |
| | Previous Balance | | $1,621.15 |
| | Previous Payments | | $1,621.15 |
| | **Balance Due Now** | | **$1,334.93** |

**EXHIBIT   2**

# Invoice

**Suvalle, Jodrey & Associates**
One Devonshire Place
ston, MA 02109

Voice:   617-720-5733
Fax:     617-720-5737

Invoice Number:
62797
Invoice Date:
Mar 24, 2006
Page:
1

Bill To:
Birnbaum & Godkin, LLP
E. Recht
280 Summer Street
Boston, MA 02210

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Birnbaum 1 | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Mass. State Police, Fram.<br>CASE: CERQUIERA VS. AMERICAN AIRLINES | 44.00 | 44.00 |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 44.00 |
| Sales Tax | |
| Total Invoice Amount | 44.00 |

# Invoice

**Suvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA  02109**

Invoice Number:
68767

Invoice Date:
Jan 10, 2007

Page:
1

~e:    617-720-5733
Fax:    617-720-5737

Bill To:

Birnbaum & Godkin, LLP
C. McDuffee
280 Summer Street
Boston, MA  02210

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Birnbaum 1 | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Trooper Daniel Sullivan | 75.00 | 75.00 |
| 1.00 | Fees Advanced | e.boston (fed( | 42.00 | 42.00 |
| | | CASE: CERQIEORA VS/ AMERICAN AIRLINES | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 117.00 |
| Sales Tax | |
| Total Invoice Amount | 117.00 |

**EXHIBIT   3**

# INVOICE

**Doris O. WON... ssociates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

BIRN01
ATT: ERICA B. ABATE RECHT, ESQ.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON          MA 02210-1108

Doris O.
WONG A...
*Professional*
*Reporters*
50 Franklin Street
Boston, Massachusetts 02110

BIRN01
BIRNBAUM & GODKIN

| INVOICE DATE | INVOICE NO. |
|---|---|
| 04/10/2006 | 000075225 |

CERQUEIRA V AMERICAN AIRLINES, INC.

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | DATE | REPORTER | TIME | INVOICE NO. | INVOICE DATE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CERQ01 | 05-11652-WGY | | | | | 000075225 | 04/10/2006 | | | |
| ACTIVITY DESCRIPTION | | | | | | | | | | |
| ORIGINAL TRANSCRIPT | | | 03/28/06 | JMWE | | | | 66 | .65 | 214.50 |
| SAME DAY WAITING | | | | | | | | | | |
| ORIGINAL TRANSCRIPT | | | 03/28/06 | JMWE | | | | 49 | 3.40 | 166.60 |
| LOIS SARGENT | | | | | | | | | | |
| ORIGINAL TRANSCRIPT | | | 03/28/06 | JMWE | | | | 34 | 3.40 | 115.60 |
| AMY MLIENKOVIC | | | | | | | | | | |
| REALTIME HOOKUP/ROUGH ASCII | | | 03/28/06 | JMWE | | | | 66 | 1.50 | 99.00 |
| REALTIME HOOKUP/ROUGH ASCII | | | 03/28/06 | JMWE | | | | 49 | 1.50 | 73.50 |
| REALTIME HOOKUP/ROUGH ASCII | | | 03/28/06 | JMWE | | | | 34 | 1.50 | 51.00 |
| AMY MLIENKOVIC | | | | | | | | | | |
| POSTAGE AND HANDLING | | | 03/28/06 | | | | | | | 8.75 |
| ASCII AND MINI-U-SCRIPT-NO FEE | | | 03/28/06 | | | | | | | |
| SAME WAITING | | | | | | | | | | |

(CONTINUED)

# INVOICE

**Doris O. Wong Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. ID. NO. 04-2674896

BIRN01

ATT: ERICA B. ABATE RECHT, ESQ.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON,          MA  02210-1108

CERQUEIRA V. AMERICAN AIRLINES, INC.

