# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN D. CERQUEIRA,

                Plaintiff,

v.

AMERICAN AIRLINES, INC.,

                Defendant.

Civil Action No. 05-11652-WGY

## SUPPLEMENTAL DECLARATION OF MICHAEL T. KIRKPATRICK
## IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES

I, Michael T. Kirkpatrick, declare:

1.    I am an attorney with the Public Citizen Litigation Group (PCLG). PCLG and Birnbaum & Godkin, LLP, are co-counsel for plaintiff John D. Cerqueira.

2.    On January 30, 2007, Mr. Cerqueira filed a motion for attorneys' fees and costs. Doc. 111. That motion sought fees and costs through the time of trial. I submit this supplemental declaration in support of Mr. Cerqueira's request for fees and costs from the time of trial through February, 2007.

3.    Mr. Cerqueira requests an award of attorneys' fees for 91.2 hours of work performed by PCLG attorneys since the conclusion of trial. A detailed description of the hours claimed by PCLG is attached to this declaration as Exhibit 1. All of the entries on Exhibit 1 were contemporaneously recorded and copied from the actual time records generated by the timekeeping software used by PCLG. As shown on Exhibit 1, these hours were devoted to work related to preparing Mr. Cerqueira's fee petition and supporting documents (18.7); responding to defendant's renewed motion

for judgment as a matter of law (29.85); responding to defendant's motion for a new trial or for remittitur (26.15); and preparing for and attending the hearing on those motions (16.5).

4.    Considerable billing judgment was used in recording the hours reflected in Exhibit 1. For example, I did not record any tasks that took less than fifteen minutes, and I have not included any time that was not absolutely necessary to the case. In dividing tasks between our respective firms, Mr. Godkin and I scrupulously avoided duplication of effort. Moreover, I have exercised considerable billing judgment regarding out-of-pocket expenses. We are seeking reimbursement for travel costs associated with my appearance at the hearing on American's post-trial motions, but we are not seeking reimbursement for any smaller out-of-pocket expenses incurred by PCLG since the time trial, such as charges for telephone, fax, Westlaw, PACER, and photocopying.

5.    As shown on Exhibit 1, I personally performed most of the legal work by PCLG on this case since the time of trial. Brian Wolfman also worked on the case by drafting his fee declaration (Doc.118) and by reading and editing the various documents filed in this case since the entry of judgment. PCLG seeks fees at hourly rates based on the so-called *Laffey* matrix, which is used by the courts in the District of Columbia to determine prevailing market rates. The current version of the *Laffey* matrix is attached to my original declaration (Doc. 114) as Exhibit 5. My *Laffey* rate is $375 per hour. Mr. Wolfman's *Laffey* rate is $425 per hour. PCLG seeks an award of attorneys' fees for  87 hours of work that I performed since the time of trial through February, 2007, and for 4.2 hours of work performed by Mr. Wolfman during that time.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on

February 28, 2007.

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009
(202) 588-1000
mkirkpatrick@citizen.org

