UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: 05-11652 WGY |
| AMERICAN AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that American Airlines, Inc. ("American"), the Defendant in the above action, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in this action on January 16, 2007 and all prior rulings of the Court merged therein, this Court's February 27, 2007 Order denying American's Motion for Judgment As a Matter of Law, this Court's subsequent April 9, 2007 Order denying American's Motion for a New Trial, or in the Alternative for a *Remittitur*, and the award of attorneys' fees granted to the plaintiff.

Respectfully submitted,
**AMERICAN AIRLINES, INC.**
By Its Attorneys,

*/s/ Michael A. Fitzhugh*
Michael A. Fitzhugh, (BBO #169700)
Amy Cashore Mariani, (BBO #630160)
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

Dated: May 7, 2007

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 7, 2007.

                                                      */s/ Michael A. Fitzhugh*
                                                      Michael A. Fitzhugh