# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __John D. Cerqueira v. American Airlines, Inc.__
District Court Case No. __1:05 cv 11652__        District of __Massachusetts__
Date Notice of Appeal filed __05/07/2007__       Court of Appeals Case No. __n/a__
Form filed on behalf of __American Airlines, Inc.__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __A transcript has already been ordered by American from the District Court's courtroom reporter.__

## TRANSCRIPT ORDER

Name of Court Reporter __Marcia Patrisso   /   Don Womack__
Phone Number of Reporter __(617) 737-8728   /   womack@megatran.com__

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Michael A. Fitzhugh, Esq.__   Filer's Signature _[signature]_
Firm/Address __Fitzhugh, Parker & Alvaro, LLP  155 Federal St., Ste. 1700  Boston, MA  02110__
Telephone number __(617) 695-2330__   Date mailed to court reporter __May 16, 2007__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                                    SEE INSTRUCTIONS ON REVERSE

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2007

                                      _/s/ Michael A. Fitzhugh_____
                                        Michael A. Fitzhugh