UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-11652-WGY**

**JOHN D. CERQUEIRA**
Plaintiff

v.

**AMERICAN AIRLINES**
Defendant

# JUDGMENT

Pursuant to the Judgment of the First Circuit Court of Appeals, the Judgment entered 1/16/07 and Attorneys fees awarded 4/12/07 are hereby Vacated and Judgment enters for the Defendant American Airlines.

**Sarah Thornton**
**Clerk**

**/s/ Elizabeth Smith**
**Deputy Clerk**

**January 16, 2008**
**To: All Counsel**