UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA, )<br><br>    Plaintiff, )<br><br>    v. )<br><br>AMERICAN AIRLINES, INC., )<br><br>    Defendant. ) | CIVIL ACTION NO.: 05-11652 WGY |

## AFFIDAVIT OF MICHAEL A. FITZHUGH, ESQ.
## IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Michael A. Fitzhugh, Esquire, hereby depose and state the following:

1.    I am a partner in the law firm of Fitzhugh & Mariani LLP ("F&M") and am counsel

of record for defendant, American Airlines, Inc. ("American") in the above-captioned case.

2.    I make this Affidavit based on my personal knowledge, my review of F&M's and

Americans' records and files, and in support of Defendant, American Airlines, Inc.'s Motion for

Attorneys' Fees and Costs Pursuant to Fed. R. Civ. P. 54(d) and 42 U.S.C. §1988.

3.    Each timekeeper (attorneys and paralegals) at F&M inputs their time together

with a detailed description of the tasks performed on a daily basis and I review the time and task

entries on a daily basis as well.  The time entries are then incorporated into each Invoice that is

issued to a client, including American, and the time and task entries are then reviewed again

before the Invoice is submitted to the client.

4.    In accordance with American's outside counsel litigation guidelines and F&M's

internal policies, all efforts have been made to ensure that more than one attorney or paralegal is

not utilized unless clearly necessary and all duplicative and unproductive time is not included on

the Invoice.

5.     The total time spent (attorneys and paralegals) in defending the plaintiff's claims amounts to 1,406.35 hours.  This amount includes time spent defending the claims at the Massachusetts Commission Against Discrimination and the time spent filing post-trial motions and motions for costs.  It does not include time related to filing the appeal to the Court of Appeals.  The Invoices submitted to American for this work are attached as Exhibit A.

6.     The following is the breakdown of time for each timekeeper who performed work on this case:

| Timekeeper | Hours | |
|---|---|---|
| Michael A. Fitzhugh, Esq. | 564.75 | |
| Anne Marie Gerber, Esq. | 49.10 | |
| Amy Cashore Mariani, Esq. | 302.90 | |
| Sonia L. Skinner, Esq. | | 173.80 |
| Barbara L. Horan, Esq. | 5.40 | |
| Jeffrey A. Novins, Esq. | 3.60 | |
| Angelina Velasquez | 15.75 | |
| Melissa M. Wangenheim | 245.20 | |
| Kim M. Geidd | 2.30 | |
| Philip R. Potter | 1.25 | |
| Michael P. McGarry | 38.70 | |
| Brian J. Killoy | 3.60 | |

7.     In light of the importance and complexity of the case, I was to act as lead trial counsel and Attorney Mariani was to act as co-lead counsel.  Accordingly, Attorney Mariani and I each participated in the discovery process and trial preparations.

8.     Due to the trial schedule, Attorney Mariani was unable to participate at trial as she went out on maternity leave as of December 22, 2006, and was only available to participate thereafter on an extremely limited basis.

9.     During trial I was assisted by paralegal, Melissa M. Wangenheim, an experienced litigation paralegal who has assisted me at numerous trials. Her support was necessary to assist with the monitoring and recording of exhibits in light of the voluminous documentation and to provide general support at trial. Paralegal McGarry's assistance was also necessary on the first day of trial to assist in general preparations in light of the volume of material involved.

10.     In order to present the evidence at trial in an efficient and productive manner, the services of New England Trial Services were utilized. This included creating electronic files of the exhibits to be used at trial and the presentation of the exhibits at trial.

11.     I am a graduate of Williams College and Harvard Law School. My practice includes the defense of employment claims involving allegations of unlawful discrimination, harassment and wrongful termination as well as other complex civil and commercial litigation matters. My rate of $325 per hour charged in this case is at the lower range of rates that I charge for similar litigation.

12.     Attorney Mariani was a senior associate at the time the case was tried and in August, 2007 joined the firm as a partner. Attorney Mariani has in excess of 12 years of litigation experience and is an active member of the Massachusetts Bar Association, chairing several committees. Her practice includes the defense of employment claims based upon allegations of discrimination, harassment and wrongful termination and she also has extensive experience in commercial litigation. Her rate of $225 charged in this matter is at the lower range of rates charged for her work in this time frame.

13.    Attorney Skinner has 15 years experience in litigation where her practice includes employment law and general commercial litigation. She is a former Assistant Corporation Counsel with the City of Boston Law Department. Her rate of $225 per hour is commensurate with her experience level and is, generally, the rate charged for her time for other commercial litigation matters.

14.    Attorney Horan performed discrete research assignments during the preparation and filing of post-trial motions. Her work was not duplicative and was consistent with her experience level. Attorney Horan has over 6 years of legal experience as a civil litigator. Prior to attending law school, Attorney Horan attained a M.S. in Ecology and Behavioral Biology and a Ph.D. in Philosophy, both from the University of Minnesota, and she is the recipient of fellowships from the National Science Foundation, the American Association of University Women, and the National Endowment for the Humanities. Ms. Horan taught philosophy of science from 1985 through 1998 at schools that include Oberlin College, the California Institute of Technology, and Stanford University. Her rate of $185 per hour is commensurate with her experience level and is, generally, the rate charged for her time for other commercial litigation matters.

15.    Attorney Gerber participated in the early stages of the case and assisted in presenting the case to the Massachusetts Commission Against Discrimination. Attorney Gerber has in excess of 10 years experience as a civil litigator. Her rate of $185 per hour is commensurate with her experience level and is, generally, the rate charged for her time for other commercial litigation matters.

16.    Attorney Novins assisted in the preparation of the Motion for Costs and Bill of Costs after American's Appeal was granted. Attorney Novins has in excess of 15 years experience as a civil litigator. His participation in handling discrete tasks relative to the filing of motion for attorneys' fees and costs was appropriate where insight into the factual matters of the case where not necessary. While his time was charged at a higher rate on this case (as rates were

revised in 2008), his experience level is commensurate with those attorneys whose rate was charged at $225 per hour in this case.

17.    Melissa M. Wangenheim, Michael P. McGarry, Philip R. Potter, Angelina Velasquez, Brian J. Killoy and Kim M. Geidd are experinced litigation paralegals. They are utilized extensively at F&M to perform many tasks that would routinely be performed by law clerks or even junior associates. For example, Ms. Wangenheim drafted Expert Disclosures (October 2, 2006) and also drafted the Statement of Facts to submit in support of American's Motion for Summary Judgment (October 11, 2006). Their rate of $95.00 is the standard rate charged for their work on similar cases.

18.    Attorney Mariani traveled to Reno, Nevada, on October 9, 2006, returning on October 10, 2006, to attend the deposition of plaintiff's expert witness, Douglas Laird. Invoices are attached as Exhibit B. While American is in the business of providing airline services, it is American's policy that airline tickets be purchased by outside counsel at full fare and then be submitted for full reimbursement. Accordingly, Attorney Mariani purchased first class tickets on American through the normal channels and her tickets were submitted as an expense. On-line research demonstrates that comparable roundtrip flights from Boston to Reno, Nevada for economy class tickets purchased in advance cost $741.00. Computer Printout, attached as Exhibit C. Therefore, this is a reasonable cost for Attorney Mariani's airline expense. The associated travel and lodging expense includes one night hotel accommodations (with meal) for a total of $118.87. A rental car cost $149.29. Additional meals total $10.75. Attorney Mariani conducted business on another unrelated case while in Reno, so one-half of her total expenses have been apportioned to another case. As a result the total expenses for this travel that are apportioned to this case are $509.95.

19.    Attorney Mariani traveled to Ft. Lauderdale, Florida on July 25, 2006, returning on July 26, 2006, to attend the depositions of Barry Blumenthal, M.D., and Richard Faulk, M.D. Invoices are attached as Exhibit D. Attorney Mariani traveled by economy class; the full fare of the economy class ticket was $538.60. Lodging for one night cost $154.29 and rental car plus gas totaled $50.11.

20.    I traveled to Dallas, Texas on June 14, 2006, returning on June 15, 2006, to prepare for and attend the depositions of American employees, Craig Marquis and Rhonda Cobbs. Invoices are attached as Exhibit E. First class tickets on American were purchased. Comparable roundtrip flights from Boston to Dallas, Texas for economy class tickets purchased in advance cost $730.00. Computer Printout, attached as Exhibit F. Therefore, this is a reasonable cost for this airline expense. The associated travel expense includes cab fare of $63.00 ($23.00, $25.00 and $15.00). Meals total $70.00. Total for this travel was $863.00.

21.    Attorney Thomas A. Bramlett is American's in-house counsel who was responsible for this case. His assistance was necessary and reasonable throughout the litigation. In addition to providing factual and procedural guidance throughout the case, Attorney Bramlett's authority was required for certain aspects of the case and his presence at trial as well as at the hearing on summary judgment was essential.

22.    Attorney Bramlett traveled to Boston to attend and participate at the hearing on the motions for summary judgment as well as for trial. Invoices attached as Exhibit G. His expenses were submitted directly to American in the normal course of business and have been provided to F&M for purposes of submitting the expenses for purposes of American's Motion for Attorneys' Fees and Costs.

23.    Breakaway Courier was utilized when deemed necessary to provide hand delivery services.  Invoices are attached as Exhibit H.   These services are the reasonable and necessary charges for such messenger services.

24.    Federal Express was utilized when deemed necessary to provide overnight delivery services.  Invoices are attached as Exhibit I.   These services are the reasonable and necessary charges for such services.

**SIGNED THIS 15th DAY OF APRIL 2008, UNDER THE PENALTIES OF PERJURY.**

Michael A. Fitzhugh

## **EXHIBIT A**

To Be Filed Upon Ruling On Motion To File Under Seal
Submitted April 15, 2008.

**Receptionist**

*ACMS reservations    Cerqueir*

*Depo of Douglas*

*Laurel.*

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Monday, September 18, 2006 2:32 PM
**To:** Receptionist
**Subject:** E-Ticket Confirmation

**AmericanAirlines®**
**American Eagle**                Home   Contact AA   FAQ

MY eTicket

| | | |
|---|---|---|
| AA.com | | |
| Flight Status Notification | | |
| Destination Information | | |
| NetSAAver & Special Offers | | |
| Car & Hotel Booking | | |
| Trip Insurance | | |
| Baggage Requirements | | |
| Conditions of Carriage | | |
| Travel Information | | |
| AAdvantage® | | |
| AAVacations | | |
| Today's Weather | | |
| Flight Check-In | | |

**Actions**
▸ Notify me of flight delays or cancellations

**MICHAEL A FITZHUGH**

Date of Issue: 18SEP06

E-Ticket Confirmation/Record
Locator: GWPPNM

▸ Itinerary

▸ Receipt

Thank you for choosing American Airlines/American Eagle, a member of the oneworld Alliance.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, log on to AA.com or go to the link http://www.aa.com/airportexpectations.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using FLIGHT CHECK-IN at AA.COM between 1 and 24 hours prior to flight time. You may also use the SELF SERVICE CHECK-IN machine at the airport 1 to 12 hours prior to flight time on your day of departure. Use the E-Ticket confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport. See the ENDORSEMENT section below for fare rules pertaining to your ticket.

