UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
JOHN D. CERQUEIRA,                                  )
                                                    )
          Plaintiff,                                )
                                                    )
          v.                                        )
                                                    )        CIVIL ACTION NO.: 05-11652 WGY
AMERICAN AIRLINES, INC.,                            )
                                                    )
          Defendant.                                )
_____)


### DEFENDANT, AMERICAN AIRLINES, INC.'S SUBMISSION OF BILL OF COSTS

Defendant, American Airlines, Inc. ("American"), respectfully submits its Bill of Costs in accordance with 28 U.S.C. §1920 pursuant to Fed. R. Civ. P. 54, the Judgment of this Court and the Certified Mandate of the Court of Appeals, dated March 14, 2008. The costs amount to $15,015.59 (Fifteen thousand fifteen dollars and fifty nine cents). In further support of American's Bill of Costs, American states as follows:


I.    **Fees of the Clerk**

*Pro Hac Vice* admission fee of $50.00 for T. Alec Bramlett, Esq., American's staff counsel, was reasonable and necessary for the defense of the case. Check Request, dated December 28, 2005 is attached as Exhibit A. Attorney Bramlett participated in all phases of the litigation, including strategy during discovery and at trial. Attorney Bramlett also participated during oral argument of motions thereby requiring his admission to practice before the Court.

II.    <u>Fees for Summons and Subpoenas</u>

The following fees were incurred for the issuance of trial subpoenas.  Invoices are attached as Exhibit B.  The total cost for subpoenas is $172.48.

1.    Trooper Daniel Sullivan in the amount of $86.24.  Invoice, dated January 2, 2007, from Suffolk County Sheriff's Department.  Trooper Sullivan testified at trial and his testimony was reasonable and necessary with respect to the facts surrounding the subject incident.

2.    Trooper David Crowther in the amount of $86.24.  Invoice, dated January 2, 2007, from Suffolk County Sheriff's Department.  Trooper Crowther did not testify at trial but it was reasonable and necessary to issue a subpoena in the event that his testimony was needed after Trooper Sullivan had testified in order to address factual issues.

III.    <u>Fees for Court Reporter Services – Deposition And Trial Transcripts</u>

In accordance with 28 U.S.C. 1920(2), fees of the court reporter for all or any part of a "stenographic transcript necessarily obtained for use in the case" are taxable.  Invoices for Deposition Transcripts are attached at Exhibit C.  Invoices for Trial Transcripts are attached at Exhibit D.  The total cost for court reporter services is $5,425.76.  The following fees were incurred for court reporter services.

1.    <u>Sally Walling</u>:  $238.50.[1]  Invoice, dated April 10, 2006, from Doris O. Wong Associates, Inc.  Ms. Walling testified at trial and her deposition testimony was reasonable and necessary for purposes of preparing for trial.

---

[1]    The charges for the Walling, Sargent and Milenkovic transcripts were all on one Invoice.  The $8.55 charge for Handling and Delivery was applied to the Walling transcript.

2.    <u>Lois Sargent</u>: $187.60. Invoice, dated April 10, 2006, from Doris O. Wong Associates, Inc. Ms. Sargent testified at trial and her deposition testimony was reasonable and necessary for purposes of preparing for trial.

3.    <u>Amy Milenkovic</u>: $151.60. Invoice, dated April 10, 2006, from Doris O. Wong Associates, Inc. Ms. Milenkovic testified at trial and her deposition testimony was reasonable and necessary for purposes of preparing for trial.

3.    <u>Donald Ball</u>: $191.35.[2] Invoice, dated April 25, 2006, from Doris O. Wong Associates, Inc. Mr. Ball testified at trial and his deposition testimony was reasonable and necessary for purposes of preparing for trial.

4.    <u>Ynes Flores</u>: $142.00. Invoice, dated April 25, 2006, from Doris O. Wong Associates, Inc. Ms. Flores testified at trial and her deposition testimony was reasonable and necessary for purposes of preparing for trial.

5.    <u>Nicole Traer</u>: $185.20. Invoice, dated April 25, 2006, from Doris O. Wong Associates, Inc. Ms. Traer testified at trial and her deposition testimony was reasonable and necessary for purposes of preparing for trial.

6.    <u>John Ehlers</u>: $326.75. Invoice, dated May 9, 2006, from Doris O. Wong Associates, Inc. Captain Ehlers testified at trial and his deposition transcript was reasonable and necessary for purposes of preparing for trial.

7.    <u>Craig Marquis</u>: $141.73. Invoice, dated June 26, 2006, from Collins Realtime Reporting. Mr. Marquis testified at trial and his deposition transcript was reasonable and necessary for purposes of preparing for trial.

---

[2] The charges for the Ball, Flores and Traer transcripts were all on one Invoice. Therefore, the charges for the Min U-scripts and E-transcripts were divided amongst the 3 depositions. The charge for Handling and Delivery was applied to the Ball deposition.

8.     <u>Douglas Laird</u>: $1,978.90.  Invoice, dated November 6, 2006, from Court Reporter's Clearinghouse, Inc.  Mr. Laird was identified by plaintiff as an expert witness who was expected to testify at trial on the issue of airline security and proper security procedures.  It was necessary to depose Mr. Laird in order to fully and properly defend the case in the event he testified at trial.  This expense was reasonable and necessary.

9.     <u>John Cerqueira</u>: $739.20.  Invoice, dated April 13, 2006, from Madden Reporting Service.  Mr. Cerqueira testified at trial and his deposition transcript was reasonable and necessary for purposes of preparing for trial.

10.    <u>Dr. Barry Blumenthal</u>:  $204.40.  Invoice, dated August 8, 2006, from Everman & Everman.  Dr. Blumenthal's video-taped deposition testimony was introduced at trial.  Therefore, it was reasonable and necessary to obtain a copy of the transcript to prepare for trial including for the purposes of submitting objections and for further evaluation.

11.     <u>Dr. Richard Faulk</u>:  $197.65.  Invoice, dated August 8, 2006, from Everman & Everman.  Dr. Faulk's video-taped deposition testimony was introduced at trial.  Therefore, it was reasonable and necessary to obtain a copy of the transcript to prepare for trial including for the purposes of submitting objections and for further evaluation.

12.    <u>Trial Transcript, Trial Days 1, 4, 5 and 6</u>:  $740.88.  Copy of Trial Day 1 was reasonable and necessary for defendant to assess Court orders and opening arguments to enable American to fully defend the claims.  Copy of Trial Days 4 - 6 were reasonable and necessary for American to prepare post-trial motions.

IV.     **Fees for Witnesses**

In addition to the statutorily allowable daily fee of $40.00 for each witness who testified at trial, the expenses of the American employees who testified at trial are recoverable as taxable costs under 28 U.S.C. §1920(3) and §1821(c) and (d).  While the expenses of witnesses who are parties to the litigation normally are not taxable, the expenses of employees of a party who have no personal interest in the litigation other than a natural concern for their corporate employer may be taxable if they are testifying on behalf of the corporation they represent, and that corporation is a party to the lawsuit.  *See* 10 *Wright & Miller*, §2678, at 376; *Green Const. Co. v. Kansas Power & Light Co.*, 153 F.R.D. 670, 679 (D.Kan. 1994).  The total cost for witness fees and expenses is $1,061.91.

