UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JOHN D. CERQUEIRA,                  )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )
                                    )   CIVIL ACTION NO.: 05-11652 WGY
AMERICAN AIRLINES, INC.,            )
                                    )
    Defendant.                      )
_____)

**DEFENDANT, AMERICAN AIRLINES, INC.'S MOTION TO FILE EXHIBIT A TO THE AFFIDAVIT OF MICHAEL A. FITZHUGH IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES AND COSTS UNDER SEAL**

Defendant, American Airlines, Inc. ("American"), hereby moves for leave to file Exhibit A to the Affidavit of Michael A. Fitzhugh in Support of its Motion for Attorneys' Fees and Costs under seal. In support of this motion American states as follows:

(1) Exhibit A to the Affidavit of Michael A. Fitzhugh in Support of American's Motion for Attorneys' Fees and Costs is a copy of the invoices submitted by American's counsel, Fitzhugh & Mariani LLP, to American for services rendered in connection with this matter. These invoices contain billing rates, records and attorney work product and, therefore, should not be made available to the public.

WHEREFORE, for this reason, American respectfully moves for leave to file Exhibit A to the Affidavit of Michael A. Fitzhugh in Support of its Motion for Attorneys' Fees and Costs under seal.

**AMERICAN AIRLINES, INC.**
By Its Attorney,

 _/s/ Michael A. Fitzhugh_____
Michael A. Fitzhugh, Esq.
BBO #: 169700
**FITZHUGH & MARIANI LLP**
155 Federal Street, Suite 1700
Boston, MA  02110-1727
(617) 695-2330

Dated:  April 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2008.

 _/s/ Michael A. Fitzhugh_
Michael A. Fitzhugh