## EXHIBIT A

**Due To Its Voluminous Nature, This Exhibit Has Been Filed Manually With The Court.  Available In Paper Form Only.**

Case 1:05-cv-11652-WGY   Document 170   Filed 04/22/2008   Page 1 of 1