UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. CERQUEIRA,<br><br> Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br> Defendant. | CIVIL ACTION NO.: 05-11652 WGY |

### ORDER ON SUPERSEDEAS BOND

It is hereby ordered and adjudged that:

Pursuant to the Judgment of this Court entered in favor of defendant, American Airlines, Inc. against plaintiff, John D. Cerqueira on January 16, 2008, Bond Certificate Number 001288937 is hereby released and shall be cancelled by its issuer.

By the Court,

DATED: May 28, 2008

_William A. Young_
The Honorable Judge William G. Young