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | DATE | INVOICE NO. | INVOICE DATE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 012901 | 05-11652-WGY | 10% / 30 | 05/26/06 | 0400075225 | 01/18/2006 | | | |

| ACTIVITY DESCRIPTION |
|---|
| ASCII AND ONE TRANSCRIPT NO FEE |
| TO SS. SARGENT |
| ASCII AND MINI O-SERIES NO FEE  03/28/06 |
| ANN MELBERGPOLO |

WE APPRECIATE YOUR BUSINESS

SALES TAX

INVOICE TOTAL





# Madden Reporting Service

69-B Locust Street
Assonet, MA 02702
508-644-4035
508-644-9834

I   N   V   O   I   C   E

**Bill To:**

Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
Attn: David S. Godkin, Esq.

| Invoice #: | 0814 |
|---|---|
| Invoice Date: | 4/13/06 |
| Customer ID: | BIRN01 |

| Job Date | Reporter | Case Name (Witness) | Description | Pages | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|
| 4/4/06 | KMM | Cerqueira vs. American Airlines, et al. | **Org.** Transcript | | | | |
| | | Deposition of John D. Cerqueira | Condensed/Ind. | | | | |
| | | | ASCII | | | | |
| | | | **Copy** Transcript | 231 | $2.40 | $554.40 | $554.40 |
| | | | Condensed | Yes | | N/C | N/C |
| | | | ASCII | Yes | | N/C | N/C |

**NOTE:** Transcript e-mailed to Michael Kirkpatrick,
Esq. at Public Citizen Litigation Group
on 4/13/06

Transcript mailed via U.S. Priority 4/13/06

| | |
|---|---|
| Subtotal | $554.40 |
| Tax | |
| Shipping | N/C |
| Miscellaneous | |
| Balance Due | $554.40 |

Please remit with payment payable to:
Madden Reporting Service. Thank You.

| REMITTANCE | |
|---|---|
| **Invoice #:** | 0814 |
| **Invoice Date:** | 4/13/06 |
| **Customer ID:** | BIRN01 |
| **Amount Due:** | $554.40 |
| **Amount Enclosed:** | |

# INVOICE

PAGE 1

**Doris O. WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED.I.D. NO. 04-2674896

BIRN01

ATT: ERICA B. ABATE RECHT, ESQ.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON,     MA 02210-1108

| INVOICE DATE | INVOICE NO. |
|---|---|
| 04/25/2006 | 00075358 |

FILE #: CERQUEIRA V. AMERICAN AIRLINES, INC.

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| CER001 | 05-11652-WGY | | 00075358 | 04/25/2006 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT DONALD BALL | 04/12/06 | JMWE | | 117 | | 3,700.150.30 |
| ORIGINAL TRANSCRIPT YNES F. FLORES | 04/11/05 | JMWE | | 30 | | 3.40 102.100 |
| ORIGINAL TRANSCRIPT NICOLE TRAER | 04/12/06 | JMWE | | 68 | | 3.40 1,163.70 |
| REALTIME HOOKUP/ROUGH ASCII DONALD BALL | 04/12/06 | JMWE | | 47 | | 1.50 701.50 |
| REALTIME HOOKUP/ROUGH ASCII YNES F. FLORES | 04/11/06 | JMWE | | 30 | | 1.50 45.00 |
| REALTIME HOOKUP/ROUGH ASCII NICOLE TRAER | 04/12/06 | JMWE | | 48 | | 1.50 72.00 |
| POSTAGE AND HANDLING | 04/12/06 | | | | | 16.75 |

(CONTINUED)

# INVOICE

**Doris O. Wong Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

BIRN01
ATT: ERICA B. ABATE RECHT, ESQ.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON,        MA 02210-1108

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| CER001 | 05-11652-WGY | | 00100075358 | 04/25/2006 | | | |

CERQUEIRA V. AMERICAN AIRLINES, INC.

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME |
|---|---|---|---|
| ASCII AND MINI-U-SCRIPT NO FEE | 04/19/06 | | |
| BALL, FLORES AND HABER | | | |

NOW OFFERING SCANNED EXHIBITS.

**Doris O. WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

# INVOICE

PAGE    1

BIRN01
ATT: ERICA B. ABATE RECHT, ESQ.
BIRNBAUM & GODKIN, LLP
280 SUMMER STREET
5TH FLOOR
BOSTON          MA 02210-1108

CERQUEIRA V AMERICAN AIRLINES, INC.