**EXHIBIT  1**

PUBLIC CITIZEN LITIGATION GROUP
POST-TRIAL FEE CHART

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|------|-------------|-------|------|-------|--------|
| 1/23/2007 | review detailed time sheet, exercise billing judgment, and convert to excel. (3.5). Draft fee declaration and review draft declarations of others. (3.5) | 7 | $375 | $2,625 | Kirkpatrick, Michael |
| 1/23/2007 | Work on fee application; discuss need to seek fees based on current rates under Missouri v. Jenkins | 0.2 | $425 | $85 | Wolfman, Brian |
| 1/23/2007 | Read and comment on fee declarations from David Godkin and other Boston lawyers | 0.6 | $425 | $255 | Wolfman, Brian |
| 1/24/2007 | continue to draft and edit fee declaration, call R. Libman and B. Blustein and request declarations, discuss w/ B. Wolfman and get B. Wolfman declaration | 3 | $375 | $1,125 | Kirkpatrick, Michael |
| 1/24/2007 | Draft my fee declaration (1.2) and consult with MK regarding his fee declaration (.2) | 1.4 | $425 | $595 | Wolfman, Brian |
| 1/25/2007 | Edit memo in support of fees, send comments/edits to D. Cantelo. | 1.75 | $375 | $656 | Kirkpatrick, Michael |
| 1/26/2007 | Edit section of fee memo on M. Kirkpatrick and other PCLG staff and send to D. Cantelo. Exchange e-mails w/ J. Sellers re: declaration in support of fees | 1.5 | $375 | $563 | Kirkpatrick, Michael |
| 1/29/2007 | collect declarations of Blustein, Libman and Sellers, review and send to co-counsel (.5); proofread and edit motion and memo re: fees and send comments to co-counsel (1) | 1.5 | $375 | $563 | Kirkpatrick, Michael |
| 1/30/2007 | respond to e-mail from client re: timing of post-trial motions and appeal | 0.25 | $375 | $94 | Kirkpatrick, Michael |
| 1/30/2007 | review AA's post-trial motions | 0.75 | $375 | $281 | Kirkpatrick, Michael |
| 1/31/2007 | teleconference w/ co-counsel re: oppositions to AA's post-trial motions (.5); begin drafting opposition to R. 50 mtn (2.5) | 3 | $375 | $1,125 | Kirkpatrick, Michael |
| 2/1/2007 | draft fact section and Scott v. Macy section of opp. To R. 50 motion | 4.5 | $375 | $1,688 | Kirkpatrick, Michael |
| 2/2/2007 | continue drafting opp. to R. 50 motion | 5.25 | $375 | $1,969 | Kirkpatrick, Michael |
| 2/5/2007 | Continue drafting opposition to R. 50 motion, focus on subordinate bias and 44902 section | 5.5 | $375 | $2,063 | Kirkpatrick, Michael |
| 2/6/2007 | continue drafting opp to R. 50 motion, review transcript of charge, review denial of service cases | 5 | $375 | $1,875 | Kirkpatrick, Michael |
| 2/7/2007 | complete first draft of opp. To R. 50 motion, proofread, send to B. Wolfman for comments/edits | 4 | $375 | $1,500 | Kirkpatrick, Michael |
| 2/7/2007 | Read and edit our opposition to AA's post-trial motion for judgment as a matter of law | 1.1 | $425 | $468 | Wolfman, Brian |
| 2/8/2007 | Incorporate B. Wolfman's edits to draft of R. 50 opposition and send draft to co-counsel for review | 0.5 | $375 | $188 | Kirkpatrick, Michael |
| 2/8/2007 | Begin drafting opposition to R. 59 motion.  Draft section on Consent Order. | 6 | $375 | $2,250 | Kirkpatrick, Michael |

PUBLIC CITIZEN LITIGATION GROUP
POST-TRIAL FEE CHART

Page 2

| DATE | DESCRIPTION | HOURS | RATE | TOTAL | LAWYER |
|---|---|---|---|---|---|
| 2/9/2007 | continue working on opposition to rule 59 motion, concentrating on consent order section | 5 | $375 | $1,875 | Kirkpatrick, Michael |
| 2/10/2007 | Complete Consent Order section of R. 59 opposition, begin drafting next sections | 3.5 | $375 | $1,313 | Kirkpatrick, Michael |
| 2/12/2007 | complete R. 59 opposition, circulate to co-counsel for comments | 7 | $375 | $2,625 | Kirkpatrick, Michael |
| 2/12/2007 | Read and edit MK's draft opposition to motion for a new trial | 0.9 | $425 | $383 | Wolfman, Brian |
| 2/13/2007 | make final edits to both R. 50 and R. 59 oppositions, file with Court. | 3.5 | $375 | $1,313 | Kirkpatrick, Michael |
| 2/14/2007 | e-mail client re: status | 0.25 | $375 | $94 | Kirkpatrick, Michael |
| 2/19/2007 | review and edit draft reply brief on fees | 0.75 | $375 | $281 | Kirkpatrick, Michael |
| 2/26/2007 | review pleadings relevant to hearing on R. 50 and R. 59 motions, print cases and assemble materials to take to Boston for hearing. | 3 | $375 | $1,125 | Kirkpatrick, Michael |
| 2/26/2007 | Travel to Boston for motions hearing. Plane is delayed. While in airport and on plane, review cases on punitive damages, stray remarks, waiver, etc. | 5.5 | $375 | $2,063 | Kirkpatrick, Michael |
| 2/27/2007 | Review pleadings and cases to prepare for motions hearing (3). Attend motions hearing and present argument. (1). Travel back to DC from Boston. (4) | 8 | $375 | $3,000 | Kirkpatrick, Michael |
| 2/28/2007 | review post-trial time records, prepare supplemental fee declaration and send to co-counsel. | 1 | $375 | $375 | Kirkpatrick, Michael |

Total hours:    91.2                Total amount:    $34,410.00

PUBLIC CITIZEN LITIGATION GROUP
POST-TRIAL FEE CHART BY LAWYER

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kirkpatrick, Michael | 87 | $375 | $32,625.00 |
| Wolfman, Brian | 4.2 | $425 | $1,785.00 |
| **Totals** | **91.2** | | **$34,410.00** |