**Special Notice**
▸ Fare Notice


**Advantage citi**
Special offers
Earn up to 25,000 bonus miles
NO ANNUAL FEE for 12 months

**Free Upgrade and 1,000 AAdvantage® Miles**
AVIS

**DOUBLE YOUR CHANCES NOW**
Post your resume today!
monster



**Hot Deals**

**Itinerary**

| Date: | 09OCT - MONDAY | |
|---|---|---|
| Flight : | AMERICAN AIRLINES | 1629 |
| Departure: | BOSTON | 3:35 PM |
| Arrival: | DALLAS FT WORTH | 6:45 PM |
| | AMYC MARIANI | |
| | SEAT 3A | FIRST CL | SNACK |

9/18/2006

| Date: | 09OCT – MONDAY | |
|---|---|---|
| Flight : | AMERICAN AIRLINES | 1057 |
| Departure: | DALLAS FT WORTH | 7:25 PM |
| Arrival: | RENO/TAHOE INTL | 8:55 PM |
| | AMYC MARIANI | |
| | SEAT 6A | FIRST CL | DINNER |

| Date: | 10OCT – TUESDAY | |
|---|---|---|
| Flight : | AMERICAN AIRLINES | 7570 |
| Departure: | RENO/TAHOE INTL | 7:35 PM |
| Arrival: | LOS ANGELES | 9:10 PM |
| Operated By: | OPERATED BY HORIZON AIR CHECK-IN WITH OPERATING CARRIER | |
| | AMYC MARIANI | |
| | SEAT 8B | ECONOMY |

| Date: | 10OCT – TUESDAY | |
|---|---|---|
| Flight : | AMERICAN AIRLINES | 192 |
| Departure: | LOS ANGELES | 11:10 PM |
| Arrival: | BOSTON | 7:35 AM |
| | AMYC MARIANI | |
| | SEAT 6E | FIRST CL | SNACK |

[ Book a Hotel ]    [ Book a Car ]    [ Buy Trip Insurance ]

**Receipt**

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| AMYC MARIANI | 0012152071688 | 1542.32 | 156.88 | 1699.20 |
| Payment Type: Master Card XXXXXXXXXXXX0566 | | | | Total: $1699.20 |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

One or more of your flights is a Codeshare flight and is operated by a Partner Airline. If your journey begins with a flight operated by one of American's Partner Airlines, then please check-in with the Partner Airline for that portion of your journey. Upon check-in, they will check your luggage to its final destination and provide boarding passes for your connecting flights, if applicable.

Please print and retain this document for use throughout your trip. Electronic tickets are NOT TRANSFERABLE.   Tickets with non-restrictive fares are valid for one year from original date of issue.

THIS E-MAIL ADDRESS IS NON-RETURNABLE AND WILL NOT ACCOMMODATE REPLIES.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in.  Check with the consulate of these countries to find out the documents required. Consulate phone numbers can be found in the Travel Information section of AA.com.

AMERICAN AIRLINES/AMERICAN EAGLE NEW SECURITY PROCEDURES New FAA requirements to

9/18/2006

**FITZHUGH, PARKER & ALVARO    ATTORNEY'S EXPENSE VOUCHER**

ATTY: _Amy C. Mariani_

DATE EXPENSE INCURRED: _10|8|06 — 10|11|06_

CASENAME: _Cerqueir_    TOTAL: _____

MILEAGE: _N/A_    MILES @.44.5 _____    TOTAL: _____

PARKING: _N/A_    TOTAL: _____

TOLLS: _N/A_    TOTAL: _____

DESCRIPTION OF TRAVEL: _Deposition of Douglas Laird_

MEALS: $ _10.75_    TOTAL: $ _10.75_    _8330_
_10|31|06_ (A)

HOTEL: $ _118.87_    TOTAL: $ _118.87_

TRANSPORTATION: _$74.64_    TOTAL: $ _74.64_

AIRFARE: _$349.48_    TOTAL: _____    ⓔ ENTERED OCT 2 6 2006

MISC: _N/A_    TOTAL: _____

_This was charged on our card._

TOTAL AMOUNT: _$204.26_

APPROVED BY: _____



**Best Western Airport Plaza Hotel**
1981 Terminal Way
Reno, NV 89502
775-348-6370
800-648-3525
reservations@airportplaza.net

Room: 348    A
MARIANI,    AMY

155 FEDERAL ST.
BOSTON MA
02110

Payment: VISA
1A, 0K, 0B Guest
RA
October 9, 2006
October 10, 2006
060F0L

| Date | Trans | Room | Comment | Debit | Credit | Balance |
|------|-------|------|---------|-------|--------|---------|
| | | | | | | 14.10 |
| Oct 9'06 | ROOM SERVICE | 348 | CHK#5312 | 14.10 | | 94.05 |
| Oct 9'06 | ROOM | 348 | | 79.95 | | 103.64 |
| Oct 9'06 | TAX | 348 | | 9.59 | | 118.87 |
| Oct10'06 | PLAZA COURT | 348 | CHK#9909 | 15.23 | | 0.00 |
| Oct10'06 | VISA | 348 | | | 118.87 CR | |
| | XXXXXXXXXXX4919/0209/09323B AMY MARIANI | | | | | 0.00 |

Balance due at checkout

# ONLY 1/2 Billed TO CERQUEIRA

7464 →

RENO-TAHOE INT'L A/P
RENTAL RECORD:            100865693
COMPLETED BY:
AMY CASHORE
RENTED BY:   SAN FRANCISCO INT'L A/P    3881
RENTAL:      10/08/06       17:44
RETURN:      10/10/06       13:47
MILES IN:  07623  OUT: 07368
MILES DRIVEN: 255
PLAN IN/OUT: INVOL  /INVOL
CLS: A

2 DAYS              65.99   131.98
DISCOUNT    6%               7.92
SUBTOTAL                   124.06
TX .8.250% ON   124.06      10.23
TRNS&FAC FEE                 15.00
NET DUE                     149.29
PAID BY:  VISA
CREDIT (#80 #: XXXXXXXXXXXX4919

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code: 124115

3) Take Brief 4 Question Survey

Thank you for renting from

Hertz

---

$10.75 →

```
****************************
 L A X   A D M I R A L S   C L U B
****************************

104 David
-------------------------------
CHK 9469  OCT10 06   8:02PM
-------------------------------

1 Rueben  and            8.99

  Subt...                8.99
  Tax                    0.74
  Pay:                   9.73
  CASH                  20.00
  Chang   ue            10.27
```

---

6.76
3.24
0.25        CHANGE
2.99        AMOUNT
            TAX
10.00       SUBTOTAL
2.99        CASH

1 LEMON BAR

OCT10 06  7:33PM

1518 Robert

HMSHOST
BRIOCHE DOREE
LAX AIRPORT

---

RITAZZA C
INTERNATIONAL AIRPORT
ENO, NEVADA

T10 06  2:24PM

ER            2.29
PARFAIT       3.70
  COOKIE      1.95

1             7.94
              0.59
d             8.53
             20.00
Due          11.47

Reservations - Book Flights - Passenger Details



**AmericanAirlines®**
AA.com®

Home | Login | My Account | Worldwide Sites | Contact AA | FAQ   Search.... GO

Reservations
Travel Information
Net SAAver & Special OffersSM
AAdvantage®
Products & Gifts
Business Programs & Agency Reference
About Us

**Book Flights**

Deal Finder™
Get Details ▸ ▸ ▸

- Select Flights | Passenger Details | Flight Summary | Payment | Ticketing Options | Finish

**To continue with your reservation:**
- Verify your itinerary and fare summary
- Complete the Passenger Details information below
- View Fare Rules and On-Time Flight Information

Modify Search

From: City or Airport Code
BOS
and airports within   0 Miles ▾

To: City or Airport Code
RNO
and airports within   0 Miles ▾

Departure Date:   Apr ▾  17 ▾   Morning ▾
Return Date:      Apr ▾  19 ▾   Afternoon ▾

Number of Stops:   No Preference ▾
Number of Flights to Display:   10 ▾

MORE OPTIONS | RESUBMIT

### Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Aircraft Type |
|---|---|---|---|---|---|---|
| AA AMERICAN AIRLINES | 1607 | BOS Boston | Apr 17, 2008 07:30 AM | DFW Dallas/ Fort Worth | Apr 17, 2008 10:40 AM | M83 |
| AA AMERICAN AIRLINES | 1933 | DFW Dallas/ Fort Worth | Apr 17, 2008 12:10 PM | RNO Reno | Apr 17, 2008 01:35 PM | 757 |
| AA AMERICAN AIRLINES OPERATED BY HORIZON AIR | 7561 | RNO Reno | Apr 19, 2008 03:05 PM | LAX Los Angeles | Apr 19, 2008 04:35 PM | DH4 |
| AA AMERICAN AIRLINES | 192 | LAX Los Angeles | Apr 19, 2008 10:05 PM | BOS Boston | Apr 20, 2008 06:35 AM | 757 |

### Fare Summary

**Average Fare per Person - 699.00 USD**

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| 1 Adult | 699.00 USD | 42.00 USD | 741.00 USD |
| | | **Total Price** | **741.00 USD** |

Plans Flexible? Check lower fare availability.

# Reservations - Book Flights - Passenger Details

## Enter Passenger Details ?

- Fares are not guaranteed until tickets are purchased
- For U.S. residents, the ticket price per person shown above includes applicable surcharges. Local taxes may apply for non-U.S. billing addresses
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us

### Passenger Name(s) as they appear on Government Issued Identification

**Important:** To expedite airport check-in, enter first and last names as they appear on government issued photo IDs.

First Name   Last Name   Suffix   AAdvantage Number   Passenger Type [Adult]   Disability Assistance Required

### Contact Information

In case we need to contact you regarding your travel plans, please provide the following information (at least one phone number is required):

|  | Int'l Code | Area/City Code | Number | Ext. |
|---|---|---|---|---|
| Cell |  |  |  |  |
| Home |  |  |  |  |
| Business |  |  |  |  |

Email Address

### Promotion Code +

If you are using a promotion code, please enter it now.

+ May not be used in conjunction with all fares.

### Business ExtrAA Account Number

If you have a Business ExtrAA Account Number, please enter it now.

START OVER   CONTINUE

Reservations - Book Flights - Passenger Details





Admirals Club



member of oneworld



American Eagle



AmericanAirlines
Vacations.
AAVacations.com

| AA.com |
| --- |
| Flight Status Notification |
| Destination Information |
| NetSAAver℠ & Special Offers |
| Car & Hotel Booking |
| Trip Insurance |
| Baggage Requirements |
| Conditions of Carriage |
| Travel Information |
| AAdvantage® |
| AAVacations |
| Today's Weather |
| Flight Check-In |

Date of Issue: 24JUL06

E-Ticket Confirmation/Record
Locator: KSNLGX

▶Itinerary

▶Receipt

Thank you for choosing American Airlines/American Eagle, a member of the oneworld Alliance.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, log on to AA.com or go to the link http://www.aa.com/airportexpectations.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using FLIGHT CHECK-IN at AA.COM between 1 and 24 hours prior to flight time. You may also use the SELF SERVICE CHECK-IN machine at the airport 1 to 12 hours prior to flight time on your day of departure. Use the E-Ticket confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport. See the ENDORSEMENT section below for fare rules pertaining to your ticket.



Special offer!
Earn up to 25,000
bonus miles!²
NO ANNUAL FEE
for 12 months³

Free Upgrade
and 1,000
AAdvantage·
Miles
AVIS

Last-Minute
Packages
Book now!

## Itinerary

| | | | |
| --- | --- | --- | --- |
| **Date:** | 25JUL - TUESDAY | | |
| **Flight :** | AMERICAN AIRLINES | 585 | |
| **Departure:** | BOSTON | 4:35 PM | |
| **Arrival:** | MIAMI INTERNTNL | 8:01 PM | |
| | AMY CASHOREMARIANI | | |
| | SEAT 23A | ECONOMY | FOOD FOR PURCHASE |
| **Date:** | 26JUL - WEDNESDAY | | |
| **Flight :** | AMERICAN AIRLINES | 2160 | |
| **Departure:** | MIAMI INTERNTNL | 8:40 PM | |
| **Arrival:** | BOSTON | 11:47 PM | |
| | AMY CASHOREMARIANI | | |
| | SEAT 24D | ECONOMY | FOOD FOR PURCHASE |

Book a Hotel    Book a Car    Buy Trip Insurance

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
| --- | --- | --- | --- | --- |

7/24/2006

| AMY CASHOREMARIANI | 0012120866682 | | 472.56 | 56.04 | 528.60 |
|---|---|---|---|---|---|
| **ADDITIONAL SERVICES** | | | | **CURRENCY** | **AMOUNT** |
| Telephone Ticketing Service | | | | USD | 10.00 |
| **Payment Type:** Master Card XXXXXXXXXXXX0566 | | | | | **Total: $538.60** |

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

**Endorsements/Restrictions -**
NONREF/CHGFEEPLUSFAREDIF/CXL BY FLT TIME OR NO VALUE

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Please print and retain this document for use throughout your trip.  Electronic tickets are NOT TRANSFERABLE.   Tickets with non-restrictive fares are valid for one year from original date of issue.