The following taxable expenses were incurred by American.[3]

1.     <u>Craig Marquis</u>: $741.91.  Mr. Marquis was present at trial the day he testified and met with counsel the day prior to testifying for trial preparation.  His travel, lodging and meals incurred were reasonable and necessary.  The Monthly Expense Report depicting these expenses together with the invoices is attached as Exhibit E.

| | |
|---|---|
| Lodging/Meals/Transportation (1/7/07 – 1/9/07): | $701.91[4] |
| Trial Attendance: | $40.00 |
| Total: | $741.91 |

2.     <u>Donald Ball</u>:  $40.00.  Mr. Ball testified at trial 1day.

3      <u>Sally Walling</u>: $40.00.  Ms. Walling testified at trial 1 day.

4.     <u>Lois Sargent</u>:  $40.00.  Ms. Sargent testified at trial 1 day.

5.     <u>Amy Milenkovic</u>:  $40.00.  Ms. Milenkovic testified at trial 1 day.

---

[3]  It must be noted that no airline travel expenses are being sought by American despite the costs associated with the employees' travel on American flights.

[4]  This amount reflects the $727.89 on the Monthly Expense Report less $13.99 and $11.99 for personal charges at the hotel.

6.    <u>Nicole Traer</u>:  $40.00.  Ms. Traer testified at trial 1 day.

7.    <u>Ynes Flores</u>:  $40.00.  Ms. Walling testified at trial 1 day.

8.    <u>John Ehlers</u>:  $80.00.  Mr. Ehlers testified at trial 2 days.


**V.    <u>Fees for Exemplification and Copies</u>**

In accordance with 28 U.S.C. 1920(4), fees for "exemplification and copies of papers necessarily obtained for use in the case" are taxable.  Invoices are attached as Exhibit F.  The cost incurred for exemplification and copying is $8,305.44.5  The following are being submitted as the reasonable and necessary charges:

-    02/23/06:    $84.15 – Merrill Communications LLC. (Invoice No. 493724) Duplication of Discovery Documents Produced by the Plaintiff.

-    03/31/06:    $105.00 – Merrill Communications LLC. (Invoice No. 508843) Video Media Duplication.

-    05/30/06:    $200.11 – Merrill Communications LLC. (Invoice No. 530534) Duplication of Witness Notebooks for Deposition.

-    11/28/06:    $78.75 – Merrill Communications LLC. (Invoice No. 590089) Exhibit Enlargement and Mount for Trial.

-    12/19/06:    $78.75 – Merrill Communications LLC. (Invoice No. 597559) Exhibit Enlargement and Mount for Trial.

-    12/29/06:    $81.63 – Merrill Communications LLC. (Invoice No. 602032) Creation of CD Master Media for Trial.

-    01/11/07:    $22.05 – Merrill Communications LLC. (Invoice No. 603981) Creation of Color Blowbacks for Trial

-    01/02/07:    $325.00 – David Menard Design (Invoice No. 437) Preparation of exhibit depicting terminal where subject incident occurred.  Services required to enlarge and enhance image to assist Court, jury and witnesses.

---

5 The cost for copies made in-house is not being sought.

-     1/11/07:    $7,330.00- New England Trial Services (Invoice No. 03078) Trial presentation services at USDC, including equipment rental.

**VI.**    **Total Expenses Incurred by American As Taxable Costs**

The totals for the items set forth in the above in Sections I – V, are respectively as follows:

| | | |
|---|---|---|
| **I.** | **Fees of the Clerk**: | $50.00 |
| **II.** | **Fees for Summons and Subpoenas:** | $172.48 |
| **III.** | **Fees for Deposition And Trial Transcripts:** | $5,425.76 |
| **IV.** | **Fees for Witnesses:** | $1,061.91 |
| **V.** | **Fees for Exemplification and Copies** | $8,305.44 |

**TOTAL TAXABLE COSTS DUE TO American:**    $15,015.59

**AMERICAN AIRLINES, INC.**
By Its Attorneys,

*/s/ Michael A. Fitzhugh*
Michael A. Fitzhugh, Esq.
BBO #169700
**FITZHUGH & MARIANI LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

Dated:  April 15, 2008

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2008.

*/s/ Michael A. Fitzhugh*
Michael A. Fitzhugh

Fitzhugh, Parker & Alvaro LLP
Run: 12/28/2006 12:02:37 PM

Page 1
File: UReq

# Unposted Check Request
Restricted to tagged items for ADMN

| Vendor | Acct. Code | Offset Acct. | Inv. Code | Inv. No. | Inv. Amt. | Amount | Client | Inv. Date | Due Date | Check No. | Req. Atty. | Expense | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MISC - Clerk, U.S. District Court<br>John Joseph Moakley<br>United States Courthouse<br>1 Courthouse Way-Suite 2300<br>Boston, MA 02110 | 0 | | DA3022 | OPER-MPM | 50.00 | 50.00 AA | | Matter 12/28/06 | Due Date 12/28/06 | | Check No. | Expense | Pro Hac Vice Admission F |
| | | 127000 | | | | | | CERQUEIR | | E112 | MAF | | |

Report Total                                                    50.00

Report Spec:
Restricted to tagged items for ADMN

*Paid*
*# 8578*
*12/28/06.*

# Payment Due Upon Receipt

Writ: Subpoena

Please send a copy of this invoice with your remittance

Invoice #:    06034772
Invoice Date: 01/02/200,

Carqueira, John D.
vs.
American Airlines, Inc

Serve:        Trooper Daniel  E. Sullivan
              MA State Police Dept
              Logan International Airport
              Troop F
Served by Deputy Sheriff: Thomas F.  Lee 63

Service Date:  12/29/2006    Time:  8:30AM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Basic Service Fee (IH) | 30.00 |
| Conveyance | 5.12 |
| Travel | 5.12 |
| Postage and Handling | 1.00 |
| Attest/Copies | 5.00 |
| Witness Fee | 40.00 |
| **Total Charges** | 86.24 |

| Payment Date | Check Number | Payment Type | Amount |
|---|---|---|---|

**PAID**

**Payment Total**

Amount Due:  $ 86.24

Check # _____ 8905

Date _____ ENTERED DEC 2007

---

**SUFFOLK COUNTY SHERIFF'S DEPARTMENT** • CIVIL PROCESS DIVISION  • (617) 961-6999
Boston  • Allston • Brighton • Charlestown • Chelsea  • Dorchester • East Boston • Hyde Park
Jamaica Plain  •  Mattapan  •  Readville  •  Revere  •  Roslindale  •  Roxbury • South Boston  •  West Roxbury •  Winthrop

**Payment Due Upon Receipt**

Please send a copy of this invoice with your remittance

Carqueira, John D.
vs.
American Airlines, Inc

*OK to pay mpm*

Invoice #:     06034771
Invoice Date: 01/02/2007

Serve:        Trooper David Crowther
              MA State Police Dept
              Logan International Airport
              Troop F
Served by Deputy Sheriff: Thomas F. Lee 63
Service Date: 12/29/2006   Time: 8:30AM
Method of Service: In Hand