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | DATE | REPORTER | TIME | INVOICE NO. | INVOICE DATE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CER001 | 05-11652-WGY | | 04/26/06 | JMHE | | 00015454 | 05/03/2006 | | | |

ACTIVITY DESCRIPTION

ORIGINAL TRANSCRIPT
JOHN M. EHLERS

REALTIME HOOKUP ROUGH ASCII

POSTAGE AND HANDLING

ASCII AND MINI-U-SCRIPT-NO FEE
JOHN M. EHLERS

WE APPRECIATE YOUR BUSINESS

---

**Doris O. WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

BIRN01
BIRNBAUM & GODKIN

INVOICE DATE    05/03/2006

INVOICE NO.     00015454

PLEASE REMIT THIS
STUB WITH PAYMENT

$463.45

# Collins Realtime Reporting

600 North Pearl Street
'e 640
..as, TX 75201

Phone: (214) 220-2449    Fax: (214) 220-2777

Job #: 060615TUB
Job Date: 08/15/2006
Order Date: 06/15/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: John Cerqueira

## Invoice

| | |
|---|---|
| Invoice #: | 47870 |
| Inv.Date: | 06/26/2006 |
| Balance: | $833.49 |

**Bill To:**
Mr. Michael T. Kirkpatrick
Public Citizens Litigation Group
1600 20th Street, NW
Washington, DC 20009

Action: John D. Cerqueira
vs
American Airlines
Action #: 05-11652-WGY
Rep: Thu U. Bui
Cert: 7618

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| | Craig Marquis | Original Deposition | $360.22 |
| | Rhonda Cobbs | Original Deposition | $473.27 |

Comments:

We accept all major credit cards

| | |
|---|---|
| Sub Total | $833.49 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Total Invoice | $833.49 |
| Payment | $0.00 |
| Balance Due | $833.49 |

Federal Tax I.D.: 75-1907111    Terms: Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Everman & Everman, Inc.
1101 North Olive Avenue
West Palm Beach, FL 33401
(561) 659-7444  Fax (561-) 659-3201

*+ Debbie*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 31163 | 08/08/2006 | 12-36675 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/26/2006 | WILLIA | |

| CASE CAPTION |
|---|
| Cerqueira, John vs. American Airlines, Inc. |

| TERMS |
|---|
| Due upon receipt |

David Godkin, Esq.
Birnbaum & Godkin
280 Summer Street
Boston, MA 02210

```
ORIGINAL TRANSCRIPT OF:
    Blumenthal, Dr., Barry                                    158.00

ORIGINAL TRANSCRIPT OF:
    Faulk, Dr. Richard                                        511.05
          Mini in Addition To (E.)
          Ascii
          COD Charge
          S/H 2 Day Air-out of st.

                                TOTAL  DUE  >>>>              669.05
```

*8/8: Cheryl — Shipped you delivery Thurs. 8/10.*

*Thank you,*
*Debbie*

TAX ID NO.: 75-3089518                                      (617) 307-6173

*Please detach bottom portion and return with payment.*

David Godkin, Esq.
Birnbaum & Godkin
280 Summer Street
Boston, MA 02210

```
Invoice No.:  31163
Date       :  08/08/2006
TOTAL DUE  :    669.05


Job No.    :  12-36675
Case No.   :
Cerqueira, John vs. American Airline
```



# Invoice

| Date | Number |
|------|--------|
| 10/31/2006 | 23307 |

| Terms |
|-------|
| C.O.D. |

BIRNBAUM & GODKIN
DAVID GODKIN
280 SUMMER STREET
BOSTON, MA 02210

| Case / Reference: | CERQUEIRA V AMERICAN AIR |
|-------------------|--------------------------|

| Date | Services Rendered | Quantity | Amount |
|------|-------------------|----------|--------|
| 7/26/2006 | VIDEOTAPED DEPOSITION OF:BARRY BLUEMTHAL, DO; RICHARD FAULK, MD | | |
| | Tech Time - 1ST Hours | 1 | 175.00 |
| | Additional Tech Time | 5.5 | 412.50 |
| | Digital Tape Stock | 2 | 40.00 |
| | Encoding Video to Mpeg1 format- per hour of tape time | 2 | 90.00 |
| 10/31/2006 | Federal Express / C.O.D. / | | |
| | Shipping & Handling | | 45.00 |