THIS E-MAIL ADDRESS IS NON-RETURNABLE AND WILL NOT ACCOMMODATE REPLIES.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to find out the documents required. Consulate phone numbers can be found in the Travel Information section of AA.com.

AMERICAN AIRLINES/AMERICAN EAGLE NEW SECURITY PROCEDURES New FAA requirements to enhance security mandate that customers are allowed one carry-on bag plus one personal item onboard.  Personal items include the following: purses, briefcases and  laptop computers.  To learn more about these and other security requirements, please log on to  http://www.aa.com/checkpoints.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Nonrefundable tickets cannot be refunded.

For nonrefundable tickets issued on or after August 19, 2003,  the itinerary must be canceled before the ticketed departure time of the first unused coupon, or the ticket has no value.  Changes are subject to certain restrictions and fees.

If you have questions regarding our refund policy, please visit our internet website at  http://www.aa.com/refunds.

Wheel Chair Notification: Customers traveling with battery powered mobility devices please check-in one hour prior to departure.  Mobility devices with batteries that cannot be loaded, stowed and then unloaded in an upright position on all flights may require battery removal. Please bring assembly and disassembly instructions to assist in properly transporting your device.  For more details, please reference our website at
http://www.aa.com/content/travelInformation/specialAssistance/wheelchairsAndDevices.jhtml.

Review the latest tips, guidelines news and requirements in the Travel Information Center at
https://www.aa.com/travelinfo.

AA.COM: Customers who visit AA.com and opt-in to receive American Airlines e-mail products can choose to receive the airlines latest news and information, as well as exclusive offers that save time and money.  Customers may select to have AAirmail, Net SAAver Fares, AAdvantage e-summary and AAdvantage Partner Offers delivered right to their email inbox.   Customers can access these e-mail options by selecting  www.aa.com/email. " And, don't forget, customers who purchase a ticket on AA.com for travel on American Airlines, American Eagle and American Connection can earn up to 1,000 AAdvantage Bonus Miles!  For more details, go to www.aa.com/bonus."

Now you can use your miles to book the most popular AAdvantage travel award online.   Just select the "Redeem Miles link" at http://www.aa.com/content/utility/redeemMiles.jhtml.

TERMS and CONDITIONS of  CARRIAGE-

A summary of Terms and Conditions applicable to your travel is available at www.aa.com or on ticket jackets which are available at any American Airlines ticket office.
http://www.aa.com/conditionsofcarriage.

For flight segments wholly within the Domestic U.S., print your boarding pass at home or the office and get through the airport faster.  Check-in online at AA.com.

Bill to AA

7/24/2006

FITZHUGH, PARKER & ALVARO   ATTO  _TO_   ᴇᴿ

ATTY: _ACM_   DATE EXPEN  _amy_   _7/26/06_

CASENAME: _Cerqueir_   TOTAL: __   _Crowley_

MILEAGE: _____ MILES @.44.5_____   TOTAL:

~~PARKING:~~ Gas  _7.31_   TOTAL: _7.31_

TOLLS: _____   TOTAL: _____

DESCRIPTION OF TRAVEL: _Attend Depositions_ ─   _7954_
                                                _8/7/06_  (MW)

MEALS: _____   TOTAL: _____

HOTEL: _154.29_   TOTAL: _154.29_

TRANSPORTATION: _56.17_   TOTAL: _56.17_

AIRFARE: _25.00_   TOTAL: _25.00_   ENTERED AUG 0 1 2006

MISC: _____   TOTAL: _____

TOTAL AMOUNT: _242.77_

APPROVED BY: _____

*RECEIPTS MUST BE ATTACHED TO THIS FORM*

250 N. ANDREWS AVE.
**FORT LAUDERDALE, FL 33301**
TELEPHONE 954-924-2700          FAX 954-924-2717          official sponsor u.s. olympic team

USA

| MARIANI, AMY | name | | room number: | 1111/KXTD |
| 155 FEDERAL ST | address | | arrival date: | 07/25/06 9:05PM |
| SUITE 17 | | | departure date: | 07/26/06 |
| BOSTON, MA 02110 | | | adult/child: | 1/0 |
| US | | | room rate: | $139.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

| RATE PLAN | LV1 |
| HH# | |
| AL: | |
| BONUS AL: | CAR: |

**Confirmation:** 88120354

07/26/06          PAGE          1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 07/25/06 | 483084 | GUEST ROOM | $139.00 |
| 07/25/06 | 483084 | STATE TAX | $8.34 |
| 07/25/06 | 483084 | COUNTY TAX | $6.95 |
| | | WILL BE SETTLED TO VS *4919 | $154.29 |
| | | EFFECTIVE BALANCE OF | $0.00 |



Hess 09304
621 W. Broward Blvd.
F Lauderdale, FL 33312

Term: JD1223708300l
Appr: 02654B
Seq#: 005912

PUMP# 06 CREDIT/SELF
Uni Regu @ $ 2.959/G
VOLUME     2.472 GAL

GAS TOTAL  $  7.31
TOTAL      $  7.31

Visa
Exp  Date: 02/09
XXXXXXXXXXXX4919

07/26/2006  11:23:30

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

THANK YOU FOR
SHOPPING AT HESS

For Questions Or

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
ISSUED BY **American Airlines** oneworld

MISCELLANEOUS SALES RECEIPT 1
PURCHASER RECEIPT

26JUL06   10102105          US

NAME OF PASSENGER (NOT TRANSFERABLE)        MIA 86G      /MIAMI INTERNTNL

ASHOREMARIANI/AMY
**NOT VALID FOR**          PSGR TICKET  0012120866682
**TRANSPORTATION**

********THIS IS YOUR RECEIPT*******

ORIGINAL ISSUE                              ISSUED IN EXCHANGE FOR       PNR CODE      KSNLGX/AA

01 CONFIRMED FLT CHANGE          25.00      MIA

FARE CALCULATION

FARE       EQUIV. FARE PAID   FORM OF PAYMENT
$0    25.00                   FP BRXXXXXXXXXXXX4919 07305B
TAX        NA
TAX        NA                 XXXXXXXXXXXXX TX
TAX        NA                 00109495662455    0 001 0619013967 2
TOTAL
$0    25.00

MIAMI INT'L A/P
RENTAL RECORD:                579087515
AMY CASHORE
COMPLETED BY:                 9487
RENTED:  MIAMI INT'L A/P
RENTAL:  07/25/06  20:04
RETURN:  07/26/06  15:38
MILES IN: 07381  OUT: 07345
MILES DRIVEN:     36
PLAN IN/OUT: 0506M  /0506M
CLS: B

1 DAYS          53.50    53.50
DISCOUNT 20%             10.70
SUBTOTAL                 42.80



*Capuen*
*Reservations made on 5/19*

**AmericanAirlines®**


**CLOSE WINDOW**

**Note: This is not your receipt, which is needed for identification purposes at airport check-in. You will receive an itinerary confirmation with your receipt soon.**

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **CNAHOR** Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Purchased** | |

## Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | | |
| AMERICAN AIRLINES | 1449 | BOS Boston | 06/14/2006 11:48 AM | DFW Dallas/ Fort Worth | 06/14/2006 02:57 PM | First P | 6B |
| AMERICAN AIRLINES | 2208 | DFW Dallas/ Fort Worth | 06/15/2006 06:30 PM | BOS Boston | 06/15/2006 11:10 PM | First P | 6B |

## Fare Summary

| Average Fare per Person - 1398.00 USD | | | |
|---|---|---|---|
| **Passenger Type Used in Pricing** | **Fare per Person** | **Additional Taxes and Fees per Person** | **Total Price** |
| 1 Adult | 1398.00 USD | 20.60 USD | 1418.60 USD |
| | | **Total Price** | **1418.60 USD** |

## Summary Details

### Credit Card Information

| Card Type: Account #: Expiration Date: Description: | MASTER CARD **** **** **** 0566 August 08 |
|---|---|

### Delivery Information

| Option Type: E-Ticket | Delivery Address: AKERY@FITZHUGHLAW.COM | Delivery Method: E-MAIL |
|---|---|---|

### Passenger Summary

| Passenger Name(s)    AAdvantage Number | Contact Information | Business ExtrAA Account Number |
|---|---|---|
| (1) MICHAELA FITZHUGH | Business Phone: (1) 617-695-2330 x800 Cell Phone: (1) 617-930-2330 Email Address: AKERY@FITZHUGHLAW.COM | |

|  | ID Number: |
|  | ARC / IATA Number |
|  | Number: |

**Upgrade Reservation**

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline at **AAdvantage Airlines**
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

**CLOSE WINDOW**

FITZHUGH, PARKER & ALVARO    ATTORNEY'S EXPENSE VOUCHER

ATTY: MAF                          DATE EXPENSE INCURRED: 6/14/06

CASENAME: CERQUEIRA — AA           TOTAL: _____

MILEAGE: _____ MILES @.44.5   TOTAL: _____

PARKING: _____        TOTAL: _____

TOLLS: _____        TOTAL: _____

DESCRIPTION OF TRAVEL: TO AA SOC from DFW AIRPORT

MEALS: _____        TOTAL: _____ ENTERED JUN 2 1 2006

HOTEL: _____        TOTAL: _____

TRANSPORTATION: _____        TOTAL: _____

AIRFARE: _____        TOTAL: _____

MISC: CABFARE                      TOTAL: _____ 25.00

TOTAL AMOUNT: _____ 25.00

APPROVED BY: (AC)

*RECEIPTS MUST BE ATTACHED TO THIS FORM*

---

FITZHUGH, PARKER & ALVARO LLP                          Page 1 of 1

**AEC - Amy E. Crowley**

From:    MAF - Michael A. Fitzhugh
Sent:    Wednesday, June 14, 2006 6:25 PM
To:      AEC - Amy E. Crowley
Subject: MAF Cerqueira Expenses

Amy, so far they are these:

MAF cab to Logan airport on Taxi Voucher: $17.70
MAF cab to AA SOC from DFW airport: $25.00 (cash)

Michael A. Fitzhugh
FITZHUGH, PARKER & ALVARO LLP
Suite 1700
155 Federal Street
Boston, MA 02110-1727
Telephone: (617) 695-2330 (Ext. 800 after hours)
Direct Dial (617) 880-4800
Cellular: (617) 930-2330

FITZHUGH, PARKER & ALVARO  ATTORNEY'S EXPENSE VOUCHER

ATTY: _M.A.F_____      DATE EXPENSE INCURRED: 6/14/06

CASENAME: _Cerqueri_____     TOTAL: _____

MILEAGE: _____ MILES @.44.5_____  TOTAL: _____

PARKING: _____      TOTAL: _____      ENTERED JUN 2 1 2006

TOLLS: _____       TOTAL: _____

DESCRIPTION OF TRAVEL: TO AIRPORT TO AA HDQ — (1500)
FROM AIRPORT TO OFFICE (23.00)

MEALS: _____       TOTAL: _____

HOTEL: _____       TOTAL: _____

TRANSPORTATION:_____     TOTAL: _____      9785
                                                             6/30/06 (A)

AIRFARE:
CABFARE _____ 23.00      TOTAL: _____

MISC: _____ 15.00       TOTAL: _48.00_

                                TOTAL AMOUNT: _48.00_

                                APPROVED BY: _____

**\*RECEIPTS MUST BE ATTACHED TO THIS FORM\***

RECEIPT FOR CAB FARE  _Cerguira_
PASSENGER; RECHECK NUMBER ON OUTSIDE OF CAB
CAB NUMBER ALSO LOCATED ON INSIDE TAXI PARTITION

DATE _6/14_____ TIME (AM)(PM) _10:38_ $ _23.00_

FROM _Logan_____

TO _155 Federal_____

CAB NO. _____   HACK LIC. NO. _____
LESSEE OR ASSOCIATION _____
DRIVERS NAME _____

Support the WEST END HOUSE Boys and Girls Club.
105 Allston Street - Allston, MA 02134-5029

PAss to Amy Crowley

Michael A. Fitzhugh
**FITZHUGH, PARKER & ALVARO LLP**
(617) 695-2330 (ext. 800)
mfitzhugh@fitzhughlaw.com

Amy - plus $15 in
Dulles to Airport forom
AA HDQ1     mAF

www.fitzhughlaw.com

Cranston, RI          Boston, MA          Hartford,

*Metro Cab Association*

For Service (617) 254-6060     www.metro-cab.com

**357877**

ACCOUNT NUMBER

CLIENT REF # CerQueiR

DATE 6/4

PKG. ☐    PASS. ☑

FROM: 10 HiGH St

TO: Logan AirPort

AUTHORIZED BY:

PASS. NAME Michael F.