PAID

| Charge | Amount |
|---|---|
| Basic Service Fee (IH) | 30.00 |
| Conveyance | 5.12 |
| Travel | 5.12 |
| Postage and Handling | 1.00 |
| Attest/Copies | 5.00 |
| Witness Fee | 40.00 |
| **Total Charges** | **86.24** |

| Payment Date | Check Number  8905  Payment Type | Amount |
|---|---|---|
| | Check # | |
| Payment Total | Date  3/1/07  (AC) | |

Amount Due:  $ 86.24

ENTERED FEB 0 2 2007

---

**SUFFOLK COUNTY SHERIFF'S DEPARTMENT • CIVIL PROCESS DIVISION • (617) 961-6999**
*Boston • Allston • Brighton • Charlestown • Chelsea • Dorchester • East Boston • Hyde Park*
*Jamaica Plain • Mattapan • Readville • Revere • Roslindale • Roxbury • South Boston • West Roxbury • Winthrop*

**INVOICE**

Doris O.
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

FIT203
ATT: AMY CASHORE MARIANI, ESQ.
FITZHUGH, PARKER & ALVARO
155 FEDERAL STREET
17TH FLOOR
BOSTON          MA 02110

CERQUEIRA V AMERICAN AIRLINES, INC.

FILE #:

FIT203

FITZHUGH, PARKER &

Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

| JOB NUMBER | CASE NUMBER | | | | INVOICE NO. | INVOICE DATE | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3ERQ02 | 05-11652-WGY | | | | 00075226 | 04/10/06 | | | | 00075226 |

| | | | | | | | | | | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 04/10/06 |

| ACTIVITY DESCRIPTION | DATE | TERMS | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ONE TRANSCRIPT | 03/28/06 | 04/30 | JMWE | | 63 | 2.40 | 151.20 |
| SALLY WALLING | | | | | | | |
| MIN-U-SCRIPT W/ WORD INDEX | 03/28/06 | | JMWE | | 1 | 30.00 | 30.00 |
| SALLY WALLING | | | | | | | |
| E-TRANSCRIPT | 03/28/06 | | JMWE | | 1 | 40.00 | 40.00 |
| SALLY WALLING | | | | | | | |
| XEROXING OF EXHIBITS | 03/28/06 | | JMWE | | 35 | .25 | 8.75 |
| ONE TRANSCRIPT | 03/28/06 | | JMWE | | 49 | 2.40 | 117.60 |
| LOIS SARGENT | | | | | | | |
| MIN-U-SCRIPT W/ WORD INDEX | 03/28/06 | | JMWE | | 1 | 30.00 | 30.00 |
| LOIS SARGENT | | | | | | | |
| E-TRANSCRIPT | 03/28/06 | | JMWE | | 1 | 40.00 | 40.00 |
| LOIS SARGENT | | | | | | | |

PLEASE REMIT THIS
STUB WITH PAYMENT

( CONTINUED )

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

FIT2203
ATTT: AMY CASHORE MARIANI, ESQ.
FITZHUGH, PARKER & ALVARO
155 FEDERAL STREET
17TH FLOOR
BOSTON                    MA 02110

FILE #:

CERQUEIRA V AMERICAN AIRLINES, INC.

DUPLICATE INVOICE

| JOB NUMBER | CASE NUMBER | TERMS | REPORTER | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|
| CERQ02 | 05-11652-WGY | 0%/30 | 00075226 | 04/10/06 | |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| AMY MILENKOVIC | | | | | | |
| ONE TRANSCRIPT | 03/28/06 | JMWE | | 34 | 2.40 | 81.60 |
| AMY MILENKOVIC | | | | | | |
| MIN-U-SCRIPT W/ WORD INDEX | 03/28/06 | JMWE | | 1 | 30.00 | 30.00 |
| AMY MILENKOVIC | | | | | | |
| E-TRANSCRIPT | 03/28/06 | JMWE | | 1 | 40.00 | 40.00 |
| AMY MILENKOVIC | | | | | | |
| HANDLING AND DELIVERY | 03/28/06 | | | | | 8.55 |

SALES TAX    $: .00

INVOICE TOTAL    $: 577.70

PLEASE REMIT THIS
STUB WITH PAYMENT

FITZHUGH, PARKER &

| INVOICE DATE | INVOICE NO. |
|---|---|
| 04/10/06 | 00075226 |

FIT2203

*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

# Doris O. WONG Associates, Inc.
*Professional Court Reporters*

50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

CERQUEIRA V AMERICAN AIRLINES, INC.

FITZHUGH, PARKER &

| | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| | | 04/25/06 | 00075359 |

**DUPLICATE INVOICE**

FIT203
ATT: AMY CASHORE MARIANI, ESQ.
FITZHUGH, PARKER & ALVARO
155 FEDERAL STREET
17TH FLOOR
BOSTON                    MA 02110

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CER0202 | 05-11652-WGY | 04/30 | 00075359 | 04/25/06 | | | | |
| ONE TRANSCRIPT DONALD BALL | | | 04/12/06 | JWCK | | 67 | 2.20 | 112.20 |
| ONE TRANSCRIPT YNES FLORES | | | 04/12/06 | JWHE | | 30 | 2.40 | 72.00 |
| ONE TRANSCRIPT NICOLE TRAEU | | | 04/12/06 | JWHE | | 48 | 2.40 | 115.20 |
| WIN-U-SCRIPT W/ WORD INDEX BALL, FLORE AND TRAER | | | 04/12/06 | JWHE | | 3 | 30.00 | 90.00 |
| E-TRANSCRIPT BALL, FLORES AND TRAER | | | 04/12/06 | JWHE | | 3 | 60.00 | 120.00 |
| HANDLING AND DELIVERY | | | 04/12/06 | | | | | 8.55 |

INVOICE TOTAL $: 518.55
SALES TAX $: .00

PLEASE REMIT THIS
STUB WITH PAYMENT

*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

FIT203

FITZHUGH, PARKER &

| INVOICE DATE | INVOICE NO. |
|---|---|
| 04/25/06 | 00075359 |

$: 518.55

**Doris O. WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

# INVOICE

PAGE 1

Doris O. WONG Associates, Inc.
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

ATTN: MICHAEL A. FITZHUGH,
FITZHUGH, PARKER & ALVARO
155 FEDERAL STREET
17TH FLOOR
BOSTON         MA 02110

FITZHUGH, PARKER &
FITZHUGH, PARKER & ALVARO, ESQ.

CERQUEIRA V AMERICAN AIRLINES, INC.