***MORE THAN JUST VIDEO ! See ALL available
presentation technology services at:
www.visualevidence.org.***

| **TOTAL:** | **$762.50** |
|------------|-------------|

*TAX ID# 59-2476529*

Remit to:
P.O. Box 6967
West Palm Beach, FL  33405

Phone: (561) 655-2855     Fax: (561) 655-2896



**COURT REPORTER'S CLEARINGHOUSE, INC.**
(214) 954-0352    Fax (214) 954-0354

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34261 *** | 11/06/200 6 | 03-33253 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/10/2006 | BONARI | 05-11652 WGY |

| CASE CAPTION |
|---|
| Cerqueira vs. American Airlines, Inc. |

| TERMS |
|---|
| Due upon receipt |

Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Douglas R. Laird                                              976.70

                          TOTAL   DUE   >>>>                     976.70
                   AFTER 12/06/2006 PAY                        1,074.37


Invoice prepared for DIGITAL COURT REPORTING & VIDEO
```

TAX ID NO.: 76-0537648                          (202) 588-100    Fax (202) 588-7795

*Please detach bottom portion and return with payment.*

Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

```
Invoice No.:  34261 ***
Date       :  11/06 2006
TOTAL DUE  :    9 6.70
AFTER 12/6/2006 PAY : 1,074.37