RND TRIP ☐
WGHT. ☐
TIME ☐
RUSH ☐
TOLLS ☐

GIVE DETAILS ON BACK

FARE $15.15

TIP % $2.00

OTHER $2.25

SIGNATURE REQUIRED FOR PCKG. DELIVERY

PICK-UP TIME 2:30    ☑ AM  ☐ PM

RECEIVED BY

DELIVERY TIME    ☐ AM  ☐ PM

TOTAL FARE $19.40

DRIVER'S NAME

RECEIVED JUN 2 2 2006

CAB # 1056

FARE TO BE COMPLETED BY CUSTOMER IN WORDS

IMPORTANT

Rel. No: G 223100164

Bob's
Steak & Chop House
4 ... LEMMON AVE

0035  Table 42
MARISA M    ...Ck  2  6 33  06/14/06

| | |
|---|---|
| 1 PRIME PORTERHOUSE | 49.95 |
| 1 PRIME 2/4 TITE) | 37.95 |
| 1 KALIBU | 5.00 |
| 1 DELOACH ... OAK GLASS | 10 ... |
| 1 SHRIMP REMOULADE | ... |
| 1 BLEU ... SALAD | 8 95 |
| 1 SAUTEED MUSHROOMS | 8 95 |
| 1 GREEN PEPPERCORN SAUCE | |

Sub Total: 138
Tax:  10

06/14    ...TOTAL :  149 3...

√

ONLY BILLYD
$70.00

HOLDER WILL PAY CARD ISSUER ABOVE
PURSUANT TO CARDHOLDER AGREEMENT
...py -> customer



# AmericanAirlines
### AA.com

Home | Login | My Account | Worldwide Sites | Contact AA | FAQ    Search... **GO**

## Book Flights

| Reservations |
| Travel Information |
| Net SAAver & Special Offers℠ |
| AAdvantage® |
| Products & Gifts |
| Business Programs & Agency Reference |
| About Us |

**Deal Finder™** Get Details ▸ ▸

Select Flights   Passenger Details   Flight Summary   Payment   Ticketing Options   Finish

**To continue with your reservation:**
- Verify your itinerary and fare summary
- Complete the Passenger Details information below
- View Fare Rules and On-Time Flight Information

Modify Search  ?

From: City or Airport Code
BOS
and airports within  0 Miles

To: City or Airport Code
DFW
and airports within  0 Miles

Departure Date:  May ▸  1 ▸  Morning ▸
Return Date:  May ▸  2 ▸  Afternoon ▸
Number of Flights to Display: 10 ▸
Number of Stops:  No Preference ▸

**MORE OPTIONS**  RESUBMIT

### Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Aircraft Type |
|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 1363 | BOS Boston | May 01, 2008 11:55 AM | DFW Dallas/Fort Worth | May 01, 2008 03:00 PM | M83 |
| AMERICAN AIRLINES | 614 | DFW Dallas/Fort Worth | May 02, 2008 06:45 PM | BOS Boston | May 02, 2008 11:30 PM | M83 |

### Fare Summary  ?

**Average Fare per Person - 709.00 USD**

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| 1 Adult | 709.00 USD | 21.00 USD | 730.00 USD |
| | | **Total Price** | **730.00 USD** |

Plans Flexible? Check lower fare availability. Local taxes may apply for

- Fares are not guaranteed until tickets are purchased
- For U.S. residents, the ticket price per person shown above includes applicable surcharges.

No Thanks [X]

**Need help?**
We'll call you right now for Free.
Click to Talk

# Reservations - Book Flights - Passenger Details

- non-U.S. billing addresses
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us

## Enter Passenger Details    ?

### Passenger Name(s) as they appear on Government Issued Identification

**Important:** To expedite airport check-in, enter first and last names as they appear on government issued photo IDs.

| First Name | Last Name | Suffix | AAdvantage Number | Passenger Type | Disability Assistance Required |
|---|---|---|---|---|---|
| | | | | Adult | |

### Contact Information

In case we need to contact you regarding your travel plans, please provide the following information (at least one phone number is required):

| | Intl Code | Area/City Code | Number | Ext. |
|---|---|---|---|---|
| Cell | | | - | |
| Home | | | - | |
| Business | | | - | |
| Email Address | | | | |

### Promotion Code +

If you are using a promotion code, please enter it now.

+ May not be used in conjunction with all fares.

### Business ExtrAA Account Number

If you have a Business ExtrAA Account Number, please enter it now.

START OVER    CONTINUE

DealFinder™ | RSS | AA.com en Español



Reservations - Book Flights - Passenger Details

Airline Tickets | AA Careers | Copyright | Legal | PRIVACY POLICY | Customer Service Plan | Browser Compatibility | Site Map








Admirals Club

member of oneworld

American *flight*

AmericanAirlines
Vacations.
AAVacations.com



2/20/2008  3:53 PM



| CDVolID/CIMSKey | Account | Serial Number | Amount |
|---|---|---|---|
| 20060512150301 | 4990014062 | 3712417 | $277.94 |

| Bank ID | Sequence | Location | Paid Date |
|---|---|---|---|
| 9290527 | 31684404 | CD | 05/08/2006 |

2/20/2008  3:53 PM



THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW.

**AMR**

CHECK NUMBER

**American Airlines, Inc.**
Mail Drop 760, PO Box 582848   Tulsa, OK 74158-2848

93-516
929

**0003712417**

WELLS FARGO BANK NA
MAC N9301-041
MINNEAPOLIS, MN 55479

Void after 180 days

| DATE | | DOLLARS | CTS |
|------|--|---------|-----|
| 04/30/2006 | | ***********277 | 94 |

Must be countersigned if $50,000 or more

PAY ***********277**** DOLLARS AND **94** CENTS

American Airlines, Inc.

To
The
Order
of

THOMAS A BRAMLETT
5133 HORSESHOE TRL
DALLAS TX  75209-3325

Authorized Signature

Authorized Signature

⑆0003712417⑈ ⑆092905168⑈ 4990014062⑈ ⑆000002779⑈

0321684404
05082006
0920-0026-7  FRB  HELENA
ENT=1709 TRC=1732 PK=14

MAY 0 6 2006
AMERICAN AIRLINES
"FEDERAL CREDIT UNION"
P.O. BOX 619001
DFW AIRPORT, TX 75261-9001
AAHL phone 817-963-6000

111000038
ENT=21 TRC=432 PK=15
1615007023

---

| CDVolID/CIMSKey | Account | Serial Number | Amount |
|-----------------|---------|---------------|--------|
| 20060512150301 | 4990014062 | 3712417 | $277.94 |

| Bank ID | Sequence | Location | Paid Date |
|---------|----------|----------|-----------|
| 9290527 | 31684404 | CD | 05/08/2006 |

---

Printed using Accord Application

Page 1

**MONTHLY EXPENSE REPORT**

9/28/06 3:19 PM

For complete instructions, see AA Reg 145-4.
Form Revised 12/27/91

Name: **Alec Bramlett**

Position: **Attorney**

Supplement No.

Purpose of Expense: **Cenquetra Vs. AA - BOS**

Month/Year **09/06**   Co. Code **AA**   Empl. No. **410691**   Branch **1110**   Station **900**

Corp. Insurance

>>>

| Ln | Date (Mo/Day) | Flight Going Sta / Time | Flight Returning Sta / Time | Breakfast *1 | Lunch *2 | Dinner *3 | Total | Hotel *4 | TAXI *5 Incl. TIP | Miles / KMs | Rate | Amount | Tolls / *7 Parking | Auto *8 Rental | Phone *9 | Other *10 Expenses | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/26 | DFW/PM | | | | | 0.00 | 398.16 | 20.00 | | 0.31 | 0.00 | | | | | 418.16 |
| 2 | 09/27 | | BOS/PM | | | | 0.00 | | 20.00 | | 0.31 | 0.00 | | | | | 20.00 |
| 3 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 4 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 5 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 6 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 7 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 8 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 9 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 10 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 11 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 12 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 13 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 14 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 15 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| TOTAL | | | | 0.00 | 0.00 | 0.00 | 0.00 | 398.16 | 40.00 | 0.00 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 438.16 |

*MUST PROVIDE EXPLANATION BELOW*

Auto Mileage *6

Meals Including Tips

**ACCOUNTING DISTRIBUTION**

| | |
|---|---|
| Amount | 438.16 |
| Account | |
| Station | 900 |
| Branch | 1110 |
| Misc. Ref. | |
| (Code) Info. | |
| Meals (010) | 0.00 |

Expense Advance:
Balance Due Company:
Balance Due Employee:

SEND CHECK TO:

Name: **Alec Bramlett**
MD: **MD 5675**
Location: **4333 Amon Carter Fort Worth, TX 76155 Ofc. 6W2A-73**

Signature of Employee
Date **10/4/06**

Employee Contact Phone Number: **CS 931-4358**

Expense Approved by: (signature)
Date **10/11/06**

**June Williams**    Emp. # **467342**    Claims Director
Name    Title

**EXPLANATIONS**

Reference Date of Expense and Item Number, and provide explanation. ALL UNUSUAL EXPENSES (IN TYPE OR AMOUNT) MUST BE EXPLAINED.

INSTRUCTIONS: Explain all entertainment expenses, business meals, and Other expenses. List names, places, titles of employees and other pertinent details as required by AA Reg 145.

| Date (Mo/Day) | *Item Number | |
|---|---|---|
| | *4 | Hotel Stay for One (1) Night Only |
| 09/26 | *5 | Taxi from BOS Logan to Hotel |
| 09/27 | *5 | Taxi from Hotel to BOS Logan |



**SEAPORT**
**B O S T O N**

One Seaport Lane • Boston, MA 02210
Tel.: 617-385-4000

Bramlett, Alec

Room 1226
Folio A - 973649
Arrive 26-SEP-06    18:37
Depart 27-SEP-06

Payment Type:  MV

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| | | | 329.00 | |
| 26-SEP-06 | RT1226 | Room Charge | 18.75 | |
| 26-SEP-06 | RT1226 | Occupancy Tax | 13.16 | |
| 26-SEP-06 | RT1226 | Local Tax | 9.05 | |
| 26-SEP-06 | RT1226 | Convention Tax | 3.00 | |
| 26-SEP-06 | RT1226 | Hotel Inclusive Charge* | 25.20 | |
| 26-SEP-06 | 03101482 | In Room Dining | 398.16 | |
| | | Total-Due | | |

Travel Agent

I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, association, or
company fails to pay for any part or the full amount of these charges. Please
leave your room key at the reception desk upon departure. Thank You.

Charge To:

Guest Signature

| Room | 1226 | Departure Date | 27-SEP-06 | Cashier | A393829 |

* The Hotel Inclusive Charge is 100% c   uted among all Seaport hourly employees, a group that '   ds beyond "wait staff employees, service employees, and service bar-
          , as defined by Massachusetts State Law. The Hotel Inclusive Charge is not a "tip or service charge" as defined by Massachusetts service charge and tip statute.

Amount $ ......... _(handwritten)_ ....... Cab No..................................

**CAB COMPANY**

**Cab Fare**    From..._Logan_.................................

To....._Seaport Hotel_.............................

Date....._9/26_..............................................