FILE #:

| JOB NUMBER | CASE NUMBER | | | FILE #: | | | | |
|---|---|---|---|---|---|---|---|---|
| CERQ02 | 05-11652-WGY | | | | | | | |

| | ACTIVITY DESCRIPTION | DATE | TERMS | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | .0%/ 30 | 00075455 | 05/09/06 | | | |
| ONE TRANSCRIPT JOHN M. EHLERS | | 04/26/06 | JMWE | | | 93 | 2.40 | 223.20 |
| ASCII AND MIN-U-SCRIPT JOHN M. EHLERS | | 04/26/06 | JMWE | | | 1 | 55.00 | 55.00 |
| E-TRANSCRIPT JOHN M. EHLERS | | 04/26/06 | JMWE | | | 1 | 40.00 | 40.00 |
| HANDLING AND DELIVERY | | 04/26/06 | | | | | | 8.55 |

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00075455 | 05/09/06 |

PLEASE FURNISH US A WHITE COPY

2093
9/12/06 ®

| | |
|---|---|
| SALES TAX | $ 326.75 |
| | .00 |
| INVOICE TOTAL | $ 326.75 |

$ 326.75

DUPLICATE INVOICE

# Collins Realtime Reporting

600 North Pearl Street
Suite 640
Dallas, TX 75201
Phone: (214) 220-2449    Fax: (214) 220-2777

Job #: 060615TUB
Job Date: 06/15/2006
Order Date: 06/15/2006
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: American Airlines

## Invoice

| | |
|---|---|
| Invoice #: | 47871 |
| Inv.Date: | 06/26/2006 |
| Balance: | $319.37 |

**Bill To:**
Mr. Michael A. Fitzhugh
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Suite 1700
Boston, MA 02110

Action:  John D. Cerqueira
vs
American Airlines
Action #: 05-11652-WGY
Rep: Thu U. Bui
Cert: 7618

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Craig Marquis | Certified Copy | $141.73 |
| 2 | Rhonda Cobbs | Certified Copy | $177.64 |

AV OK
ENTERED AUG 0 1 2006
8001
8 24 06 A

**Comments:**

We accept all major credit cards

| | |
|---|---|
| Sub Total | $319.37 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Total Invoice | $319.37 |
| Payment | $0.00 |
| Balance Due | $319.37 |

Federal Tax I.D.: 75-1907111    Terms: Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34260 *** | 11/06/2006 | 03-33253 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/10/2006 | BONARE | 05-11652 WGY |

| CASE CAPTION |
|---|
| Cerqueira vs. American Airlines, Inc. |

| TERMS |
|---|
| Due upon receipt |

Amy Cashore Mariani
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Douglas R. Laird                                          1,978.90
(TAXABLE   $  1,978.90)


                              TOTAL  DUE  >>>>             1,978.90

                    AFTER 12/06/2006 PAY                   2,176.79


Invoice prepared for DIGITAL COURT REPORTING & VIDEO
```



PAID
CHECK # 8370
DATE 11/09/06 (AC)

COD

TAX ID NO.: 76-0537648

(617) 695-2331    Fax (617) 695-2335

*Please detach bottom portion and return with payment.*

Amy Cashore Mariani
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

```
Invoice No.:  34260 ***
Date      :  11/06/2006
TOTAL DUE :  1,978.90
AFTER 12/6/2006 PAY : 2,176.79


Job No.   :  03-33253
Case No.  :  05-11652 WGY
Cerqueira vs. American Airlines, Inc
```

Remit To:    **Court Reporter's Clearinghouse, Inc.**
             **4545 Post Oak Place, Suite 350**
             **Houston, TX 77027-3124**



# Madden Reporting Service
## 69-B Locust Street
## Assonet, MA 02702
## 508-644-4035
## 508-644-9834

I    N    V    O    I    C    E

**Bill To:**

Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
Attn: Michael A. Fitzhugh, Esq.

| Invoice #: | 0813 |
|---|---|
| Invoice Date: | 4/13/06 |
| Customer ID: | FITZ01 |

| Job Date | Reporter | Case Name    (Witness) | Description | Pages | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|
| 4/4/06 | KMM | Cerqueira vs. American Airlines, et al. | **Org.** Transcript | 231 | $3.20 | $739.20 | $739.20 |
| | | Deposition of John D. Cerqueira | Condensed/Ind. | Yes | | N/C | N/C |
| | | | ASCII | Yes | | N/C | N/C |
| | | | **Copy** Transcript | | | | |
| | | | Condensed | | | | |
| | | | ASCII | | | | |

**NOTE:**      Transcript also e-mailed 4/13/06

| | |
|---|---|
| Subtotal | $739.20 |
| Tax | |
| Shipping | N/C |
| Miscellaneous | |
| Balance Due | $739.20 |



PAID
# 7951
8/14/06   (AC)

| Please remit with payment payable to: |
|---|
| Madden Reporting Service     Thank You. |

| **REMITTANCE** | |
|---|---|
| **Invoice #:** | 0813 |
| **Invoice Date:** | 4/13/06 |
| **Customer ID:** | FITZ01 |
| **Amount Due:** | $739.20 |
| **Amount Enclosed:** | |

8.  2006  1:36PM                                         No. 4548    P.  1

Everman & Everman, Inc.
1101 North Olive Avenue
West Palm Beach, FL 33401
(561) 659-7444  Fax (561-) 659-3201

*Debbie*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 31164 | 08/08/2006 | 12-36675 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/26/2006 | WILLJA | |

| CASE CAPTION |
|---|
| Cerqueira, John vs. American Airlines, Inc. |

| TERMS |
|---|
| Due upon receipt |

Amy Cashore Mariani, Esq.
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

```
. 1 CERTIFIED COPY OF TRANSCRIPT OF:                         197.65
      Faulk, Dr. Richard

  1 CERTIFIED COPY OF TRANSCRIPT OF:                         204.40
      Blumenthal, Dr., Barry.
                  Mini in Addition To (E.)
                  Ascii
                  COD Charge
                  S/H 2 Day Air-out of st.


                                   TOTAL  DUE  >>>>          402.05
```

*8/8/06 : Melissa. Please call when check is ready. Thank you!*

(617) 695-2330    Fax (617) 695-2335

TAX ID NO.:  75-3089518

*Please detach bottom portion and return with payment.*

*Ok to pay mw  COD delivery - give check to Lindz*

Amy Cashore Mariani, Esq.
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