Job No.    :  03-33 53
Case No.   :  05-11 52 WGY
Cerqueira vs. Ameri an Airlines, Inc
```

Remit To:   Court Reporter's Clearinghouse, Inc.
            4545 Post Oak Place, Suite 350
            Houston, TX 77027-3124

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE FIRST DISTRICT

INVOICE NO:  20070013

| | |
|---|---|
| Darleen F. Cantelo<br>Birnbaum & Godkin, LLP<br>280 Summer Street<br>Boston, MA 02210<br><br>Phone:  (617) 307-6100<br>FAX:     (617) 307-6101<br><br>cantelo@birnbaumgodkin.com | **MAKE CHECKS PAYABLE TO:**<br>MARCIA G. PATRISSO, RPR, CRR<br>Official Court Reporter<br>John J. Moakley Courthouse<br>One Courthouse Way - Room 3507<br>Boston, MA 02210<br>Phone:  (617) 737-8728<br><br>Tax ID:  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<br>MPatrisso@comcast.net |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-30-2007 | DATE DELIVERED: 01-30-2007 |
|---|---|---|

**Case Style:** 05-11652-WGY, John D. Cerqueira v American Airlines, Inc.
Excerpts of Trial Transcript to include jury charge conference, jury charge, closing statements on behalf of both plaintiff and defendant, and jury questions in the above-referenced matter held before the Hon. William G. Young, District Judge on January 11th and 12th, 2007.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 110 | 0.83 | 91.30 | | | | 91.30 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 91.30 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $91.30 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE FIRST DISTRICT

INVOICE NO:   20070002

### MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Darleen F. Cantelo<br>Birnbaum & Godkin, LLP<br>280 Summer Street<br>Boston, MA 02210<br><br>Phone:   (617) 307-6100<br>FAX:     (617) 307-6101<br><br>*cantelo@birnbaumgodkin.com* | MARCIA G. PATRISSO, RPR, CRR<br>Official Court Reporter<br>John J. Moakley Courthouse<br>One Courthouse Way - Room 3507<br>Boston, MA 02210<br><br>Phone:   (617) 737-8728<br><br>Tax ID:   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<br>*MPatrisso@comcast.net* |

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 01-03-2007 | 01-05-2007 |

Case Style: 05-11652-WGY, John D. Cerqueira v American Airlines, Inc.

Excerpts of Volume I of Trial Transcript in the above-referenced matter held before the Hon. William G. Young, District Judge, and a jury, on Wednesday, January 3, 2007.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 63 | 0.83 | 52.29 | | | | 52.29 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 52.29 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | TAX (If Applicable): | | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | TOTAL REFUND: | | | | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $52.29 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

CHE # : 031017          20070013          :          91.30 20070002          :          52.29
AMOUNT :$143.59
ACCOUNT: 1
PAID TO: Marcia G. Patrisso, RPR, CRR
         John J.Moakley Courthouse
         One Courthouse Way-Room 3507
         Boston
         MA
         02210


VENDOR NAME: Marcia G. Patrisso, RPR, CRR
VENDOR ACCT:

---

**BIRNBAUM & GODKIN, LLP**
280 SUMMER STREET
BOSTON, MA 02210-1108

**CITIZENS BANK**
Massachusetts

5-7017/2110

**CHECK NO.**          031017
                       031017

One Hundred Forty Three ******************************************** 59/100

**PAY** TO THE ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | Feb  8/2007 | $143.59 |

Marcia G. Patrisso, RPR, CRR
John J.Moakley Courthouse
One Courthouse Way-Room 3507
Boston, MA 02210

MP

⑈031017⑈ ⑆211070175⑆ 1303113209⑈

---

**BIRNBAUM & GODKIN, LLP**                                    031017

DATE   : Feb  8/2007
CHE  # : 031017
AMOUNT :$143.59
ACCOUNT: 1          VENDOR ACCT:
PAID TO: Marcia G. Patrisso, RPR, CRR

VENDOR NAME: Marcia G. Patrisso, RPR, CRR

| INVOICE | | PAYMENT | INVOICE | | PAYMENT |
|---|---|---|---|---|---|
| 20070013 | : | 91.30 | 20070002 | : | 52.29 |

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE FIRST DISTRICT

INVOICE NO: 20070014

### MAKE CHECKS PAYABLE TO:

Darleen F. Cantelo
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210

Phone: (617) 307-6100
FAX: (617) 307-6101