**RECEIVED PAYMENT**

**MetroCab**

**617 782-5500**
84 Braintree St., Boston, MA 02134
www.metro-cab.com

Customer
Receipt

| DATE _9/27_ | TIME | FARE | |
| | | TIP | |
| From: _Seap.t Htl_ | | TOTAL _(handwritten)_ | |
| To: | | | |
| Driver: _Logan_ | | | |

Hack Lic. No.:_____Cab No. _____

◆ Airport Service        ◆ Business Acct. Available        ◆ Station Wagons
◆ Courier Service        ◆ Handicapped Vehicles Available    ◆ 24 hr. Service

# Check Report

| | |
|---|---|
| **Payee Name** | THOMAS A BRAMLETT |
| **Payee Address 1** | 5333 NAKOMA DRIVE |
| **Payee Address 2** | |
| **Payee City** | DALLAS |
| **Payee State** | TX |
| **Payee Country** | USA |
| **Payee Zip** | 75209-5619 |
| **Phone Number** | |
| **Vendor Tax ID** | |
| **SAP Vendor Number** | E410691 |
| **Invoice Amount** | $438.16 |
| **Invoice Number** | CERQUERIA/J |
| **Invoice Date** | |
| **Tran Misc Date1** | 10/11/2006 |
| **STARS Invoice Number** | 8998 |
| **Check Number** | |
| **Check Date** | |
| **Claimant Name** | CERQUEIRA, JOHN |
| **Claim Number** | AMR/03BOS01475 |
| **Date of Loss** | 12/28/2003 |
| **City Code** | BOS |
| **Pay Type Code** | 6P07 - EMPLOYEE T&I |
| **Narrative** | 0600 - LEGAL SERVICES |
| **Check Requestor** | Galloway, Margaret |
| **Transaction Adjuster** | Galloway, Margaret |
| **Authorize User** | Galloway, Margaret |

SUBJECT CLAIM VERIFIED AND
APPROVED FOR PAYMENT

Per _____

Employee Number _____



Thursday, October 12, 2006
12:46:04PM



American Airlines, Inc.
Mail Drop 796, PO Box 582848   Tulsa, OK 74158-2848

CHECK NUMBER
**0003796390**

WELLS FARGO BANK NA
MAC N9301-041
MINNEAPOLIS, MN 65479

93-516
929

Void after 180 days

| DATE | DOLLARS | CTS |
|------|---------|-----|
| 10/12/2006 | ***********438 | 16 |

Must be countersigned if $50,000 or more

PAY  ***********438****  DOLLARS AND **16** CENTS

American Airlines, Inc.

To
The
Order
Of

**THOMAS A BRAMLETT**
**5133 HORSESHOE TRL**
**DALLAS TX  75209-3325**

Authorized Signature

Authorized Signature

⑈0003796390⑈  ⑉092905168⑈  4990160621⑈

---

CHECK NUMBER
**0003796390**

**American Airlines, Inc.**
INQUIRIES: PO Box 582848 Tulsa OK 74158
PH918-254-3423 Fax918-254-3373

| VENDOR NUMBER |
|---------------|
| E410691 |

REMITTANCE INFORMATION

| INVOICE NUMBER | INVOICE DATE | DOCUMENT | DEDUCTIONS | NET AMOUNT |
|----------------|--------------|----------|------------|------------|
| CERQUERIA/J | D   10/11/2006 | 2200806349 | 0.00 | 438.16 |
| AMR03BOS01475/CERQUEIRA/LEGAL SERVICES | | | | |
| | | | | |
| | SUM TOTAL | | 0.00 | 438.16 |

AA00 2000286096

For complete instructions, see AA Reg 145-4.
Form Revised 12/27/91

## MONTHLY EXPENSE REPORT

1/18/07 11:06 AM

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name: **Alec Bramlett** | | Position: **Attorney** | Station **900** | Branch **1110** | Empl. No. **410691** | Co. Code **AA** | Month/Year **01/07** | Supplement No. | | |
| Purpose of Expense: **Cerqueira Vs. AA - BOS** | | | | | | | | Corp. Insurance | | |

| Ln | Date (Mo/Day) | Flight Going Sta / Time | Flight Returning Sta / Time | Breakfast *1 | Meals Including Tips Lunch *2 | Dinner *3 | Total | Hotel *4 | TAXI *5 Incl. TIP | Auto Mileage *6 Miles / KMs | Rate | Amount | Tolls / *7 Parking | Auto *8 Rental | Phone *9 | Other *10 Expenses | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/2 | DFW/AM | | | | | 0.00 | | 23.00 | | 0.31 | 0.00 | | | | | 23.00 |
| 2 | 01/3 | | | 7.03 | 7.70 | | 14.73 | | | | 0.31 | 0.00 | | | | | 14.73 |
| 3 | 01/4 | BOS/PM | | | | | 0.00 | 487.13 | | | 0.31 | 0.00 | 51.00 | | | | 538.13 |
| 4 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 5 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 6 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 7 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 8 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 9 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 10 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 11 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 12 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 13 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 14 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| 15 | | | | | | | 0.00 | | | | 0.31 | 0.00 | | | | | 0.00 |
| TOTAL | | | | 7.03 | 7.70 | 0.00 | 14.73 | 487.13 | 23.00 | 0.00 | 0.31 | 0.00 | 51.00 | 0.00 | 0.00 | | 575.86 |

**MUST PROVIDE EXPLANATION BELOW**

**ACCOUNTING DISTRIBUTION**

| Amount | Account * |
|---|---|
| 575.86 | |
| | Station: 900 |
| | Dept: 1110 |
| | Task: |
| | Code Info: |
| | Meals: 0.01 34.79 |

Expense Advance:
Balance Due Company:
Balance Due Employee:

SEND CHECK TO:

Name: **Alec Bramlett**
MD: **5675**
Location: **4333 Amon Carter**
**Fort Worth, TX 76155**
**Ofc: 6W2A-73**

Signature of Employee _[signature]_    Date **1/8/07**

Employee Contact/Phone Number: **ICS 93 / 4358**

Expense Approved by: (signature) _[signature]_    Date

**Lupe Williams**    Claims Director
Name    Title

**467342**
Emp. #

## EXPLANATIONS

INSTRUCTIONS:    Reference Date of Expense and Item Number, and provide explanation. ALL UNUSUAL EXPENSES (IN TYPE OR AMOUNT) MUST BE EXPLAINED.
Explain all entertainment expenses, business meals, and Other expenses. List names, places, titles of employees and other pertinent details as required by AA Reg 145.

| Date (Mo/Day) | *Item Number | |
|---|---|---|
| 01/2 | *5 | Taxi from BOS Logan to Langham Hotel |
| 01/3 | *1,2 | Meals While on BOS Business Trip |
| 01/4 | *4 | Hotel Stay for Two (2) Nights - Including Room Service Two (2) Nights |
| 01/4 | *7 | DFW Parking for Three (3) Days |

SIGN HERE

 **Langham Hotel**
Boston



250 Franklin Street
Boston, MA 02110 USA
T (617) 451 1900
F (617) 423 2844
www.langhamhotels.com

*Guest Folio*

| 731 | ALEC BRAMLETT | | JAN02,07 | 8:25a | |
|---|---|---|---|---|---|
| Room | Name | Rate | Arrival | Time | 013117 |
| KGB / | WINTER WKEND 20% PROMO | WI3 | JAN04,07 | | |
| Type | Firm or Company | Plan | Departure | Time | Account |
| SP | AMERICAN AIRLINES POB 619616 DALLAS, TX        75261 | | | | |
| Service Agent | Address | | Total Balance Due $ | | .00 |

| Date | Description | Reference | |
|---|---|---|---|
| JAN02 | ROOM SERVICE | 6720 | 41.15+ |
| JAN02 | ROOM | Rm 731 | 184.00+ |
| JAN02 | STATE TAX 5.7% | Rm 731 | 10.49+ |
| JAN02 | CITY TAX 4% | Rm 731 | 7.36+ |
| JAN02 | CCF TAX 2.75% | Rm 731 | 5.06+ |
| JAN03 | ROOM SERVICE | 6758 | 32.16+ |
| JAN03 | ROOM | Rm 731 | 184.00+ |
| JAN03 | STATE TAX 5.7% | Rm 731 | 10.49+ |
| JAN03 | CITY TAX 4% | Rm 731 | 7.36+ |
| JAN03 | CCF TAX 2.75% | Rm 731 | 5.06+ |
| JAN04 | MASTERCARD | FDXXXXXXXXXX2995 | 487.13- |

Please leave your room key at the Front Desk.          1          Signature:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies must be made within five days after my departure.

Managed by Langham Hotels International Limited     *Hong Kong   London   Melbourne   Toronto   Boston   Auckland*

# *MetroCab*

## Customer Receipt

**617 782-5500**
84 Braintree St., Boston, MA 02134
www.metro-cab.com

FARE $2?
TIP

| DATE | TIME | TOTAL |
| 1/2/07 | | |

From: LOGAN
To: LANGHAM HOTEL
Driver:
Hack Lic. No.: _____ Cab No. _____

◆ Airport Service     ◆ Business Acct. Available     ◆ Station Wagons
◆ Courier Service     ◆ Handicapped Vehicles Available     ◆ 24 hr. Service

---

```
*****SEBASTIAN'S*****
   1 COURTHOUSE WAY
   BOSTON, MA 02210

12 SUGEL

  910   JAN03'07 13:41   GST 1


  1 AQUAFINO 20 OZ.      1.75
  1 tthyme chicken       5.95

     SUBTOTAL            7.70
     PAYMENT             7.70
     CASH               10.00
     CHANGE DUE          2.30
```

---

```
      C    u   .  .
   Restaurant #0603
   133 Federal Street
   Boston, MA 02110
     617-292-2674

Server: Deborah          01/03/2007
Fast Close/1               8:05 AM
Guests: 1

                          #40018

Bagel, COSI BAGEL             1.14
   Bagel, Plain
   Bfst, Butter
OBev, Milk 1L                 1.69

Sub Total                     2.83
Tax                           0.14

Total                         2.97

CASH                         10.00
Change                        7.03

  Don't forget to ask about our
       Corporate Catering
   Gift Certificates Available

    --- Check Closed ---
```



```
    DALLAS/FORT WORTH
      INT'L AIRPORT
    *** Thank you ***

Entr: 05:52 01/02/07 Lane # 05
Exit: 18:19 01/04/07 Lane # 53 C.# 358
License Plate TX F86FPP   Ses. #1783
Taxes Included  $0051.00 Cash
```

# Check Report

| | |
|---|---|
| **Payee Name** | THOMAS A BRAMLETT |
| **Payee Address 1** | 5333 NAKOMA DRIVE |
| **Payee Address 2** | |
| **Payee City** | DALLAS |
| **Payee State** | TX |
| **Payee Country** | USA |
| **Payee Zip** | 75209-5619 |
| **Phone Number** | |
| **Vendor Tax ID** | |
| **SAP Vendor Number** | E410691 |
| **Invoice Amount** | $575.86 |
| **Invoice Number** | BRAMLETT/A-2 |
| **Invoice Date** | 1/19/2007 |
| **Tran Misc Date1** | 1/23/2007 |
| **STARS Invoice Number** | 10020 |
| **Check Number** | 7136 |
| **Check Date** | 1/25/2007 |
| **Claimant Name** | CERQUEIRA, JOHN |
| **Claim Number** | AMR/03BOS01475 |
| **Date of Loss** | 12/28/2003 |
| **City Code** | BOS |
| **Pay Type Code** | 6P07 - EMPLOYEE T&I |
| **Narrative** | 0600 - LEGAL SERVICES |
| **Check Requestor** | Goss, Marrissa |
| **Transaction Adjuster** | Goss, Marrissa |
| **Authorize User** | Williams, June |

SUBJECT CLAIM VERIFIED AND
APPROVED FOR PAYMENT

Per _____

Employee Number _____



# MONTHLY EXPENSE REPORT

1/19/07 10:43 AM

For complete instructions, see AA Reg 145-4.
Form Revised 12/27/91

Name: **Alec Bramlett**
Position: **Attorney**
Purpose of Expense: Cerqueira Vs. AA - BOS

| Station | Branch | Empl. No. | Co. Code | Month/Year | Supplement No. |
|---|---|---|---|---|---|
| 900 | 1110 | 410691 | AA | 01/07 | Corp. Insurance |