```
Invoice No. :  31164
Date        :  08/08/2006
TOTAL DUE   :     402.05


Job No.     :  12-36675
Case No.    :
Cerqueira, John vs. American Airline
```

Remit To:     Everman & Everman, Inc.
              1101 North Olive Avenue
              West Palm Beach, FL 33401

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE FIRST DISTRICT

INVOICE NO:  20070001

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Michael A. Fitzhugh<br>Fitzhugh, Parker & Alvaro LLP<br>155 Federal Street<br>Suite 1700<br>Boston, MA 02110-1727<br><br>Phone:   (617) 695-2330<br><br><br>mfitzhugh@fitzhughlaw.com | MARCIA G. PATRISSO, RPR, CRR<br>Official Court Reporter<br>John J. Moakley Courthouse<br>One Courthouse Way - Room 3507<br>Boston, MA 02210<br><br>Phone:   (617) 737-8728<br><br>Tax ID:    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<br>MPatrisso@comcast.net |

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 01-03-2007 | 01-05-2007 |

**Case Style:** 05-11652-WGY, John D. Cerqueira v American Airlines, Inc.
Excerpts of Volume I of Trial Transcript in the above-referenced matter held before the Hon. William G. Young, District Judge, and a jury, on Wednesday, January 3, 2007.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 63 | 4.40 | 277.20 | | | | | | | 277.20 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 277.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| ☒ # 8634 | TAX (If Applicable): | |
| 1 5 07 (A) | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:            Amt: | TOTAL DUE: | $277.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE FIRST DISTRICT

INVOICE NO:  20070015

**MAKE CHECKS PAYABLE TO:**

Michael A. Fitzhugh
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727

Phone:   (617) 695-2330

_mfitzhugh@fitzhughlaw.com_

MARCIA G. PATRISSO, RPR, CRR
Official Court Reporter
John J. Moakley Courthouse
One Courthouse Way - Room 3507
Boston, MA 02210

Phone:   (617) 737-8728

Tax ID:   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
_MPatrisso@comcast.net_

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-31-2007 | DATE DELIVERED: 02-05-2007 |

**Case Style:** 05-11652-WGY, John D. Cerqueira v American Airlines, Inc.
Excerpt of Day 4 of jury trial in re Cerqueira v. American Airlines held
before the Hon. William G. Young, District Judge on January 10, 2007.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | 6 | 0.83 | 4.98 | | | | 4.98 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 4.98 |
| PAID   CHECK # 8802   ~~TE~~ 2/7/07 | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:          Amt: | TOTAL DUE: $4.98 |

## ADDITIONAL INFORMATION
  Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
  I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

_(All previous editions of this form are
cancelled and should be destroyed)_

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE FIRST DISTRICT

INVOICE NO:  20070007

**MAKE CHECKS PAYABLE TO:**

Michael A. Fitzhugh
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727

Phone:  (617) 695-2330

mfitzhugh@fitzhughlaw.com

MARCIA G. PATRISSO, RPR, CRR
Official Court Reporter
John J. Moakley Courthouse
One Courthouse Way - Room 3507
Boston, MA 02210

Phone:  (617) 737-8728

Tax ID:  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
MPatrisso@comcast.net

| | CRIMINAL | ☒ CIVIL | DATE ORDERED: | 01-23-2007 | DATE DELIVERED: | 01-23-2007 |

**Case Style:** 05-11652, Cerqueira v American Airlines (Closing Argument 1/11/07 - Kirkpatrick)
Excerpts of Trial Transcript to include jury charge conference, jury charge and jury questions in the above-referenced matter held before the Hon. William G. Young, District Judge on January 10th, 11th and 12th, 2007.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 22 | 4.40 | 96.80 | | | | | | | 96.80 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | PAID | TOTAL: | 96.80 |
| CHECK # 8702 | | LESS DISCOUNT FOR LATE DELIVERY: | |
| DATE 12/1/07 | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| **Date Paid:** | **Amt:** | TOTAL DUE: | $96.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE FIRST DISTRICT

INVOICE NO:  20070012

**MAKE CHECKS PAYABLE TO:**

Michael A. Fitzhugh
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727

Phone:    (617) 695-2330

mfitzhugh@fitzhughlaw.com

MARCIA G. PATRISSO, RPR, CRR
Official Court Reporter
John J. Moakley Courthouse
One Courthouse Way - Room 3507
Boston, MA 02210

Phone:    (617) 737-8728

Tax ID:    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
MPatrisso@comcast.net

| | | DATE ORDERED: | | DATE DELIVERED: | |
|---|---|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 01-24-2007 | | 01-29-2007 | |

**Case Style:** 05-11652, Cerqueira v American Airlines
Closing argument of Attorney Fitzhugh on January 11, 2007, given in the above-referenced matter before the Hon. William G. Young, District Judge.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 19 | 3.30 | 62.70 | | | | | | | 62.70 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 62.70 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| Date Paid: | | Amt: | | | TOTAL DUE: | | | | | $62.70 |

*PAID*
CK # 8775?
E 1 30 07

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE |
|---|---|---|
| | | |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE FIRST DISTRICT

INVOICE NO:  20070006

**MAKE CHECKS PAYABLE TO:**

Michael A. Fitzhugh
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727

Phone:   (617) 695-2330

mfitzhugh@fitzhughlaw.com

MARCIA G. PATRISSO, RPR, CRR
Official Court Reporter
John J. Moakley Courthouse
One Courthouse Way - Room 3507
Boston, MA 02210

Phone:    (617) 737-8728

Tax ID:   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
MPatrisso@comcast.net

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | | 01-12-2007 | 01-18-2007 |

**Case Style:** 05-11652-WGY, John D. Cerqueira v American Airlines, Inc.
Excerpts of Trial Transcript to include jury charge conference, jury charge and jury questions in the above-referenced matter held before the Hon. William G. Young, District Judge on January 10th, 11th and 12th, 2007.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 68 | 4.40 | 299.20 | | | | | | | 299.20 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 299.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**      **Amt:** | TOTAL DUE: | $299.20 |

PAID
CK # 8750
01/30/07

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