cantelo@birnbaumgodkin.com

MARCIA G. PATRISSO, RPR, CRR
Official Court Reporter
John J. Moakley Courthouse
One Courthouse Way - Room 3507
Boston, MA 02210

Phone: (617) 737-8728

Tax ID: 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
MPatrisso@comcast.net

| | CRIMINAL | X CIVIL | DATE ORDERED: 01-31-2007 | DATE DELIVERED: 02-05-2007 |

**Case Style:** 05-11652-WGY, John D. Cerqueira v American Airlines, Inc.
Excerpt of Day 4 of jury trial in re Cerqueira v. American Airlines held before the Hon. William G. Young, District Judge on January 10, 2007.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 6 | 4.40 | 26.40 | | | | | | | 26.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

| | |
|---|---|
| TOTAL: | 26.40 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

| Date Paid: | Amt: | TOTAL DUE: | $26.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                    DATE

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

BIRNBAUM & GODKIN, LLP

DATE   : Feb 23/2007                INVOICE          PAYMENT INVOICE          PAYMENT   031037
CHE  # : 031037              20070014          :      26.40
AMOUNT :$26.40
ACCOUNT: 1
PAID TO: Marcia G. Patrisso, RPR, CRR
         John J.Moakley Courthouse
         One Courthouse Way-Room 3507
         Boston
         MA
         02210


VENDOR NAME: Marcia G. Patrisso, RPR, CRR
VENDOR ACCT:

---

**BIRNBAUM & GODKIN, LLP**
280 SUMMER STREET
BOSTON, MA 02210-1108

CITIZENS BANK          5-7017/2110     CHECK NO.     031037
Massachusetts                                        031037

Twenty Six  *********************************************************** 40/100

**PAY** TO THE ORDER OF                          DATE          AMOUNT

                                        Feb 23/2007    $26.40

    Marcia G. Patrisso, RPR, CRR
    John J.Moakley Courthouse
    One Courthouse Way-Room 3507
    Boston, MA 02210

                                                               MP

⑈031037⑈ ⑈211070175⑈ 303113209⑈

---

BIRNBAUM & GODKIN, LLP

DATE   : Feb 23/2007                                            031037
CHE  # : 031037
AMOUNT :$26.40
ACCOUNT: 1          VENDOR ACCT:
PAID TO: Marcia G. Patrisso, RPR, CRR

VENDOR NAME: Marcia G. Patrisso, RPR, CRR
                    INVOICE          PAYMENT INVOICE          PAYMENT
                  20070014          :      26.40


REORDER FORM # 900-LY1 (1 PART)                    USE WITH COMPANION ENVELOPE # 261-300

**EXHIBIT  4**

**National Video Reporters, Inc.**
**58 Batterymarch St., Suite 243**
**Boston, MA 02110**
**Tel. 800-551-2440**

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/22/2006 | 22963 |

BILL TO:

David S. Godkin, Esquire
Birnbaum & Godkin, L.L.P.
280 Summer St., 5th Floor
Boston, MA 02210

| | Terms | REF |
|---|-------|-----|
| | Due on receipt | NV |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Date of Deposition: 07/26/2006 | | | |
| Re: John D. Cerqueira vs. American Airlines, Inc. | | | |
| Deponents: Barry Blumenthal, D.O., Richard Faulk, M.D. | | | |
| | | | |
| ...al Editing: per hour (includes 1 duplicate) | 5 | 125.00 | 625.00T |
| Video Cassette(s): 124 Minute DVCam Edited Master - Archived | 2 | 38.00 | 76.00T |
| DVD(s): DVD Edited Duplicate - Shipped (included w/editing) | 1 | | 0.00T |
| DVD(s): DVD Edited Duplicate - Shipped (additional copy) | 1 | 25.00 | 25.00T |
| DVD(s): MPEG1 Synched Data DVD - Shipped (no charge) | 1 | | 0.00T |
| Video Cassette(s): 120 Minute VHS Edited Duplicate - Shipped (no charge) | 2 | | 0.00T |
| | | | |
| Shipped Via - FedEx Priority Overnight | | 61.98 | 61.98 |
| | | | |
| 5% Massachusetts Sales Tax | | 5.00% | 36.30 |

Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex. Tax ID #04-3496719.

| BALANCE DUE | $824.28 |
|-------------|---------|

1:05-cv-11652-WGY    Document 28    Filed 01/30/2007    Page 3 of 4



William Francis Galvin
Secretary of the Commonwealth

# Receipt No.  96-011

Date:               07/11/2006

Customer Name:

Customer Address:        , ,

---

### Order

**Order No.**  94,210                                OrderDate  07/11/2006

| Item | Description | Qty. | Subtotal |
|------|-------------|------|----------|
| Apostille | Elizabeth C. Crea | 1 | $6.00 |