MUST PROVIDE EXPLANATION BELOW

| Ln | Date (Mo/Day) | Flight Going Sta/Time | Flight Returning Sta/Time | Breakfast *1 | Lunch *2 | Dinner *3 | Total | TAXI *5 Incl. TIP | Auto Mileage *6 Miles/KMs | Rate | Amount | Tolls /*7 Parking | Auto *8 Rental | Phone *9 | Other *10 Expenses | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/7 | DFW/AM | | | | | 0.00 | 20.00 | | 0.31 | 0.00 | | | | | 20.00 |
| 2 | 01/9 | | | | 7.34 | | 7.34 | | | 0.31 | 0.00 | | | | | 7.34 |
| 3 | 01/10 | | | | | 6.75 | 13.54 | | | 0.31 | 0.00 | | | | | 13.54 |
| 4 | 01/11 | | BOS/PM | 6.79 | | | 0.00 | 20.00 | | 0.31 | 0.00 | 85.00 | | | 943.07 | 1,048.07 |
| 5 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 6 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 7 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 8 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 9 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 10 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 11 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 12 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 13 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 14 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| 15 | | | | | | | 0.00 | | | 0.31 | 0.00 | | | | | 0.00 |
| | TOTAL | | | 6.79 | 14.09 | 0.00 | 20.88 | 40.00 | | 0.31 | 0.00 | 85.00 | 0.00 | 0.00 | 943.07 | 1,088.95 |

Signature of Employee                Date 1/19/07

Employee Contact Phone Number: ICS 931-4358

Expense Approved by: (Signature)                Date

Lupe Williams                Claims Director
Name                Title

Emp. # 467342

ACCOUNTING DISTRIBUTION

| Amount: | 1,088.95 |
|---|---|
| Account: | .99D |
| Station: | 900 |
| Misc. Set: | |
| Code/Info: | |
| Meals (010) | 20.88 |

SIGN HERE

Expense Advance:
Balance Due Company:
Balance Due Employee:

SEND CHECK TO:

Name: **Alec Bramlett**
MD: **5675**
Location: **4333 Amon Carter**
**Fort Worth, TX 76155**
Ofc: 6W2A-73

EXPLANATIONS

INSTRUCTIONS: Reference Date of Expense and Item Number, and provide explanation. All UNUSUAL EXPENSES (IN TYPE OR AMOUNT) MUST BE EXPLAINED. Explain all entertainment expenses, business meals, and Other expenses. List names, places, titles of employees and other pertinent details as required by AA Reg 145.

| Date (Mo/Day) | *Item Number | |
|---|---|---|
| 01/7 | *5 | Taxi from BOS Logan to Langham Hotel |
| 01/9 | *2 | Meal While on BOS Business Trip |
| 01/10 | *1,2 | Meals While on BOS Business Trip |
| 01/11 | *4 | Hotel Stay for Four (4) Nights - Including Room Service Three (3) Nights |
| 01/11 | *5 | Taxi from Langham Hotel to BOS Logan |
| 01/11 | *7 | Parking at DFW for Five (5) Days - Charged on Toll Tag |

 **Langham Hotel**
Boston

250 Franklin Street
Boston, MA 02110 USA
T (617) 451 1900
F (617) 423 2844
www.langhamhotels.com



## *Guest Folio*

| Room | Name | Rate | Arrival | Time | |
|---|---|---|---|---|---|
| 737 | ALEC BRAMLETT | | JAN07,07 | 7:16a | |
| **Type** | **Firm or Company** | **Plan** | **Departure** | **Time** | **Account** |
| KGB / | WINTER WKEND 20% PROMO | WI3 | JAN11,07 | | 015690 |
| **Service Agent** | **Address** | | **Total Balance Due $** | | |
| SS | AMERICAN AIRLINES POB 619616 DALLAS, TX      75261 | | | | .00 |

| Date | Description | Reference | |
|---|---|---|---|
| JAN07 | ROOM SERVICE | 6904 | 44.15+ ✓ |
| JAN07 | ROOM | Rm 737 | 185.00+ |
| JAN07 | STATE TAX 5.7% | Rm 737 | 10.54+ |
| JAN07 | CITY TAX 4% | Rm 737 | 7.40+ |
| JAN07 | CCF TAX 2.75% | Rm 737 | 5.09+ |
| JAN08 | ROOM SERVICE | 6946 | 25.65+ ✓ |
| JAN08 | ROOM | Rm 737 | 185.00+ |
| JAN08 | STATE TAX 5.7% | Rm 737 | 10.54+ |
| JAN08 | CITY TAX 4% | Rm 737 | 7.40+ |
| JAN08 | CCF TAX 2.75% | Rm 737 | 5.09+ |
| JAN09 | ROOM SERVICE | 6010 | 41.15+ ✓ |
| JAN09 | ROOM | Rm 737 | 185.00+ |
| JAN09 | STATE TAX 5.7% | Rm 737 | 10.54+ |
| JAN09 | CITY TAX 4% | Rm 737 | 7.40+ |
| JAN09 | CCF TAX 2.75% | Rm 737 | 5.09+ |
| JAN10 | ROOM | Rm 737 | 185.00+ |
| JAN10 | STATE TAX 5.7% | Rm 737 | 10.54+ |
| JAN10 | CITY TAX 4% | Rm 737 | 7.40+ |
| JAN10 | CCF TAX 2.75% | Rm 737 | 5.09+ |
| JAN11 | MASTERCARD | FDXXXXXXXXXX2995 | 943.07- |

Please leave your room key at the Front Desk.          1          Signature:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies must be made within five days after my departure.

Managed by Langham Hotels International Limited    *Hong Kong   London   Melbourne   Toronto   Boston   Auckland*

Amount $ _20⁰⁰_ Cab No. ...........................

## CAB COMPANY

**Cab Fare**    From _Lya Aign A_

                To _Lagrlm Hile/_

Date _1/7/07_

**RECEIVED PAYMENT**

---

```
            C O S I
        Restaurant #0603
        133 Federal Street
         Boston, MA 02110
          617-292-2674
Server: Rachid           01/09/2007
Fast Close/1             1:55 PM
Guests: 1
              #10138

Pizza, L- Margherta        6.99

Sub Total                  6.99
Tax                        0.35

Total                      7.34

                          20.00
   ...ange                12.66

 Don't forget to ask ...ut our
     Corporate Cate..ng
 Gift Certificates Available

    --- Check Closed ---
```

```
            C O S I
        Restaurant #0603
        133 Federal Street
         Boston, MA 02110
          617-292-2674
Server: Deborah          01/10/2007
Fast Close/1             7:47 AM
Guests: 1
              #40007

Bfst, Parfait              2.89
OBev, Milk TL              1.69
Drip, House GR             1.89

Sub Total                  6.47
Tax                        0.32

Total                      6.79

CASH                       7.00
Change                     0.21

 Don't forget to ask about our
     Corporate Catering
 Gift Certificates Available

    --- Check Closed ---
```

```
     BOSTON BEAN STOCK
        10 HIGH ST.
        BOSTON MA.
DATE 01/10/2007 WED   TIME 13:36

PRINCE          T1     $6.75
GREENS T1              $0.00
TO GO T1               $0.00
TAX1                   $0.32
TOTAL                  $6.75
CASH                  $10.00
CHANGE                 $3.25
```

Driver#_____Cab#_____

To: _Logan H Logan Arpt_

From: _Logan Hile_

Date: _1/11/07_ Amount: $ _20⁰⁰_

P/s –
Parking @ DFW

8⁰⁰ –

no receipt –
4/11/07  used Tolltg.

Alex

---

**To Reduce Delays**
**Fee Adjustments are made**
**by Parking Administration**

Please call
972 574 8620
for prompt resolution

For **Toll Tag** assistance or information
call: 972 818 NTTA (6882)
www.ntta.org

Thanks for choosing DFW Airport

Parking Administrator
www.dfwairport.com

AOPS-093 (10/03)

# Check Report

|                        |                          |
|------------------------|--------------------------|
| **Payee Name**         | THOMAS A BRAMLETT        |
| **Payee Address 1**    | 5333 NAKOMA DRIVE        |
| **Payee Address 2**    |                          |
| **Payee City**         | DALLAS                   |
| **Payee State**        | TX                       |
| **Payee Country**      | USA                      |
| **Payee Zip**          | 75209-5619               |
| **Phone Number**       |                          |
| **Vendor Tax ID**      |                          |
| **SAP Vendor Number**  | E410691                  |
| **Invoice Amount**     | $1,088.95                |
| **Invoice Number**     | BRAMLETT/A               |
| **Invoice Date**       | 1/19/2007                |
| **Tran Misc Date1**    | 1/23/2007                |
| **STARS Invoice Number** | 10019                  |
| **Check Number**       | 7137                     |
| **Check Date**         | 1/25/2007                |
| **Claimant Name**      | CERQUEIRA, JOHN          |
| **Claim Number**       | AMR/03BOS01475           |
| **Date of Loss**       | 12/28/2003               |
| **City Code**          | BOS                      |
| **Pay Type Code**      | 6P07 - EMPLOYEE T&I      |
| **Narrative**          | 0600 - LEGAL SERVICES    |
| **Check Requestor**    | Goss, Marrissa           |
| **Transaction Adjuster** | Goss, Marrissa         |
| **Authorize User**     | Williams, June           |

SUBJECT CLAIM VERIFIED AND
APPROVED FOR PAYMENT

Per _____

Employee Number _____



THIS DOCUMENT CONTAINS A WATERMARK - HOLD TO LIGHT TO VIEW

 **American Airlines, Inc.**
Mail Drop 788, PO Box 582848   Tulsa, OK  74158-2848

93-516
929

CHECK NUMBER
**0003845414**

WELLS FARGO BANK NA
MAC N9301-041
MINNEAPOLIS, MN 55479

Void after 180 days

| DATE | DOLLARS | CTS |
|------|---------|-----|
| 01/25/2007 | **********1,088 | 95 |

Must be countersigned if $50,000 or more

PAY  *********1,088**** DOLLARS AND **95** CENTS

American Airlines, Inc.

To
The
Order
Of
**THOMAS A BRAMLETT**
**5133 HORSESHOE TRL**
**DALLAS TX  75209-3325**



Authorized Signature

Authorized Signature

⑈"0003845414"⑈ ⑈092905168⑈ 4990014062⑈"

---

CHECK NUMBER
**0003845414**

**American Airlines, Inc.**
INQUIRIES: PO Box 582848 Tulsa OK 74158
PH918-254-3423 Fax918-254-3373

| VENDOR NUMBER |
|---------------|
| E410691 |

REMITTANCE INFORMATION

| INVOICE NUMBER | INVOICE DATE | DOCUMENT | DEDUCTIONS | NET AMOUNT |
|----------------|--------------|----------|------------|------------|
| BRAMLETT/A | D  01/23/2007 | 2200077683 | 0.00 | 1,088.95 |
| | AMR03BOSO1475/CERQUEIRA/LEGAL SERVICES | | | |
| | SUM TOTAL | | 0.00 | 1,088.95 |

AA00  2000023250

| | | | | Charges For Reference RPL4 | $6.00 |
| | From: Fitzhugh Parker & Alvaro 155 Federal Street 17th Boston MA | To: Nystrom Beckman & Paris, LLP 10 Saint James Avenue 16th Floor Boston MA | Service: Bike Direct Rush Pieces: 1 1 Envelope | Base: | $17.00 |
| Reference: RPL IGS | | | | Total: | $17.00 |

| | | | | Total Charges For Reference RPL IGS | $17.00 |

**Reference** sequier

| ...hip Date: 12/28/06 ...rder No: 186531 ...aller: Linda ...OD: ...eference: sequier | From: Fitzhugh Parker & Alvaro 155 Federal Street 17th Boston MA | To: Suffolk County Sheriff 45 Bromfield Street Boston MA | Service: Bike Standard Pieces: 1 1 Envelope | Base: | $6.00 |
| | | | | Total: | $6.00 |

| | | | | Total Charges For Reference sequier | $6.00 |

**Reference** serqueira

| ...hip Date: 12/15/06 ...rder No: 183746 ...aller: Linda ...OD: ...eference: serqueira | From: Fitzhugh Parker & Alvaro 155 Federal Street 17th Boston MA | To: Berman godkin 280 Summer Street Boston MA | Service: Bike Standard Pieces: 1 1 Envelope | Base: | $7.00 |
| | | | | Total: | $7.00 |

| | | | | Total Charges For Reference serqueira | $7.00 |

‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ ‎‎ 00





PAID

CHECK # 8769

DATE 2/2/07 AC

Attn: Accounts Payable
Fitzhugh Parker & Alvaro
155 Federal Street # 17th
Boston MA    02110