**AMR**  **American Airlines, Inc.**
Mail Drop 788, PO Box 582848  Tulsa, OK  74158-2848

93-516
929

CHECK NUMBER
**0003850366**

WELLS FARGO BANK NA
MAC N9301-041
MINNEAPOLIS, MN 55479

Void after 180 days

| DATE | DOLLARS | CTS |
|------|---------|-----|
| 02/04/2007 | ***********727 | 89 |

Must be countersigned if $50,000 or more

American Airlines, Inc.

PAY ***********727**** DOLLARS AND **89** CENTS

To
The
Order
Of

**CRAIG MARQUIS**
**4403 SPRING CREEK ROAD**
**ARLINGTON TX  76017**

Authorized Signature

Authorized Signature

⑈0003850366⑈ ⑆09290516⑆ 499001406 2⑈

---

CHECK NUMBER
**0003850366**

**American Airlines, Inc.**
INQUIRIES: PO Box 582848 Tulsa OK 74158
PH918-254-3423 Fax918-254-3373

| VENDOR NUMBER |
|---------------|
| 19000022 |

REMITTANCE INFORMATION

| INVOICE NUMBER | INVOICE DATE | DOCUMENT | DEDUCTIONS | NET AMOUNT |
|----------------|--------------|----------|------------|------------|
| MARQUIS/C | D  01/31/2007 | 2200094900 | 0.00 | 727.89 |
| AMR03BOS01475/CERQUEIRA/LEGAL SERVICES | | | | |
| | SUM TOTAL | | 0.00 | 727.89 |

AA00 2000030859

# Check Report

| | |
|---|---|
| **Payee Name** | CRAIG MARQUIS |
| **Payee Address 1** | 4403 SPRING CREEK ROAD |
| **Payee Address 2** | |
| **Payee City** | ARLINGTON |
| **Payee State** | TX |
| **Payee Country** | USA |
| **Payee Zip** | 76017 |
| **Phone Number** | 817-831-4358 |
| **Vendor Tax ID** | |
| **SAP Vendor Number** | 0019000022 |
| **Invoice Amount** | $727.89 |
| **Invoice Number** | MARQUIS/C |
| **Invoice Date** | |
| **Tran Misc Date1** | 1/31/2007 |
| **STARS Invoice Number** | 10197 |
| **Check Number** | 7178 |
| **Check Date** | 2/2/2007 |
| **Claimant Name** | CERQUEIRA, JOHN |
| **Claim Number** | AMR/03BOS01475 |
| **Date of Loss** | 12/28/2003 |
| **City Code** | BOS |
| **Pay Type Code** | 6P07 - EMPLOYEE T&I |
| **Narrative** | 0600 - LEGAL SERVICES |
| **Check Requestor** | Goss, Marrissa |
| **Transaction Adjuster** | Goss, Marrissa |
| **Authorize User** | Delgadillo, Patricia |

SUBJECT CLAIM VERIFIED AND
APPROVED FOR PAYMENT

Per _____

Employee Number ____469066____



# MONTHLY EXPENSE REPORT

1/26/07 5:05 PM

For complete instructions, see AA Reg 145-4.
Form Revised 12/27/91

Name: **Craig Marquis**

Position: **SOC Center Manager**

Station **905** | Branch **8330** | Empl. No. **122092** | Co. Code **AA** | Month/Year **01/07** | Supplement No.

Purpose of Expense: **Carqueira Vs. AA - BOS**

Corp. Insurance

| Ln | Date (MoDay) | Flight Going Sta / Time | Flight Returning Sta / Time | Breakfast *1 | Lunch *2 | Dinner *3 | Total | Hotel *4 | TAXI *5 Incl. TIP | Auto Mileage *6 Miles / | Other *10 Expenses | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/7 | DFW/AM | | | 22.00 | 33.00 | 56.00 | 208.03 | 21.00 | | 13.99 | 298.02 |
| 2 | 01/8 | | | 3.00 | 16.00 | 57.00 | 76.00 | 208.03 | 14.00 | | 11.99 | 310.02 |
| 3 | 01/9 | | | 30.35 | 3.50 | 56.00 | 89.85 | | | | | 89.85 |
| 4 | 01/9 | | BOS/PM | | | | 0.00 | 0.00 | 30.00 | | | 30.00 |
| 5 | | | | | | | 0.00 | | | | | 0.00 |
| 6 | | | | | | | 0.00 | | | | | 0.00 |
| 7 | | | | | | | 0.00 | | | | | 0.00 |
| 8 | | | | | | | 0.00 | | | | | 0.00 |
| 9 | | | | | | | 0.00 | | | | | 0.00 |
| 10 | | | | | | | 0.00 | | | | | 0.00 |
| 11 | | | | | | | 0.00 | | | | | 0.00 |
| 12 | | | | | | | 0.00 | | | | | 0.00 |
| 13 | | | | | | | 0.00 | | | | | 0.00 |
| 14 | | | | | | | 0.00 | | | | | 0.00 |
| 15 | | | | | | | 0.00 | | | | | 0.00 |
| TOTAL | | | | 33.35 | 41.50 | 146.00 | 220.85 | 416.06 | 65.00 | | 25.98 | 727.89 |

**Hudson | Legal**

Marquis —
Please attach
to file June

www.us.hudson.com/legal

Balance Due Company:
Balance Due Employee: 727.89

Name: **Craig Marquis**
MD: **4403 Spring creek rd**
Location: **Arlington, TX 76017**

Ofc. **3d1-21**

**ACCOUNTING**

| | Amount | |
|---|---|---|
| Account | 727.89 | |
| Station | 900 | |
| Branch | 1110 | |
| Misc. Ref. | | |
| (Code) Info | | |
| Meals (010) | 220.85 | |

Signature of Employee

Date **12/1/07**

Employee Contact Phone Number: **ICS 931-4356**

Expense Approved by: (signature)    Date

**June Williams**    **467342**    **Claims Director**

Name    Emp. #    Title

## EXPLANATIONS

INSTRUCTIONS:    Reference Date of Expense and Item Number, and provide explanation. ALL UNUSUAL EXPENSES (IN TYPE OR AMOUNT) MUST BE EXPLAINED.
Explain all entertainment expenses, business meals, and Other expenses. List names, places, titles of employees and other pertinent details as required by AA Reg 145.

| Date (MoDay) | *Item Number | |
|---|---|---|
| 01/7 | 1 | Lunch - Cheers Stage Bar $22/ 1a dinner - McCormick & Schmick $33/ 1b taxi airport to hotel / 1c in room movie |
| 01/8 | 2 | dinner - Legal Steakhouse $57/ 2a taxi to courthouse/ 2b in room movie |
| 01/9 | 3 | taxi to courthouse |
| 01/9 | 4 | Breakfast at hotel room service $30.35/ 4a dinner - James Hook $56 |
| 01/9 | 5 | Coffee break $16 |
| 01/9 | 6 | taxi hotel to airport |
| 01/9 | 7 | taxi to courthouse |

 **Langham Hotel**
Boston

250 Franklin Street
Boston, MA 02110 USA
T (617) 451 1900
F (617) 423 2844
www.langhamhotels.com



*Guest Folio*

| 760 | CRAIG MARGUIS | | JAN07,07 | 11:01a | |
|---|---|---|---|---|---|
| Room | Name | Rate | Arrival | Time | |
| KGB / | WINTER WKEND 20% PROMO | WI3 | JAN09,07 | | 016004 |
| Type | Firm or Company | Plan | Departure | Time | Account |
| SP | AMERICAN AIRLINES POB 619616 DALLAS, TX    75261 | | | | |
| Service Agent | Address | | Total Balance Due $ | | .00 |

| Date | Description | Reference | |
|---|---|---|---|
| JAN07 | IN ROOM MOVIE | MOVIE    - 1 | 13.99+ ⟨1C⟩ |
| JAN07 | ROOM | Rm 760 | 185.00+ |
| JAN07 | STATE TAX 5.7% | Rm 760 | 10.54+ |
| JAN07 | CITY TAX 4% | Rm 760 | 7.40+ |
| JAN07 | CCF TAX 2.75% | Rm 760 | 5.09+ |
| JAN08 | CAFE FLEURI | 1048 | 16.00+ ⟨5⟩ |
| JAN08 | IN ROOM MOVIE | MOVIE    - 1 | 11.99+ ⟨2B⟩ |
| JAN08 | ROOM | Rm 760 | 185.00+ |
| JAN08 | STATE TAX 5.7% | Rm 760 | 10.54+ |
| JAN08 | CITY TAX 4% | Rm 760 | 7.40+ |
| JAN08 | CCF TAX 2.75% | Rm 760 | 5.09+ |
| JAN09 | ROOM SERVICE | 6970 | 30.35+ ⟨4⟩ |
| JAN09 | AMERICAN EXPRESS | fdXXXXXXXXX1009 | 488.39- |

Please leave your room key at the Front Desk.        1        Signature:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies must be made within five days after my departure.

Managed by Langham Hotels International Limited    *Hong Kong    London    Melbourne    Toronto    Boston    Auckland*