| | | Total: | 6.00 |

**Certificate Number(s):**

1159297

---

### Payments

| Receipt No | Date | Payment Type | Check No | | Amount |
|------------|------|--------------|----------|---|--------|
| 96,011 | 07/11/2006 | Cash | | | $6.00 |
| | | | Total Payments | | $6.00 |

---

**Balance:**    $0.00

### FEE PAID

 JUL  1 1 2006

CASHIERS
SECRETARY'S OFFICE

# Invoice

## L..IGATION DOCUMENT PRODUCTIONS, INC.

(617) 542-7333
61 Batterymarch Street
Boston, MA 02110

FED ID 04-3215305

| DATE: | INVOICE #: |
|---|---|
| 4/5/2006 | 43774 |

| | REQUESTOR: |
|---|---|
| | CJ Stevens |

SERVICE DATE:
3/30/2006

BILL TO:
Birnbaum & Godkin
Accounts Payable
280 Summer Street, 5th Floor
Boston, MA 02210

CLIENT/MATTER:    2389-1

SHIP TO:    Same

| DESCRIPTION | ORIGINALS | SIZE | SETS | COPIES | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Copying | 465 | 8½x11 | 1 | 465 | 0.133 | 61.85 |
| | | | | | 5.00% | 3.09 |
|  |  |  |  |  |  |  |
| MA State Sales Tax | | | | | | |

COMMENTS:
• Make one copy of all documents from one redweld.
• Staple as stapled;clip as clipped; band as banded.
• Insert a slipsheet as directed.

**YOU MAY DEDUCT A CASH DISCOUNT OF: $**    3.09

**IF PAID BY:**    4/15/2006

**Total:**    $64.94

Please note our terms: 5% CASH DISCOUNT 10 DAYS - NET 30.
ANY ACCOUNT OVER 30 DAYS WILL BE ASSESSED A MONTHLY SERVICE CHARGE OF 1½% (18% Annually).

# G. Brian Vogler

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Tuesday, January 30, 2007 11:50 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-11652-WGY Cerqueira v. American Airlines, Inc. et al "Bill of Costs"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Godkin, David entered on 1/30/2007 at 11:50 AM EST and filed on 1/30/2007.

**Case Name:** Cerqueira v. American Airlines, Inc. et al
**Case Number:** 1:05-cv-11652
**Filer:** John D. Cerqueira
**WARNING: CASE CLOSED on 01/16/2007**
**Document Number:** 126

**Docket Text:**
BILL OF COSTS by John D. Cerqueira. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4)(Godkin, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-0
] [6ec3be81bdd501def5ce69b7c865d8ab092e582376774e2d651d353bcd86679c672
f84f7d6bf35a241d38613bbe68f534a96fe50f1aa8489fa5b7fdc47d1a14f]]
**Document description:**Exhibit 1
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-1
] [4608982bf586dedb3fa7239f9eac86dc43117154b3c69e2dcfed5a5bd27015421ce
dad8c955557c025591d57831649be3aaa364562b6e44ea19d7f880755a5bd]]
**Document description:**Exhibit 2
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-2

] [5c64b7e58e3d5cbfa163463ba0c5225ed0223047ed1d904e0bbcd49eb1e8ecb9ec8
6160b5642310fe916a30b359e866dc5b16f68fdd8265c41d7df156da4dc3c]]
**Document description:**Exhibit 3
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-3
] [792b2bf7055fa64e078fdd040b589900633739cbcf4912314474b8e9dd04d3de0999
f6fe4fc3d3a52d5897ef0728531f8acbc70714a27f30b683f37b628ca5249]]
**Document description:**Exhibit 4
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-4
] [58e3c5d539584b33f166ccd2a2e609671e5d8a3fcf149cae71291a2fac7626dd01a
b605312c37e565c96c496fc59fe366084a76454b99282689cfa319a510200]]

**1:05-cv-11652 Notice will be electronically mailed to:**

Darleen F. Cantelo    cantelo@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com

Michael A. Fitzhugh    mfitzhugh@fitzhughlaw.com, mwangenheim@fitzhughlaw.com

David S. Godkin    godkin@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com

Michael T. Kirkpatrick    mkirkpatrick@citizen.org

Amy Cashore Mariani    acashore@ix.netcom.com, mwangenheim@fitzhughlaw.com

**1:05-cv-11652 Notice will not be electronically mailed to:**

Alec Bramlett
4333 Amon Carter Boulevard
MD-5675
Fort Worth, TX

Anne-Marie H. Gerber
Fitzhugh, Parker & Alvaro LLP
Suite 1700
155 Federal Street
Boston, MA 02110

**United States District Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Godkin, David entered on 1/30/2007 at 11:50 AM EST and filed on 1/30/2007
**Case Name:**     Cerqueira v. American Airlines, Inc. et al
**Case Number:**   1:05-cv-11652
**Filer:**         John D. Cerqueira
**WARNING: CASE CLOSED on 01/16/2007**
**Document Number:** 126

**Docket Text:**
BILL OF COSTS by John D. Cerqueira. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4) (Godkin, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-0