FITZHUGHMI

| Invoice Summary | Total Shipments: | 22 | Invoice Total Due: | $237.35 |
|---|---|---|---|---|

### Invoice Details

| Reference | Cecquier | | | | |
|---|---|---|---|---|---|
| Ship Date: 12/29/06 | From: | To: | Service: Bike Standard | Base: | $7.00 |
| Order No: 186698 | Fitzhugh Parker & Alvaro | usdc Clerk of Judge Young | Pieces: 1 | | |
| Caller: Linda | 155 Federal Street 17th | 1 Courthouse Way | 1 Envelope | | |
| COD: | Boston MA | Boston MA | | | |
| Reference: Cecquier | | | | | |
| | | | | Total: | $7.00 |
| | | | Total Charges For Reference Cecquier | | $7.00 |

| Reference | Cerqueria | | | | |
|---|---|---|---|---|---|
| Ship Date: 12/26/06 | From: | To: | Service: Bike Standard | Base: | $7.00 |
| Order No: 186116 | Fitzhugh Parker & Alvaro | Birnbaum & Godkin | Pieces: 1 | | |
| Caller: brian | 155 Federal Street 17th | 280 Summer Street | 1 Envelope | | |
| COD: | Boston MA | Boston MA | | | |
| Reference: Cerqueria | | | | | |
| | | | | Total: | $7.00 |
| | | | Total Charges For Reference Cerqueria | | $7.00 |

| Reference | Cerquier | | | | |
|---|---|---|---|---|---|
| Ship Date: 12/28/06 | From: | To: | Service: Bike Standard | Base: | $7.00 |
| Order No: 186462 | Fitzhugh Parker & Alvaro | US District Court | Pieces: 1 | | |
| Caller: Antonio | 155 Federal Street 17th | 1 Courthouse Way | 1 Envelope | | |
| COD: | Boston MA | Boston MA | | | |
| Reference: Cerquier | | | | | |
| | | | | Total: | $7.00 |
| | | | Total Charges For Reference Cerquier | | $7.00 |

| Reference | Cerquiera | | | | |
|---|---|---|---|---|---|
| Ship Date: 12/29/06 | From: | To: | Service: Bike Standard | Base: | $7.00 |
| Order No: 186783 | US District Court | Fitzhugh Parker & Alvaro | Pieces: 1 | | |
| Caller: Linda | 1 Courthouse Way | 155 Federal Street 17th | 1 Envelope | | |
| COD: | Boston MA | Boston MA | | | |
| Reference: Cerquiera | | | | | |
| | | | | Total: | $7.00 |
| | | | Total Charges For Reference Cerquiera | | $7.00 |

| Reference | ✓ cerquelr | | | | | |
|---|---|---|---|---|---|---|
| Ship Date: 3/4/05 | From: | To: | Service: | Bike Rush | Base: | $11.00 |
| Order No: 17024 | Fitzhugh Parker & Alvaro | MCAD | Pcs: | 1 | Pcs: | $0.00 |
| Caller:    cliff | 155 Federal Street 17th | 1 Ashburton Place | Wt: | 0.00 Lbs | Wt: | $0.00 |
| Dept: | Boston MA | Boston MA | | | | |
| Reference: cerquelr | | | Delivered: | Mar 4 2005 4:25PM | | |
| | | | POD: | | | |
| | | | | | Total: | $11.00 |

| | | | | | Total Charges For Reference - cerquelr | $11.00 |
|---|---|---|---|---|---|---|

Breakaway Boston
59 Temple Place, Unit 558
Boston, MA 02111
(617) 426-7575


**BREAKAWAY**
COURIER SYSTEMS

Invoice Number:           3036
Account Code:    FITZHUGHMI
Invoice Date:            2/28/05

ENTERED APR 2 9 2005

Fitzhugh Parker & Alvaro
Attn: Accounts Payable
155 Federal Street, Unit 17th
Boston, MA
02110

PAYABLE UPON RECEIPT

**Invoice Summary**

Total Shipments:         15
Base Charges:       $444.50

Net Charges:        $444.50

Total Due:          $444.50    USD

Comments:

PAID
CHECK # 3944
DATE 5/4/05

**Aging Summary**

| Total | <=15 | 16 - 30 | 31 - 45 | 46++ |
|-------|------|---------|---------|------|

**Reference**        **Cerquiera**

| Ship Date: 2/18/05 | From: | To: | Service: | Bike Direct Rush | Base: | $16.00 |
|---|---|---|---|---|---|---|
| Order No: 13272 | Fitzhugh Parker & Alvaro | MCAD | Pcs: | 1 | Pcs: | $0.00 |
| Caller:   Dianne | 155 Federal Street 17th | 1 Ashburton Place | Wt: | 0.00 Lbs | Wt: | $0.00 |
| Dept: | Boston MA | Boston MA | Delivered: | Feb 18 2005  4:23PM | | |
| Reference: Cerquiera | | | POD: | | | |
| | | | | | Total: | $16.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Total Charges For Reference Cerquiera | Net: | $16.00 | $0.00 | Total: | $16.00 |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-632-14477 | Jan 15, 2007 | 1194-7892-8 | 4 of 5 |

lbs.

**Picked up:** Jan 05, 2007     **Cust. Ref.:** CERQUEIRA     **Ref. #2:**
**Payor:** Shipper     **Ref. #3:**
  Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
  Distance Based Pricing, Zone 2
  FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
  Package Delivered to Recipient Address - Release Authorized

| USAB | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 858583246108 | FITZHUGH, PARKER & ALVARO | JOHN EHLERS | |
| Service Type | FedEx Priority Overnight | 155 FEDERAL ST STE 1700 | AMERICAN AIRLINES | |
| Package Type | FedEx Box | BOSTON MA 02110-1739 US | 81 FARMER CLIFF RD | |
| Zone | 02 | | CONCORD MA 01742 US | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 22.00 |
| Delivered | Jan 06, 2007  11:31 | Discount | | -1.10 |
| Svc Area | A2 | Saturday Delivery | | 12.50 |
| Signed By | 9999999999999 | Residential Delivery | | 2.20 |
| FedEx Use | 000514618/0001486/02 | Fuel Surcharge | | 3.38 |
| | | **Total Charge** | **USD** | **$38.98** |

**Dropped off:** Jan 05, 2007     **Cust. Ref.:** CERQUEIRA     **Ref. #2:**
**Payor:** Shipper     **Ref. #3:**
  Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
  Distance Based Pricing, Zone 2
  FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
  Package Delivered to Recipient Address - Release Authorized

| USAB | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 858583246119 | MAF | MS LOIS SARGENT | |
| Service Type | FedEx Priority Overnight | FITZHUGH, PARKER & ALVARO | AMERICAN AIRLINES INC | |
| Package Type | FedEx Box | 155 FEDERAL ST STE 1700 | 100 WASHINGTON APT 64 | |
| Zone | 02 | BOSTON MA 02110-1739 US | SALEM MA 01970 US | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | 22.50 |
| Delivered | Jan 06, 2007  10:30 | Saturday Delivery | | 12.50 |
| Svc Area | A1 | Discount | | -1.13 |
| Signed By | 9999999999999 | Fuel Surcharge | | 3.43 |
| FedEx Use | 000514620/0001486/02 | Residential Delivery | | 2.20 |
| | | **Total Charge** | **USD** | **$39.50** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-632-14477 | Jan 15, 2007 | 1194-7892-8 | 5 of 5 |

**Picked up:** Jan 05, 2007        **Cust. Ref.:** CERGUEIRA        **Ref. #2:**
**Payor:** Shipper        **Ref. #3:**
   Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
   Distance Based Pricing, Zone 2
   FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
   Package Delivered to Recipient Address - Release Authorized
   The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 858583246120 | FITZHUGH, PARKER & ALVARO | MS SALLY WALLING | |
| Service Type | FedEx Priority Overnight | 155 FEDERAL ST STE 1700 | - | |
| Package Type | FedEx Pak | BOSTON MA 02110-1739 US | 23 CUSACK RD 9 | |
| Zone | 02 | | HAMPTON NH 03842 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 17.40 |
| Delivered | Jan 06, 2007  11:01 | Fuel Surcharge | | 2.97 |
| Svc Area | AA | Discount | | -0.87 |
| Signed By | 9999999999999 | Saturday Delivery | | 12.50 |
| FedEx Use | 000514618/0001486/02 | Residential Delivery | | 2.20 |
| | | Total Charge | USD | $34.20 |

| | | | |
|---|---|---|---|
| | **Shipper  Subtotal** | **USD** | **$203.07** |
| | **Total  FedEx  Express** | **USD** | **$203.07** |





| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-10512 | Oct 16, 2006 | 1194-7892-8 | 4 of 4 |

|  | USD | $19.81 |
|---|---|---|

Picked up: Oct 10, 2006
Payor: Shipper
Cust. Ref.: CERQUEIR A
Ref. #3:
Ref. #2:

Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
Distance Based Pricing, Zone 8
Package sent from: 89502 zip code

FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

USAB
| | | | |
|---|---|---|---|
| Tracking ID | 854613509032 | Sender | Recipient |
| Service Type | FedEx Express Saver | AMY CROWLEY | AMY C MARIANI |
| Package Type | Customer Packaging | FITZHUGH, PARKER & ALVARO | FITZHUGH PARKER & ALVARO LLP |
| Zone | 08 | 155 FEDERAL ST STE 1700 | 155 FEDERAL ST STE 1700 |
| Packages | 1 | BOSTON MA 02110-1739 US | BOSTON MA 02110 US |
| Rated Weight | 18.0 lbs, 8.2 kgs | | |
| Delivered | Oct 12, 2006  11:41 | Transportation Charge | 43.20 |
| Svc Area | A1 | Discount | -2.16 |
| Signed By | L.BOTTIE | Courier Pickup Charge | 4.00 |
| FedEx Use | 028319138/0007179/_ | Fuel Surcharge | 6.77 |
| | | Total Charge | |
| | | USD | $51.81 |

| | Shipper  Subtotal | USD | $103.82 |
|---|---|---|---|
| | Total  FedEx  Express | USD | $103.82 |

11



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-455-06593 | Oct 09, 2006 | 1194-7892-8 | 4 of 4 |

Picked up: Oct 03, 2006          Cust. Ref.: CERQUEIR          Ref. #2:
Payor: Shipper          Ref. #3:
  Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
  Distance Based Pricing, Zone 8
  FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 854613509021 | AMY CROWLEY | CANDY FOR AMY MARIANI DEPOSITI | |
| Service Type | FedEx 2Day | FITZHUGH, PARKER & ALVARO | DIGITAL COURT REPORTING | |
| Package Type | Customer Packaging | 155 FEDERAL ST STE 1700 | 1111 FOREST STREET | |
| Zone | 08 | BOSTON MA 02110-1739 US | RENO NV 89509 US | |
| Packages | 1 | | | |
| Rated Weight | 17.0 lbs, 7.7 kgs | Transportation Charge | | 49.50 |
| Delivered | Oct 05, 2006  12:35 | Fuel Surcharge | | 7.76 |
| Svc Area | A2 | Courier Pickup Charge | | 4.00 |
| Signed By | .CANDY | Discount | | -2.48 |
| FedEx Use | 027622282/0006112/_ | **Total Charge** | USD | **$58.78** |

|  |  |  |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$90.24** |
| **Total FedEx Express** | **USD** | **$90.24** |