```
          Cheers
        Stage Bar
Faneuil Hall Market Place
    Boston, MA   02109
   Phone # (617) 227-0150
Date:        Jan07'07 06:58PM
Card Type:   AMEX
Acct #:      XXXXXXXXXXX1009
Exp Date:    07/10
Auth Code:   511534
Check:       2810
Table:       70/1
Server:      482 Marisa L
          CE MARQUIS

Subtotal:         19.35

TIP                 265

TOTAL               22.00

SIGNATURE

THIS IS CUSTOMERS COPY
YOUR BILL WILL LIST THIS
TRANSACTION AS "CHEERS/FHM PUB"
```

$7.00

JAMES HOOK & CO
15-17 NORTHERN AVE
BOSTON MA 02210
617-423-5500



TOP CAB DISPATCH
617 266-4800

Customer Receipt

Legal Sea Foods - Long Wharf
State Street
Boston, MA 02116

Table 35
Jessica M
20:54:00 01/08/0?
Transaction #:8584

Check # 731665

Gst 1

--------------------------------------

Card Number                    Auth Code
***********1009                  575878
MARQUIS/CE                         Amex

Amount                          47.15

Total                           47.15

Tip      ..          9 85

Total    ..        57.00

X_____

Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

GUEST COPY

---

*****************************************
CHECK # 113216          DATE  1/07/07
                        TIME  8:06PM
*********  DUPLICATE CHECK  *********
=========================================

--      BAR : PMBARDWN1      --

ITEMS ORDERED                   AMOUNT

1 D-LUB... ...  ASS     26.70 AIR25%
  DFT SAM SEASONAL         5.95

                 AIR25%      -6.68
=========================================

--      PROMOTIONS      --

TYPE                            AMOUNT

AIR25%                          -6.68
                               --------
                                -6.68

TOTAL CHK                       32.65

         PROMO                  -6.68
      SUBTOTAL                  25.97
          TAX                    1.30

TOTAL DUE                       27.27

incl. tip  3 3.00

Check out our $1.95 social hour menu!!

Monday - Friday 3:30pm - 6:30pm
Monday - Thursday 9:30pm to 10:30pm

McCormick & Schmick Seafood Restaurant
Fanueil Hall Market Place
617-720-5522

# MERRILL
# COMMUNICATIONS LLC

Location: DMS-BOSTON 101 ARCH STREET          Any Inquiries Call: 617-542-0566

Fitzhugh, Parker And Alvaro LLP
155 Federal St
Suite 1700
Boston,  MA  02110  US
Attn:  Anne Marie

Invoice #: 493724
Invoice Date: 23-FEB-06
Merrill Order #: 002-972895
Client Matter #: CERQUEIR
Date Received: 17-FEB-06
Salesperson: DANILECKI, BRIAN P

TERMS:    DUE UPON RECEIPT

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|-----------|-------|
| 517 | Litigation, Medium | $.1550 | $80.14 |

| | | |
|---|---|---|
| Subtotal: | $80.14 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $4.01 |
| Total Invoice: | $84.15 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

ENTERED MAR 17 2006

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

FEDERAL TAX ID :   41-2007271

# ᴍᴇʀʀɪʟʟ
# COMMUNICATIONS LLC



| **Location:** DMS-BOSTON 101 ARCH STREET | **Any Inquiries Call:** 617-542-0300 |
|---|---|

Fitzhugh, Parker And Alvaro LLP
155 Federal St
Suite 1700
Boston, MA 02110 US
**Attn:** Melissa Wangenheim

**Invoice #:** 508843
**Invoice Date:** 31-MAR-06
**Merrill Order #:** 002-991133
**Client Matter #:** Cerqueir
**Date Received:** 30-MAR-06
**Salesperson:** DANILECKI, BRIAN P

**TERMS:    DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 4 | Media, Video Duplication | $25.00 | $100.00 |
| | Subtotal: | | $100.00 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $5.00 |
| | **Total Invoice:** | | **$105.00** |

*Oktop'm*
*mw*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

**ENTERED MAY 0 2 2006**

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-BOSTON 101 ARCH STREET

**Any Inquiries Call: 617-542-0300**

Fitzhugh, Parker And Alvaro LLP
155 Federal St
Suite 1700
Boston, MA 02110 US
**Attn:** Angie Kery

**Invoice #:** 530534
**Invoice Date:** 30-MAY-06
**Merrill Order #:** 002-1016043
**Client Matter #:** Cerqueir
**Date Received:** 25-MAY-06
**Salesperson:** DANILECKI, BRIAN P

**TERMS:**    **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 66 | Color Copies, 8.5 x 11 | $1.75 | $115.50 |
| 309 | Litigation, Medium | $.1750 | $54.08 |
| 60 | Tabs, Index | $.35 | $21.00 |

*Notebooks for michael Fitzhugh, witness, Rhonda Cobbs + Craig marquis in preparation of ms. cobbs + mr. marquis' deposition.*

| | |
|---|---|
| **Subtotal:** | **$190.58** |
| **Messenger and Freight:** | **$.00** |
| **Postage and Handling:** | **$.00** |
| **Tax:** | **$9.53** |
| **Total Invoice:** | **$200.11** |

*AV al*

*TO ALC*

P  e Wire Payment to:
ank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

ENTERED JUN 2 7 2006

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :   41-2007271

Page    1   of   1

**RRILL**
**COMMUNICATIONS LLC**



**Location:** DMS-BOSTON 101 ARCH STREET

**Any Inquiries Call: 617-542-0300**

Fitzhugh, Parker And Alvaro LLP
155 Federal Street
17th Floor
Boston, MA  02110  US
**Attn:** Melissa Wangenheim

**Invoice #:** 590089
**Invoice Date:** 28-NOV-06
**Merrill Order #:** 002-1083522
**Client Matter #:** Cerqueira
**Date Received:** 17-NOV-06
**Salesperson:** DANILECKI, BRIAN P

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|------------|-------|
| 12 | Enlarge & Mount, B&W | $6.25 | $75.00 |
| | Subtotal: | | $75.00 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $3.75 |
| | Total Invoice: | | $78.75 |

ENTERED NOV 3 0 2006

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271



Location: DMS-BOSTON 101 ARCH STREET

Any Inquiries Call: **617-542-0300**

Fitzhugh, Parker And Alvaro LLP
155 Federal Street
Boston, MA  02110  US
Attn:   Melissa M. Wangenheim

Invoice #: 597559
Invoice Date: 19-DEC-06
Merrill Order #: 002-1091530
Client Matter #: CERQUEIR
Date Received: 11-DEC-06
Salesperson: DANILECKI, BRIAN P

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 12 | Enlarge & Mount, B&W | $6.25 | $75.00 |

|  |  |
|---|---|
| Subtotal: | $75.00 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $3.75 |
| Total Invoice: | $78.75 |

Ok to pay
— MPM

ENTERED DEC 27 2006

-2502-6310
our payment.

PLEASE PAY FROM THIS INVOI
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUN'

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

FEDERAL TAX ID :    41-20072



_,.ง-BOSTON 101 ARCH STREET