] [6ccccbe81bdd501def5ce69b7c865d8ab092e582376774e2d651d353bcd86679c672
f84f7d6bf35a241d38613bbe68f534a96fe50f1aa8489fa5b7fdc47d1a14f]]
**Document description:** Exhibit 1
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-1
] [4608982bf586dedb3fa7239f9eac86dc43117154b3c69e2dcfed5a5bd27015421ce
dad8c955557c025591d57831649be3aaa364562b6e44ea19d7f880755a5bd]]
**Document description:** Exhibit 2
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-2
] [5c64b7e58e3d5cbfa163463ba0c5225ed0223047ed1d904e0bbcd49eb1e8ecb9ec8
6160b5642310fe916a30b359e866dc5b16f68fdd8265c41d7df156da4dc3c]]
**Document description:** Exhibit 3
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-3
] [792b2bf7055fa64e078fdd040b589900633739cbcf491231474b8e9dd04d3de0999
f6fe4fc3d3a52d5897ef0728531f8acbc70714a27f30b683f37b628ca5249]]
**Document description:** Exhibit 4
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-4
] [58e3c5d539584b33f166ccd2a2e609671e5d8a3fcf149cae71291a2fac7626dd01a
b605312c37e565c96c496fc59fe366084a76454b99282689cfa319a510200]]

**1:05-cv-11652 Notice will be electronically mailed to:**

Darleen F. Cantelo    cantelo@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com

Michael A. Fitzhugh    mfitzhugh@fitzhughlaw.com, mwangenheim@fitzhughlaw.com

D.   'S. Godkin    godkin@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com

Michael T. Kirkpatrick    mkirkpatrick@citizen.org

Amy Cashore Mariani    acashore@ix.netcom.com, mwangenheim@fitzhughlaw.com

**1:05-cv-11652 Notice will not be electronically mailed to:**

Alec Bramlett
4333 Amon Carter Boulevard
MD-5675
Fort Worth, TX

Anne-Marie H. Gerber
Fitzhugh, Parker & Alvaro LLP
Suite 1700
155 Federal Street
Boston, MA 02110

**From:**     ECFnotice@mad.uscourts.gov
**Sent:**     Tuesday, January 30, 2007 11:50 AM
              CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-11652-WGY Cerqueira v. American Airlines, Inc. et al "Bill of Costs"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Godkin, David entered on 1/30/2007 at 11:50 AM EST and filed on 1/30/2007
**Case Name:**      Cerqueira v. American Airlines, Inc. et al
**Case Number:**    1:05-cv-11652
**Filer:**          John D. Cerqueira
**WARNING: CASE CLOSED on 01/16/2007**
**Document Number:** 126

**Docket Text:**
BILL OF COSTS by John D. Cerqueira. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4) (G    , David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-0
] [6ec3be81bdd501def5ce69b7c865d8ab092e582376774e2d651d353bcd86679c672
f84f7d6bf35a241d38613bbe68f534a96fe50f1aa8489fa5b7fdc47d1a14f]]
**Document description:** Exhibit 1
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-1
] [4608982bf586dedb3fa7239f9eac86dc43117154b3c69e2dcfed5a5bd27015421ce
dad8c955557c025591d57831649be3aaa364562b6e44ea19d7f880755a5bd]]
**Document description:** Exhibit 2
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-2
] [5c64b7e58e3d5cbfa163463ba0c5225ed0223047ed1d904e0bbcd49eb1e8ecb9ec8
6160b5642310fe916a30b359e866dc5b16f68fdd8265c41d7df156da4dc3c]]
**Document description:** Exhibit 3
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-3
] [792b2bf7055fa64e078fdd040b589900633739cbcf491231474b8e9dd04d3de0999

**Document description:**Exhibit 4
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/30/2007] [FileNumber=1742940-4
] [ · 3c5d539584b33f166ccd2a2e609671e5d8a3fcf149cae71291a2fac7626dd01a
b6    .2c37e565c96c496fc59fe366084a76454b99282689cfa319a510200]]

**1:05-cv-11652 Notice will be electronically mailed to:**

Darleen F. Cantelo    cantelo@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com

Michael A. Fitzhugh    mfitzhugh@fitzhughlaw.com, mwangenheim@fitzhughlaw.com

David S. Godkin    godkin@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com

Michael T. Kirkpatrick    mkirkpatrick@citizen.org

Amy Cashore Mariani    acashore@ix.netcom.com, mwangenheim@fitzhughlaw.com

**1:05-cv-11652 Notice will not be electronically mailed to:**

Alec Bramlett
4333 Amon Carter Boulevard
MD-5675
Fort Worth, TX

Anne-Marie H. Gerber
Fi   ·gh, Parker & Alvaro LLP
Sui    /00
155 Federal Street
Boston, MA 02110

1/30/2007