11

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-442-19003 | Oct 02, 2006 | 1194-7892-8 | 4 of 5 |

**/Ex Express Shipment Detail By Payor Type (Original)**

pped off: Sep 22, 2006      Cust. Ref.: CENQUEIRA      Ref. #2:
ayor: Shipper      Ref. #3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
Distance Based Pricing, Zone 7
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized
The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| USAB | | AMY CROWLEY | JOHN BEADSLEY | |
| Tracking ID | 854613508974 | FITZHUGH, PARKER & ALVARO | 8 DUNLIN MEADOW DR | |
| Service Type | FedEx Priority Overnight | 155 FEDERAL ST STE 1700 | SPRING TX 77381 US | |
| Package Type | Customer Packaging | BOSTON MA 02110-1739 US | | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 39.50 |
| Delivered | Sep 23, 2006  11:11 | Fuel Surcharge | | 6.38 |
| Svc Area | A2 | Residential Delivery | | 2.10 |
| Signed By | 999999999 | Saturday Delivery | | 12.50 |
| FedEx Use | 026515247/0001596/02 | Discount | | -1.98 |
| | | **Total Charge** | USD | **$58.50** |

FX.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-426-54415 | Apr 03, 2006 | 1194-7892-8 | 4 of 5 |

FedEx Use    008216492/0006112/_    Tot...ge

Dropped off: Mar 23, 2006    Cust. Ref.: CERGUEIR    Ref. #2:
Payor: Shipper    Ref. #3:
  Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
  Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
  Distance Based Pricing, Zone 2
  1st attempt Mar 24, 2006 at 10:09 AM.
  Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| USAB | | AMY CROWLEY | LUIS SARGENT | |
| Tracking ID | 854613508139 | FITZHUGH, PARKER & ALVARO | - | |
| Service Type | FedEx Priority Overnight | 155 FEDERAL ST STE 1700 | 100 WASHINGTON ST NUMBER 16 | |
| Package Type | FedEx Envelope | BOSTON MA 02110-1739 US | SALEM MA 01970 US | |
| Zone | 2 | | | |
| Packages | 1 | | | 13.70 |
| Rated Weight | N/A | Transportation Charge | | 1.58 |
| Delivered | Mar 27, 2006  10:48 | Fuel Surcharge | | 2.10 |
| Svc Area | A1 | Residential Delivery | | -1.10 |
| Signed By | 9999999999999 | Discount | USD | $16.28 |
| FedEx Use | 008216492/0000186/02 | Total Charge | | |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-413-84985 | Mar 27, 2006 | 1194-7892-8 | 4 of 7 |

**Picked up:** Mar 20, 2006            **Cust. Ref.:** CERGAUCAR            **Ref. #2:**
**Payor:** Shipper                          **Ref. #3:**                                    *CERGUEIR*
Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
Distance Based Pricing, Zone 2
1st attempt Mar 21, 2006 at 10:53 AM.
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Original address - 100 WASHINGTON ST/,01970

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 854613508014 | AMY CROWLEY | LOIS SARGENT | |
| Service Type | FedEx Standard Overnight | FITZHUGH, PARKER & ALVARO | 100 WASHINGTON ST STE 53 | |
| Package Type | FedEx Pak | 155 FEDERAL ST STE 1700 | SALEM MA 01970 US | |
| Zone | 2 | BOSTON MA 02110-1739 US | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 15.15 |
| Delivered | Mar 21, 2006 10:54 | Discount | | -0.76 |
| Svc Area | A1 | Residential Delivery | | 2.10 |
| Signed By | L.SARENT | Address Correction | | 10.00 |
| FedEx Use | 007913998/0001283/_ | Courier Pickup Charge | | 4.00 |
| | | Fuel Surcharge | | 1.80 |
| | | **Total Charge** | **USD** | **$32.29** |

**Picked up:** Mar 20, 2006            **Cust. Ref.:** CERGNIEN            **Ref. #2:**
**Payor:** Shipper                          **Ref. #3:**                                    *Cerqueir*
Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
Distance Based Pricing, Zone 2
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 854613508025 | AMY CROWLEY | SALLY WALLING | |
| Service Type | FedEx Standard Overnight | FITZHUGH, PARKER & ALVARO | - | |
| Package Type | FedEx Pak | 155 FEDERAL ST STE 1700 | 23 CUSACK RD 9 | |
| Zone | 2 | BOSTON MA 02110-1739 US | HAMPTON NH 03842 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 15.15 |
| Delivered | Mar 21, 2006 11:13 | Residential Delivery | | 2.10 |
| Svc Area | AA | Discount | | -0.76 |
| Signed By | 9999999999999 | Fuel Surcharge | | 1.80 |
| FedEx Use | 007913998/0001283/02 | Courier Pickup Charge | | 4.00 |
| | | **Total Charge** | **USD** | **$22.29** |

**FedEx.**

| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 3-413-84985 | Mar 27, 2006 | 1194-7892-8 | 5 of 7 |

**Picked up:** Mar 20, 2006  Cust. Ref.: CENN  Ref. #2:
**Payor:** Shipper  Ref. #3:  *CERQUEIR*

Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
Distance Based Pricing, Zone 2
1st attempt Mar 21, 2006 at 10:12 AM.
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 854613508036 | AMY CROWLEY | NICOLE TRAER | |
| Service Type | FedEx Standard Overnight | FITZHUGH, PARKER & ALVARO | AMERICAN AIRLINES INC | |
| Package Type | FedEx Pak | 155 FEDERAL ST STE 1700 | LOGAN AIPORT TERMINAL B | |
| Zone | 2 | BOSTON MA 02110-1739 US | BOSTON MA 02128 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 15.15 |
| Delivered | Mar 21, 2006  11:38 | Fuel Surcharge | | 1.80 |
| Svc Area | A1 | Courier Pickup Charge | | 4.00 |
| Signed By | L.BROWN | Discount | | -0.76 |
| FedEx Use | 007913998/0001283/_ | **Total Charge** | USD | **$20.19** |

**Picked up:** Mar 20, 2006  Cust. Ref.: CER A  Ref. #2:
**Payor:** Shipper  Ref. #3:  *CERQUEIR*

Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
Distance Based Pricing, Zone 2
1st attempt Mar 21, 2006 at 10:12 AM.
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 854613508047 | AMY CROWLEY | YNES FLORES | |
| Service Type | FedEx Standard Overnight | FITZHUGH, PARKER & ALVARO | AMERICAN AIRLINES INC | |
| Package Type | FedEx Pak | 155 FEDERAL ST STE 1700 | LOGAN AIRPORT TERMINAL B | |
| Zone | 2 | BOSTON MA 02110-1739 US | BOSTON MA 02128 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 14.00 |
| Delivered | Mar 21, 2006  11:38 | Discount | | -0.70 |
| Svc Area | A1 | Fuel Surcharge | | 1.66 |
| Signed By | L.BROWN | Courier Pickup Charge | | 4.00 |
| FedEx Use | 007913998/0001283/_ | **Total Charge** | USD | **$18.96** |

**Picked up:** Mar 20, 2006  Cust. Ref.: CERQ  Ref. #2:
**Payor:** Shipper  Ref. #3:  *CERQUEIR*

Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
Distance Based Pricing, Zone 2
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 854613508058 | AMY CROWLEY | JOHN EHLERS | |
| Service Type | FedEx Standard Overnight | FITZHUGH, PARKER & ALVARO | - | |
| Package Type | FedEx Pak | 155 FEDERAL ST STE 1700 | 81 FARMER CLIFF RD | |
| Zone | 2 | BOSTON MA 02110-1739 US | CONCORD MA 01742 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 15.15 |
| Delivered | Mar 21, 2006  12:12 | Courier Pickup Charge | | 4.00 |
| Svc Area | A2 | Fuel Surcharge | | 1.80 |
| Signed By | 9999999999999 | Residential Delivery | | 2.10 |
| FedEx Use | 007913998/0001283/02 | Discount | | -0.76 |
| | | **Total Charge** | USD | **$22.29** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-413-84985 | Mar 27, 2006 | 1194-7892-8 | 6 of 7 |

Picked up: Mar 20, 2006          Cust. Ref: CERQUE          Ref. #2

Payor: Shipper          Ref. #3          *CR CQUIEL*

Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.

Distance Based Pricing, Zone 6

FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | Sender | Recipient | |
|---|---|---|---|---|
| USAB | | AMY CROWLEY | AMY MILENKOKICH | |
| Tracking ID | 854613508069 | FITZHUGH, PARKER & ALVARO | AMERICAN AIRLINES INC | |
| Service Type | FedEx Standard Overnight | 155 FEDERAL ST STE 1700 | 867 CLEVELAND AVE 0-10 | |
| Package Type | FedEx Pak | BOSTON MA 02110-1739 US | HIGHLAND PARK MN 55116 US | |
| Zone | 6 | | | 30.40 |
| Packages | 1 | Transportation Charge | | -1.52 |
| Rated Weight | 2.0 lbs, 0.9 kgs | Discount | | 2.10 |
| Delivered | Mar 21, 2006  12:34 | Residential Delivery | | 4.00 |
| Svc Area | A1 | Courier Pickup Charge | | 3.61 |
| Signed By | R.MILENKOVICH | Fuel Surcharge | USD | $38.59 |
| FedEx Use | 007913998/0001371/_ | Total Charge | | |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-596-88882 | Dec 25, 2006 | 1194-7892-8 | 4 of 7 |

**Picked up:** Dec 18, 2006
**Payor:** Shipper

**Cust. Ref.:** CERQUEIS     CERQUIECA
**Ref. #3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
Distance Based Pricing, Zone 7
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Original address - PO BOX 619616 MAIL DROP 5675/,75261

| USAB | | | | |
|---|---|---|---|---|
| Tracking ID | 854613509330 | **Sender** | **Recipient** | |
| Service Type | FedEx 2Day | AMY CROWLEY | ALEC BRAMLETT ESQ | |
| Package Type | FedEx Box | FITZHUGH, PARKER & ALVARO | AMERICAN AIRLINES | |
| Zone | 07 | 155 FEDERAL ST STE 1700 | PO BOX 619616 MAIL DROP 5675 | |
| Packages | 1 | BOSTON MA 02110-1739 US | FORT WORTH TX 76155 US | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 18.40 |
| Delivered | Dec 20, 2006  14:33 | Discount | | -0.92 |
| Svc Area | A1 | Courier Pickup Charge | | 4.00 |
| Signed By | R.MURRELL | Fuel Surcharge | | 2.01 |
| FedEx Use | 035221196/0006090/_ | Address Correction | | 10.00 |
| | | **Total Charge** | **USD** | **$33.49** |

| | | |
|---|---|---|
| **Invoice Number** | **Invoice Date** | **Account Number** | Page |
| 8-596-88882 | Dec 25, 2006 | 1194-7892-6 | 5 of 7 |

Picked up: Dec 18, 2006
Payor: Shipper

Cust. Ref.: CERQUEIS
Ref. #2:
Ref. #3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
Distance Based Pricing, Zone 7
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Original address - PO BOX 619616 MAIL DROP 5675/,75261

| | | | |
|---|---|---|---|
| USAB | | **Sender** | **Recipient** |
| Tracking ID | 854613509341 | AMY CROWLEY | ALEC BRAMLETT |
| Service Type | FedEx 2Day | FITZHUGH, PARKER & ALVARO | AMERICAN AIRLINES |
| Package Type | FedEx Box | 155 FEDERAL ST STE 1700 | PO BOX 619616 MAIL DROP 5675 |
| Zone | 07 | BOSTON MA 02110-1739 US | FORT WORTH TX 76155 US |
| Packages | 1 | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | Transportation Charge | 33.25 |
| Delivered | Dec 20, 2006  14:33 | Discount | -1.66 |
| Svc Area | A1 | Address Correction | 10.00 |
| Signed By | R.MURRELL | Fuel Surcharge | 3.63 |
| FedEx Use | 035221196/0006090/_ | Courier Pickup Charge | 4.00 |
| | | **Total Charge**    USD | **$49.22** |