Any Inquiries Call: **617-542-0300**

Fitzhugh, Parker And Alvaro LLP
155 Federal Street
17th Floor
Boston, MA 02110 US
**Attn:** Paula Pina

**Invoice #:** 602032
**Invoice Date:** 29-DEC-06
**Merrill Order #:** 002-1097859
**Client Matter #:** Cerqueir
**Date Received:** 28-DEC-06
**Salesperson:** DANILECKI, BRIAN P

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 44 | Coding-Batch | $.01 | $.44 |
| 1 | Media, CD Master | $35.00 | $35.00 |
| 282 | Scanning, Medium | $.15 | $42.30 |

| | | |
|---|---|---|
| Subtotal: | | $77.74 |
| Messenger and Freight: | | $.00 |
| Postage and Handling: | | $.00 |
| Tax: | | $3.89 |
| Total Invoice: | | $81.63 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

ENTERED FEB 0 2 2007.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**RILL**
**MMUNICATIONS LLC**

Location: DMS-BOSTON 101 ARCH STREET

Fitzhugh, Parker And Alvaro LLP
155 Federal Street
Boston, MA 02110 US
Attn: Paula Pina

Any Inquiries Call: **617-542-0300**

Invoice #: **603981**
Invoice Date: **11-JAN-07**
Merrill Order #: **002-1098259**
Client Matter #: **Cerqueir**
Date Received: **29-DEC-06**
Salesperson: **DANILECKI, BRIAN P**

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 12 | Blowbacks, Color | $1.50 | $18.00 |
| 12 | Tabs, Custom | $.25 | $3.00 |
| | Subtotal: | | $21.00 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $1.05 |
| | Total Invoice: | | $22.05 |

to pay
Paula Pina
1/16/07

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

ENTERED FEB 0 2 2007

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

FEDERAL TAX ID : 41-2007271

Page 1 of 1

# David Minard/Design

175 Federal Street • Boston, Massachusetts 02110 • Phone: (617) 426-4968 • Fax: (617) 338-9911

Invoice Number

| 437 |

Billing To:

Fitzhugh, Parker & Alvaro
155 Federal St.
Boston, MA 02110
Attention: Melissa M. Wangenheim

PROJECT:   Logan Airport Terminal B drawing

DATE:   1/2/2007

AMOUNT

Design/Production Fees:                                              325.00
Photoshop re-rendering and digital enhancement of existing Terminal B floor-plan. Transfer to
Quark XPress for layout. Output to Acrobat for PDF file. Vendor relations re: enlargement and
mounting.

**PAID**

High Resolution Output:

Deliveries/Shipping/Telecommunications:   Check # 9186

Other:                                     Date 5/3/07

Adjustment:

TOTAL DUE:        $325.00

Tax ID Number: 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

# NEW ENGLAND
# TRIAL SERVICES

# Invoice

**321 North Cary St.**
**Brockton, MA 02302**
**(617)894-4131**
**FED ID: 56-2489581**

**Client:**

Michael A. Fitzhugh, Esq.
Fitzhugh, Parker & Alvaro
155 Federal Street, 17th Floor
Boston, MA 02110

Invoice Number: **03078**
Job Date: **See timesheet**
Case Caption: **Cerqueira v American Airlines**
Date:**01/11/07**
Terms: Payment due upon receipt

Please reference our invoice number in all related
correspondence.

Description of the Work We Performed

| | | | |
|---|---|---|---|
| Trial Presentation Services
See attached timesheet
USDC  Boston | Total | $7,330.00 | $7,330.00 |

JAN 2 2 2007

*Thank you for using New England Trial Services.  Your business is appreciated.*

# REMINDER

| Total Due | $7,330.00 |
|---|---|

Please detach and return bottom portion with payment

Invoice Number: 03078

Case Caption: Cerqueira v American Airlines

Michael A. Fitzhugh, Esq.
Fitzhugh, Parker & Alvaro
155 Federal Street, 17th Floor
Boston, MA 02110

$7,330.00

Mail payment to:

New England Trial Services
321 North Cary Street
Brockton, MA 02302

# 10278

Cerqueira v American Airlines
CA. 05-11652 WGY
USDC - BOSTON

# NEW ENGLAND TRIAL SERVICES

| DATE | BY | TIME | RATE | TOTAL | DESCRIPTION |
|---|---|---|---|---|---|
| 12/28/06 | IM | 4.0 | $95 | $380.00 | Download trial exhibits, photo images, transcripts. Create case database. Organize Electronic Trial Presentation logistics. |
| 12/29/06 | TP | 6.0 | $95 | $570.00 | Trial preparation. Convert image files, number, sort documents. Prepare witness presentation folders. |
| 01/03/07 | IM | 5.0 | $95 | $475.00 | Trial Day 1. Presentation technician. 8am to 1pm. |
| 01/03/07 | ES | 1.0 | $250 | $250.00 | Equipment Setup: Courtroom Installation. One time charge. |
| 01/03/07 | ER | 1.0 | $675 | $675.00 | Equipment Rental. See worksheet 2. |
| 01/05/07 | TP | 5.0 | $95 | $475.00 | Prepare examination folders. Photo image editing. Document coding, sorting, review. Transcript coding, review. |
| 01/07/07 | TP | 2.0 | $95 | $190.00 | Prepare examination folders. Photo image editing. Document coding, sorting, review. Transcript coding, review. |
| 01/08/07 | IM | 5.0 | $95 | $475.00 | Trial Day 2. Presentation technician. 8am to 1pm. |
| 01/08/07 | ER | 1.0 | $675 | $675.00 | Equipment Rental. See worksheet 2. |
| 01/08/07 | TP | 2.0 | $95 | $190.00 | Prepare examination folders. Photo image editing. Document coding, sorting, review. Transcript coding, review. |
| 01/09/07 | IM | 5.0 | $95 | $475.00 | Trial Day 3. Presentation technician. 8am to 1pm. |
| 01/09/07 | ER | 1.0 | $675 | $675.00 | Equipment Rental. See worksheet 2. |
| 01/10/07 | IM | 5.0 | $95 | $475.00 | Trial Day 4. Presentation technician. 8am to 1pm. |
| 01/10/07 | ER | 1.0 | $675 | $675.00 | Equipment Rental. See worksheet 2. |
| 01/11/07 | IM | 5.0 | $95 | $475.00 | Trial Day 5. Presentation technician. 8am to 1pm. |
| 01/11/07 | ER | 0.0 | $750 | $0.00 | Equipment Rental. See worksheet 2. No Charge Day 5 |
| 01/11/07 | ES | 1.0 | $200 | $200.00 | Equipment Setup: Courtroom Breakout. One time charge. |
| | | | | $7,330.00 | |

Cerqueira v American Airlines
CA. 05-11652 WGY
USDC - BOSTON

# New England
# TRIAL SERVICES

| UNITS | DAILY | TOTAL | |
|-------|-------|-------|---|
| | | | **EQUIPMENT RENTAL** |
| 1.0 | $250 | $250.00 | Equipment Rental: trial notebook computer w/presentation software. |
| 1.0 | $75 | $75.00 | Equipment Rental: 17" LCD Flat Panel Monitor. |
| 1.0 | $100 | $100.00 | Equipment Rental: NETSConnect Courtroom Internet Access. |
| 1.0 | $250 | $250.00 | Equipment Rental: XGA Digital Switcher |
| | | | |
| | | $675.00 | Total Equipment Daily Rental. Per Rate Sheet. 10 Day Month. |
| | | | |
| 1.0 | $250 | $250.00 | Equipment Setup: Courtroom Installation. One time charge. |
| 1.0 | $200 | $200.00 | Equipment Setup: Courtroom Breakout. One time charge. |

worksheet prepared for Fitzhugh Parker Alvaro, LLP